

## SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
*CORRECTIONAL SERVICES GRIEVANCE REPLY FORM*

| PRIMARY INMATE NAME (PRINT LAST, FIRST, MIDDLE) | XREF NUMBER | LOCATION | DATE |
|---|---|---|---|
| Brady, Patrick | 5267479 | 8W412 | 2/24/20 |

**Instructions**

This correspondence is in reply to grievance number: 2020-0427

**Inmate concerns:**
- Privacy within the attorney booths.

**Resolution:** I understand your concern regarding privacy in the attorney booths. I know that recently the social visit booth "O" and "P" have been shut down. Those two booths are directly next to the attorney booths you use. There will not be any social visits taking place directly next to the attorney booths. Those two booths being shut off should help with being able to hear what is being said on a social visit. I recommend lowering your voice if it is a concern that someone will hear your conversation. The attorney booths on the 8th floor are not going to be further soundproofed at this time.

This matter is considered closed.

| RESPONDING OFFICER (PRINT) | BADGE NO. | SIGNATURE | | DATE |
|---|---|---|---|---|
| Roberts | 95 | | | 2/24/2020 |

Corrective Action Taken ☐   Denied ☐   Not Grievable ☐   Resolved ☒

| Shift Supervisor | BADGE NO. | Date | Shift Watch Commander | BADGE NO. | Date | Assistant Commander | BADGE NO. | Date |
|---|---|---|---|---|---|---|---|---|

7490-013A (7421-085 Rev 5/22/19)

DISTRIBUTION:
WHITE-INMATE FILE
YELLOW-INMATE COMPLETED COPY
PINK-INMATE COPY