Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Richard G. Novak, SBN 149303
**Law Offices of Richard G. Novak**
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email: richard@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD YANDELL, et al.,<br><br>    Defendants. | Case No. 2:19-CR-00107-KJM-JDP<br><br>**LIST OF DEFENSE EXHIBITS FOR EVIDENTIARY HEARING** |

Defendants, Ronald Yandell, Billy Syvester, Danny Troxell, Pat Brady, Jason Corbett and Justin Petty, by and through the undersigned counsel, hereby submit the List of Exhibits that they anticipate introducing duringthe evidentiary hearings to be held befor the Honorable Jeremy D. Peterson on February 6, 202, regarding the Sacramento County Jail in this case.

Defendants anticipate the following: they may not seek introduction of each exhibit listed below during each hearing, additional exhibits may be identified prior to the evidentiary hearings or during the evidentiary hearings as a result of defense or Court inquiries and, as a result, amendments to this list may be made as developments warrant such amendment.

{00036206}

EVIDENTIARY HEARING

*USA v. Yandell*, USDC ED Cal. Case No. 2:19-CR-107
Before the Honorable United States Magistrate Judge Jeremy D. Peterson

**LIST OF DEFENSE EXHIBITS**

| | |
|---|---|
| Exhibit 1 | Diagram |
| Exhibit 2 | Photograph |
| Exhibit 3 | |
| Exhibit 4 | Photograph |
| Exhibit 5 | Inmate Incident Report |
| Exhibit 6 | |
| Exhibit 7 | Grievance Reply Form |
| Exhibit 8 | Grievance Reply Form |
| Exhibit 9 | Photograph |
| Exhibit 10 | Photograph |
| Exhibit 11 | Photograph |
| Exhibit 12 | Photograph |
| Exhibit 13 | Photograph |
| Exhibit 14 | Photograph |
| Exhibit 15 | Photograph |
| Exhibit 16 | Photograph |
| Exhibit 17 | Photograph |

Dated:  February 2, 2022.	BARTH DALY LLP


By	/s/ Kresta Nora Daly
	KRESTA NORA DALY
	RICHARD G. NOVAK

Attorneys for JASON CORBETT