1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   ROSS PEARSON
3  DAVID SPENCER
   Assistant United States Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
6

7  Attorneys for Plaintiff
   United States of America
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-00107-KJM

13                    Plaintiff,           STIPULATION CONTINUING THE STATUS
                                           CONFERENCE AND EXCLUDING TIME UNDER
14           v.                            THE SPEEDY TRIAL ACT; [PROPOSED]
                                           FINDINGS AND ORDER
15  RONALD YANDELL, ET AL.,

16                    Defendants.

17

18

19                              **STIPULATION**

20       1.      By previous order, this matter was set for status conference and motion hearing on

21  December 14, 2022.

22       2.      On, or about, December 6, 2022, counsel was informed the court had a scheduling

23  conflict on December 14, 2022.

24       3.      By this stipulation, the parties now move to continue the status conference until January

25  25, 2023, at 9:00 AM in Courtroom 1 (15th floor).  (Time was previous excluded to the presently set

26  trial date of March 20, 2023. ECF 988.)

27  ///

28  ///

                                           1
   STIPULATION CONTINUING THE STATUS CONFERENCE AND
   EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

1    4.    The parties agree and stipulate, and request that the Court find the following:

2    a)    The disclosures in the discovery in this case are complex and voluminous.  The

3    Court has previously been found the case to be complex under Local Code T2.  ECF 988.  Discovery is

4    being produced on a rolling basis and continues at this time.  An additional production of disclosures is

5    anticipated before the next status conference requested by this Stipulation. Time is therefore also

6    excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], and

7    18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2].

8    b)    In addition, there are a number of pending motions, including a motion to compel

9    disclosure of co-conspirator statements, ECF 1318 and a motion for discovery, ECF 1300.  Time is

10   therefore also excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) [Local Code

11   E].

12   c)    The Court previously excluded time up to and through the trial of March 20,

13   2023.  ECF 988.  That trial date remains pending and therefore the previous finding of excludable time

14   remains appropriate based upon the need for defense preparation.

15   d)    The United States anticipates presenting a superseding indictment in this case by

16   the second week of December 2022.  This is a firm date, and the government anticipates the new

17   indictment will include murder in aid of racketeering charges against Yandell, Sylvester, Daniel, Brady,

18   and Corbett.

19   e)    Given the timing of the superseding indictment, coupled with the court's

20   scheduling conflict, the parties agree that moving the status conference date is a more-efficient use of

21   the Court's time and will permit the defense to consider charges in the superseding indictment and how

22   to proceed in the case.

23   f)    Because of the timing noted herein in terms of publishing the superseding

24   indictment, the parties further agree and stipulate, the obligations of both the government and the

25   defense pursuant to the Scheduling Order (ECF 1269) filed in this matter are suspended through the

26   hearing on January 25, 2023.

27   g)    The parties further agree the motion hearing scheduled for December 14, 2022

28   (motion to compel disclosure of co-conspirator statements, ECF 1318) is by virtue of this stipulation,

2

STIPULATION CONTINUING THE STATUS CONFERENCE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

1 | also continued to January 25, 2023.

2 |        h)     Counsel for the defendants believe that failure to grant the above-requested

3 | continuance would deny them the reasonable time necessary for effective preparation, taking into

4 | account the exercise of due diligence.

5 |        i)     The government does not object to the continuance.

6 |        j)     Based upon the matters detailed above, the ends of justice served by continuing

7 | the case as requested outweigh the interest of the public and the defendants in a trial within the original

8 | date prescribed by the Speedy Trial Act.

9 |     5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

10 | Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

11 | must commence.

12 |

13 |     IT IS SO STIPULATED.

14 |

15 | Dated:  December 7, 2022                                         PHILLIP A. TALBERT
   | United States Attorney

16 |                                                   /s/ *Jason Hitt*

17 |                                                   JASON HITT
   | Assistant United States Attorney

18 |

19 | Dated:  December 7, 2022                                           /s/ *Brad D. Levenson*

20 |                                                   BRAD L. LEVENSON
   | Assistant Federal Public Defender
   | PETER L. ARIAN, Esq.

21 |                                                   KATHLEEN CORRELL, Esq.
   | Counsel for Defendant

22 |                                                   RONALD YANDELL

23 |

24 | Dated:  December 7, 2022                                           /s/ *Todd Leras*

25 |                                                   TODD LERAS, Esq.
   | Counsel for Defendant
   | DANNY TROXELL

26 |

27 |

28 |

STIPULATION CONTINUING THE STATUS CONFERENCE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

Dated:  December 7, 2022

/s/ *Hayes Gable*
HAYES GABLE, Esq.
MARK FLEMING, Esq.
Counsel for Defendant
WILLIAM SYLVESTER


Dated:  December 7, 2022

/s/ *John Balazs*
JOHN BALAZS, Esq.
TIMOTHY WARRINER, Esq.
Counsel for Defendant
BRANT DANIEL


Dated:  December 7, 2022

/s/ *John Manning*
JOHN MANNING, Esq.
MARCIA MORRISSEY, Esq.
Counsel for Defendant
PAT BRADY


Dated:  December 7, 2022

/s/ *Kresta Daly*
KRESTA DALY, Esq.
RICHARD NOVAK, Esq.
Counsel for Defendant
JASON CORBETT


Dated:  December 7, 2022

/s/ *Shari Rusk*
SHARI RUSK, Esq.
Counsel for Defendant
KEVIN MacNAMARA


Dated:  December 7, 2022

/s/ *Michael Hansen*
MICHAEL HANSEN, Esq.
Standby Counsel for Defendant
MICHAEL TORRES

4

STIPULATION CONTINUING THE STATUS CONFERENCE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

1

Dated:  December 7, 2022                          /s/ *Dina Santos*
                                                  DINA SANTOS, Esq.
2                                                 Counsel for Defendant
                                                  JUSTIN PETTY
3

4

5   Dated:  December 7, 2022                      /s/ *Toni White*
                                                  TONI WHITE, Esq.
6                                                 Counsel for Defendant
                                                  JEANNA QUESENBERRY
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

STIPULATION CONTINUING THE STATUS CONFERENCE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

1

**[PROPOSED] ORDER**

2          IT IS SO FOUND AND ORDERED this ____ day of _____, _____.

3

4

5                                                    _____
                                                     THE HONORABLE KIMBERLY J. MUELLER
6                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION CONTINUING THE STATUS CONFERENCE AND                    6
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT