

# MEMORANDUM

DATE:       March 15, 2023

TO:         Casey Schultz, Courtroom Deputy
              The Honorable Kimberly J. Mueller

FROM:     Candice L. Fields
              Attorney for Defendant Kristen Demar

RE:        United States v. Demar: 2:19-CR-107 KJM


The parties mutually agree to continue the sentencing hearing in the above-referenced matter for Defendant Demar from April 3, 2023 to July 10, 2023. The selected date appears to be available.

All disclosure deadlines have already been met.

Thank you.

                                           */s/ Candice L. Fields*
                                           CANDICE L. FIELDS
                                           Attorney for defendant Kristen Demar


     cc: AUSA Jason Hitt

---

Candice Fields Law, PC
400 Capitol Mall, Suite 1620, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com