JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar # 166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant,
BRANT DANIEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRANT DANIEL,<br><br>　　　　　Defendant. | Case No. 2:19-CR-0107-KJM<br><br>DEFENDANT BRANT DANIEL'S STATUS REPORT<br><br>Date: March 22, 2023<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Honorable Kimberly J. Mueller |

　　　　Defendant Brant Daniel, through counsel, submits this status report regarding pending issues before the Court.

**I.　　Mr. Daniel's motion for medical care**

　　　　On December 21, 2022, the magistrate judge issued findings and recommendations that Mr. Daniel's motion for urgent medical care be denied.

ECF No. 1385. The motion sought an order that he be provided surgery to remove a lipoma from his forehead. ECF No. 1170. Mr. Daniel filed objections to the magistrate judge's findings and recommendations. ECF No. 1386. At the January 25, 2023 hearing, the Court stated that it was inclined to deny the motion without prejudice and a written order would follow. ECF No. 1404. To date, no written order has issued.

## II.   Mr. Daniel's motion to sever

At a February 22, 2023 motion hearing, the Court heard arguments on Mr. Daniel's motion to sever and request for a May 2023 trial date (ECF No. 1426), which defendants Troxell and Sylvester joined. ECF No. 1449. At the conclusion of the hearing, the Court denied Mr. Sylvester's request to sever. The Court also stated that it would give Mr. Daniel until the end of the week to submit any supplemental case authority. Afterward, the matter would be submitted and a written order resolving the motion to sever would issue. ECF No. 1449.

On February 24, 2023, Mr. Daniel filed a supplemental statement regarding the motion to sever. ECF No. 1451. The motion to sever is still pending. With this status report, Mr. Daniel has also filed a supplemental exhibit regarding the severance motion.

## III.   A deadline for the government's death-authorization decision

The Court's minutes of the last joint status conference state that after the parties discussed the death-eligible defendants request for an order directing the Government to give notice of its intent to seek or not seek the death penalty, "[t]he court submitted the matter and advised the parties an order will issue on this matter." ECF No. 1404. No such order has issued.

For the reasons previously discussed, the Court should issue an order directing the government to provide notice of its death-authorization decision well in advance of trial.

Respectfully submitted,

DATED:  March 15, 2023

/s/ Timothy E. Warriner
TIMOTHY E. WARRINER

/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
BRANT DANIEL