# LAW OFFICES OF DAVID D. FISCHER
## A PROFESSIONAL CORPORATION

Rocklin Professional Building  
5701 Lonetree Blvd. Suite 312  
Rocklin, CA 95765

Telephone: (916) 447-8600  
Fax: (916) 930-6482  
E-Mail: david.fischer@fischerlawoffice.com

## M E M O R A N D U M

TO:     Casey Schultz, Courtroom Deputy to the Hon. Kimberly J. Mueller

FROM:   David D. Fischer, Attorney for Samuel Keeton

DATE:   June 22, 2023

RE:     USA v. Samuel Keeton  
        Case No.: 2:19-cr-00107 KJM

Pursuant to an agreement between the parties, Mr. Keeton respectfully requests that the Court continue the status conference regarding sentencing currently scheduled for June 26, 2023, concerning setting a schedule for sentencing to August 28, 2023, at 9 a.m.