ROB BONTA, State Bar No. 202668
Attorney General of California
JULIE A. MALONE, State Bar No. 209744
Supervising Deputy Attorney General
HEATHER M. HECKLER, State Bar No. 235492
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7532
 Fax: (916) 322-8288
 E-mail: Heather.Heckler@doj.ca.gov
*Attorneys for Third Party
California Department of Corrections and
Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **USA,** Plaintiff, v. **RONALD YANDELL,** Defendant. | 2:19-CR-00107-KJM  **STIPULATION AND [PROPOSED] ORDER TO EXTEND PRODUCTION DATE**  Judge: The Honorable Edmund F. Brennan |

Third Party California Department of Corrections and Rehabilitation (CDCR) and Defendant Ronald Yandell stipulate as follows:

1. By way of a subpoena duces tecum, Defendant Ronald Yandell (V27927) sought production of all documents in the confidential section of his central file from 2004 to the present. Third Party CDCR filed a Motion to Quash the subpoena. (ECF No. 1467.) On April 26, 2023, the Court held a hearing on CDCR's Motion to Quash. The Court denied the Motion. In its order after hearing, the Court ordered CDCR to produce the responsive documents by June 26, 2023. (ECF No. 1500.)

1

2. Production of the responsive records requires counsel for CDCR to redact all names in the documents from the confidential section of Defendant Yandell's prison central file, which contains well over 5,000 pages. On June 2, 2023, counsel for CDCR produced 1,315 pages of responsive records to counsel for Defendant Yandell. On June 6, 2023, counsel for CDCR was unexpectedly out of the office for a week due to a family member's medical emergency in another state. Thereafter, counsel for CDCR was out of the country on a pre-planned vacation. Counsel for CDCR returned to the office on June 19, 2023. On June 26, 2023, counsel for CDCR produced more records to counsel for Defendant Yandell. Due to the voluminous nature of the records, and counsel for CDCR's unexpected time out of the office, counsel for CDCR needs additional time to redact and produce the remaining records responsive to Defendant Yandell's subpoena.

3. On June 22, 2023, counsel for CDCR contacted counsel for Defendant Yandell regarding the production deadline. Counsel for Defendant Yandell indicated he did not oppose a 30-day extension of time.

4. Accordingly, Third Party CDCR and Defendant Yandell stipulate to a 30-day extension of time for the production of documents responsive to Defendant Yandell's subpoena.

IT IS SO STIPULATED.

Dated: June 26, 2023

/s/ Heather M. Heckler
HEATHER HECKLER
Deputy Attorney General
COUNSEL FOR CDCR

Dated: June 26, 2023

Rene L. Valladares
Federal Public Defender

/s/ Brad D. Levenson
BRAD D. LEVENSON
Assistant Federal Public Defender
COUNSEL FOR RONALD YANDELL

# **ORDER**

The Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes good cause to extend the deadline for the Third Party CDCR to produce documents responsive to Defendant Yandell's subpoena duces tecum. The Court further finds that the brief extension of time requested by CDCR would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court extends the deadline for the Third Party CDCR to produce records responsive to Defendant Yandell's subpoena to July 26, 2023.

IT IS SO ORDERED.

Dated: June ____, 2023

                                              _____
                                              Hon. Edmund F. Brennan
                                              Magistrate Judge

# CERTIFICATE OF SERVICE

Case Name:   United States v. Yandell            No.    2:19-cr-00107-KJM

I hereby certify that on June 26, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND PRODUCTION DATE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 26, 2023, at Sacramento, California.

| R. Rondaris | *R. Rondaris* |
|---|---|
| Declarant | Signature |

SA2023300187
37296127.docx