PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-0107-KJM |
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE ON REQUEST FOR RECONSIDERATION [DOCKET NO. 1526] BY DEFENDANTS YANDELL AND CORBETT |
| v. | |
| RONALD YANDELL, et al., | |
| Defendants. | |

**STIPULATION**

The United States, by and through Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer and counsel for defendant Ronald Yandell, Assistant Federal Defenders Brad D. Levenson, Steven Kalar, and Kathleen Correll, Esq., and counsel for defendant Jason Corbett, Kresta Daly, Esq., and Robert Novak, Esq., hereby stipulate and agree to a briefing schedule and hearing date on a request for reconsideration filed by defendants Ronald Yandell and Jason Corbett ("defendants"). Docket No. 1526.

1   The proposed schedule is as follows:

2                    Government's Opposition brief:      June 28, 2023

3                    Defendant's Reply brief:            July 12, 2023

4                    Hearing on defendant's motion:      July 19, 2023, at 9:00 a.m.

5

6   IT IS SO STIPULATED.

7

8   Dated:  June 22, 2023                       PHILLIP A. TALBERT
                                                United States Attorney

9

                                                /s/ *Jason Hitt*
10                                              JASON HITT
                                                Assistant United States Attorney
11

12

13  Dated:  June 22, 2023                       /s/ *Brad D. Levenson*
                                                BRAD L. LEVENSON
14                                              STEVE KALAR
                                                Assistant Federal Public Defenders
15                                              KATHLEEN CORRELL, Esq.
                                                Counsel for Defendant
16                                              RONALD YANDELL

17

18  Dated:  June 22, 2023                       /s/ *Kresta Daly*
                                                KRESTA DALY, Esq.
19                                              RICHARD NOVAK, Esq.
                                                Counsel for Defendant
20                                              JASON CORBETT

21

22

23

24

25

26

27

28

**FINDINGS AND ORDER**

The Court accepts the stipulation of the parties regarding the request for reconsideration filed by defendant Ronald Yandell.  Docket No. 1526.  Accordingly, the Court ADOPTS the proposed schedule as follows:

|  |  |
|---|---|
| Government's Opposition brief: | June 28, 2023 |
| Defendant's Reply brief: | July 12, 2023 |
| Hearing on defendant's motion: | July 19, 2023, at 9:00 a.m. |

IT IS SO ORDERED.

DATED:  June 28, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE