Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
California State Bar No 238029
Email: steven@kalarlaw.com
1569 Solano Ave., #312
Berkeley, CA 94707-2116
(415) 295-4675
(415) 338-9950 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et al.,<br><br>Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**JOINT DEFENSE STATUS REPORT**<br><br>**HEARING DATE: JULY 19, 2023** |

1  Defendants Pat Brady, Jason Corbett, Brant Daniel, William Sylvester, Danny Troxell,
2  and Ronald Yandell, by their respective counsel of record, file this Joint Defense Status Report
3  for the Court's consideration prior to the status conference to be held on July 19, 2023.
4  Dated: July 12, 2023.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender

Law Office of Steven Kalar

*/s/ Steven G. Kalar*
STEVEN G. KALAR

**JOINT DEFENSE STATUS REPORT**

The parties are scheduled to appear before the Court on July 19, 2023, for a status conference. Below is a summary of the status of the case.

**1. Meet and confer regarding security issues and witness disclosure.**

Per this Court's minute order and discussion at the April status hearing (ECF No. 1499 - minute order), representative counsel for the defendants and the government met and conferred on July 5, 2023 regarding: (1) security issues; (2) witness disclosure schedule; and (3) the Court's conferring with outside counsel. *See* ECF No. 1493.

Security issues: Neither the government nor the defense contemplate sequestering jurors as asked by the Court at the April status hearing. The government has suggested using an anonymous jury in terms of court proceedings. The defense objects to using such a system. However, if the Court is inclined towards an anonymous jury, the defendants will agree to an Attorneys Eyes Only protective order with respect to the list of juror names.

As for any other security issues, until it is determined who will be tried together, and whether this is a capital case, it is too early to articulate any other security concerns at this time.

Witness disclosure schedule: The government proposed a four-step schedule for itself:

a. December 4 public disclosure of witnesses;

b. December 4 sealed disclosure of certain witnesses to the Court and defense teams;

c. Two weeks before trial delayed identification of witnesses the government had just discovered or decided to use as witnesses; and

d. Two weeks before trial delayed notification of witnesses of which the government has security concerns.

The defense is in agreement with the two December 4, 2023, deadlines, but not to subpoints (c) and (d). The defense position is that if the government has a late disclosure, and it can show good cause for the delay and due diligence, then the government should file a motion with the Court and the defense should have an opportunity to file and argue objections.

To that end, late disclosures could delay the trial and leave jurors waiting to hear evidence. Further, late disclosures disfavor the defense with regard to the investigation of the

2

substance of the testimony of such witnesses, development of evidence related to impeachment, and record collection. And if sources of information are in custody, it is impossible to schedule and conduct interviews in that time frame.

As of the filing of this memorandum, the Parties continue to meet and confer as to this issue. To that end, the government has been provided revised language and the defense is awaiting a response.

The Court's consulting with outside counsel: The government objects to the Court consulting with outside defense counsel but stated it would not object to the Court's consulting other judges. To that end, the defense suggests either Judge David Carter or Judge Virginia Phillips, both from the Central District of California. Both judges have extensive experience with potential capital and complex RICO cases.

**2. Discovery production for all defendants.**

There have now been nine (9) discovery productions, with the ninth production provided to the defense on May 31, 2023. The defense requests an update from the government as to the timing of any further discovery productions.

**3. Status of capital eligibility.**

At a meet and confer on July 5, 2023, the government informed the defense that the decision about capital eligibility was still with the local United States Attorney office but that it was hoping to send the decision to Main Justice soon. The defense requests that the Court inquire of the government at the upcoming hearing as to whether the government has since sent its decision to Main Justice.

**4. Pending motions.**

The Court has before it a joint defense motion for juror questionnaires in a non-capital case (ECF No. 1528), the government's opposition (ECF No. 1550), and the defense reply (ECF No.1561). Argument on this motion will be at the July 19, 2023 hearing before the Court.

The Court also has before it a joint defense motion for early 404(b) evidence disclosure (ECF No. 1527), the government's opposition (ECF No. 1551), and the defense reply (ECF No. 1562). The issue is ready for argument before this Court on July 19, 2023.

3

Finally, the Court has before it the completed briefing of the motion for reconsideration of Judge Claire's denial of Messrs. Yandell and Corbett's motion for bill of particulars (ECF Nos. 1526, 1550, 1563). The motion is ready for argument before this Court at the July 19, 2023 status conference.

Dated: July 12, 2023.

    Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender


Law Office of Steven Kalar

*/s/ Steven G. Kalar*
STEVEN G. KALAR

4