**CAED 435 (Rev. 04/18)**

United States District Court, Eastern District of California

Case 2:19-cr-00107-KJM   Document 1574   Filed 08/04/23   Page 1 of 1

# TRANSCRIPT ORDER

*PLEASE Read Instruction Page (attached):*

**FOR COURT USE ONLY — DUE DATE:**

| # | Field | Value |
|---|---|---|
| 1 | YOUR NAME | Tim Warriner |
| 2 | EMAIL | tew@warrinerlaw.com |
| 3 | PHONE NUMBER | 9164437141 |
| 4 | DATE | 8/4/23 |
| 5 | MAILING ADDRESS | 455 Capitol Mall, Suite 802 |
| 6 | CITY | Sacramento |
| 7 | STATE | CA |
| 8 | ZIP CODE | 95814 |
| 9 | CASE NUMBER | 2:19-cr-00107 KJM |
| 10 | JUDGE | KJM |
| 11 | FROM | 7/19/23 |
| 12 | TO | 7/19/23 |
| 13 | CASE NAME | US v. Yandell, et al. |
| 14 | CITY (Location) | Sacramento |
| 15 | STATE (Location) | CA |

**16. ORDER FOR**
- [ ] APPEAL No.
- [✔] NON-APPEAL
- [✔] CRIMINAL
- [ ] CIVIL
- [✔] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✔] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | status conference (#1566) | 7/19/23 | Kimberly Bennett |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** *(Grey Area for Court Reporter Use)*

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES / NO. OF COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [✔] | | | |
| 14-Day | [ ] | [ ] | | | |
| EXPEDITED | [ ] | [ ] | | | |
| 3-Day | [ ] | [ ] | | | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)** — By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL:

**19. SIGNATURE:** /s/ Timothy E. Warriner
**20. DATE:** 8/4/23

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

DEPOSIT PAID:
TOTAL CHARGES:
LESS DEPOSIT:
TOTAL REFUNDED:
TOTAL DUE: