UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>**Jeanna Quesenberry** | **Docket No. 2:19-CR-00107-KJM-12**<br>**Federal Charges**: 18§1959(a)(5) – Conspiracy to Participate in a Racketeer Influenced Corrupt Organization; 21§846, 841(a)(1) – Conspiracy to Distribute at Least 50 Grams of Methamphetamine (Actual) and at Least 1 Kilogram of Heroin; 21§841(a)(1) – Distribution of at Least 100 Grams of Heroin (3 Counts); 21§841(a)(1) – Distribution of Methamphetamine; 21§841(a)(1) – Distribution of Heroin (2 Counts); and, 18:1963(a)(1), (a)(2), and (a)(3), and 21:853(a) – Criminal Forfeiture. |

**COMES NOW,** Margarita Zepeda Pretrial Services Officer of the Court, presenting an official report upon the conduct of Jeanna Quesenberry, who was placed on bond by the Honorable Allison Claire sitting in the Court at Sacramento, California, on July 22, 2020, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1. You shall not commit any offense in violation of federal, state, or local law while on release in this case. 2. You must report any contact with law enforcement to your Pretrial Services officer within 24 hours.

**ALLEGED VIOLATION CONDUCT:** On July 27, 2021, the defendant was contacted by law enforcement (an investigator with the County of El Dorado District Attorney's Office - Unemployment Fraud Task Force) and failed to report this contact to Pretrial Services. On August 18, 2021, the defendant was contacted by law enforcement (an investigator with the County of El Dorado District Attorney's Office - Unemployment Fraud Task Force) and failed to report this contact to Pretrial Services. Thereafter, on February 14, 2023, a Criminal Complaint was filed against the defendant in the State of California for the County of El Dorado, alleging the defendant committed the crime of Unemployment Insurance fraud, in violation of California Unemployment Insurance Code 2101(a), Insurance Fraud, in violation of California Penal Code 550(a)(5), and Grand Theft, in violation of California Penal Code 487(a).

**PRAYING THAT THE COURT WILL ORDER** a bail violation hearing be scheduled before the Duty Magistrate Judge on August 28, 2023, at 2:00pm.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Margarita Zepeda
U.S. Pretrial Services Officer

Dated: August 25, 2023

## ORDER

- ☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
- ☐ The Court hereby orders this ex parte motion and order be sealed.
- ☐ The Court orders a summons be issued with an appearance date of _____.
- ☒ The Court hereby orders this matter placed on the Duty Magistrate Judge's court calendar on August 28, 2023 at 2:00 p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
- ☐ The Court orders no action be taken.
- ☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Dated: August 25, 2023

Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE