Rene L. Valladares
Federal Public Defender
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Steven G. Kalar
California State Bar No 238029
Email: steven@kalarlaw.com
1569 Solano Ave., #312
Berkeley, CA 94707-2116
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RONALD YANDELL, et al.<br><br>  Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**FIRST AMENDED JOINT PROPOSED TRIAL SCHEDULE** |

Defendants Pat Brady, Jason Corbett, Brant Daniel, Danny Troxell, William Sylvester, and Ronald Yandell, by and through their respective counsel of record, and the government (through Assistant United States Attorney Jason Hitt) hereby file this First Amended Proposed Trial Schedule for the Court's consideration.

The defendants and the government propose the following schedule, as to those defendants scheduled for trial beginning trial on February 26, 2024:[1]

(1) The expiration of attorneys' eyes-only protective orders will be governed by the terms of those protective orders.

(2) Jury selection will begin Tuesday, February 20, 2024.[2]

(3) A pretrial conference is set for January 26, 2024.

(4) The deadline for disclosure of all materials covered by the *Jencks Act*, *Brady*, *Giglio*, and notice of 404(b) evidence is November 6, 2023. The United States shall promptly produce *Jencks Act*, *Brady*, *Giglio* materials, and notice of 404(b) evidence generated or received after November 6, 2023, on a rolling basis. The government's notice, production (and possible retention) of 404(b) materials is subject to the court's order found at ECF No. 1569.

(5) The government's witness lists (both public and non-public) will be disclosed December 18, 2023. The United States may separately apply to the court for late disclosure of certain witnesses until 14 days before the trial. (The modified language in this section is consistent with the language used in ECF No. 1493).

(6) By January 5, 2024, the government shall provide the defense with electronic copies of non-physical exhibits.

---

[1] The areas of amendment are found in items 4, 5 and 9 herein; the remaining items (1-3, 6-8 & 10-11) are unchanged from the original filing ECF No. 1493).

[2] February 19, 2024, is a federal holiday, Presidents' Day.

2

(7) By October 27, 2023, the parties shall simultaneously disclose expert witness names and complete other disclosures required by Rule 16. By November 13, 2023, the parties shall file any motions related to experts, with responses due December 1, 2023, replies due December 18, 2023, and a hearing on January 8, 2024.

(8) Any motions *in limine* shall be filed by January 8, 2024, with responses due January 16, 2024.[3]

(9) Consistent with the court's order regarding the use and scope of a jury questionnaire in this matter (ECF No. 1597), the parties shall exchange draft jury questionnaires, as to a *non-capital trial*, by October 27, 2023, and shall file proposed jury questionnaires by December 18, 2023.  Further litigation as to the use of a jury questionnaire is "tabled" until the court resolves pending motions (ECF Nos. 1590 and 1603) related to the potential applicability of the death penalty.

(10) The parties shall file proposed jury instructions and verdict forms by January 22, 2024.

(11) Defense witness and exhibit lists shall be filed by January 16, 2024.

Dated:  August 31, 2023.

Respectfully submitted on behalf of these defendants,

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender
On Behalf of All Defendant Parties

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
On Behalf of the United States of America

---

[3] January 15, 2024, is a federal holiday, the birthday of Martin Luther King, Jr.

3