JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar # 166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant,
BRANT DANIEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-0107-KJM |
|---|---|
| Plaintiff, | ) DEFENDANT BRANT DANIEL'S REPLY TO CDCR OPPOSITION TO MOTION REGARDING INTERFERENCE WITH LEGAL MAIL; REQUEST FOR EVIDENTIARY HEARING |
| vs. | ) |
| BRANT DANIEL, | ) |
| Defendant. | ) Date: September 20, 2023<br>) Time: 9:00 a.m.<br>) Hon. Kimberly J. Mueller |

CDCR's opposition claims that prison officials have delivered all legal mail sent to defendant Brant Daniel pursuant to its mail policy since March 1, 2023. ECF No. 1612, at 5. In support of its claim, CDCR attached as Exhibit 3 a mail log that purports to contain defendant Brant Daniel's signature on four pieces of legal mail received from his attorneys since March 1, 2023. ECF No. 1612, at 28-41.

1

Mr. Daniel denies that any of those four signatures are his. *See* Declaration of Brant Daniel, ¶ 3 (attached). He declares under oath that he still has not received any legal mail from his attorneys in this case after March 1, 2023. *Id.*, ¶ 4. As a result, the Court should schedule an evidentiary hearing on whether CDCR has delivered legal mail in accordance with its policy. After an evidentiary hearing, the Court should order that CSP-Sacramento prison staff deliver Mr. Daniel's legal mail to him without opening it and should order other appropriate relief to ensure that Mr. Daniel's Sixth Amendment right to access counsel is not infringed.

Dated:  September 13, 2023

Respectfully submitted,

/s/ Timothy E. Warriner
TIMOTHY E. WARRINER

/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
BRANT DANIEL

## Declaration of Brant Daniel

I, Brant Daniel, declare:

1. I am the defendant Brant Daniel in *United States v. Yandell*, No. 2:19-CR-0107-KJM in E.D. Cal. federal court. I am currently incarcerated in CSP-Sacramento state prison.

2. On September 13, 2023, my attorneys showed me the legal mail log filed as Exhibit 3 (ECF document 1612, pages 29-41).

3. None of the signatures attributed to me on those pages were signed by me with the possible exception of the signature on the legal mail log from attorney Anne M. Cappella with the date April 3, 2023.

4. As of September 13, 2023, I still have not received any legal mail from my attorneys John Balazs and Tim Warriner after March 1, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of September 2023 in CSP-Sacramento state prison.

/s/ Brant Daniel
[signature authorized in presence of attorneys John Balazs and Tim Warriner, 9/13/2023]