Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
California State Bar No 238029
Email: steven@kalarlaw.com
1569 Solano Ave., #312
Berkeley, CA 94707-2116
(415) 295-4675
(415) 338-9950 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RONALD YANDELL, et al.,<br><br>  Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**JOINT DEFENSE STATUS REPORT**<br><br>**HEARING DATE:** September 20, 2023 |

Defendants Pat Brady, Jason Corbett, Brant Daniel, William Sylvester, Danny Troxell, and Ronald Yandell, by their respective counsel of record, file this Joint Defense Status Report for the Court's consideration prior to the status conference to be held on September 20, 2023.

Dated: September 13, 2023.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender

Law Office of Steven Kalar

*/s/ Steven G. Kalar*
STEVEN G. KALAR

**JOINT DEFENSE STATUS REPORT**

The parties are scheduled to appear before the Court on September 20, 2023, for a status conference. Below is a summary of the status of the case.

1. **Jury Questionnaires**

Per this Court's order dated August 29, 2023 (ECF No. 1597), representative counsel for the defendants and the government met and conferred on August 30, 2023 regarding the jury questionnaire. The parties have agreed upon a proposed scheduling order (*see* ECF No. 1605 at 3, no. 9) which contains deadlines for proposing questions for the questionnaire. The parties will continue to meet and confer on this issue.

2. **Discovery production for all defendants.**

There have now been nine (9) discovery productions, with the ninth production provided to the defense on May 31, 2023. The defense requests an update from the government as to the timing of any further discovery productions.

3. **Status of capital eligibility.**

The government has filed a motion to extend the time to December 15, 2023 for it to give notice of its intent to seek or not seek the death penalty against Brady, Corbett, Daniel, Sylvester, and Yandell. ECF No. 1590. At the July 2023 meet and confer, the government informed the defense that the decision about capital eligibility was still with the local United States Attorney office but that it was hoping to send the decision to Main Justice soon. The government's motion to extend the time does not state whether the decision has yet been sent to Main Justice. The defense requests more information from the government regarding the status of the request.

4. **Pending motions.**

The Court has before it the First Amended Joint Proposed Trial Schedule drafted by defense counsel and the government. ECF No. 1605. The Proposed Trial Schedule is ready for the Court's review.

The Court also has before it the government's motion for extension of time to file notice of the death penalty (ECF No. 1590). The defendants filed a joint opposition on August 30, 2023 (ECF No. 1602), and the government was scheduled to file its reply on September 6, 2023 (*see*

2

1  ECF No. 1606). That motion will be ready for argument at the September 20, 2023 status
2  conference.
3     The Court has before it the Defendant's joint motion to preclude the death penalty (ECF
4  No. 1603). The government's opposition will be filed September 13, 2023, and the defendants'
5  reply on September 15, 2023. ECF No. 1606 at 2. That motion will be ready for argument at the
6  September 20, 2023 status hearing.
7     The Court also has before it Brant Daniel's Motion to dismiss (ECF No. 1565). The
8  government has filed an opposition (ECF No. 1613), and Mr. Daniel will file a reply by
9  September 13, 2023. The motion is ready for argument before this Court.
10    Mr. Daniel has also filed a motion regarding interference with his legal mail (ECF No.
11 1579). The government has filed an opposition to Mr. Daniel's motion (ECF No. 1612), and
12 Mr. Daniel's will file a reply by September 13, 2023. This motion is also ready for argument
13 before the Court.
14    Dated:  September 13, 2023.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender


Law Office of Steven Kalar

*/s/ Steven G. Kalar*
STEVEN G. KALAR