UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell. et al., | |
| Defendants. | |

Counsel for the California Department of Corrections and Rehabilitation is directed to appear at the hearing on September 20, 2023. Counsel must be prepared to answer questions about Defendant Brant Daniel's pending motion regarding legal mail, ECF No. 1579. In particular, counsel should be prepared to identify the current location of the legal mail referenced by the filings on the court's docket. *See* ECF Nos. 1612, 1617. The parties shall also be prepared to discuss whether the convening of an evidentiary hearing related to the motion should be referred to Magistrate Judge Jeremy D. Peterson. *Cf.* Order (May 11, 2022), ECF No. 1168 (designating Judge Peterson to conduct proceedings "relating to the conditions of the defendants' pretrial confinement").

The Clerk's Office is instructed to serve a copy of this order on Heather Heckler, Deputy Attorney General, counsel for the California Department of Corrections and Rehabilitation, by email to Heather.Heckler@doj.ca.gov.

1   IT IS SO ORDERED.

2   DATED: September 18, 2023.

3

4

_____
CHIEF UNITED STATES DISTRICT JUDGE