# THE LAW OFFICE OF
# TASHA | CHALFANT

_____

TO:         Casey Schultz, Courtroom Clerk for Chief Judge Kimberly J. Mueller
            United States District Court, Eastern District of California

FROM:       Tasha Paris Chalfant
            Attorney for Defendant, Donald Mazza

DATE:       September 27, 2023

RE:         U.S. v. Ronald Yandell
            Defendant: Donald Mazza
            2:19-CR-00107 KJM

## JUDGMENT & SENTENCING CONTINUANCE AND NEW DISCLOSURE DATES
_____

      The above matter is currently scheduled for Judgment and Sentencing on October 2, 2023.  The defense requests additional time to prepare for sentencing with Mr. Mazza due to logistical issues and the defense obtaining necessary mitigation information.

      The parties have no objections to this request, including probation. This is necessary to properly represent the defendant.

      The new date requested for Judgment and Sentencing is April 22, 2024, at 9:00 a.m. Accordingly, the new Schedule of Disclosure Dates for the PSR is:

| | |
|---|---|
| Judgment and Sentencing - | 04/22/24 |
| Reply Date, or Statement of Non-Opposition – | 04/15/24 |
| Motion for Correction Date – | 04/08/24 |
| Report Date (Final) – | 04/01/24 |
| Counsel's Written Objections Date – | 03/25/24 |
| Date of Report (Draft) – | 03/11/24 |

      Please feel free to contact me if you have any questions.  Thank you.

/////
/////.

5701 Lonetree Blvd, Suite 312 – Rocklin, CA 95765 – tashachalfant@gmail.com
Phone: (916) 444-6100 – Fax: (916) 930-6093