Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Richard G. Novak, SBN 149303
Naomi Svensson, SBN 251660
**Law Offices of Richard G. Novak**
PO Box 5549
Berkeley, CA 94705
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email: richard@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RONALD YANDELL,<br>DANIEL TROXELL,<br>WILLIAM SYLVESTER,<br>BRANT DANIEL,<br>PAT BRADY, and<br>JASON CORBETT<br><br>  Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**JOINT DEFENSE STATUS REPORT**<br><br>**HEARING DATE: NOVEMBER 1, 2023**<br><br>**HEARING TIME: 9:00 A.M.** |

Defendants Pat Brady, Jason Corbett, Brant Daniel, Danny Troxell, William Sylvester, and Ronald Yandell, by and through their respective counsel of record, file this Joint Defense Status Report for the Court's consideration prior to the status conference to be held on November 1, 2023.

# JOINT DEFENSE STATUS REPORT

The parties are scheduled to appear before the Court on November 1, 2023, for a status conference. Below is a summary of the status of the case.

## I.     Status of the Death Penalty Protocol

The government informed the defense this week that the recommendation of the United States Attorney concerning whether the government should seek the death penalty against each defendant has now been sent to Department of Justice counterparts in Washington D.C.

The government also informed the defense the government continues to seek an extension of the deadline to file a notice of intent.  If any notices of intent to seek death are filed, the defendant(s) impacted by such notices will renew their motion to preclude same, the Court having deemed it premature to do so in advance of the filing of such notice.

## II.     Trial Status

No party is aware of any reason why the trial cannot proceed as scheduled on February 26, 2024 so long as the government does not seek the death penalty against any of the defendants.

Attorneys for the government all have scheduling conflicts on January 26, 2024 and seek to move the hearing to January 31, 2024.

## III.     Scheduling order

The parties await the Court's final determination on the proposed scheduling order.

The defense intends to produce to the Government a draft proposed joint jury questionnaire regarding hardships pursuant to the proposed October 27, 2023 deadline.

The government informed the defense this week that it will either seek a three-week extension of its November 6 deadline for certain disclosures (*Jencks/Brady/Giglio/*404(b)) or it will seek leave for a second subsequent deadline for any *Giglio* material developed in the course of trial preparation.

The defendants object to any wholesale extension of the deadline.  The defendants do not object to an initial timely production that may be supplemented with newly developed information as it is received by the government.

//

**IV.     Discovery**

The defense requests an update on whether the government anticipates additional discovery productions other than those contemplated by the Scheduling Order.

**V.     Outstanding Motions**

Defendant Brant Daniels has one outstanding motion pending before Judge Peterson.

Dated:  October 25, 2023

By     s/ Steve Kalar
BRADLEY LEVENSON and STEVE KALAR
Attorneys for Ronald Yandell

Dated:  October 25, 2023

By     s/ Todd Leras
TODD LERAS
Attorney for Danny Troxell

Dated:  October 25, 2023

By     s/ Hayes Gable
HAYES GABLE and KNUT JOHNSON
Attorneys for William Sylvester

Dated:  October 25, 2023

By     s/ Timothy Warriner
JOHN BALAZS and TIMOTHY WARRINER
Attorneys for Brant Daniel

Dated:  October 25, 2023

By     s/ John Manning
JOHN MANNING and MARCIA MORRISSEY
Attorney for Pat Brady

Dated:  October 25, 2023

By     s/ Kresta Daly
KRESTA NORA DALY and RICHARD NOVAK
Attorney for Jason Corbett