Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95696
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Richard G. Novak, SBN 149303
**Law Offices of Richard G. Novak**
PO Box 5549
Berkeley, CA 94705
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email: richard@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON CORBETT,<br><br>　　　　Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**NOTICE OF FILING UNDER SEAL** |

　　　Kresta Daly and Richard Novak, attorneys for Jason Corbett, provide notice that Application[s] to Seal are being filed regarding Mr. Corbett. The documents sought to be sealed is/are request[s] pursuant to Federal Rule of Criminal Procedure 17. The application[s] contain[s] privileged materials. Such privileges include, but are not limited to, the work product and attorney-client privilege. The documents were not served on any other party. The Application to Seal and Proposed Order will be electronically mailed to the Court for consideration.

1  For these reasons, the defense respectfully requests that the documents
2  requesting to be filed under seal, remain under seal until further Order of the Court.

Dated: November 15, 2023

By     s/ Kresta Daly
KRESTA NORA DALY and RICHARD NOVAK
Attorneys for Jason Corbett