UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, et al., | |
| Defendants. | |

Having considered the parties' joint proposed scheduling order and their comments at the status conference on November 1, 2023, the court orders as follows:

(1) The expiration of attorneys' eyes-only protective orders will be governed by the terms of those protective orders.

(2) Jury selection currently is set to begin Tuesday, February 20, 2024.[1]

(3) A pretrial conference is set for January 31, 2024.

(4) The deadline for disclosure of all materials covered by the Jencks Act, *Brady*, *Giglio*, and notice of 404(b) evidence was November 6, 2023. The United States shall promptly produce Jencks Act, *Brady*, *Giglio* materials, and notice of 404(b) evidence generated or received after November 6, 2023, on a rolling basis. The

---

[1] The court anticipates discussing this date further with the parties at the status conference on December 20, 2023.

1

government's notice, production (and possible retention) of 404(b) materials is subject to the court's order found at ECF No. 1569. As discussed at the status conference on November 1, 2023, the government may promptly supplement its timely initial production of the materials identified in this paragraph with any newly developed information, as it is received by the government.

(5) The government's witness lists (both public and non-public) will be disclosed December 18, 2023. The United States may separately apply to the court for late disclosure of certain witnesses until 14 days before the trial.

(6) By January 5, 2024, the government shall provide the defense with electronic copies of non-physical exhibits.

(7) By October 27, 2023, the parties shall have simultaneously disclosed expert witness names and completed other disclosures required by Rule 16. By November 13, 2023, the parties shall have filed any motions related to experts, with responses due December 1, 2023, replies due December 18, 2023, and a hearing on January 8, 2024.

(8) Any motions in limine shall be filed by January 8, 2024, with responses due January 16, 2024.

(9) Consistent with the court's order regarding the use and scope of a jury questionnaire in this matter (ECF No. 1597), the parties shall have exchanged draft jury questionnaires, as to a non-capital trial, by October 27, 2023, and shall file proposed jury questionnaires by December 18, 2023.

(10) The parties shall file proposed jury instructions, and verdict forms by January 22, 2024.

(11) Defense witness and exhibit lists shall be filed by January 16, 2024.

In addition to the stipulated dates above, the court orders as follows:

(1) The parties shall file proposed voir dire questions by January 22, 2024.

(2) No later than January 22, 2024, the parties may file trial briefs and the government shall file a statement of the case with the court. Trial briefs shall not exceed 20

pages. In their trial briefs, the parties shall include a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence not covered by the parties' motions in limine, legal arguments, any other information the parties believe is relevant, and citations of authority in support thereof. In lieu of a statement of the case, the parties may file a joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case.

(3) The parties shall have met and conferred before filing any motions in limine, including motions regarding expert testimony, to determine if agreement can be reached or the scope of a motion narrowed before filing. Any motion filed shall contain a plain, concise summary of any reasonably anticipated disputes concerning admissibility of evidence, including but not limited to, live and deposition testimony, physical and demonstrative evidence and the use of special technology at trial, including computer animation, video discs, and other technology.

(4) All exhibits shall be pre-marked with exhibit stickers provided by the court. The government's exhibits shall be numbered. Should the defendants elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter. The parties may obtain exhibit stickers by contacting the clerk's office at (916) 930-4000 or visiting the public counter.

(5) All proposed voir dire questions, proposed verdict forms, proposed jury instructions, and exhibit lists shall also be submitted in Microsoft Word format via email to: kjmorders@caed.uscourts.gov.

IT IS SO ORDERED.

DATED: December 6, 2023.

CHIEF UNITED STATES DISTRICT JUDGE