LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DANNY TROXELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>RONNIE YANDELL, DANNY TROXELL, et al.,<br><br>             Defendants. | Case No.: 2:19-cr-0107 KJM<br><br>DEFENDANT DANNY TROXELL'S JOINDER IN CO-DEFENDANT RONNIE YANDELL'S RESPONSE IN OPPOSITION TO GOVERNMENT'S MOTION FOR PRE-TRIAL FINDING OF CONSPIRACY (ECF DOCUMENT 1699)<br><br>Date:     December 20, 2023<br>Time:      9:00 a.m.<br>Court:    Hon. Kimberly J. Mueller |

     Defendant Danny Troxell, by and through his counsel of record, hereby gives notice of his joinder in Co-Defendant Ronnie Yandell's "Response in Opposition to United States' Motion for Pretrial Finding of Conspiracy for Purposes of Rule 801(d)(2)(E) (hereafter the "Opposition

JOINDER IN OPPOSITION TO
GOVERNMENT MOTION FOR
PRETRIAL CONSPIRACY FINDING

Brief to Government Motion for Pretrial Finding of Conspiracy"). (Government Motion is at ECF Entry 1699, Opposition Brief is at ECF Entry Number 1724 in the above-entitled action).

Defendant Danny Troxell joins in the Opposition Brief to Government Motion for Pretrial Finding of Conspiracy and reserves the right to present additional evidence, authority, and argument in opposition to the Government's motion.

Respectfully submitted,

DATED: December 6, 2023

By    */s/ Todd D. Leras*
     TODD D. LERAS
     Attorney for Defendant
     DANNY TROXELL

JOINDER IN OPPOSITION TO
GOVERNMENT MOTION FOR
PRETRIAL CONSPIRACY FINDING