PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-0107 KJM |
| Plaintiff, | GOVERNMENT'S WITNESS LIST |
| v. | |
| RONALD YANDELL, ET AL., | |
| Defendants. | |

The United States, by and through its undersigned counsel, hereby submits the following list of witnesses it may call in its case-in-chief.  The government reserves the right to request to present additional witnesses, not on this list, that may become necessary during the government's case-in-chief, or to rebut evidence presented during any of the defendant's case.  The government may also elect not to call certain listed witnesses depending upon the admission of evidence and/or stipulations reached during the government's case-in-chief.

Defendants should not rely upon this list for a witness's appearance at trial if any defendant believes that any listed witness is needed for his case.

1. Detective Corporal Scott Briggs

2. Retired Detective Carl Gibson

3. Aian Patel – General Manager, Super 8 motel

4. DEA Special Agent Brian Nehring

5. DEA Special Agent Robert Marchi (retired)

6. DEA Special Agent RJ Britt

7. DEA Special Agent Max Laschuk

8. DEA Intelligence Analysts Matthew Kregor

9. DEA Special Agent George Montserrat

10. Sacramento County District Attorney Investigator Jay Sims

11. CDCR Investigative Services Unit Officer Haydel Mitchell

12. CDCR Investigative Services Unit Officer Scott Givens

13. CDCR SSU Special Agent Doug McClure (retired)

14. CDCR Correctional Lieutenant Dwyane Davidge

15. Tamla Corbin, Senior Criminalist, California Department of Justice

16. Las Vegas Metro Police Detective R. Schaffner

17. Las Vegas Metro Police Detective Erik Dockery

18. CDCR Correctional Officer Seth Cunningham

19. CDCR Correctional Officer Brandon Dardis

20. CDCR Correctional Officer Michael Wheat

21. CDCR Correctional Officer Kyle Bell

22. CDCR Correctional Officer Veronica Ramirez

23. CDCR Investigative Services Unit Officer Daniel Contreras

24. CDCR Investigative Services Unit Officer Jason Mason

25. CDCR Correctional Officer Bradly Moss

26. CDCR Investigative Services Unit Officer Cesar Rios

27. CDCR Investigative Services Unit Officer Alexander Koehler

28. CDCR Investigative Services Unit Officer Mark Martinez

29. CDCR Investigative Services Unit Officer David Glover

30. CDCR Licensed Vocational Nurse Debbie Struble

31. CDCR Registered Nurse Stacey Kirch

32. Dr. Mark Davis

33. CDCR Correctional Sergeant Efren Meraz

34. CDCR Correctional Officer Jamarkus Mangum

35. CDCR Correctional Officer Brandon Daane

36. CDCR Correctional Officer Michael Darst

37. CDCR Correctional Officer Wendell Jones

38. CDCR Correctional Officer Dale Davis

39. CDCR Correctional Officer P. Bettencourt

40. Terry Pell, Penlink

41. Sacramento County District Attorney Investigator Jay Sims

42. CDCR Investigative Services Unit Officer Haydel Mitchell

43. CDCR Investigative Services Unit Officer Drew Bittner

44. Chino Police Officer Ernie Garcia

45. DEA Special Agent Keelin Tull

46. Matthew R. Manney, Senior Forensic Chemist, Drug Enforcement Administration

47. Shana M. Irby, Senior Forensic Chemist, Drug Enforcement Administration

48. Steven-Ray Wing, Senior Forensic Chemist, Drug Enforcement Administration

49. Jonathan C. Dumke, Senior Forensic Chemist, Drug Enforcement Administration

50. Keith T. Chan, Senior Forensic Chemist, Drug Enforcement Administration

51. Annie Y. Wang, Forensic Chemist, Drug Enforcement Administration

52. KeiSharra D. Eldridge, Senior Forensic Chemist, Drug Enforcement Administration

53. Suk In Fullbright, Quality Assurance Specialist, Drug Enforcement Administration

54. Stephany Fiore, Coroner

55. CDCR Correctional Officer Alicia Fletcher

56. CDCR Correctional Officer Rafael Heredia

57. CDCR Correctional Officer David Villasenor

58. CDCR Correctional Officer Charles Finnegan

59. CDCR Correctional Officer Machelle Calderon

60. Brian M. Nagao, Forensic Pathologist

61. CDCR Correctional Officer S. Knafla

62. CDCR Correctional Officer Rafael Heredia

63. Anthony Abeyta

64. CDCR Investigative Services Unit Officer Kevin Lee

65. CDCR Correctional Officer Simon Ramirez

66. CDCR Correctional Officer Joe Agnone

67. CDCR Investigative Services Unit Officer Gina Waller

68. CDCR Correctional Officer Mario Cervantes

69. Dr. Venus Azar

70. CDCR Correctional Officer Ronald Botelho

71. CDCR Correctional Officer S. Licon

72. CDCR Correctional Officer L.J. Billiou

73. CDCR Correctional Officer V. J. Licon

74. CDCR Correctional Officer C. Carrisales

75. CDCR Correctional Officer Harold Williamson

76. CDCR Correctional Officer David Carter

77. CDCR Correctional Officer Jacqueline Hernandez

78. CDCR Correctional Officer Brett Flemming

79. CDCR Correctional Officer Deborah O'Hara

80. Special Agent Cory Perryman, Special Service Unit-Sacramento, Gang Intelligence
    Operations, Office of Correctional Safety

81. Special Agent Johnny Street, CDCR Special Service Unit

82. ATF Special Agent Kyle Duncan

83. ATF Special Agent Jason Weber

84. James Applegate, El Dorado County District Attorney's Office Investigator

85. Gary Malmquist, El Dorado County District Attorney's Office Investigator

86. Lieutenant Jason Bloxsom, El Dorado County Sheriff's Office

87. CDCR Correctional Officer Steven Montgomery

88. CDCR Correctional Officer Robert Masterson

89. CDCR Investigative Services Unit Officer Martin Fong

90. CDCR Correctional Officer R. Hernandez

91. CDCR Correctional Officer D. Glover

92. Dr. Abdur Rahman

93. CDCR Correctional Officer E. Boyd

94. CDCR Correctional Officer A. Koehler

95. BOP Correctional Officer Ste Messing

96. CDCR Correctional Officer F. Santiago

97. CDCR Correctional Officer D. R. Andruss

98. CDCR Correctional Officer A.C. Aguilera

99. CDCR Correctional Officer C. Painter

100. CDCR Correctional Officer A.S. Lundsberg

101. CDCR Correctional Officer D.R. Fredrickson

102. CDCR Correctional Officer L.D. Thomas

103. CDCR Correctional Cadet M. Vargas

104. CDCR Correctional Sergeant C. Gage

105. CDCR Correctional Officer E. Simmerson

106. CDCR Correctional Sergeant F. Money

107. CDCR Correctional Officer T. Lightsey

108. CDCR Correctional Officer C. Bowman

109. CDCR Correctional Officer D. Rodgers

110. Kenneth May

111. Detective Michael Duncan, Los Angeles County Sheriff's Department

112. Detective Brandon, Los Angeles County Sheriff's Department

113. Sergeant Clift, Los Angeles County Sheriff's Department

114. Deputy Dan Morgan, Los Angeles County Sheriff's Department

115. CDCR Correctional Officer Freddy Santiago

1    116.    Dr. Robinder Dhillon

2    117.    CDCR Correctional Officer Timothy Drake

3    118.    Deputy Stephani Guerrero, Sacramento County Sheriff's Department

4    119.    Deputy Bianca Martin, Sacramento County Sheriff's Department

5    120.    Deputy William Hertoghe, Sacramento County Sheriff's Department

6    121.    Detective T. Arburua, Orange County Sheriff's Department

7    122.    Deputy Jose Villalobos, Sacramento County Sheriff's Department

8    123.    Deputy Jason Holiman, Sacramento County Sheriff's Department

9    124.    Deputy Jerami Quillen, Sacramento County Sheriff's Department

10   125.    Verizon, custodian of records (to be identified by Verizon before trial)

11       The United States may also call additional witnesses as custodians of records or to otherwise

12   authenticate records, if necessary.

13

14    Dated:  December 18, 2023                    PHILLIP A. TALBERT
                                                    United States Attorney
15

16                                        By:   */s/ Jason Hitt*
                                                JASON HITT
17                                              ROSS PEARSON
                                                DAVID SPENCER
18                                              Assistant United States Attorneys

19

20

21

22

23

24

25

26

27

28