PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>RONALD YANDELL, ET AL.,<br><br>                              Defendants. | CASE NO.  2:19-CR-00107-KJM<br><br>UNITED STATES' PROPOSED JURY QUESTIONNAIRE |

The United States hereby submits its proposed jury questionnaire, attached to this filing.

Dated:  December 19, 2023                                    PHILLIP A. TALBERT
                                                                          United States Attorney


                                                              By:   /s/ ROSS PEARSON
                                                                          JASON HITT
                                                                          ROSS PEARSON
                                                                          ROSS PEARSON
                                                                          Assistant United States Attorney

**BACKGROUND INFORMATION**

1. **Residence**

   a.   General area of residence: _____

   b.   Years at residence: _____

   c.   Years in County of Residence: _____

   d.   Years in California: _____

2. **Occupation (Last occupation if now retired):** _____

   a.   Employer: _____

                              i.   How long with current employer? _____

                  ii.   General location: _____

          iii.   Your duties: _____

                  _____

                  _____

   b.   Prior employment or occupation: _____

   _____

   _____

3. **Current Marital Status** (Please circle one):

                  Single        Married      Divorced     Widowed    Living with Significant Other

   a.   Spouse's or Significant Other's Occupation: _____

         i.   Spouse's or Significant Other's Employer _____

   b.   If previously married, former spouse's occupation _____

4. **Children**

   For each of your children or stepchildren, please list the age, gender, occupation and/or student (if post-high school, study emphasis), and marital status of each (whether living with you or living elsewhere – ask for more pages as needed):

   | Age | Gender | Occupation or student (study emphasis) | Marital Status |
   |-----|--------|----------------------------------------|----------------|
   |     |        |                                        |                |

| Age | Gender | Occupation or student (study emphasis) | Marital Status |
|-----|--------|----------------------------------------|----------------|
|     |        |                                        |                |
|     |        |                                        |                |
|     |        |                                        |                |
|     |        |                                        |                |
|     |        |                                        |                |
|     |        |                                        |                |

**5.**    <u>**Ohers Living with You**</u>

If people other than your spouse/significant other and children live with you, please list their ages, genders, and occupation or student (study emphasis) and their relationships to you:

| Age | Gender | Occupation or student (study emphasis) | Relationship to You |
|-----|--------|----------------------------------------|---------------------|
|     |        |                                        |                     |
|     |        |                                        |                     |
|     |        |                                        |                     |
|     |        |                                        |                     |
|     |        |                                        |                     |
|     |        |                                        |                     |
|     |        |                                        |                     |

**6.**    <u>**Your Parents:**</u>  What are/were your parents' occupations? _____

_____

_____

**7.**    <u>**Your Community of Other Associations:**</u>  What civic, religious, social, advocacy,

professional, or trade clubs, memberships, or organizations do you belong to or make ongoing

donations?  (Please list any offices held.) _____

_____

_____

_____

_____

## EDUCATION

**8.**     What is the highest level of education that you have completed? _____

**9.**     Please list any degrees, licenses, and certificates you have earned: _____

_____

_____

**10.**    Are you currently attending school?          Yes                    No

If you are attending school, what is/are your primary area(s) of study? _____

_____

_____

**11.**    Do you have further educational plans in the future?   Yes                    No

If you have educational plans in the future, what are those plans? _____

_____

_____

## TRAINING AND JOB EXPERIENCE

**12.**    Have you ever had been employed, performed volunteer work, or had any training or education in any of the following areas?  (Circle all that apply to you.)

| | | | |
|---|---|---|---|
| health care | mental health | law enforcement | legal |
| laboratory | security | corrections | gang intervention |
| criminal justice | government | investigations | victim advocate |
| media/journalism | military | immigration | education |
| social services | psychology | agriculture | |

If any of these apply to you, please explain.

_____

_____

_____

_____

**13.**   Do you have a close relationship with anyone who works or has special training in any of the following areas?  (Circle all that apply.)

| | | | |
|---|---|---|---|
| health care | mental health | law enforcement | legal |
| laboratory | security | corrections | gang intervention |
| criminal justice | government | investigations | victim advocate |
| media/journalism | military | immigration | education |
| social services | psychology | agriculture | |

If any of these apply to you, please explain.

_____

_____

_____

_____

## EXPERIENCE WITH THE CRIMINAL JUSTICE SYSTEM

**1.** Do you know any person connected to the court system, such as a lawyer, judge, bailiff, clerk or court reporter?          Yes          No

If you answered "Yes," who are these persons and where do they work? _____

_____

_____

_____

_____

**2.** Do you have strong feelings, one way or the other, about the criminal justice system?

          Yes          No

Please explain: _____

_____

_____

_____

**3.** Have you, a close relative or a close friend ever been a victim of a crime?  Yes          No

If you answered "Yes," to this question, please respond to the following questions:

a. What is the relationship of that person to you? _____

_____

b. What was the crime? _____

c. When did the crime occur? _____

_____

d. What were the circumstances of the crime? _____

_____

_____

e. Was anyone arrested for committing the crime?          Yes          No

f. Was there a trial?          Yes          No

g. Did you attend the trial?          Yes          No

**4.** Have you, a close relative or close friend ever been a witness to a crime?  Yes          No

If you answered "Yes" to this question, please respond to the following questions:

a. What is the relationship of that person to you? _____

b. What was the crime? _____

c. When did the crime occur? _____

d. What were the circumstances of the crime? _____

_____

_____

_____

_____

e. Was anyone arrested for committing the crime?        Yes            No

f. Was there a trial?          Yes            No

g. Did you attend the trial?   Yes            No

**5.**   Have you, a close relative or close friend ever been accused of a crime (even if the case did not go to court)?     Yes            No

a. Who was accused of a crime? _____

b. What was the crime? _____

c. When was the person accused of the crime? _____

d. What were the circumstances that led to the accusation? _____

_____

_____

_____

e. Was the person convicted of the crime?          Yes            No

f. Was there a trial?          Yes            No

**6.**   Have you ever filed any kind of a report with a law enforcement agency?   Yes    No

If so, please explain: _____

_____

_____

_____

_____

**7.**     Have you ever had any contact with a district attorney's office?      Yes     No

   a.  What county did the district attorney's office serve?_____

   b.  What was the nature of your contact with the district attorney? _____

   _____

   _____

   _____

**8.**     Do you, a close relative or close friend have any law enforcement experience? (Examples include working with a police department, sheriff's department, government investigators, prosecutors, jail or prison officials, parole or probation offices or juvenile authorities.)

   Yes          No

   a.  What is your relationship to that person? _____

   _____

   _____

   b.  For what agency does the person work? _____

   _____

   _____

**9.**     What is your general attitude toward law enforcement officials? (Please circle)

        Very Positive       Positive          Neutral          Negative       Very Negative

Why do you have this attitude regarding law enforcement? _____

_____

_____

_____

**10.**    Have you ever had a particularly good or bad experience with law enforcement officials?

             Yes           No

Please describe your experience:_____

_____

_____

_____

_____

_____

_____

**PRIOR JURY SERVICE**

**11.**   Have you served on a trial jury or grand jury previously?

Yes

No

If you answered "Yes," how many times: _____

a.  List the year(s) and type, i.e., civil or criminal, for prior each case where you served as a trial juror, and, if a criminal case, what the charge or charges were (ask for more paper, if needed), and "Yes" or "No' whether your jury reached a verdict:

| Year | Civil or Criminal | If criminal, charges? | Verdict reached? | Were you Foreperson? |
|------|-------------------|-----------------------|------------------|----------------------|
|      |                   |                       |                  |                      |
|      |                   |                       |                  |                      |
|      |                   |                       |                  |                      |
|      |                   |                       |                  |                      |
|      |                   |                       |                  |                      |

b.  Is there anything about your prior jury experience that would make it difficult for you to be fair and impartial in this case to either the defendants or the government?

Yes                                    No

If Yes, please explain:

_____

_____

_____

_____

_____

_____

10

## THIS TRIAL'S SCHEDULE

Once the jury is selected, we will recess and return to start the trial **Monday, February 26, 2024, at 9:00 a.m.**  The parties expect trial to last until approximately May 10, 2024. The court holds trial Mondays, 1:30 p.m. - 4:30 p.m., additional days Tuesdays, Wednesdays, and Thursdays, 8:30 a.m. - 1:30 p.m., and dark on Fridays.  Lunch on full days, if any, is 12:00 p.m. - 1:30 p.m., and breaks on other days are approximately 10:15 a.m. and 11:45 a.m.  Once the parties rest and the jury receives its instructions, the jurors can then decide their daily schedule.

Please explain any significant hardship that would make it impossible for you to serve on this jury?