# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| Subject: | *United States v. Yandell, et al.*, Case No. 2:19-cr-107 KJM<br><br>**Request for calendaring of guilty plea for defendant Pat Brady** | *Date:* | **December 22, 2023** |
| *To:* | **Ms. Casey Schultz<br>Deputy Clerk to the<br>Honorable Kimberly J. Mueller** | *From:* | **Assistant U.S. Attorney Jason Hitt** |

     The parties respectfully request that the Court add a change of plea hearing to its calendar on Wednesday, January 3, 2024, at 9:30 a.m. in *United States v. Yandell, et al.*, Case No. 2:19-cr-107 KJM.  In particular, the parties anticipate that defendant Pat Brady will enter a guilty plea pursuant to a written plea agreement and request immediate sentencing at that time.