Rene L. Valladares
Federal Public Defender
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL,<br><br>　　　　Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**JOINT DEFENSE STATUS REPORT**<br><br>**Hearing Date: January 10, 2024<br>at 9:00 a.m** |

**JOINT DEFENSE STATUS REPORT**

The parties are scheduled to appear before the Court on Wednesday, January 10, 2024 for a status conference and hearing on pending motions. Below is a summary of the status of the case.

I.  **Exhibits Disclosure Date**

Under the scheduling order, the government was to provide the defense with electronic copies of non-physical exhibits by January 5, 2024. As explained by Mr. Novak at the last appearance, the government has previously explained that it would need additional time to disclose exhibits. As of the date of this filing, no exhibits have been disclosed.

The parties have met and conferred and the government has agreed to disclose electronic copies of non-physical exhibits by January 12, 2024.

II. **In Limine Motions**

The trial schedule originally contemplated that in limine motions were to be filed on Monday, January 8, 2024. Because the defense has not yet received exhibits, the parties agreed to request a later date for that filing.

The parties have agreed to meet and confer regarding in limine issues on January 16, 2024.

The parties suggest that the new deadline for filing in limine motions be January 24, 2024, with Oppositions due on February 7, 2024. The parties have agreed to waive replies. The parties would request a hearing on the in limine motions on February 14, 2024.

III. **Revised Witness and FRE 404(b) Lists**

The defense has asked the government to revise its witness list and FRE 404(b) disclosure in light of the pleas of Mr. Daniel and Mr. Brady.

The government indicated that it will not introduce FRE 404(b) evidence of the non-trial defendants. The government has agreed to meet and confer with the defense regarding the public witness list that it previously provided.

IV. **"Trial Budgeting" and Trial Logistic Issues**

The defense has asked the government to provide a trial-budgeting estimate, in light of the pleas of Mr. Daniel and Mr. Brady. More specifically, the defense has asked the government for a revised estimate of the anticipated number of trial days, given the anticipated days needed for the government's case with the reduced set of defendants.

The government has agreed to consider this defense request, and will be prepared to discuss it at the hearing on January 10, 2024.

The defense would ask that the Court reconsider its trial schedule in light of the reduced number of defendants, and specifically reconsider whether trial should proceed on Fridays now that the trial will presumably be shorter. The defense would prefer that Fridays be "dark," if the Court is amenable.

The government would prefer to begin with full trial weeks, with the potential to move to four-day weeks as the trial progresses.

The parties ask to discuss this trial schedule issue at the January 10, 2024 hearing.

V. **Internet**

The Office of the Federal Public Defender, Eastern District of California has generously offered to provide an internet-access device for the defense, to be used in the Courtroom during trial. The defense will be password-protected, and the password will only be available to defense counsel and the legal professionals on the defense teams (such as paralegals and investigators). The internet will not be available to the defendants during trial. This equipment is "free-standing": that is, it will not interact with the Court's hard-wired internet service.

With the permission of the Court, IT staff from the ED Cal FPD will test this equipment in the Courtroom after the January 10, 2024 appearance. The Marshal and the Court's IT division are invited to examine and approve the offered internet equipment before trial.

### VI.  Pending and Anticipated Pretrial Motions

Following is a list of pending and anticipated pretrial motions:

1. **Government Motion re: Defense Witness Medina**: fully briefed, scheduled for hearing on January 10, 2024;

2. **Government Motion on FRE 801 Finding**: fully briefed, scheduled for hearing on January 10, 2024;

3. **Defense *Miranda* Motion**: Defense motion to suppress filed, Opposition to be filed on January 17, 2024, Defense Reply to be filed on January 24, 2024, scheduled for hearing on January 31, 2024 (evidentiary hearing requested by the defense);

4. **Defense Motion to Dismiss Indictment Based on Grand Jury Composition**: Defense motion filed on January 5, 2024. Scheduled for hearing on January 31, 2024. The parties will meet and confer after the government reviews the motion, and will be prepared to discuss a proposed briefing schedule at the hearing on January 10, 2024;

5. **Defense Motion to Exclude Government Witness Perryman (*Daubert* Motion)**: To be filed by January 12, 2024, proposed Opposition due date February 9, 2024, proposed Reply Deadline February 9, 2024, proposed hearing date February 14, 2024 (evidentiary hearing date requested by the defense);

6. **Defense Motion to Dismiss Writs ad Prosequendum and Challenge to Primary Jurisdiction Waivers**: To be filed by January 12, 2024, hearing date requested. The parties will meet and confer regarding a proposed briefing schedule, and will propose dates to the Court on January 10, 2024;

7. **Defense Motion to Dismiss Proceeds of Title III Wiretap:** To be filed by January 17, 2024, evidentiary hearing and hearing date requested. The parties will meet and confer regarding a proposed briefing schedule, and will propose dates to the Court on January 10, 2024.

VII. **Discovery Production**

The defense have received no additional discovery productions since the last status appearance before this Court.

Dated: January 5, 2024

                                              Respectfully submitted,

                                              Rene L. Valladares
                                              Federal Public Defender

                                              */s/ Brad D. Levenson*
                                              BRAD D. LEVENSON
                                              Assistant Federal Public Defender

                                              Kalar Law Office

                                              */s/ Steven Kalar*
                                              STEVEN G. KALAR

                                              */s/ Brian Pugh*
                                              BRIAN PUGH
                                              Assistant Federal Public Defender