# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| Subject: | *United States v. Yandell, et al.*, Case No. 2:19-cr-107 KJM<br><br>**Request for calendaring of guilty plea for defendant Jason Corbett** | Date: | **January 13, 2024** |
| To: | **Ms. Casey Schultz<br>Deputy Clerk to the<br>Honorable Kimberly J. Mueller** | From: | **Assistant U.S. Attorney Jason Hitt** |

    The parties respectfully request that the Court add a change of plea hearing to its calendar on Wednesday, January 17, 2024, at 9:30 a.m. in *United States v. Yandell, et al.*, Case No. 2:19-cr-107 KJM. In particular, the parties anticipate that defendant Jason Corbett will enter a guilty plea pursuant to a written plea agreement. The parties will request that a sentencing date be set within the standard time for criminal matters.