Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org
Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)
Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>RONALD YANDELL and<br>WILLIAM SYLVESTER,<br><br>       Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**JOINT REQUEST REGARDING JURORS AND JUROR QUESTIONNAIRES** |

**DISCUSSION**

On January 31, 2024, the parties appeared before this Court for a hearing on various pretrial motions. At that hearing, the Court explained the current status of the jury questionnaires.

The Court explained that questionnaires had been mailed to potential jurors. The jury commissioner had received approximately seventy-one completed questionnaires in response. The Court, and the parties, agreed that this would an insufficient pool to select a jury for the upcoming trial in this matter.

The Court proposed bringing in over two hundred jurors into the federal courthouse, to complete questionnaires in person. The parties agreed to this proposal. The Court decided that jurors would be instructed to report to the courthouse and complete questionnaires on February 16, 2024. *See* ECF 1853.

Voir dire begins on Tuesday, February 20, 2024.

After the hearing defense counsel for Mr. Sylvester, Mr. Troxell, and Mr. Yandell discussed the upcoming schedule. Counsel realized that there will be insufficient time to process several hundred questionnaires received on February 16, in time to begin voir dire on February 20. Notably, February 16 is followed by a three-day weekend. This will compound the challenge to review the questionnaires, because counsels' support staff will be on leave on that long weekend.

Therefore, defense counsel would respectfully ask that the jurors come in to complete the questionnaires on Monday, February 12, 2024 (or as early as is feasible).

Mr. Kalar met and conferred with government counsel, who shared the defense concerns about timing and agreed that it would be helpful to have the questionnaires earlier.

The parties therefore jointly request that the Court direct the Jury Administrator to instruct potential jurors to come into the courthouse on February 12, 2024 (or as early as is feasible), to complete the questionnaires.

Dated this 2nd day of February 2024

          Respectfully submitted,

          Rene L. Valladares
          Federal Public Defender

          */s/ Sean A. McClelland*
          SEAN A. McCLELLAND
          Assistant Federal Public Defender

          Law Office of Steven G. Kalar

          */s/ Steven G. Kalar*
          STEVEN G. KALAR