PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD YANDELL, <br> BILLY SYLVESTER, and <br> DANNY TROXELL, <br><br> Defendants. | CASE NO. 2:19-CR-00107-KJM <br><br> UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO COMPEL GRAND JURY TRANSCRIPTS <br><br> [ECF 1830] <br><br> DATE: February 9, 2024 <br> TIME: 9:00 a.m. <br> COURT: Hon. Kimberly J. Mueller |

Defendants Ronald Yandell and Billy Sylvester ("defendants") filed a motion *in limine* to compel production of all grand jury transcripts. ECF 1830. The Court should deny this motion as moot because the government has provided every grand jury transcript, with the exception of a very-short transcript for government witness Doug McClure. Due to an inadvertent oversight, that transcript was meant for the larger *Jencks* production provided in November 2023, but it was not included. The government will produce the McClure transcript this week.

Other than the McClure transcript, there are no other grand jury transcripts to produce in this case. The government does not agree with much of the legal analysis or assertions in defendants' motion, but there is no reason to litigate the points of law because the defendants will soon have a complete set of grand jury transcripts for this case.

Dated: February 5, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Jason Hitt*
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys