# Exhibit 1

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

OFFICE OF THE SECRETARY
P.O. Box 942883
Sacramento, CA 94283-0001



## CONFIDENTIAL – HANDLE IN A SECURE MANNER

August 29, 2018

John O'Brien, Chief
Designation & Sentence Computation Center
Grand Prairie Office Complex
U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

Re: Request for Jurisdictional Shift for Eight California Prisoners

Dear Mr. O'Brien:

This letter respectfully requests a commitment from the Bureau of Prisons to accept a jurisdictional shift for eight currently-incarcerated California prison inmates ("CDCR inmates"). In the coming months, the United States Attorney's Office for the Eastern District of California anticipates charging eight CDCR inmates with conducting a RICO criminal enterprise over a number of years and, during that time, engaging in multiple, extensive violations of federal law.

### Eight CDCR Inmates

The eight CDCR inmates each are currently serving substantial undischarged California prison sentences. The eight CDCR inmates that are the subject of this request for a jurisdictional shift are:

> Ronald YANDELL, CDCR No. V27927
> William SYLVESTER, CDCR No. H71192
> Travis BURHOP, CDCR No. T71513
> Brandt DANIEL, CDCR No.      J85968
> Jason CORBETT, CDCR No. K93732
> Danny TROXELL, CDCR No. B76578
> Pat BRADY, CDCR No. J89194
> Michael TORRES, CDCR No. F96964

John O'Brien, Chief
Designation & Sentence Computation Center
Page 2

**CONFIDENTIAL – HANDLE IN A SECURE MANNER**

Exceptional Circumstances

I believe exceptional circumstances exist for federal authorities to assume primary jurisdiction of the eight CDCR inmates because there are a number of substantial federal interests in targeting these inmates.

First, United States Attorney McGregor W. Scott has informed me that his office will seek authority to pursue the death penalty against five of the eight CDCR inmates. If Attorney General Sessions grants this authority, the Bureau of Prisons will be charged with the substantial duty of carrying out any death sentences that may be imposed in the case.

Second, one of the most powerful rationales for applying the RICO statute to these eight CDCR inmates is to protect the public, CDCR prison staff, and other inmates from the ongoing violence and criminal activity committed by this organized crime group. These CDCR inmates require the most-restrictive confinement conditions available.

Third, I also do not believe that seeking commutations, conditional or otherwise, of the undischarged state prison sentences from the Governor of California for these eight CDCR inmates is sound policy because it would, in effect, give them a windfall for continuing to engage in criminal activity.

Conclusion

It is the shared judgment of my Department and the United States Attorney's Office for the Eastern District of California that these eight CDCR inmates are extremely dangerous prisoners who are best handled by the Bureau of Prisons without any return to state custody. For these reasons, I believe exceptional circumstances exist to justify the Bureau of Prisons accepting primary jurisdiction over the eight targeted CDCR inmates to serve any federal sentences imposed in this case. Please contact me with any questions or concerns.

Sincerely,

SCOTT KERNAN
Secretary
California Department of Corrections and Rehabilitation