PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RONALD YANDELL,<br>BILLY SYLVESTER, and<br>DANNY TROXELL,<br><br>                Defendants. | CASE NO. 2:19-CR-00107-KJM<br><br>UNITED STATES' NOTICE OF LODGING OF EXHIBITS RELATED TO ZACHARY SCOTT MURDER |

On February 9, 2024, this Court heard argument on the defendants' motion in limine to exclude murder photos. ECF 1832. At the hearing, the United States indicated that it planned to introduce at trial approximately fifteen photos of the Zachary Scott murder, which were not previously included in the United States' exhibits. The Court directed the United States to file these photos with the Court for further consideration. The United States hereby files this notice to make a record that it is filing the Scott murder photos.

//

//

//

//

//

Because of the gruesome nature of these photos—and because the rest of the murder photos are filed under seal—the United States will submit these photos to the Court under seal.

Dated:  February 12, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Ross Pearson*
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys