PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>RONALD YANDELL,<br>BILLY SYLVESTER, and<br>DANNY TROXELL,<br><br>              Defendants. | CASE NO. 2:19-CR-00107-KJM<br><br>UNITED STATES' MEMORANDUM REGARDING "DUPLICATE" MURDER PHOTOS<br><br>[ECF 1832] |

On February 9, 2024, this Court heard argument on the defendants' motion *in limine* to exclude murder photos. ECF 1832. At the hearing, the Court indicated that it believed some of the murder photos were duplicates, and it ordered the United States to file a memorandum explaining why the following photos were not duplicates:

> 64 (Exhibit A), 66 (Exhibit C), 69 (Exhibit F), 70 (Exhibit G), 76 (Exhibit I), 86 (Exhibit J), 88 (Exhibit K), 90 (Exhibit M), 91 (Exhibit N), 94 (Exhibit P), 97 (Exhibit S), 111 (Exhibit T), 112 (Exhibit U), 162 (Exhibit X), 166 (Exhibit Z), 167 (Exhibit AA), 181 (Exhibit AD), 182 (Exhibit AE), 184 (Exhibit AG), and 185 (Exhibit AH).

ECF 1880 (Minutes of Status Conference, Motion Hearing, and *Daubert* Hearing).

The United States does not object to removing the following exhibits from its exhibit list as duplicative: Exhibits 64, 66, 70, 76, 86, 88, 91, 94, 97, 166, 167, 181, 182, 184, 185. As to the

remaining exhibits, the United States submits the following explanation as to why a handful of these exhibits are not duplicative.

### A. Murder of Ronald Richardson

The United States does not believe that Exhibit 69 is duplicative. Exhibit 69 is a photo of stab wounds on Richardson's back. No other photo shows the stab wounds on Richardson's back. (Notably, Exhibit 68 shows stab wounds on Richardson's head, not his back.) This photo is therefore not duplicative of any other photos of the Richardson murder.

### B. Murder of Hugo Pinell

The United States does not believe that Exhibit 90 is duplicative. Exhibit 90 shows an overall photo of Pinell receiving medical treatment. Without this photo, there is not a single photo that shows Pinell's face, and therefore no other photos would allow any witness to identify him as the victim of the murder simply by seeing the stab wounds on his chest, hand, and back.

### C. Stabbing of Doug Maynard

The United States does not believe that Exhibits 111 and 112 are duplicative. Exhibits 111 and 112 are not photos of the *murder* of Doug Maynard, but rather the *stabbing* attack on Doug Maynard that took place several months earlier. This stabbing occurred at CSP-Sacramento and Ronald Yandell explained (in a later wiretapped call) that he orchestrated the stabbing. Exhibits 111 and 112 are the only two photos of Maynard after he was stabbed at CSP-Sacramento, and therefore they are not duplicative.

### D. Murder of Donald Pequeen

The United States does not believe that Exhibit 162 is duplicative. Exhibit 162 is one vantage of the video of the Pequeen murder. It shows the beginning of the attack, which is relevant to prove that Corbett and Brady were the initial aggressors—not that the attack was started by Pequeen or that Brady and Corbett were acting in self-defense. It also shows Brady and Corbett calmly conversing with Pequeen before stabbing him, a common tactic used by AB members to attack their victims called "rocking them to sleep," or luring the victim into a false sense of security. This further shows that the Pequeen murder followed the common mode of AB murders. These important facts cannot be seen in the other video of the murder, Exhibit 162A.

| | |
|---|---|
| Dated:  February 12, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>By:  /s/ *Ross Pearson*<br>JASON HITT<br>ROSS PEARSON<br>DAVID SPENCER<br>Assistant United States Attorneys |