**CAED 435** (Rev. 04/18)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

*PLEASE Read Instruction Page (attached):*

**FOR COURT USE ONLY**
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | YOUR NAME | Brian Pugh |
| 2 | EMAIL | Brian_Pugh@fd.org |
| 3 | PHONE NUMBER | 702-388-6577 |
| 4 | DATE | 2/13/2024 |
| 5 | MAILING ADDRESS | 411 E. Bonneville Ave., Suite 250 |
| 6 | CITY | Las Vegas |
| 7 | STATE | NV |
| 8 | ZIP CODE | 89101 |
| 9 | CASE NUMBER | 2:19-cr-00107-KJM |
| 10 | JUDGE | Chief District Judge Mueller |
| 11 | FROM | 2/13/2024 |
| 12 | TO | 2/13/2024 |
| 13 | CASE NAME | USA v. Yandell, et al. |
| 14 | CITY | Sacramento |
| 15 | STATE | CA |

**16. ORDER FOR**
- [ ] APPEAL No.
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Motion Hearing | 2/13/2024 | Abby Torres |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)** By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL:

**19. SIGNATURE:** /s/ Brian Pugh
**20. DATE:** 2/13/2024

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | |