IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL,<br>WILLIAM SYLVESTER, and<br>DANIEL TROXELL,<br><br>　　　　Defendants. | CASE NO. 2:19-cr-00107 KJM<br><br>ORDER GRANTING GOVERNMENT'S REQUEST TO FILE EXHIBITS A AND B UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO SUPPRESS THE WIRETAP OF YANDELL'S CONTRABAND CELLPHONE |

Pursuant to Local Rule 141(b) and based upon the representations made in the government's request to file Exhibits A and B under seal in support of its opposition to the defendants' wiretap suppression motion, IT IS HEREBY ORDERED that the government's Exhibits A and B shall be filed UNDER SEAL until further order of this court. The following individuals, in their respective capacity as attorney of records for plaintiff and defendants listed in the above caption need to be served: David W. Spencer, Jason Hitt, Ross Pearson, Brian Pugh, Sean A. McClelland, Steven G. Kalar, Knut S. Johnson, Ashley R. Vasquez, and Todd D. Leras.

DATED: February 13, 2024.

CHIEF UNITED STATES DISTRICT JUDGE