*United States v. Yandell, et al. / 2:19-cr-00107-KJM*

Yandell's Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| A | 11/3/23, Supplemental Expert Notice: Cory Perryman | N/A | | |
| B | Transcript of recorded 11/18/18 interviews of William Sylvester and Ronald Yandell | ECF No. 1732-2 | | |
| C | CDCR Report misdated 8/26/13 | AB_101386 – 101392 | | |
| D | 12/3/18, AB and FBD Violence report | AB_101393 – 101410 | | |
| E | 12/19/18, Perryman Debrief Report of [redacted] | AB_Jencks_ 0489 – 0563 | | |
| F | 9/5/19, Perryman Debrief Report of [redacted] | AB_Jencks_ 1270 – 1417 | | |
| G | 8/25/20, Perryman Debrief Report of [redacted] | AB_Jencks_ 1176 & 1542 – 1602 | | |
| H | Transcript of 10/25/16 Perryman testimony in CA v. Phillips | AB_034459 – 034544 | | |
| I | Donald Mazza handwritten debrief | AB_Jencks_ 3601 – 3714 | | |
| J | Declaration of Correctional Sergeant Cory Perryman | AB_034423 – 034427 | | |
| K | Excerpt of Transcript of 8/18/XX Burhop Debrief Interview | unnumbered, but related to AB_Jencks_ 4113 | | |
| L | Excerpt of Slimp 6/22/10 Debrief Report of Burhop | AB_Jencks_ 4115 – 4118 | | |
| M | Transcript of Perryman's 12/21/17 Grand Jury Testimony | AB_Jencks_ 4539 – 4605 | | |
| | | | | |
| | | | | |