```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,        No. 2:19-CR-00107-KJM

        Plaintiff,

  v.                               **MINUTES**

RONALD YANDELL, ET AL.,          Date: February 20, 2024
                                Deputy Clerks: C. Schultz;
                                                     Mira Francel
                Defendant.       Court Reporter: Kimberly Bennett
_____/

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)
(Assisted by Jury Consultant Julie Howe)

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel
(Assisted by Defense Investigator Paul Scheindler)

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Chris Mouzis)

**JURY TRIAL (Day 1):**

 9:40 a.m.   Attorneys present as noted above. The Government's case agent, Brian Nehring, present. Defendants present, in custody. The court and counsel discussed housekeeping matters.

| Time | Event |
|---|---|
| 9:55 a.m. | Prospective jurors present. Prospective jurors sworn, and voir dire began. |
| 11:20 a.m. | Prospective jurors, admonished and excused for a lunch break.  Outside the presence of the prospective jurors, the court and counsel discussed challenges for cause. |
| 11:35 a.m. | All parties excused for a lunch break. |
| 12:50 p.m. | Court back in session. All parties present. Outside the presence of the prospective jurors, the court and counsel discussed challenges for cause. |
| 1:30 p.m. | Prospective juror number 28 present. Outside the presence of the other prospective jurors, the court and counsel continued voir dire.  Prospective juror number 28 was excused. |
| 1:35 p.m. | Remaining prospective jurors present. Voir dire continued. |
| 2:20 p.m. | Prospective jurors, except for prospective juror number 51, admonished and excused for an afternoon break.  Outside the presence of the other prospective jurors, the court and counsel continued voir dire of prospective juror number 51. Prospective juror number 51 was excused. |
| 2:30 p.m. | All parties excused for an afternoon break. |
| 3:00 p.m. | Court back in session. All parties present. Remaining Prospective jurors present. Voir dire continued. |
| 4:50 p.m. | The court admonished and excused the prospective jurors until 9:00 a.m. on February 21, 2024. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 5:00 p.m. | All parties excused for evening recess. Jury Trial (Day 2) set for February 21, 2024 at 9:00 a.m. |

**ADMITTED EXHIBITS**: N/A

**TIME IN COURT**: 5 Hours, 35 Minutes