**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | |
| v. | **MINUTES** |
| RONALD YANDELL, ET AL., | Date: February 21, 2024 |
| | Deputy Clerks: C. Schultz; Mira Francel |
| Defendant. | Court Reporter: Kimberly Bennett |

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)
(Assisted by Jury Consultant Julie Howe)

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel
(Assisted by Defense Investigator Paul Scheindler)

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Chris Mouzis)

**JURY TRIAL (Day 2):**

 8:55 a.m.   Attorneys present as noted above. The Government's case agent, Brian Nehring, present. Defendants present, in custody. The court and counsel discussed housekeeping matters and challenges for cause.

| | |
|---|---|
| 9:05 a.m. | Court in recess to await arrival of prospective jurors. |
| 9:10 a.m. | Court back in session.  All parties present as noted above. Prospective jurors present. Voir dire continued. |
| 10:30 a.m. | Prospective jurors, admonished and excused for a morning break.  Outside the presence of the prospective jurors, the court and counsel discussed housekeeping matters andchallenges for cause. |
| 10:35 a.m. | All parties excused for a morning break. |
| 10:55 a.m. | Court back in session. All parties present. Prospective juror numbers 61 and 97 present. Outside the presence of the other prospective jurors, the court and counsel continued voir dire of these two prospective jurors. Prospective jurors 61 and 97 were excused. |
| 11:10 a.m. | Remaining prospective jurors present. Voir dire continued. |
| 12:00 p.m. | Prospective jurors, admonished and excused for a lunch break.  Outside the presence of the prospective jurors, the court and counsel discussed housekeeping matters. |
| 12:05 p.m. | All parties excused for a lunch break. |
| 1:20 p.m. | Court back in session. All parties present. Outside the presence of the prospective jurors, the court and counsel discussed challenges for cause. |
| 1:25 p.m. | Prospective jurors present. Voir dire continued. |
| 2:45 p.m. | Prospective jurors, admonished and excused for an afternoon break.  Outside the presence of the prospective jurors, the court and counsel discussed challenges for cause. |
| 2:50 p.m. | All parties excused for an afternoon break. |
| 3:20 p.m. | Court back in session. All parties present. Outside the presence of the prospective jurors, the court and counsel discussed challenges for cause and scheduling. |

| | |
|---|---|
| 3:30 p.m. | Prospective juror number 48 present.  Outside the presence of the other prospective jurors, the court and counsel continued voir dire of prospective juror 48. Prospective juror 48 was excused. |
| 3:40 p.m. | Remaining prospective jurors present. Voir dire continued. |
| 4:15 p.m. | Prospective jurors passed for cause. The court admonished and excused the prospective jurors until 10:00 a.m. on February 22, 2024.  Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 4:20 p.m. | All parties excused for evening recess. Jury Trial (Day 3) set for February 22, 2024 at 9:00 a.m. |

**ADMITTED EXHIBITS**: N/A

**TIME IN COURT**: 5 Hours, 15 Minutes