**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

UNITED STATES OF AMERICA,   No. 2:19-CR-00107-KJM

      Plaintiff,

  v.                         **MINUTES**

RONALD YANDELL, ET AL.,     Date: February 22, 2024
                            Deputy Clerks:  C. Schultz;
                                            Mira Francel
      Defendant.    Court Reporter: Kimberly Bennett
_____/

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)
(Assisted by Jury Consultant Julie Howe)

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel
(Assisted by Defense Investigator Paul Scheindler)

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel

**JURY TRIAL (Day 3)**:

  9:00 a.m.   Attorneys present as noted above. Defendants present, in custody. Outside the presence of the prospective jurors, the court and counsel discussed the strike sheet and housekeeping matters.

| | |
|---|---|
| 9:10 a.m. | Court in recess to allow the parties to exercise their peremptory challenges. |
| 10:55 a.m. | Court back in session. All parties present. The Government's case agent, Brian Nehring, present. Outside the presence of the prospective jurors, the court confirmed the parties had completed their peremptory challenges. Defense counsel made a motion related to the peremptory challenges.  After hearing oral argument and careful consideration of the parties' arguments, the motion was denied for the reasons as outlined on the record. |
| 11:10 a.m. | Prospective jurors present. Prospective jurors thanked and excused in accordance with the strike sheet. Jury sworn. |
| 11:25 a.m. | The court admonished and excused the jury until 1:00 p.m. on February 26, 2024.  Outside the presence of the jury, the court and counsel discussed housekeeping matters related to marking and displaying exhibits, sealing of juror lists and questionnaires, and an anticipated motion to dismiss.  After discussion with the parties, the court confirmed that the Government's exhibits should be marked with numbers, and the Defense exhibits should be marked with each Defendant's initials and numbers.  The court GRANTED the defense request to file the juror lists and questionnaires under seal, and directed Mr. Kalar to take the lead on getting those materials on the docket. The court added that counsel should destroy any electronic copies of those materials and not retain them. Defense counsel advised the court that they intend to file a Motion to Dismiss based on the jury pool composition.  The court directed the parties meet and confer regarding a briefing schedule and submit either their joint or competing proposals to the court. |
| 11:35 a.m. | All parties excused for evening recess. Jury Trial (Day 4) set for February 26, 2024 at 1:00 p.m. |

**ADMITTED EXHIBITS**: N/A

**TIME IN COURT**: 50 Minutes