PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2751
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0107 KJM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REFERRING THE CASE TO PROBATION FOR PREPRATION OF A PRESENTENCE INVESTIGATION REPORT AND CONVERTING THE STATUS HEARING TO THE SENTENCING DATE |
| v. | |
| SAMUEL KEETON, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record Danica Mazenko, Esq., hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference re: Sentencing on May 13, 2024.  ECF 1817.

2. By this stipulation, the parties respectfully move for the Court to set the sentencing date for May 13, 2024, refer the matter to the Probation Office for preparation of a Presentence Investigation Report ("PSR"), and set dates related to the PSR as detailed in the schedule set forth below.  The parties consulted with Supervising United States Probation Officer Lynda Moore and the proposed dates were acceptable to the Probation Office.

| Event | Date |
|---|---|
| Date of Referral to the Probation Officer: | 2/26/2024 |
| The Proposed Presentence Investigation Report shall be disclosed to counsel no later than: | 3/25/2024 |
| Counsel's written objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than: | 4/15/2024 |
| The PSR shall be filed with the Court and disclosed to counsel no later than: | 4/22/2024 |
| Motion for Correction of the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 4/29/2024 |
| Reply or statement of non-opposition: | 5/6/2024 |
| Judgment and sentencing date: | 5/13/2024 |

IT IS SO STIPULATED.

Dated: February 24, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: February 23, 2024

/s/ *Danica Mazenko, Esq.*
DANICA MAZENKO, Esq.
Counsel for Defendant
SAMUEL KEETON
Authorized to sign for Ms. Mazenko on 2-23-24

**[PROPOSED] ORDER**

The Court converts the previous Status Conference re: Sentencing for defendant Samuel Keeton, scheduled on May 13, 2024, to a Sentencing for defendant Samuel Keeton and sets the sentencing for May 13, 2024, at 9:00 a.m. The Court further adopts the schedule proposed by the parties and accepted by the Probation Office.

IT IS SO ORDERED.

Dated:_____

KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE