**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: February 26, 2024 |
| RONALD YANDELL, ET AL., | Deputy Clerk:   C. Schultz |
| Defendants. | Court Reporter: Kimberly Bennett |

_____/

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Chris Mouzis)

**JURY TRIAL (Day 4):**

  1:00 p.m.    Attorneys present as noted above. Defendants present, in custody. The Government's case agent, James Bonanno, present. Outside the presence of the jury, the court and counsel discussed housekeeping matters.

| | |
|---|---|
| 1:10 p.m. | Jury present. The court read preliminary jury instructions to the jury. |
| 1:30 p.m. | Mr. Spencer presented opening statements on behalf of the Government. |
| 2:00 p.m. | Mr. McClelland presented opening statements on behalf of Defendant Ronald Yandell. |
| 2:30 p.m. | The court admonished and excused the jury for an afternoon break. All parties excused for an afternoon break. |
| 2:55 p.m. | Court back in session. All parties present. Jury present. Mr. Johnson presented opening statements on behalf of Defendant William Sylvester. |
| 3:05 p.m. | Mr. Leras presented opening statements on behalf of Defendant Daniel Troxell. |
| 3:28 p.m. | The court admonished and excused the jury for an afternoon break. Outside the presence of the jury, Mr. Kalar, on behalf of Defendants Ronald Yandell and William Sylvester, renewed the defense Motion to Sever due to antagonistic defenses based on Mr. Leras' allegations in his opening statements. The court advised the parties the motion could be argued once the jury is excused for the day. |
| 3:30 p.m. | All parties excused for an afternoon break. |
| 3:50 p.m. | Court back in session. All parties present. Jury present. Government's witness, David Villasenor, sworn and testified on direct. Examination conducted by Mr. Pearson. |
| 4:15 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 4:20 p.m. | Witness excused. Government's witness, Machelle Calderon, sworn and testified on direct. Examination conducted by Mr. Pearson. |
| 4:33 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 4:35 p.m. | Witness excused. Government's witness, Rafael Heredia, sworn and testified on direct. Examination conducted by Mr. Hitt. |

| | |
|---|---|
| 5:00 p.m. | The court admonished and excused the jury until 9:00 a.m. on February 27, 2024.  Outside the presence of the jury, the court and counsel discussed housekeeping matters. The court also heard argument as to the Defendants' Renewed Motion to Sever. After careful consideration of the parties' arguments, the court denied the motion for the reasons as stated on the record. The court and counsel also discussed Mr. Leras' objection made during the testimony of Rafael Heredia, and Mr. Leras' request for a clarifying instruction. After careful consideration of the parties' arguments, the court overruled the objections and declined to provide the jury with a clarifying instruction. |
| 5:15 p.m. | All parties excused for evening recess. Jury Trial (Day 5) set for February 27, 2024 at 9:00 a.m. |

**ADMITTED EXHIBITS**:

51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 71, 72 and 411

**TIME IN COURT**: 3 Hours, 30 Minutes