**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: February 27, 2024 |
| RONALD YANDELL, ET AL., | Deputy Clerk: C. Schultz |
| Defendants. | Court Reporter: Kimberly Bennett |

_____/

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Chris Mouzis)

**JURY TRIAL (Day 5):**

9:00 a.m.    Attorneys present as noted above. Defendants present, in custody. The Government's case agent, James Bonanno, present. Outside the presence of the witness and jury, the court and counsel discussed an additional jury instruction, defense objections, and housekeeping matters.

| | |
|---|---|
| 9:10 a.m. | Witness present. Jury present. Direct examination of the Government's previously sworn witness, Rafael Heredia, continued. Examination conducted by Mr. Hitt. |
| 9:37 a.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 9:50 a.m. | Cross examination began.  Examination conducted by Mr. Kalar. |
| 10:27 a.m. | The court admonished and excused the jury for a morning break. The court excused the witness for a morning break. Outside the presence of the witness and jury, the court and counsel discussed housekeeping matters. |
| 10:30 a.m. | All parties excused for a morning break. |
| 10:50 a.m. | Court back in session.  All parties present. Witness present. Jury present. Cross examination of the Government's previously sworn witness, Rafael Heredia, continued.  Examination conducted by Mr. Leras. |
| 11:00 a.m. | Redirect examination began. Examination conducted by Mr. Hitt. |
| 11:02 a.m. | Recross examination began.  Examination conducted by Mr. Kalar. |
| 11:05 a.m. | Witness excused. Government's witness, Stephany Fiore, sworn and testified on direct. Examination conducted by Mr. Hitt. After brief testimony, the Government offered Dr. Fiore as an expert in forensic pathology. Without objection, the Government's request was granted. Mr. Hitt continued his direct examination of Dr. Fiore. |
| 11:20 a.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 11:30 a.m. | Witness excused. Government's witness, Jeremy Beasley, sworn and testified on direct. Examination conducted by Mr. Hitt. |

| | |
|---|---|
| 12:20 p.m. | The court admonished and excused the jury for an afternoon break. The court excused the witness for an afternoon break. Outside the presence of the witness and jury, the court and counsel discussed defense objections to Mr. Beasley's testimony. The court and counsel also discussed housekeeping matters. |
| 12:25 p.m. | All parties excused for an afternoon break. |
| 12:40 p.m. | Court back in session. All parties present. Witness present. Jury present. Direct examination of the Government's previously sworn witness, Jeremy Beasley, continued. Examination conducted by Mr. Hitt. |
| 2:00 p.m. | The court admonished and excused the jury until 9:00 a.m. on February 28, 2024. The court excused the witness for the evening recess. Outside the presence of the witness and jury, the court and counsel discussed a jury instruction, defense objections to Mr. Beasley's testimony, and housekeeping matters. |
| 2:10 p.m. | All parties excused for evening recess. Jury Trial (Day 6) set for February 28, 2024 at 9:00 a.m. |

**ADMITTED EXHIBITS**:

1, 9, 21, 22, 23, 414, RY-1

**TIME IN COURT**: 4 Hours, 35 Minutes