Rene L. Valladares
Federal Public Defender
Hannah Nelson
Assistant Federal Public Defender
Nevada State Bar No. 15972
Email: hannah_nelson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL,<br><br>　　　　Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**APPLICATION AND REQUEST TO SEAL; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Defendant Ronald Yandell moves the Court to seal their Emergency Motion for Modification of Protective Order.

The application is made upon the grounds that good cause exists to file the Emergency Motion under seal. This Emergency Motion contains confidential information.

This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). Here there is good cause for this Court to use its authority under Rule 49.1(d).

Dated: February 23, 2024.

          Respectfully submitted,

          Rene L. Valladares
          Federal Public Defender

          */s/ Hannah D. Nelson*
          HANNAH D. NELSON
          Assistant Federal Public Defender

          Law Office of Steven Kalar

          */s/ Steven G. Kalar*
          STEVEN G. KALAR

**ORDER**

Good cause appearing, the Emergency Motion for Modification of Protective Order are sealed until further order of this Court.

Dated: February 28, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3