```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,        No. 2:19-CR-00107-KJM

        Plaintiff,        **MINUTES**

  v.                             Date: February 28, 2024

RONALD YANDELL, ET AL.,          Deputy Clerk: C. Schultz

        Defendants.      Court Reporter: Kimberly Bennett

_____/

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)


**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)


**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel


**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Chris Mouzis)

**JURY TRIAL (Day 6):**

| | |
|---|---|
| 9:00 a.m. | Attorneys present as noted above. Defendants present, in custody. The Government's case agent, James Bonanno, present. Witness present. Outside the presence of the jury, the court and counsel discussed housekeeping matters. With the understanding that the Government's witness, Brian Nehring, will be called twice in the Government's case-in-chief, the court adopted the Defendants' unopposed request to reserve their cross-examination of Mr. Nehring until the second time the witness is called to testify. |
| 9:05 a.m. | Jury present. Direct examination of the Government's previously sworn witness, Jeremy Beasley, continued. Examination conducted by Mr. Hitt. |
| 9:40 a.m. | Cross examination began. Examination conducted by Mr. Pugh. |
| 10:22 a.m. | Cross examination began. Examination conducted by Mr. Leras. |
| 10:30 a.m. | The court admonished and excused the jury for a morning break. The court excused the witness and all parties for a morning break. |
| 10:50 a.m. | Court back in session. All parties present. Witness present. Jury present. Cross examination of the Government's witness, Jeremy Beasley, continued. Examination conducted by Mr. Leras. |
| 11:40 a.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 11:55 a.m. | Redirect examination began. Examination conducted by Mr. Hitt. |
| 12:00 p.m. | Recross examination began. Examination conducted by Mr. Leras. |
| 12:05 p.m. | Witness excused. Government's witness, Terrance Pell, sworn and testified on direct. Examination conducted by Mr. Hitt. |
| 12:20 p.m. | The court admonished and excused the jury for an afternoon break. The court excused the witness and all parties for an afternoon break. |

| | |
|---|---|
| 12:40 p.m. | Court back in session. All parties present. Witness present. Jury present. Direct examination of the Government's previously sworn witness, Terrance Pell, continued. Examination conducted by Mr. Hitt. |
| 12:45 p.m. | Cross examination began. Examination conducted by Mr. Kalar. |
| 12:58 p.m. | Redirect examination began. Examination conducted by Mr. Hitt. |
| 12:59 p.m. | Recross examination began. Examination conducted by Mr. Kalar. |
| 1:00 p.m. | Witness excused. Government's witness, Brian Nehring, sworn and testified on direct. Examination conducted by Mr. Hitt. The court advised the jury that this witness will be called twice in the Government's case-in-chief, and the Defendants are reserving their right to cross-examine this witness until the second time the witness is called to testify. |
| 1:30 p.m. | Witness excused. Government's witness, Doug McClure, sworn and testified on direct. Examination conducted by Mr. Pearson. |
| 1:50 p.m. | Mr. Pugh objected to the admission of some of the Government's exhibits. The court granted Mr. Pugh's request to voir dire the witness. |
| 1:53 p.m. | The court granted Mr. Leras' request to voir dire the witness. Mr. Leras joined Mr. Pugh's objections. |
| 1:57 p.m. | Mr. Pearson continued his direct examination of the witness in context of the defense objections. |
| 2:00 p.m. | The court admonished and excused the jury until 9:00 a.m. on February 29, 2024. The court excused the witness for the evening recess. Outside the presence of the jury and the witness, the court and counsel further discussed the defense objections to the Government's exhibits offered during the direct testimony of Mr. McClure; a trial subpoena served on Jeremy Beasley that the Government intends to move to quash; and housekeeping matters. |

| | |
|---|---|
| 2:10 p.m. | The court excused Mr. Pugh for the remainder of the afternoon.  The court excused all parties for another afternoon break. |
| 3:05 p.m. | Court back in session. All parties present, except for Mr. Pugh. Outside the presence of the jury and the witness, the court and counsel discussed submission of a defense witness and exhibit list; defense objections to the exhibits covered by Mr. McClure's testimony; and housekeeping matters. Upon stipulation of the parties and for the reasons as stated on the record, the Government will interrupt Mr. McClure's testimony to present High Desert State Prison witnesses, and then return to Mr. McClure's testimony. |
| 3:40 p.m. | All parties excused for evening recess. Jury Trial (Day 7) set for February 29, 2024 at 9:00 a.m. |

**ADMITTED EXHIBITS**:

2, 3, 4, 5, 6, 7, 8, 12, 33 (demonstrative only), 36,

and 413 (demonstrative only)


**TIME IN COURT**: 5 Hours, 5 Minutes