**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: February 29, 2024 |
| RONALD YANDELL, ET AL., | Deputy Clerk: C. Schultz |
| Defendants. | Court Reporter: Kimberly Bennett |
| _____/ | |

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Chris Mouzis)

**JURY TRIAL (Day 7):**

9:05 a.m.   Attorneys present as noted above. Defendants present, in custody. The Government's case agent, James Bonanno, present. Outside the presence of the jury, the court and counsel discussed housekeeping matters.

| Time | Event |
|---|---|
| 9:10 a.m. | Jury present. The court advised the jury that the parties have agreed that due to scheduling issues, the Government's witness, Doug McClure, will be held in abeyance and be recalled later in the presentation of the Government's case. The Government's witness, George Montserrat, sworn and testified on direct. Examination conducted by Mr. Hitt. |
| 9:20 a.m. | Cross examination began. Examination conducted by Mr. Kalar. |
| 9:44 a.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 9:45 a.m. | Cross examination began. Examination conducted by Mr. Leras. |
| 9:50 a.m. | Redirect examination began. Examination conducted by Mr. Hitt. |
| 9:54 a.m. | Recross examination began. Examination conducted by Mr. Kalar. |
| 9:55 a.m. | Witness excused. Government's witness, Lafayette Lofton, sworn and testified on direct. Examination conducted by Mr. Hitt. |
| 10:04 a.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 10:05 a.m. | Witness excused. Government's witness, Daniel Contreras, sworn and testified on direct. Examination conducted by Mr. Pearson. |
| 10:16 a.m. | Cross examination began. Examination conducted by Mr. McClelland. |
| 10:17 a.m. | Cross examination began. Examination conducted by Mr. Leras. |
| 10:18 a.m. | Witness excused. Government's witness, Jason Mason, sworn and testified on direct. Examination conducted by Mr. Hitt. |
| 10:25 a.m. | The court admonished and excused the jury for a morning break. The court excused the witness for a morning break. Outside the presence of the jury and the witness, the court and counsel discussed the defense objections made during the direct testimony of Mr. Montserrat. |

| | |
|---|---|
| 10:30 a.m. | The court excused all parties for a morning break. |
| 10:50 a.m. | Court back in session. All parties present. Witness present. Jury present. Direct examination of the Government's witness, Jason Mason, continued. Examination conducted by Mr. Hitt. |
| 11:00 a.m. | Witness excused. Government's witness, David Glover, sworn and testified on direct. Examination conducted by Mr. Spencer. |
| 11:17 a.m. | Cross examination began.  Examination conducted by Mr. Kalar. |
| 11:20 a.m. | Witness excused. The Government's previously sworn witness, Doug McClure, recalled. Direct examination continued. Examination conducted by Mr. Pearson. |
| 12:20 p.m. | The court admonished and excused the jury for an afternoon break. The court excused the witness and all parties for an afternoon break. |
| 12:40 p.m. | Court back in session. All parties present. Witness present. Outside the presence of the Jury, the court and counsel discussed housekeeping matters. |
| 12:43 p.m. | Jury present. Direct examination of the Government's previously sworn witness, Doug McClure, continued. Examination conducted by Mr. Pearson. |
| 2:00 p.m. | The court admonished and excused the jury until 1:00 p.m. on March 4, 2024. The court excused the witness for the weekend recess.  Outside the presence of the jury, the court and counsel discussed defense objections related to Mr. McClure's testimony and housekeeping matters. The court directed the Government advise the court on Monday, through the Courtroom Deputy, which witnesses on the Witness List the Government no longer intends to call. |
| 2:10 p.m. | All parties excused for weekend recess. Jury Trial (Day 8) set for March 4, 2024 at 1:00 p.m. |

**ADMITTED EXHIBITS**:

18, 20, 25, 26, 37-013, 38, 39A, 44, 44A, 45, 45A, 46, 46A, 47, 47A, 49, 49A, 73, 73A, 100, 100A, 117, 117A, 117.1, 117.1A, 117.2, 117.2A, 118, 118A, 119, 119A, 119.1, 119.1A, 120, 120A, 121, 121A, 122, 122A, 123, 123A, 124, 124A, 125, 126, 126A, 127, 127A, 130, 130A, 131, 131A, 132, 132A, 133, 134, 135, 136, 139, 140, 141, 160, 160A, 161, 161A, 162, 162A, 162B, 162C, 162D, 162E, 162F, 162G, 162H, 162I, 162J, 163, 164, 165, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180, 183, 186, 317, 317A, 320, 320A, 324, 324A, 325, 325A, 391, 391A, 392, 392A, 393, 393A


**TIME IN COURT**: 4 Hours, 25 Minutes