KNUT S. JOHNSON (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
655 West Broadway, Suite 900
San Diego, California 92101
(619) 232-7080 (Phone)
knut@knutjohnson.com
Attorney for WILLIAM SYLVESTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM SYLVESTER (3),<br><br>　　　　Defendant. | CASE NO. 2:19-CR-00107-KJM<br><br>NOTICE OF WITHDRAWAL OF DOCUMENT FILED AT DOCKET 1951<br><br>DATE: March 4, 2024<br>Time: 1:00 p.m.<br>Court: Hon. Kimberly J. Mueller |

Counsel erroneously filed the wrong document at docket 1951 and hereby withdraws that filing.

Dated: February 15, 2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Knut S. Johnson*
　　　　　　　　　　　　　　　　　　　Knut S. Johnson, Attorney for William Sylvester

- -
- 2:19-CR-00107-KJM