```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                  BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,    No. 2:19-CR-00107-KJM

        Plaintiff,    **MINUTES**

  v.    Date: March 4, 2024

RONALD YANDELL, ET AL.,    Deputy Clerk: C. Schultz

        Defendants.    Court Reporter: Kimberly Bennett

_____/

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Chris Mouzis)

**JURY TRIAL (Day 8):**

| | |
|---|---|
| 1:00 p.m. | Attorneys present as noted above. Defendants present, in custody. The Government's case agent, James Bonanno, present. Witness present. Jury present. Direct examination of the Government's previously sworn witness, Doug McClure, continued. Examination conducted by Mr. Pearson. |
| 2:10 p.m. | Cross examination began. Examination conducted by Mr. Pugh. |
| 2:30 p.m. | The court admonished and excused the jury for an afternoon break. The court excused the witness and all parties for an afternoon break. |
| 2:50 p.m. | Court back in session. All parties present. Witness present. Jury present. Cross examination of the Government's witness, Doug McClure, continued. Examination conducted by Mr. Pugh. |
| 3:27 p.m. | Cross examination began. Examination conducted by Mr. Leras. |
| 4:00 p.m. | The court admonished and excused the jury for a second afternoon break. The court excused the witness for a second afternoon break. Outside the presence of the jury and witness, the court advised the parties that it will hear argument as to the Government's Motion *in Limine* to Exclude Evidence or Argument Suggesting Juror Nullification, ECF No. 1949, tomorrow at 8:30 AM. Defendants Yandell and Sylvester renewed their Motion to Sever. The court advised the parties it will hear argument as to the Renewed Motion tomorrow morning as well. |
| 4:02 p.m. | All parties excused for a second afternoon break. |
| 4:20 p.m. | Court back in session. All parties present. Witness present. Outside the presence of the jury, the court confirmed each Defendant is waiving personal appearance for the 8:30 hearing as to the Government's Motion *in Limine* and Defense Renewed Motion to Sever. |
| 4:21 p.m. | Jury present. Cross examination of the Government's witness, Doug McClure, continued. Examination conducted by Mr. Leras. |

| | |
|---|---|
| 4:27 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 4:40 p.m. | Redirect examination began. Examination conducted by Mr. Pearson. |
| 4:48 p.m. | Recross examination began. Examination conducted by Mr. Pugh. |
| 4:53 p.m. | Re-redirect examination began. Examination conducted by Mr. Pearson. |
| 4:54 p.m. | Re-recross examination began. Examination conducted by Mr. Pugh. |
| 4:55 p.m. | Witness excused subject to recall. The court admonished and excused the jury until 9:00 a.m. on March 5, 2024. All parties excused for evening recess. Jury Trial (Day 9) set for March 5, 2024 at 8:30 a.m. |

**ADMITTED EXHIBITS**:

16, 17, 19

**TIME IN COURT**: 3 Hours, 15 Minutes