Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org

Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, and<br><br>WILLIAM SYLVESTER,<br><br>Defendants. | Case No. 2:19-CR-00107-KJM<br><br>Chief Judge Kimberly J. Mueller,<br>United States District Court |

Defendants Yandell and Sylvester hereby provide their list of defense witnesses.

Like the government, Mr. Yandell and Mr. Sylvester will also be filing a "non-public" list of witnesses, under seal. The defense will provide a copy of this non-public list to the government.

The defense preserves its right to remove or add witnesses to this list, as evidence is developed in the government's case in chief.

**Yandell and Sylvester Defense Witnesses:**

1. CDCR Employee B. Cope
2. CDCR Employee L. Montecino
3. CDCR Employee L. Wallace
4. CDCR Employee S. Ramirez
5. CDCR Lt. J.A. Baker

Dated this 4th day of March, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brian D. Pugh*
BRIAN D. PUGH
Assistant Federal Public Defender

*/s/ Sean A. McClelland*
SEAN A. McCLELLAND
Assistant Federal Public Defender

Kalar Law Office

*/s/ Steven G. Kalar*
STEVEN G. KALAR