Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org

Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, and<br><br>WILLIAM SYLVESTER,<br><br>Defendants. | Case No. 2:19-CR-00107-KJM<br><br>Chief Judge Kimberly J. Mueller, United States District Court<br><br>**DEFENSE EXHIBIT LIST** |

Defendant Yandell hereby provides their exhibit list.

The defense preserves its right to remove or add exhibits to this list, in response to developments in the government's case in chief.

**Yandell Exhibits:**

| Exhibit # | Document Title |
| --- | --- |
| RY-1 | Picture of Gary Littrell |
| RY-2 | Grand Jury Testimony of J. Beasley |
| RY-3 | Letter of AUSA Hitt regarding J. Beasley cooperation |
| RY-4 | Pending |
| RY-5 | Pending |
| RY-6 | Pending |
| RY-7 | Pending |
| RY-8 | Pending |
| RY-9 | Pending |
| RY-10 | Pending |
| RY-11 | Pending |
| RY-12 | Pending |
| RY-13 | Pending |
| RY-14 | Pending |
| RY-15 | Pending |
| RY-16 | Pending |
| RY-17 | Pending |
| RY-18 | Pending |
| RY-19 | Pending |
| RY-20 | Pending |
| RY-21 | Pending |
| RY-22 | Pending |
| RY-23 | Pending |
| RY-24 | Pending |
| RY-25 | Pending |
| RY-26 | Pending |

| | |
|---|---|
| RY-27 | Pending |
| RY-28 | Pending |
| RY-29 | Pending |
| RY-30 | Pending |
| RY-31 | Pending |
| RY-32 | Pending |
| RY-33 | Pending |
| RY-34 | Pending |
| RY-35 | Pending |
| RY-36 | Pending |
| RY-37 | Pending |
| RY-38 | Pending |
| RY-39 | Pending |
| RY-40 | Pending |
| RY-41 | Pending |
| RY-42 | Pending |
| RY-43 | Pending |
| RY-44 | Pending |
| RY-45 | Pending |
| RY-46 | Pending |
| RY-47 | Pending |
| RY-48 | Pending |
| RY-49 | Pending |
| RY-50 | Pending |
| RY-51 | Pending |
| RY-52 | Pending |
| RY-53 | SA Perryman Daubert hearing testimony - Feb. 9, 2024 |
| RY-54 | SA Perryman Daubert hearing testimony - Feb. 13, 2024 |
| RY-55 | Pending |
| RY-56 | Pending |
| RY-57 | Jason Comins You Tube Video 1 |
| RY-58 | Jason Comins You Tube Video 2 |
| RY-59 | Jason Comins You Tube Video 3 |
| RY-60 | Jerome White You Tube Video |
| RY-61 | Yandell Complaint |
| RY-62 | Yandell Indictment |

Dated this 4th day of March, 2024.

                Respectfully submitted,

                Rene L. Valladares
                Federal Public Defender

                */s/ Brian D. Pugh*
                BRIAN D. PUGH
                Assistant Federal Public Defender

                */s/ Sean A. McClelland*
                SEAN A. McCLELLAND
                Assistant Federal Public Defender

                Kalar Law Office

                */s/ Steven G. Kalar*
                STEVEN G. KALAR