```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,        No. 2:19-CR-00107-KJM

        Plaintiff,       **MINUTES**

  v.                             Date: March 5, 2024

RONALD YANDELL, ET AL.,          Deputy Clerk: C. Schultz

        Defendants.      Court Reporter: Kimberly Bennett

_____/

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)


**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)


**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel


**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Chris Mouzis)

**JURY TRIAL (Day 9):**

| | |
|---|---|
| 8:35 a.m. | Attorneys present as noted above.  The Government's case agent, James Bonanno, present.  Defendants not present, appearances waived for morning housekeeping/motion hearing.  Outside the presence of the jury, the court and counsel discussed housekeeping matters and motions.  The court confirmed receipt of Defense Witness and Exhibit Lists. The court heard argument as to the Renewed Motion to Sever made by Defendants Yandell and Sylvester. After careful consideration of the parties' arguments, the court denied the motion for the reasons as stated on the record. The court heard argument as to the Government's Motion *in Limine* to Exclude Evidence or Argument Suggesting Juror Nullification, ECF No. 1949. After careful consideration of the parties' arguments, the court denied the motion for the reasons as stated on the record. Without objection, the Government added a JPay custodian of records witness to their witness list. The court and counsel also discussed witness scheduling. |
| 9:00 a.m. | The court took a short recess to allow for the arrival of the Defendants, the first witness, and the Jury. |
| 9:10 a.m. | Court back in session. Defendants present, in custody. Jury present. Government's witness, Donald Mazza, sworn and testified on direct. Examination conducted by Mr. Hitt. |
| 10:30 a.m. | The court admonished and excused the jury for a morning break. The court excused the witness and all parties for a morning break. |
| 10:55 a.m. | Court back in session. All parties present. Witness present. Jury present. Direct examination of the Government's previously sworn witness, Donald Mazza, continued. Examination conducted by Mr. Hitt. |
| 12:20 p.m. | The court admonished and excused the jury for an afternoon break. The court excused the witness and all parties for an afternoon break. |

| | |
|---|---|
| 12:45 p.m. | Court back in session. All parties present. Witness present. Jury present. Direct examination of the Government's previously sworn witness, Donald Mazza, continued. Examination conducted by Mr. Hitt. |
| 1:52 p.m. | Cross examination began. Examination conducted by Mr. Leras. |
| 2:00 p.m. | The court admonished and excused the jury until 9:00 a.m. on March 6, 2024. Outside the presence of the jury, the court and counsel birefly discussed housekeeping matters. All parties excused for evening recess. Jury Trial (Day 10) set for March 6, 2024 at 9:00 a.m. |

**ADMITTED EXHIBITS**:

10, 11, 115B, and 363

**TIME IN COURT**: 4 Hours, 30 Minutes