```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER


UNITED STATES OF AMERICA,      No. 2:19-CR-00107-KJM

              Plaintiff,       MINUTES

     v.                        Date: March 7, 2024

RONALD YANDELL, ET AL.,        Deputy Clerk: C. Schultz

              Defendants.      Court Reporter: Kimberly Bennett

_____/
```

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)


**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)


**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel


**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL (Day 11):**

- 9:10 a.m.    Attorneys present as noted above. Defendants present, in custody. The Government's case agent, James Bonanno, present. Witness present. Outside the presence of the jury, the court and counsel discussed scheduling related to the Government's anticipated witness, Kevin Lee, and Defendant Sylvester's oral motion to strike. After careful consideration of the parties' comments, the court GRANTED Defendant Yandell's request to cross examine, the Government's witness Kevin Lee, on a date separate from the witness' direct examination. The court denied Defendant Sylvester's oral motion to strike, but granted leave to file a formal motion.

- 9:15 a.m.    Jury present. Redirect examination of the Government's previously sworn witness, Donald Mazza, continued. Examination conducted by Mr. Hitt.

- 9:35 a.m.    Recross examination began. Examination conducted by Mr. Leras.

- 9:52 a.m.    Recross examination began. Examination conducted by Mr. Kalar.

- 10:00 a.m.   Recross examination began. Examination conducted by Mr. Johnson.

- 10:03 a.m.   Witness excused. The court admonished and excused the jury for a morning break. Outside the presence of the jury, the court and counsel discussed housekeeping matters.

- 10:05 a.m.   The court excused all parties for a morning break.

- 10:20 a.m.   Court back in session. All parties present. Jury present. The Government's witness, Mario Cervantes, sworn and testified on direct. Examination conducted by Mr. Spencer.

- 10:30 a.m.   Cross examination began. Examination conducted by Mr. Pugh.

- 10:31 a.m.   Cross examination began. Examination conducted by Mr. Johnson.

| | |
|---|---|
| 10:34 a.m. | Witness excused. Mr. Pearson read Exhibit 416, Stipulation of Testimony (Dr. Venus Azar), into the record. |
| 10:35 a.m. | Government's witness, James Sims, sworn and testified on direct. Examination conducted by Mr. Hitt. |
| 10:43 a.m. | Cross examination began. Examination conducted by Mr. Kalar. |
| 10:50 a.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 10:53 a.m. | Redirect examination began. Examination conducted by Mr. Hitt. |
| 10:55 a.m. | Recross examination began. Examination conducted by Mr. Kalar. |
| 10:56 a.m. | Recross examination began. Examination conducted by Mr. Johnson. |
| 10:57 a.m. | Witness excused. Government's witness, Scott Knafla, sworn and testified on direct. Examination conducted by Mr. Spencer. |
| 11:15 a.m. | The court admonished and excused the jury for another morning break. The court excused the witness and all parties for another morning break. |
| 11:50 a.m. | Court back in session. All parties present. Witness present. Jury present. Cross examination began. Examination conducted by Mr. Kalar. |
| 12:02 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 12:03 p.m. | Redirect examination began. Examination conducted by Mr. Spencer. |
| 12:06 p.m. | Recross examination began. Examination conducted by Mr. Kalar. |
| 12:08 p.m. | Witness excused. Government's witness, Scott Givens, sworn and testified on direct. Examination conducted by Mr. Spencer. |
| 12:50 p.m. | The court admonished and excused the jury for an afternoon break. The court excused the witness and all parties for an afternoon break. |

| | |
|---|---|
| 1:15 p.m. | Court back in session. All parties present. Witness present. Outside the presence of the jury, the court and counsel further discussed scheduling related to the Government's anticipated witness, Kevin Lee. |
| 1:18 p.m. | Jury present. Direct examination of the Government's witness, Scott Givens, continued. Examination conducted by Mr. Spencer. |
| 1:30 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 1:33 p.m. | Cross examination began. Examination conducted by Mr. Pugh. |
| 1:48 p.m. | Redirect examination began. Examination conducted by Mr. Spencer. |
| 1:49 p.m. | Recross examination began. Examination conducted by Mr. Pugh. |
| 1:50 p.m. | Recross examination began. Examination conducted by Mr. Johnson. |
| 1:51 p.m. | Re-redirect examination began. Examination conducted by Mr. Spencer. |
| 1:52 p.m. | Witness excused. Government's witness, Joey Agnone, sworn and testified on direct. Examination conducted by Mr. Hitt. |
| 2:00 p.m. | The court admonished and excused the jury until 1:00 p.m. on March 11, 2024. Outside the presence of the jury, the court and counsel discussed housekeeping matters. Mr. Hitt identified witnesses on the Government's witness list that will not be called, and advised the court that the Government anticipates circulating a stipulation regarding the Verizon custodian of records and the general manager for the Super 8 motel that may alleviate the need to call those witnesses. The court and counsel also discussed the trial schedule and Defendant Yandell and Sylvesters' anticipated new motion to sever. |

```
2:15 p.m.    All parties excused for evening recess. Jury Trial
             (Day 12) set for March 11, 2024 at 1:00 p.m.
```

**ADMITTED EXHIBITS**:

24, 74, 75, 77, 78, 79, 80, 81, 82, 83, 84, 85, 99, 115, 128, 249, 250, 251, 252, 253, 254, 292, 293, 294, 295, 296, 297, 384, 385, 408, 416


**TIME IN COURT**: 3 Hours, 50 Minutes