```
            UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF CALIFORNIA
         BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,      No. 2:19-CR-00107-KJM

        Plaintiff,         **MINUTES**

  v.                           Date: March 11, 2024

RONALD YANDELL, ET AL.,        Deputy Clerk: C. Schultz

        Defendants.        Court Reporter: Kimberly Bennett

_____/


**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)


**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
Hannah Nelson, Assisting Counsel
(Assisted by Paralegals, Richard Salinas and Alexa Drury)


**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel


**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL (Day 12):**

| Time | Event |
|---|---|
| 1:05 p.m. | Attorneys present as noted above. Defendants present, in custody. The Government's case agent, Deonica Reid, present. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 1:10 p.m. | Jury present. The court advised the Jury that the Government is going to call a witness before resuming with Mr. Agnone's testimony. The Government's witness, Katherine Callahan, sworn and testified on direct. Examination conducted by Mr. Spencer. The Government offered Dr. Callahan as an expert. Defense counsel declined the opportunity to voir dire the witness. The court granted the Government's request and Mr. Spencer continued his direct examination. |
| 1:20 p.m. | Witness excused. Direct examination of the Government's previously sworn witness, Joey Agnone, continued. Examination conducted by Mr. Hitt. |
| 1:35 p.m. | Cross examination began. Examination conducted by Mr. Kalar. |
| 1:40 p.m. | Witness excused. Government's witness, Brian Nagao, sworn and testified on direct. Examination conducted by Mr. Pearson. The Government offered Dr. Nagao as an expert. Defense counsel declined the opportunity to voir dire the witness. The court granted the Government's request and Mr. Pearson continued his direct examination. |
| 1:58 p.m. | Cross examination began. Examination conducted by Mr. Kalar. |
| 2:03 p.m. | Redirect examination began. Examination conducted by Mr. Pearson. |
| 2:04 p.m. | Recross examination began. Examination conducted by Mr. Kalar. |
| 2:07 p.m. | Witness excused. The court granted Mr. Hitt's request to check the hall for the Government's next witness. Upon his return, he confirmed that the witness and her attorney are in the building and should arrive momentarily. |

| | |
|---|---|
| 2:09 p.m. | Government's witness, Kristin Demar, sworn and testified on direct. Examination conducted by Mr. Hitt. |
| 2:45 p.m. | The court admonished and excused the jury for an afternoon break. The court excused the witness and all parties for an afternoon break. |
| 3:15 p.m. | Court back in session. All parties present. Witness present. Jury present. Direct examination of the Government's witness, Kristin Demar, continued. Examination conducted by Mr. Hitt. |
| 4:25 p.m. | Cross examination began. Examination conducted by Mr. McClelland. |
| 4:48 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 5:00 p.m. | The court admonished and excused the jury until 9:00 a.m. on March 12, 2024. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 5:10 p.m. | All parties excused for evening recess. Jury Trial (Day 13) set for March 12, 2024 at 8:30 a.m. |

**ADMITTED EXHIBITS:**

27, 98, 144, 145, 146, 153, 154, 155, 156, 157, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 255, 256, 257, 259, 260, 261, 262 and 415

**TIME IN COURT:** 3 Hours, 40 Minutes