Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org
Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

**FILED**
Mar 12, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL,<br><br>Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**DEFENSE PROFFER ON IMPEACHMENT CROSS-EXAMINATION OF OFFICER KEVIN LEE**<br><br>**[UNDER SEAL]**<br><br>Chief Judge Kimberly J. Mueller, United States District Court |

At 5:38 p.m. on March 6, 2024, the government informed the defense that Officer Kevin Lee, one of its planned witnesses for March 7, had been the subject of disciplinary proceedings potentially relevant to his testimony. Per the government's email to the defense:

> According to Officer Lee, he was disciplined in 2021 for "failure to report" in relation to a text thread that he was part of involving Officers Daniel Garland, Marcus Jordan, Paul Bettencourt, Martin Fong, Simon Ramirez, and Valentino Rodriguez. Officer Lee did not participate in the text message thread, but he saw other text messages on the thread and did not report the messages. As a result of the discipline, his pay was reduced by 5% for 6 months. There were no findings in the proceedings that he was dishonest.

The government has informed the defense that it "will oppose any attempts to cross-examine regarding this incident."

Given the government's late (and brief) disclosure of these potentially-significant disciplinary proceedings—and to permit full defense investigation of those proceedings and the underlying misconduct that led to them—counsel for Mr. Yandell intends to ask the Court to schedule Officer Lee's cross-examination specifically or his testimony more generally to occur later in the government's case.[1]

Whenever Officer Lee is cross-examined, however, counsel for Mr. Yandell maintains that these disciplinary proceedings are the proper subject of impeachment cross-examination. These proceedings go to both: (1) Mr. Yandell's third-party culpability defense: that CDCR officials helped orchestrate Gary Littrell murdering Hugo Pinell; and (2) witness bias: that this specific witness would not report CDCR misconduct relevant to this case.

---

[1] After the government disclosed the existence of these disciplinary proceedings less than 24 hours before Officer Lee was scheduled to testify, counsel for Mr. Yandell and Mr. Sylvester asked the government to move Officer Lee to later in its case "so that [the defense] can properly investigate these disciplinary proceedings and obtain documents on the subject from CDCR, as appropriate." The government declined.

3

In particular (and to elucidate these points), counsel for Mr. Yandell would at present cross-examine Officer Lee on several issues concerning the disciplinary proceedings and relevant here, including:

- That one of the people on the text thread Officer Lee was disciplined for (Officer Valentino Rodriguez) was a whistleblower at CSP-Sac who had reported CDCR misconduct contemporaneous and analogous to the events in this case, including:
    - That CDCR officers injured an inmate while restraining him;
    - That CDCR officers planted drugs on inmates; and
    - That CDCR officers planted weapons on inmates.
- That, around and after Officer Rodriguez reported this misconduct, he was harassed by other CDCR officers on the text message thread Officer Lee was on, including:
    - That other CDCR officers said that Officer Rodriguez's newlywed wife was cheating on him with a black man (using racial slurs on the subject);
    - That other CDCR officers called Officer Rodriguez homophobic slurs; and
    - That, after Officer Rodriguez sent a picture of a margarita, CDCR officers "joked" that its contents were semen.
- That Officer Lee did not report these harassing text messages to any authorities; and
- That after receiving the text messages, Officer Rodriguez overdosed and committed suicide.

Counsel for Mr. Yandell has a good-faith basis for these questions. Given the government's late (and brief) disclosure, the defense lacks (1) any part of the relevant message thread Officer Lee was on; and (2) any documentation on the disciplinary proceedings against Officer Lee that resulted. But two newspaper articles—from the SACRAMENTO BEE (*see* Ex. A) and the ASSOCIATED PRESS (*see* Ex. B)—convey the substance of the communications identified above.

Dated this March 7, 2024.

                      Respectfully submitted,

                      Rene L. Valladares
                      Federal Public Defender

                      */s/ Brian D. Pugh*
                      BRIAN D. PUGH
                      Assistant Federal Public Defender

                      */s/ Sean A. McClelland*
                      SEAN A. McCLELLAND
                      Assistant Federal Public Defender


                      Law Office of Steven G. Kalar

                      */s/ Steven G. Kalar*
                      STEVEN G. KALAR

# EXHIBIT A

EXHIBIT A

# THE SACRAMENTO BEE

**Part of the McClatchy Media Network**

News • Sports • Capitol Alert • Opinion • Obituaries • Cannabis • Food & Drink • Bee Curious • Equity Lab • Shopping

THE STATE WORKER

# Exclusive: Correctional officer's death exposes hazing, toxic culture at California prison

BY **WES VENTEICHER**
UPDATED APRIL 17, 2021 9:28 AM

Valentino Rodriguez Sr. describes on April 6, 2021, the moment he heard that his son, a former correctional officer at Folsom prison who left his job after being hazed, had died. Rodriguez Sr. keeps photos of his son at his West Sacramento business. BY DANIEL KIM

Valentino Rodriguez Jr. texted his wife, Irma, an hour and a half before she found him dead Oct. 21 at their home in West Sacramento.

Rodriguez Jr. was 30, and had been a correctional officer at a state prison in Folsom. Nine months earlier he had gone out on leave for stress, telling his wife he could no longer tolerate the harassment and threats from other officers.

He had met with the prison's warden a week earlier, on Oct. 15, and on the 21st some of the officers were calling his phone.

"It's out now that I told on the team," he wrote in the text to his wife.

Irma Rodriguez, 26, returned home from dinner with two friends to find her husband lying purple-faced on the bathroom floor. Scattered nearby were pills, tin foil and a straw. The Yolo County Coroner's Office pronounced him dead at 9:25 p.m.

On his black iPhone 11, Rodriguez Jr. left a record of mistreatment and potential rule violations by other officers at California State Prison, Sacramento. His text exchanges have fueled a father's search for answers and an official Department of Corrections and Rehabilitation investigation.

The prison, one of the state's most dangerous, is already under federal scrutiny after an officer allegedly tripped an inmate whose hands were cuffed behind his back in 2016 and, along with another officer, covered up details when the inmate died. A state lawmaker called out a "culture of intolerance and criminality" among correctional officers after the charges were filed, requesting a broad investigation.

The prison's culture broke Rodriguez Jr., said members of his family.

His father, his widow and his siblings described him as goofy, kind and relentlessly curious. He liked to play Pokémon and watch anime. He wanted a career outside the family's pool-plastering business, but his father worried from the start that the prison environment wouldn't suit his son.



Valentino Rodriguez Jr. and his wife Irma Rodriguez attend the Outside Lands Music Festival at Golden Gate Park in 2016, before their marriage. *Rodriguez family photo*

His family doesn't know what he said to Warden Jeff Lynch during his last trip to the institution, but his texts suggest the warden or someone else in an official capacity asked him to put something in writing.

"Tomorrow they want me to write a memo," he said in the text to his wife. "And i don't know what ima do."

Rodriguez Jr.'s death, caused by fentanyl intoxication, was accidental, Yolo County Chief Deputy Coroner Gina Moya said Wednesday.

The Department of Corrections and Rehabilitation has struggled to address a growing mental health crisis among correctional officers — reflected in suicide numbers — that is often attributed to violent workplaces.

A University of California, Berkeley survey of California correctional officers published in 2017 found officers are exposed to violence at rates comparable to military veterans, and that the job is linked to health problems, depression and suicidal thoughts. Nine state correctional officers killed themselves last year alone, according to figures kept by the California Correctional Peace Officers Association.

Rodriguez Jr.'s experiences, which resemble those of a High Desert State Prison officer whose 2011 death received national attention, point to a distinct and different problem within the prison known as New Folsom.

"My son was hazed to death," said Rodriguez Jr.'s father, Valentino Rodriguez Sr., 53.



Valentino Rodriguez Sr. and his wife Erma Rodriguez stand in their West Sacramento business on Tuesday, April 6, 2021. Their son, former correctional officer Valentino Rodriguez Jr., was found dead dead at home in October. The death of Rodriguez Jr., who left his job at California State Prison-Sacramento in Folsom after suffering harassment from other officers, was ruled accidental Wednesday. Daniel Kim *dkim@sacbee.com*

Officers repeatedly called Rodriguez Jr. a gay slur, made fun of his weight and taunted him, saying that his wife was cheating on him with Black men, according to text exchanges on his phone. Rodriguez Jr. said in texts that the harassment came even as he worked harder than his coworkers and performed his work well.

The elder Rodriguez shared the contents of the phone with the corrections department's Office of Internal Affairs, the FBI and The Sacramento Bee.

The corrections department declined to share specifics of its investigation or make Secretary Kathleen Allison available for an interview, but in an email, spokeswoman Dana Simas suggested employees could face consequences.

"Immediately after CDCR was made aware of potential misconduct by some institution staff, the department opened a full investigation and, per policy, has redirected any subjects pending the outcome," Simas said in the email. "CDCR takes its peace officer Code of Conduct very seriously and we will enforce our policies to the fullest extent."

**A HIGH-SECURITY PRISON**

Rodriguez Jr. transferred to New Folsom in April 2016 after working for about a year at San Quentin State Prison.

New Folsom has a security level of 4, the highest in the state's classification system. It houses some of California's most dangerous inmates — murderers, rapists and a group of mentally ill patients deemed too dangerous for the state's mental hospitals.

Inmates frequently assault correctional officers and one another. Instances of "gassing," in which inmates throw urine or feces at employees, are everyday occurrences, according to three officers who spoke with The Bee on the condition of anonymity, fearing retaliation.

Gang politics are more pronounced than at lower-level institutions, and the environment forces officers to approach their work with even more intensity, one of them said.

"As an officer, you have to be hard," he said. "You have to know when to flip that switch and get crazy. Because if you don't fight that crazy individual with a crazy mentality, you're going to lose."

Rodriguez Jr. excelled at the work and was promoted uncommonly quickly to the Investigative Services Unit, an elite group of about 20 officers who investigate drug trafficking, gang activity, contraband items, violent crimes and suicides inside the prison.



Valentino Rodriguez Jr., right, stands with his brother Gregory Rodriguez at his graduation from Basic Correctional Officer Academy in Galt in 2015. *Rodriguez family photo*

Rodriguez Jr. watched other officers injure an inmate while restraining the inmate not long after he started at the prison and had to describe the events in a written report, said his wife.

He worried aloud about writing the report, she said, telling her he had to make sure to say "everything the right way" or risk losing his job.

"That's when the pressure started," she said. " … it was like this overwhelming sense that someone was watching him."

**HARASSING TEXTS FROM CORRECTIONAL OFFICERS**

Text exchanges on Rodriguez Jr.'s phone show in explicit detail how other Investigative Services Unit officers treated him after he skipped rungs on the promotional ladder to join their ranks in 2018.

The officers called the newcomer "half-patch" in group texts, suggesting he wasn't worthy of his position, and called him a gay slur when he discussed work or shared photos from his personal life, the texts show.

In August 2019, he shared a photo of a large buck his friend had harvested from a Rodriguez family property hours earlier.

He wrote, "Who likes venison steaks and jerky?"

Officer Daniel Garland responded: "You f---. Send a picture of your girls ass."

In another exchange with the group, Rodriguez Jr. shared a photo of a margarita. The officers joked that its contents were semen.

Rodriguez Jr. detailed the treatment that ultimately drove him to take leave on workers' compensation in a Sept. 19, 2020, text to Internal Affairs Sgt. Brandon Strohmaier, who was part of the unit.

He told Strohmaier that one of the officers called Black inmates monkeys and the n-word, and he said the officer used the word in taunts about Rodriguez Jr.'s wife cheating on him.

The officers ordered him to complete menial tasks and made him do their work while they played video games, slept or left their shifts early, he told Strohmaier in the text. In a separate text, he specified they were playing "Call of Duty" in group matches at work.

Rodriguez Jr. told Strohmaier in the text that at one point, he was conducting six investigations, while most of the other officers had "1 or 0" investigations going.

"Yet i was told I'm the weak link or i don't do my part," he said in the text.

"That team is broken," Rodriguez Jr. said in the text to Strohmaier. "There is s--- they do, say, or don't do that could cause everyone from the Warden down to get the boot."

None of the officers responded to voicemails left on their cellphones last week.

Rodriguez Jr. said in the text to Strohmaier that his boss, Sgt. David Anderson, threatened to fire him if he told anyone what was going on inside the unit.

"I was singled out and told 'if you say anything or open your mouth I'll f---ing replace you like that,'" Rodriguez Jr. said in the text.

Anderson, reached by phone last week, hung up when informed that Rodriguez Jr. was the subject of an upcoming story.

Rodriguez Jr. told Strohmaier in the text that the final straw came after a group text on Dec. 30, 2019.

He had passed along instructions for logging on to a computer system the officers used in conjunction with the Sacramento County Main Jail.

Garland responded with a gay slur, saying "who gives a f---."

When Rodriguez Jr. responded in kind, he received a video in the group chat in which a young man said, "You ever get out of pocket again, I'm gonna slap your fat ass."

"Everyone laughed at it and thought it was funny and i realized i didn't want to associate myself with them anymore," Rodriguez Jr. told Strohmaier.

**TREATMENT FOR PTSD**

In his last year of work, Rodriguez Jr. was "throwing up all the time at work and hyperventilating" from depression and PTSD, he said in the text to Strohmaier.

He sought help after suffering what he said was a breakdown at work, said Irma Rodriguez. Psychologists' treatment notes say he went out on leave on Jan. 28, 2020.

He started therapy and antidepressants while he was unsure whether he would return to the prison, according to his texts and psychological reports prepared by workers' compensation doctors.

Doctors tied his leave request to a Nov. 17, 2017, injury. He had chased a prisoner who was carrying a contraband cellphone, and the inmate elbowed him, said Rodriguez Sr. Other officers tackled the inmate, bringing Rodriguez Jr. to the ground at the same time, and he suffered a knee injury and a concussion from the landing, his father said.

He went on leave for a month and a half after the attack. He returned to work suffering from nightmares, stress and nausea, according to a September 2020 psychological report from therapist Steve Haws. He gained 45 pounds, according to Haws' report.

Rodriguez Jr.'s condition worsened after he joined the Investigative Services Unit, Haws wrote in the report, stating his patient was "harassed on a daily basis and feel (sic) into a deep depression."

Rodriguez Jr. considered quitting completely in early 2020 and going to work for his father, but ended up on stress leave under workers' compensation, according to treatment notes.

While on leave, he texted a former coworker to say that even going to the prison to pick up his paychecks got his blood pressure and heart rate "out of control."

**A FATHER'S QUEST**

Valentino Rodriguez Sr. keeps a photo of his son, fixed with a slight smile, hanging in the office of Generation Pool Plastering, the business he owns in West Sacramento. The photo is draped with a rosary.

His father still grieves. He has scrutinized his son's texts. He has called the numbers his son called. He obtained additional records from AT&T after deducing his son deleted some call records.



Valentino Rodriguez Sr. looks at a picture of his late son, former correctional officer Valentino Rodriguez Jr., in his office at his West Sacramento business on Tuesday, April 6, 2021. "My son was hazed to death," said Rodriguez Sr. His family has filed a complaint with the state Department of Corrections and Rehabilitation's Internal Affairs office alleging harassment. Daniel Kim *dkim@sacbee.com*

"I just want justice for my son," Rodriguez Sr. said.

The Rodriguez family filed a complaint with the department's Office of Internal Affairs shortly after Rodriguez Jr.'s death, including some of the texts.

Three months ago, an internal affairs officer told Rodriguez Sr. in an email that he had completed an initial inquiry based on the complaint and on the contents of a thumb drive. Rodriguez Sr. said the thumb drive held information from the phone.

The internal affairs officer said in the email that a "reasonable belief was established to allege serious misconduct occurred," and he had referred the matter to a Special Investigations Unit for "a full official investigation."

Rodriguez Sr. has read "The Green Wall," former correctional officer D.J. Vodicka's account of blowing the whistle on officers he alleged were corrupt at Salinas Valley State Prison and Pleasant Valley State Prison in the early 2000s.

He has studied the case of Scott Jones, the former High Desert State Prison officer, who shot himself in the head in 2011 after he was hazed and isolated by other officers after they allegedly pressured him to falsify a workers' compensation report.

He said his son's death fits a pattern. Despite the corrections department's "zero tolerance" policy prohibiting officers from concealing wrongdoing through a "code of silence," Rodriguez Sr. believes his son was pressured to keep quiet about misconduct he witnessed.

Rodriguez Jr.'s texts detail little misconduct outside his own treatment. But in a Jan. 12, 2020, entry in the Notes app on his phone, titled "Reasons to leave," Rodriguez Jr.

included whistleblower violations, along with threats, harassment and other reasons.

Rodriguez Jr. referenced his struggle in the text to Strohmaier, which he sent on Sept. 19, 2020.

"I should have spoke up but i didn't want to cause problems for the people who stuck their necks out to get me the job," he said in the text. "And honestly, it's my fault for not standing up to begin with. I sold my pride for the job and it wasn't worth it."

The next month, he was called to meet Warden Lynch.

Strohmaier didn't respond to a voicemail left on his cell phone. Lynch, through a department spokeswoman, didn't respond to an interview request.

**NINE MONTHS OF PEACE**

Rodriguez Sr. remains grateful for the nine months his son was on leave from the prison.

The father and his two sons all were working together. Rodriguez Jr. worked primarily in sales, and he was good at it. Gregory Rodriguez, a year and a half younger than his brother, preferred the work of laying tile and surfacing pools.

Gregory Rodriguez said he looked forward to his brother becoming the "shot caller" in the business while he would continue his tradesman's work.

Two and a half weeks before Rodriguez Jr.'s death, the business' shop — a cavernous concrete brick building with a large fenced enclosure and patches of astroturf outside — was a place of joy.

Rodriguez Jr. and his fiance decided, amid the coronavirus, to abandon plans for a big wedding in Mexico and instead to get married Oct. 3 at the Cathedral of the Blessed Sacrament. They held an outdoor reception at the shop.

The event was organized so hastily they used a fake cake. A few dogs roamed among the tables, Irma Rodriguez said.

In a speech, the groom expressed gratitude for his new bride. A video captured his speech.

"It clicked with me when I was standing up there on the altar today that I'm right where I'm supposed to be in life," Rodriguez Jr. said in the speech. "I didn't have any doubts, I didn't wish to run; I knew I was exactly where I was supposed to be, and that was marrying this woman."

A text he sent a few days later to the former officer who had preceded him in the investigative unit showed the "ghosts," as he sometimes called the lingering effects of the prison, hadn't left completely.

"I got married over the weekend and I was dry heaving and freaking out all week," he said in the text. "Not about getting married; mostly stuck on dumb things like

speeches, my vows, dancing, and being able to sneak away from the crowd of people. But surprisingly as soon as I saw her down the isle (sic) on Saturday everything went out the window and the night were perfect."

Three weeks later, the family held his funeral service in the same place.

This story was originally published April 15, 2021, 5:01 AM.

**RELATED STORIES FROM SACRAMENTO BEE**

THE STATE WORKER

**California is looking at closing more prisons. Here are some that might be on the list**

APRIL 15, 2021 5:00 AM

THE STATE WORKER

**California paying $2.1 million to settle state worker's lawsuit over office chair**

MARCH 29, 2021 5:00 AM



**WES VENTEICHER**

 916-321-1410

Wes Venteicher anchors The Bee's popular State Worker coverage in the newspaper's Capitol Bureau. He covers taxes, pensions, unions, state spending and California government. A Montana native, he reported on health care and politics in Chicago and Pittsburgh before joining The Bee in 2018.

**Take Us With You**

Real-time updates and all local stories you want right in the palm of your hand.

 **SACRAMENTO BEE APP ➔**

**VIEW NEWSLETTERS ➔**

| SUBSCRIPTIONS | LEARN MORE | ADVERTISING |
|---|---|---|
| Start a Subscription | About Us | McClatchy Advertising |
| Customer Service | Contact Us | Place an Ad |
| eEdition | Newsletters | Place a Classified Ad |
| Vacation Hold | Archives | Place an Obituary |
| Pay Your Bill | Sports Betting | Staffing Solutions |
| | Personal Finance | Political | Advocacy Advertising |
| | Reviews | |

Part of the McClatchy Media Network

COPYRIGHT   COMMENTING POLICY   CORRECTIONS POLICY   PRIVACY POLICY   YOUR PRIVACY CHOICES   TERMS OF SERVICE

# EXHIBIT B

# EXHIBIT B

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.   DONATE

# California prison guard died after reporting corruption



Published 4:16 PM PST, October 6, 2021

SACRAMENTO, Calif. (AP) — A California prison guard killed himself after reporting corruption and harassment to authorities and cooperating with attorneys suing the state, a newspaper reported Wednesday.

Sgt. Kevin Steele, 56, wrote memos to top prison officials early this year in which he said fellow correctional officers in his California State Prison, Sacramento, investigations unit had faked documents and planted drugs and weapons on inmates.

Two lawyers told The Sacramento Bee that Steele had also been working with them on cases where he alleged evidence had been falsified or covered up.

He was found dead Aug. 20, in Miller County, Missouri, where he had gone after being barred from prison grounds during what prison officials say was a misconduct investigation. The county coroner ruled his death a suicide.

A second member of the same investigations unit who also complained of harassment and retaliation, 30-year-old Valentino Rodriguez, died of an accidental fentanyl overdose at his home in West Sacramento a year ago.

The entire unit — tasked with investigating crimes committed inside the prison — has been replaced, and 10 of its officers are facing discipline relating to Rodriguez's death, corrections department spokeswoman Dana Simas told the newspaper.

Prison employees are facing investigations by both the FBI and the corrections department.

"We do take every allegation of misconduct by staff very seriously, and work hard to ensure there is accountability when allegations are sustained," Simas said in an email to The Bee.

John Balazs, an attorney for a white supremacist prison gang member facing federal charges, said Steele was his confidential source for statements in court documents he filed alleging his client may be killed in the maximum security prison commonly called New Folsom.

The source he now identifies as Steele advised that "rogue" guards planted weapons and drugs in inmates' cells to obtain more overtime, spread false rumors and relayed private information from inmates' files to other inmates in violation of department policy, "and on at least two occasions have been directly involved in the killing of a CSP-Sacramento inmate," Balazs said in his court filing.

He alleged that guards allowed inmates to conduct a "practice run" a week before two inmates killed a fellow prisoner who was handcuffed to a chair, citing a source he now says was Steele.

In a January memo to prison Warden Jeffrey Lynch obtained by The Bee, Steele said he alerted his supervisors to "inconsistencies" regarding that slaying, backed up with recorded interviews.

The newspaper [earlier reported](#) that prosecutors said the confidential source was interviewed by the FBI and did not have direct knowledge of wrongdoing but was relying on a report and other evidence including a video.

Steele alleged in a February memo to Corrections Secretary Kathleen Allison that prison officials had responded with "indifference" to his reports of wrongdoing and to the "victimization" of Rodriguez.

"I am NOT a disgruntled employee seeking vengeance," Steele wrote to Allison. "Instead, I was a witness to an ISU (Investigative Services Unit) which became engulfed in corruption and watched as integrity was forced to cower in terror and fear of retaliation!"

Balazs said Steele also told him that allegations are false that his client, Aryan Brotherhood member Brant Daniel, planned to kill a correctional officer with a homemade knife that was found in his cell.

A second lawyer, Steve Glickman, told The Bee that Steele informed him that evidence had been suppressed in the death of a 29-year-old inmate found dead in his cell.

Corrections officials said he hanged himself alone in his cell in 2016, leaving behind a suicide note, and Glickman filed a wrongful death lawsuit on behalf of the inmate's family.

But Steele said another inmate had confessed on video and in writing to the slaying, but that the confessions had disappeared. Glickman said Steele immediately informed the prison warden and had been set to testify publicly when he died.

"At every single juncture where I discovered something that resembled corruption, wrongdoing, exploitation, fraudulency and/or breeches of trust, I ALWAYS alerted supervisory staff and institutional leadership, as that is what I thought was the desire of both the administrative staff and the Department of Corrections and Rehabilitation," Steele said in his January memo to the prison's warden. "However, it would appear that is NOT the desire of either entity."

He said in the memo that Rodriguez told him some of their fellow officers were planting drugs and weapons on inmates late in the afternoons "in an effort to have to work overtime hours to finish the reports."

A year ago, federal prosecutors charged two former correctional officers with faking reports in the death of a 65-year-old New Folsom inmate.

Ashley Marie Aurich pleaded guilty in January to lying in her account of how another correctional officer yanked the legs from under the handcuffed inmate in 2016. The two guards were escorting the prisoner, who struck his head on the concrete and died at a hospital two days later.

Both were dismissed from their jobs in 2018.

the second former officer, Arturo Pacheco, faces two federal charges of deprivation of rights under color of law and two counts of falsification of records in a federal investigation.