Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org

Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, and<br><br>WILLIAM SYLVESTER,<br><br>Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**STIPULATED ORDER**<br><br>**Filed Under Seal** |

By stipulation and Court order, this document modifies the Protective Order relating to CDCR documents. *See* ECF 1625.

Counsel for Mr. Yandell shall be permitted to use documents produced by the CDCR to cross-examine Special Agent Cory Perryman, subject to the following limitations:

1. Only specific pages within documents that have been previously identified and provided to the Court and the CDCR, and redacted, may be used;

2. The defense will not move these pages into evidence, and they will not be shown to the jury, nor will they be read aloud in court. Defense counsel will be permitted to direct SA Perryman to these pages, and he will be instructed to read them silently to himself, and then asked if he is familiar with or agrees with the pages;

3. With the exception of deceased inmate Gary Littrell, defense counsel will not identify the name, or any identifying information, of a debriefing inmate referenced in these documents;

4. The documents will not be provided to anyone other than: SA Perryman, government counsel, and the Court;

5. The parties agree that the Court will admonish SA Perryman before the cross-examination begins, and instruct him not to spontaneously mention the name of any debriefing inmate or any identifying information (with the exception of Gary Littrell);

6. This agreement applies only to the cross-examination of Special Agent Perryman. If counsel for Mr. Yandell wish to show CDCR documents produced pursuant to subpoena to other witnesses, counsel for Mr. Yandell and CDCR will first meet and confer regarding those documents. If the parties cannot reach an agreement regarding use of documents with other witnesses, Mr. Yandell will move the Court to amend the protective order;

7. All other terms of the Protective Order at ECF 1625 remain in effect.

IT IS SO STIPULATED

Dated this 11th Day of March, 2024.

    Respectfully submitted,

    Rene L. Valladares
    Federal Public Defender

    */s/ Brian D. Pugh*
    BRIAN D. PUGH
    Assistant Federal Public Defender

    */s/ Sean A. McClelland*
    SEAN A. McCLELLAND
    Assistant Federal Public Defender

    Kalar Law Office

    */s/ Steven G. Kalar*
    STEVEN G. KALAR


    Lucas L. Hennes
    Deputy Attorney General
    Office of the Attorney General

    */s/ Lucas L. Hennes*
    LUCAS HENNES


IT IS SO ORDERED.

DATED: March 13, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE