## *UNDER SEAL*

## EXHIBIT A

Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org

Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00107-KJM |
| Plaintiff, | |
| v. | Chief Judge Kimberly J. Mueller, United States District Court |
| RONALD YANDELL, and | **FILED UNDER SEAL** |
| WILLIAM SYLVESTER, | |
| Defendants. | |

Defendants Yandell and Sylvester hereby provide their list of "non-public" defense witnesses. Like the government, Mr. Yandell and Mr. Sylvester request that this "non-public" list be filed under seal.

The defense will provide a copy of this non-public list to the government.

The defense preserves its right to remove or add witnesses to this list, as evidence is developed in the government's case in chief.

**Yandell and Sylvester Defense Witnesses:**

1. Boguski, Robert
2. Bonfiglio, Michael
3. Bretches, Dale
4. Brown, Edrick
5. Brown, Rodger
6. Butler, Brian
7. Carrera, Joshua
8. Carroll, Patrick
9. Cisneros, Daniel
10. Clemens, Lance
11. Comins, Jason
12. Denham, Nicholas
13. Dunning, Leonard
14. Ellis, Kenny
15. Fenstermacher, Jason
16. Ferrell, Kenneth
17. Friedman, David
18. Fung, James
19. Gandy, Dillon
20. Gerez, Bogdan

21. Gonzales, Sergio
22. Gonzalez, Randy
23. Green, Ronnie
24. Grizzle, Eliott
25. Jones, Danny
26. Kriske, William
27. Mayfield, Bryon
28. McGee, Michael
29. Parrack, Calvin
30. Peatarowski, Michael
31. Rizzo, Dominic
32. Rubin, Daniel
33. Sandoval, Eddie
34. Sheltrown, Edward
35. Speldrick, Patrick
36. Stockton, Bobby
37. Tanner, Bob
38. Thatcher, David
39. Turner, Kyle
40. Utley, Robert
41. White, Jerome
42. Wilkerson, James

Dated this 5th day of March, 2024.

                      Respectfully submitted,

                      Rene L. Valladares
                      Federal Public Defender

                      */s/ Brian D. Pugh*
                      BRIAN D. PUGH
                      Assistant Federal Public Defender

                      */s/ Sean A. McClelland*
                      SEAN A. McCLELLAND
                      Assistant Federal Public Defender

                      Kalar Law Office

                      */s/ Steven G. Kalar*
                      STEVEN G. KALAR