Rene L. Valladares
Federal Public Defender
Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00107-KJM<br><br>**NOTICE OF FILING UNDER SEAL – LOCAL RULE 141**<br><br>Hon. Kimberly J. Mueller, Chief District Court Judge |

1  Defendant Ronald Yandell, through his attorneys of record, provides notice that an
2  Application to Seal is being filed regarding the filing of an *Ex Parte* submission of subpoenas
3  sought pursuant to Federal Rule of Criminal Procedure 17(a), (b). The defense requests the
4  documents be filed under seal as it contains privileged material. Such privileges include, but are
5  not limited to, the work product and attorney-client privilege. The Application to Seal and
6  Proposed Order will be electronically mailed to the Court for consideration as prescribed by
7  Local Rule 141(b).
8  DATED this 14th day of March 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Sean A. McClelland*
SEAN A. McCLELLAND
Assistant Federal Public Defender

Law Office of Steven Kalar

*/s/ Steven G. Kalar*
STEVEN G. KALAR