**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: March 14, 2024 |
| RONALD YANDELL, ET AL., | Deputy Clerk: C. Schultz |
| Defendants. | Court Reporter: Abby Torres |
| _____/ | |


**Counsel for the United States:**
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)


**Counsel for Defendant Ronald Yandell:**
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
Hannah Nelson, Assisting Counsel
(Assisted by Paralegals, Richard Salinas and Alexa Drury)


**Counsel for Defendant William Sylvester:**
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel


**Counsel for Defendant Daniel Troxell:**
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL** (Day 15):

9:15 a.m.    All parties present, including the Governemnt's case agent, Deonica Reid, and the Defendants. (Defendants Ronald Yandell, William Sylvester, and Daniel Troxell all present, in custody.) Witness present. Outside the presence of the Jury, the court and counsel discussed housekeeping matters. The court also acknowledged Defendant Yandell's filing of a Notice of Intent to Examine Witness Burhop Regarding Attorney-Client Communications, ECF No. 1996. The court, counsel and Mr. Burhop's Attorney, Tim Pori, discussed the filing.

9:20 a.m.    Jury present. Cross examination of the Government's previously sworn witness, Travis Burhop, continued. Examination conducted by Mr. Leras.

9:40 a.m.    Redirect examination began. Examination conducted by Mr. Pearson.

10:12 a.m.   Recross examination began. Examination conducted by Mr. Kalar.

10:35 a.m.   Recross examination began. Examination conducted by Mr. Johnson.

10:43 a.m.   The court admonished and excused the jury for a morning break. Outside the presence of the Jury, the court and counsel discussed housekeeping matters.

10:45 a.m.   The court excused the witness and all parties for a morning break.

11:15 a.m.   Court back in session. All parties present. Outside the presence of the Jury, the court confirmed there are no more questions for Mr. Burhop at this time.

11:18 a.m.   Jury present. The court advised the Jury that the parties have confirmed that they do not have additional questions for Mr. Burhop at this time, so he did not return to the courtroom. The Government's witness, Freddy Santiago, sworn and testified on direct. Examination conducted by Mr. Hitt.

11:38 a.m.   Cross examination began. Examination conducted by Mr. Pugh.

11:40 a.m.   Cross examination began. Examination conducted by Ms. Vasquez.

11:48 a.m.   The Government's witness, Andrew Kauffman, sworn and testified on direct. Examination conducted by Mr. Spencer.

12:05 p.m.   The court granted Mr. Pugh's request to *voir dire* the witness related solely to the question of identification. *Voir dire* conducted by Mr. Pugh.

12:08 p.m.   Mr. Spencer continued his direct examination of the witness.

12:18 p.m.   Cross examination began. Examination conducted by Mr. Leras.

12:20 p.m.   Cross examination began. Examination conducted by Mr. Pugh.

12:25 p.m.   Redirect examination began. Examination conducted by Mr. Spencer.

12:29 p.m.   Recross examination began. Examination conducted by Mr. Leras.

12:30 p.m.   Witness excused.  The court admonished and excused the jury for an afternoon break. The court excused all parties for an afternoon break.

1:00 p.m.    Court back in session. All parties present. Jury present. The Government's witness, Kevin Lee, sworn and testified on direct. Examination conducted by Mr. Pearson.

1:20 p.m.    Mr. McClelland & Mr. Johnson requested to cross examine the witness on a future date based on the parties' stipulation. Mr. Leras advised the court that he had no questions for the witness.  The witness was excused subject to recall. The Government's witness, Matthew Deforest, sworn and testified on direct. Examination conducted by Mr. Hitt.

1:35 p.m.    Cross examination began. Examination conducted by Mr. Johnson.

1:37 p.m.    Witness excused. The Government's witness, Anna Dias, sworn and testified on direct. Examination conducted by Mr. Spencer.

1:45 p.m.     Witness excused. The Government's witness, Bianca
              Reeve, sworn and testified on direct. Examination
              conducted by Mr. Pearson.

2:00 p.m.     Witness excused.  The court admonished and excused
              the jury until 1:00 p.m. on March 18, 2024. Outside
              the presence of the jury, the court and counsel
              discussed housekeeping matters. The court and
              counsel (including Attorney Tim Pori for Witness
              Travis Burhop) discussed if Travis Burhop would be
              permitted to provide additional testimony in this
              trial. For the reasons as stated on the record, the
              court advised the parties that Mr. Burhop will be
              recorded as excused from this trial.

2:10 p.m.     All parties excused for evening recess. Jury Trial
              (Day 16) set for March 18, 2024 at 1:00 p.m.


**ADMITTED EXHIBITS:**

48, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 111, 112, 147, 148,

149, 150, 151, 152, 158, 303, 304, 305, 306, 307, 308, 309, 310,

311, 312, 313, 347, 348, 349, 402, 403, 404, 407, 420, 422, 423


**TIME IN COURT:** 4 Hours