JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

MARCIA A. MORRISSEY (SBN 66921)
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA   90064
Tel.     (310) 399-3259
Fax:    (310) 392-9029
E-Mail: MorrisseyMA@aol.com


Attorneys for Defendant
PATRICK D. BRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-19-CR-107 KJM |
| Plaintiff, | DEFENDANT PATRICK D. BRADY'S REQUEST TO CONTINUE J&S DATE |
| v. | |
| PATRICK D. BRADY, | Judge:  Hon. Kimberly J. Mueller |
| Defendant. | |

Sentencing in this matter as to Mr. Brady is presently set for March 25, 2024. The defense is attempting to gather Mr. Brady's considerable medical records to provide to United State Probation in advance of Mr. Brady's sentencing.  The defense has gathered a significant amount of the relevant records, but not all of the relevant records.  Administrative issues related

to the release of the records appear to have been resolved at this point, but the records, as noted, have not yet been provided.  As such, the defense is requesting Mr. Brady's present judgement and sentencing date (**March 25, 2024**) be vacated and Mr. Brady's judgement and sentencing date be re-scheduled for **May 13, 2024, at 9:00 a.m.**   The government, United States Probation and the United States Marshals Service were contacted regarding this request and have no objection(s) to the request made herein.

Additionally, consistent with the court's order (see, ECF 1782), the defense has advised the government and United States Probation (and with this filing, the court), Mr. Brady is waiving a full presentence report (but, as noted, the defense intends to provide Untied States Probation with Mr. Brady's complete medical records once received).  As noted herein, both the government and United States Probation have been advised of this request and have no objection.

Dated: March 13, 2024
/S/ John R. Manning
JOHN R. MANNING
Attorney at Law

/S/ Marcia Morrissey
MARCIA MORRISSEY
Attorney at Law
Attorneys for Defendant
PATRICK D. BRADY

Dated: March 13, 2024
Phillip A. Talbert
United States Attorney

by: /S/ Jason Hitt
JASON HITT
Assistant United States Attorney

///

///

///

///

**ORDER**

Pursuant to this stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter as to Mr. Brady be continued to **May 13, 2024 at 9:00 a.m.**  It is additionally stipulated Mr. Brady has waived a full pre-sentence report.

IT IS SO FOUND AND ORDERED this _____ day of _____, 2024.

                                                Hon. KIMBERLY J. MUELLER
                                                United States District Court