**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: March 19, 2024 |
| RONALD YANDELL, ET AL., | Deputy Clerk: C. Schultz |
| Defendants. | Court Reporter: Abby Torres |
| _____/ | |

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)


**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)


**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel


**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL (Day 17):**

| | |
|---|---|
| 9:10 a.m. | Attorneys present as noted above. All Defendants present, in custody. The Government's case agent, Brian Nehring, present. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 9:15 a.m. | Jury present. Direct examination of the Government's previously sworn witness, Brian Nehring, continued. Examination conducted by Mr. Hitt. |
| 9:40 a.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 10:05 a.m. | Cross examination began. Examination conducted by Mr. Leras. |
| 10:30 a.m. | The court admonished and excused the jury for a morning break. The court excused all parties for a morning break. |
| 11:00 a.m. | Court back in session. All parties present. Witness present. Jury present. Mr. Leras continued his cross examination of the Government's witness, Brian Nehring. |
| 11:30 a.m. | Cross examination began. Examination conducted by Mr. Pugh. |
| 12:10 p.m. | Without objection, Mr. Nehring's testimony was concluded for the day to allow for testimony from out-of-town witnesses, and with the understanding that cross examination of Mr. Nehring would continue at a future date. The court admonished and excused the jury for an afternoon break. The court excused all parties for an afternoon break. |
| 12:45 p.m. | Court back in session. All parties present. Jury present. Government's witness, Jonathan Dumke, sworn and testified on direct. Examination conducted by Mr. Hitt. After brief testimony, the Government offered Mr. Dumke as an expert in the field of controlled substance analysis. Without objection, the Government's request was granted. Mr. Hitt continued his direct examination of Mr. Dumke. |
| 1:08 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |

| | |
|---|---|
| 1:12 p.m. | Redirect examination began. Examination conducted by Mr. Hitt. |
| 1:13 p.m. | Witness excused. Government's witness, KeiSharra Eldridge, sworn and testified on direct. Examination conducted by Mr. Spencer. After brief testimony, the Government offered Ms. Eldrige as an expert in the field of controlled substance analysis. Without objection, the Government's request was granted. Mr. Spencer continued his direct examination of Ms. Eldridge. |
| 1:20 p.m. | Witness excused. Government's witness, Tamla Larsen, sworn and testified on direct. Examination conducted by Mr. Pearson. After brief testimony, the Government offered Ms. Larsen as an expert in the field of controlled substance analysis. Without objection, the Government's request was granted. Mr. Pearson continued his direct examination of Ms. Larsen. |
| 1:30 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 1:32 p.m. | Witness excused. Government's witness, Alexander Koehler, sworn and testified on direct. Examination conducted by Mr. Hitt. |
| 1:42 p.m. | Cross examination began. Examination conducted by Mr. Kalar. |
| 1:51 p.m. | Cross examination began. Examination conducted by Ms. Vasquez. |
| 1:54 p.m. | Redirect examination began. Examination conducted by Mr. Hitt. |
| 1:55 p.m. | Witness excused. The court updated the Jury as to the trial schedule. The court admonished and excused the jury until 1:00 p.m. on March 25, 2024. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 2:05 p.m. | All parties excused for evening recess, except for Mr. Kalar, and Mr. McClelland. Jury Trial (Day 18) set for March 25, 2024 at 1:00 p.m. |

| | |
|---|---|
| 2:10 p.m. | Court in session with Mr. Kalar and Mr. McClelland. Also present, Attorney Heather Heckler, standing in for Attorney Lucas Hennes on behalf of the California Department of Corrections and Rehabilitation, and U.S. Marshal's Office Supervisory Deputy, P. Joe McKeough, and U.S. Marshal's Office Investigative Analyst Laura Davis. Defendant Yandell waived his presence for the afternoon session. Outside the presence of the other counsel, Defendants, and the Jury, the court and counsel discussed matters related to trial. |
| 2:45 p.m. | Court in recess. |

**ADMITTED EXHIBITS**:

138, 142, 143, 270, 271, 272, 273, 274, 276, 277, 336, 337, 338, 341 and 342

**TIME IN COURT**: 4 Hours, 20 Minutes