Rene L. Valladares
Federal Public Defender
Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RONALD YANDELL,<br><br>   Defendant. | Case No. 2:19-cr-00107-KJM<br><br>**NOTICE OF FILING UNDER SEAL – LOCAL RULE 141**<br><br>Hon. Kimberly J. Mueller, Chief District Court Judge |

Defendant Ronald Yandell, through his attorneys of record, provides notice that an Application to Seal is being filed regarding the filing of an *Ex Parte* submission of the specificity, relevancy, and admissibility of records sought pursuant to Federal Rule of Criminal Procedure 17(c) subpoenas. The defense requests the Rule 17(c) application be filed under seal as it contains privileged material. Such privileges include, but are not limited to, the work product and attorney-client privilege. To require counsel to make a showing of the specificity, relevancy, and admissibility of the records sought in open court would place an unconstitutional limitation on the defendant's right to compulsory process as well as the defendant's right to obtain records under the due process clause of the Fourteenth Amendment. *See United States v. Tomison*, 969 F. Supp. 587, 593–94 (E.D. Cal. 1997). The Application to Seal and Proposed Order will be electronically mailed to the Court for consideration as prescribed by Local Rule 141(b).

DATED this 24th day of March 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Sean A. McClelland*
SEAN A. McCLELLAND
Assistant Federal Public Defender

Law Office of Steven Kalar

*/s/ Steven G. Kalar*
STEVEN G. KALAR