**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

```
UNITED STATES OF AMERICA,        No. 2:19-CR-00107-KJM

          Plaintiff,             MINUTES

     v.                          Date: March 25, 2024

RONALD YANDELL, ET AL.,          Deputy Clerk: C. Schultz

          Defendants.            Court Reporter: Abby Torres

_____/
```

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)


**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)


**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel


**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL (Day 18):**

| | |
|---|---|
| 1:00 p.m. | Attorneys present as noted above. All Defendants present, in custody. The Government's case agent, James Bonanno, present. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 1:05 p.m. | Jury present. Witness present. Cross examination of the Government's previously sworn witness, Brian Nehring, continued. Examination conducted by Brian Pugh. |
| 2:30 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 2:34 p.m. | Cross examination began. Examination conducted by Mr. Leras. |
| 2:36 p.m. | Redirect examination began. Examination conducted by Mr. Hitt. |
| 2:40 p.m. | The court admonished and excused the jury for an afternoon break. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 2:50 p.m. | The court excused all parties for an afternoon break. |
| 3:20 p.m. | Court back in session. All parties present. Witness present. Jury present. Redirect examination of the Government's witness, Brian Nehring, continued. Examination conducted by Mr. Hitt. |
| 3:43 p.m. | Recross examination began. Examination conducted by Mr. Johnson. |
| 3:45 p.m. | Recross examination began. Examination conducted by Mr. Leras. |
| 3:46 p.m. | Recross examination began. Examination conducted by Mr. Pugh. |
| 3:50 p.m. | Witness excused subject to recall. The court took a short recess to allow for the arrival of the Government's next witness. |
| 3:55 p.m. | Court back in session. All parties present. Witness present. Jury present. The Government's witness, Samuel Keeton, sworn and testified on direct. Examination conducted by Mr. Pearson. |

| | |
|---|---|
| 5:00 p.m. | The court admonished and excused the jury until 9:00 a.m. on March 26, 2024. The Defendants waived appearances for the afternoon housekeeping session. The court took a short recess to allow the witness and Defendants to be excused. |
| 5:05 p.m. | Court back in session. Outside the presence of the Defendants, the Jury and the witness, the court and counsel discussed housekeeping matters. For the reasons as stated on the record, the court denied Mr. Pugh's request, made during examination of the Government's witness, Brian Nehring, to take judicial notice. After discussion regarding the admission of Exhibit 436, the court submitted the matter. The Government advised the court that it will likely be able to provide *proposed* jury instructions by 5:00 PM on Friday, March 29, 2024. The court requested a *proposed* Verdict form also be submitted. The court heard oral argument as to the Government's Motion for Finding of Self-Authentication of Exhibits, filed at ECF No. 2024. After careful consideration of the parties' arguments and for the reasons as stated on the record, the court granted the Government's Motion. The court directed the parties meet and confer regarding admission of Exhibit 76 and update the court of those meet and confer efforts by 8:00 AM on Tuesday, March 26, 2024. |
| 5:30 p.m. | The court excused all attorneys except for Mr. Kalar, Mr. Pugh and Mr. McClelland. Outside the presence of the other counsel, Defendants, and the Jury, the court and counsel discussed matters related to trial. |
| 5:40 p.m. | All parties excused for evening recess. Jury Trial (Day 19) set for March 26, 2024 at 9:00 a.m. |

**ADMITTED EXHIBITS**:

15, 34, 223A, 224A, 225A, 226, 226A, 228A, 229A, 339, 343 and 436

**TIME IN COURT**: 4 Hours