Rene L. Valladares
Federal Public Defender
Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RONALD YANDELL,<br><br>            Defendant. | Case No. 2:19-cr-00107-KJM<br><br>**NOTICE OF FILING *EX PARTE* AND UNDER SEAL – LOCAL RULE 141**<br><br>Hon. Kimberly J. Mueller, Chief District Court Judge |

Defendant Ronald Yandell, through his attorneys of record, provides notice that Applications for Writ of Habeas Corpus Ad Testificandum are being filed. The defense requests the Applications for Writ of Habeas Corpus Ad Testificandum be filed under seal, as they contain privileged materials. Such privileges include, but are not limited to, the work product and attorney-client privilege. The Applications to Seal and Proposed Order will be electronically mailed to the Court for consideration as prescribed by Local Rule 141(b).

DATED this 26th day of March 2024.

    Respectfully submitted,

    Rene L. Valladares
    Federal Public Defender

    */s/ Sean A. McClelland*
    SEAN A. McCLELLAND
    Assistant Federal Public Defender


    Assistant Federal Public Defender
    Law Office of Steven Kalar

    */s/ Steven G. Kalar*
    STEVEN G. KALAR