```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,        No. 2:19-CR-00107-KJM

        Plaintiff,          **MINUTES**

  v.                             Date: March 26, 2024

RONALD YANDELL, ET AL.,          Deputy Clerk: C. Schultz

        Defendants.         Court Reporter: Abby Torres

_____/

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL (Day 19):**

| | |
|---|---|
| 9:10 a.m. | Attorneys present as noted above. All Defendants present, in custody. The Government's case agent, James Bonanno, present. Outside the presence of the jury and the witness, the court and counsel discussed housekeeping matters. |
| 9:20 a.m. | Witness present. Jury present. The court clarified for the Jury, the limited purpose of Exhibit 436. Direct examination of the Government's previously sworn witness, Samuel Keeton, continued. Examination conducted by Ross Pearson. |
| 9:48 a.m. | Cross examination began. Examination conducted by Mr. Johnson. Mr. Johnson reserved part of his cross examination. |
| 9:52 a.m. | Cross examination began. Examination conducted by Mr. Leras. |
| 10:30 a.m. | The court admonished and excused the jury for a morning break. The court excused the witness for a morning break. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 10:35 a.m. | The court excused all parties for a morning break. |
| 11:05 a.m. | Court back in session. All parties present. Witness present. Jury present. Cross examination of the Government's witness, Samuel Keeton, continued. Examination conducted by Mr. Leras. |
| 11:13 a.m. | Cross examination began. Examination conducted by Mr. McClelland. |
| 11:50 a.m. | Mr. Johnson continued his earlier cross examination. |
| 11:52 a.m. | Redirect examination began. Examination conducted by Mr. Pearson. |
| 11:56 a.m. | Witness excused. Jury excused for a short recess. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 12:00 p.m. | All parties excused for a short recess. |

| | |
|---|---|
| 12:05 p.m. | Court back in session. All parties present. Jury present. The Government's witness, Keelin Tully, sworn and testified on direct. Examination conducted by Mr. Hitt. |
| 12:18 p.m. | Witness excused. The court admonished and excused the jury for an afternoon break. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 12:20 p.m. | The court excused all parties for an afternoon break. |
| 12:50 p.m. | Court back in session. All parties present. Jury present. The Government's witness, Tammy Feryance, sworn and testified on direct. Examination conducted by Mr. Pearson. |
| 1:03 p.m. | Cross examination began. Examination conducted by Mr. McClelland. |
| 1:05 p.m. | Witness excused. The Government's witness, Keith Chan, sworn and testified on direct. Examination conducted by Mr. Spencer. After brief testimony, the Government offered Mr. Chan as an expert in the field of controlled substance analysis. |
| 1:15 p.m. | Mr. Johnson conducted voir dire of the witness. |
| 1:27 p.m. | Over objection, the Government's request was granted. Mr. Spencer continued his direct examination of Mr. Chan. |
| 1:37 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 1:45 p.m. | Witness excused. Direct examination of the Government's previously sworn witness, Doug McClure, continued. Examination conducted by Mr. Pearson. |
| 1:50 p.m. | After brief testimony, Mr. Pugh's request to voir dire the witness was granted. Mr. Pugh conducted voir dire of the witness. The court and counsel discussed Exhibit 76A, specifically page 3. |
| 1:55 p.m. | The court admonished and excused the jury until 9:00 a.m. on March 27, 2024. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |

| | |
|---|---|
| 2:05 p.m. | The court took a short recess to allow the witness, Defendants and all attorneys except for Mr. Kalar, Mr. Pugh, and Mr. McClelland to be excused. |
| 2:15 p.m. | Court back in session with Mr. Kalar, Mr. Pugh and Mr. McClelland. Also present, Lucas Hennes, on behalf of the California Department of Corrections and Rehabilitation, and U.S. Marshal's Office Supervisory Deputy, P. Joe McKeough. Defendant Yandell waived his appearance for the afternoon session. Outside the presence of other counsel, the Defendants, and the Jury, the court and counsel discussed matters related to trial. |
| 2:40 p.m. | All parties excused for evening recess. Jury Trial (Day 20) set for March 27, 2024 at 9:00 a.m. |

**ADMITTED EXHIBITS**:

76, 76A, 143.1, 143.1A, 326, 327, 329, 330, 331, 332, 417, 417A, 418, 421, 421A, 429 and 430

**TIME IN COURT**: 4 Hours, 15 Minutes