**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: March 27, 2024 |
| RONALD YANDELL, ET AL., | Deputy Clerk: C. Schultz |
| Defendants. | Court Reporter: Abby Torres |

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)


**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)


**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel


**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL (Day 20):**

| | |
|---|---|
| 9:05 a.m. | Attorneys present as noted above. All Defendants present, in custody. The Government's case agent, James Bonanno, present. Witness present. Outside the presence of the jury, the court and counsel discussed housekeeping matters. Upon agreement of the Government and Defendant Troxell, and with the approval of the court, Mr. Leras will be given the opportunity to question witness, Doug McClure, out of order and as part of Defendant Troxell's case-in-chief. |
| 9:10 a.m. | Jury present. Direct examination of the Government's previously sworn witness, Doug McClure, continued. Examination conducted by Ross Pearson. |
| 9:40 a.m. | Cross examination began. Examination conducted by Mr. Pugh. |
| 9:50 a.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 9:53 a.m. | Cross examination began. Examination conducted by Mr. Leras. |
| 9:55 a.m. | Redirect examination began. Examination conducted by Mr. Pearson. |
| 9:58 a.m. | Recross examination began. Examination conducted by Mr. Leras. |
| 9:59 a.m. | Witness excused subject to recall. The court explained to the jury that the parties have agreed that Mr. McClure will be called out of order as part of Defendant Troxell's case-in-chief; however, a break will be needed to allow logistics to be set up for Mr. Leras' presentation of evidence. Mr. McClure was excused until after the first break. |
| 10:00 a.m. | Witness excused. Government's witness, Scott Briggs, sworn and testified on direct. Examination conducted by Mr. Pearson. |
| 10:15 a.m. | Witness excused. Government's witness, Erik Dockery, sworn and testified on direct. Examination conducted by Mr. Pearson. |
| 10:25 a.m. | Cross examination began. Examination conducted by Mr. McClelland. |

| | |
|---|---|
| 10:27 a.m. | Witness excused. The court admonished and excused the jury for a morning break. Outside the presence of the jury, the court and counsel discussed housekeeping matters. The court also heard argument as to Defendant Sylvester's Motion *in Limine* to Exclude Government Exhibits 432 and 432A, ECF No. 2064. After careful consideration of the parties' arguments, the court denied the motion as stated on the record. |
| 10:30 a.m. | The court excused all parties for a morning break. |
| 11:00 a.m. | Court back in session. All parties present. Jury present. Previously sworn witness, Doug McClure, recalled for direct examination in Defendant Troxell's case-in-chief. Examination conducted by Mr. Leras. |
| 11:57 a.m. | Cross examination began. Examination conducted by Mr. Pearson. |
| 11:58 a.m. | Cross examination began. Examination conducted by Mr. Pugh. |
| 12:05 p.m. | Witness excused. Government's witness, Todd Davis, sworn and testified on direct. Examination conducted by Mr. Pearson. After brief testimony, the Government offered Mr. Davis as an expert in the field of controlled substance analysis. Without objection, the Government's request was granted. Mr. Pearson continued his direct examination of Mr. Davis. |
| 12:15 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 12:17 p.m. | Witness excused. The court admonished and excused the jury for an afternoon break. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 12:20 p.m. | The court excused all parties for an afternoon break. |
| 12:55 p.m. | Court back in session. All parties present. Jury present. Government's witness, Nickolas Perez, sworn and testified on direct. Examination conducted by Mr. Spencer. |

| | |
|---|---|
| 1:25 p.m. | Mr. Spencer read Exhibit 428, Stipulation of Testimony (Ain Patel, General Manager, Super 8 Motel), into the record and continued his Direct examination of Mr. Perez. |
| 2:05 p.m. | The court admonished and excused the jury until 9:00 a.m. on March 28, 2024. The court excused the witness for the evening recess. Outside the presence of the jury and the witness, the court and counsel discussed housekeeping matters. The court also heard oral argument as to Defendant Troxell's Motion *in Limine* Regarding Scope of Impeachment as to Co-Conspirator Statement, ECF No. 1831, and Defendant Sylvester's Motion *in Limine* for an Order Recalling Agent Nehring, that the Government Correct the Record, or Allowing the Defense to Introduce a Portion of Grand Jury Transcript in the Defense Case, ECF No. 2063. After careful consideration of the parties' arguments, the submitted Defendant Troxell's Motion, and granted Defendant Sylvester's Motion as stated on the record. |
| 2:15 p.m. | The court took a short recess to allow the Defendants and all attorneys except for Mr. Kalar, Mr. Pugh, and Mr. McClelland to be excused. |
| 2:20 p.m. | Court back in session with Mr. Kalar, Mr. Pugh and Mr. McClelland. Defendant Yandell waived his appearance for the afternoon session. Outside the presence of the other counsel, the Defendants, the Jury, and the witness, the court and counsel discussed matters related to trial. |
| 2:30 p.m. | All parties excused for evening recess. Jury Trial (Day 21) set for March 28, 2024 at 9:00 a.m. |

**ADMITTED EXHIBITS:**

190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 217, 218, 266, 267, 326A, 344, 426C, 426D, 428, DT-11, DT-11.1, DT-12, DT-13, DT-13.1, DT-15, DT-15.1, DT-16, and DT-16.1

**TIME IN COURT:** 4 Hours, 15 Minutes