PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-0107 KJM |
| Plaintiff, | GOVERNMENT'S FIRST AMENDED EXHIBIT LIST |
| v. | |
| RONALD YANDELL, BILLY SYLVESTER, and DANNY TROXELL, | |
| Defendants. | |

     The United States, by and through its undersigned counsel, hereby submits its first amended list of exhibits that it introduced during in its case-in-chief, or elected not to introduce.

| EXHIBIT | DESCRIPTION | Entered | Received |
|---|---|---|---|
| | **EXHIBITS RELATED TO PEOPLE IN THE CASE** | | |
| 1 | Color photograph of Ronald Yandell (AB_00034359) | | |
| 2 | Color photograph of Billy Sylvester (AB_00034352) | | |
| 3 | Color photograph of Danny Troxell (AB_00034355) | | |
| 4 | Color photograph of Pat Brady (AB_00034326) | | |
| 5 | Color photograph of Jason Corbett (AB_00034329) | | |
| 6 | Color photograph of Matt Hall (AB_00034335) | | |
| 7 | Color photograph of Donald Mazza (AB_00034342) | | |
| 8 | Color photograph of Travis Burhop (AB_00034328) | | |
| 9 | Color photograph of Brant Daniel (AB_00034330) | | |
| 10 | Color photograph of Samuel Keeton (AB_00034339) | | |
| 11 | Color photograph of Justin Petty (AB_00034347) | | |
| 12 | Color photograph of Jeanna Quesenberry (AB_00108292) | | |
| 13 | Color photograph of Nickolas Perez (AB_00108294) | | |
| 14 | Color photograph of Kathleen Nolan (AB_00108293) | | |
| 15 | Color photograph of Sean MacNamara (AB_00034340) | | |
| 16 | Color photograph of Kenneth Kenwood Johnson (AB_00034337) | | |
| 17 | Color photograph of Doug Maynard (AB_00034341) | | |
| 18 | Color photograph of James Mickey (AB_00034344) | | |
| 19 | Color photograph of Paul Diaz (AB_00034331) | | |
| 20 | Color photograph of Michael Trippe (AB_00034353) | | |
| 21 | Color photograph of Waylon Pitchford (AB_00034349) | | |
| 22 | Color photograph of Jayson Weaver (AB_00034357) | | |
| 23 | Color photograph of Hugo Pinell (AB_00034348) | | |
| 24 | Color photograph of Zachary Scott (AB_00034360) | | |

| | | | | |
|---|---|---|---|---|
| 25 | Color photograph of Donald Pequeen (AB_00034332) | | | |
| 26 | Color photograph of Elliot Grizzle (AB_00034334) | | | |
| 27 | Color photograph of Charles Demar (AB_00108304) | | | |
| | **EXHIBITS CONTAINING MAPS AND LOCATIONS IN THE CASE** | | | |
| 28 | Color photograph of Folsom State Prison (CSP–Sacramento) (AB_00108297) | | | |
| 29 | Color photograph of Lancaster State Prison (AB_00108298) | | | |
| 30 | Color photograph of Salinas Valley State Prison (AB_00108299) | | | |
| 31 | Color photograph of High Desert State Prison (AB_00108297) | | | |
| 32 | Color photograph of Calipatria State Prison (AB_00108296) | | | |
| 33 | Map of California showing location of the defendants in 2016 (AB_00108295) | | | |
| 34 | Color photograph of Antelope Ridge Apartments, 7757 Aspel Road, Menifee, California (AB_00108303) | | | |
| 35 | Reserved | | | |
| | **EXHIBITS RELATED TO THE RICO CONSPIRACY** | | | |
| 36 | Black HTC cell phone seized from cell shared by Yandell and Sylvester at CSP-Sacramento on 10-25-16 – 916-836-6149 (DEA Ex. N-140) (physical item) | | | |
| 37 | Extraction report – Yandell's phone (916-836-6149) (related to DEA Ex. N-140) (AB_00027501) | | | |
| 38 | Page 1 of extraction report showing Yandell's phone used 916-836-6149 (page 1 of pdf file in AB_00027501) | | | |
| 39 | Pages 3–4 of extraction report showing Yandell's contacts list from 916-836-6149 (pages 3–4 of pdf file in AB_00027501) | | | |
| 39A | Redacted version of Ex. 39 | | | |
| 40 | Verizon subscriber record for Yandell's initial wiretapped phone number – 916-805-3817 – in the name of "James Gangster" (AB_00002425) | | | |
| 41 | Verizon activation date record for Yandell's initial wiretapped phone number – 916-805-3817 – showing date of 7/6/16 (AB_00002426) | | | |
| 42 | Verizon device ID record showing wiretapped phone changed number to 916-836-6149 on 8-24-16 (AB_00002437) | | | |
| 43 | Verizon subscriber record showing second wiretapped phone number – 916-836-6149 – in the name of "James Gangster" (AB_00002441) | | | |
| 44 | CD containing wiretap call – Call No. 260, 8-11-16 Clip 1: 31:40 –35:24 | | | |
| 44A | Transcript of Call No. 260, Clip 1 | | | |
| 44B | CD containing entire wiretap call – Call No. 260 | | | |

| | | | |
|---|---|---|---|
| 45 | CD containing wiretap call – Call No. 260, 8-11-16<br>Clip 2: 38:00 –38:21 | | |
| 45A | Transcript of Call No. 260, Clip 2 | | |
| 46 | CD containing wiretap call – Call No. 8, 8-26-16<br>Clip 3: 11:49 – 13:00 | | |
| 46A | Transcript of Call No. 8, Clip 3 | | |
| 46B | CD containing entire wiretap call – Call No. 8 | | |
| 47 | CD containing wiretap call – Call No. 110, 8-28-16<br>Clip 2: 53:54 –55:23 | | |
| 47A | Transcript of Call No. 110, Clip 2 | | |
| 47B | CD containing entire wiretap call – Call No. 110 | | |
| 48 | Letter from Yandell to Dale Britches about killing Brant<br>Daniel, seized 1/11/19 (AB_00034915) | | |
| | **VIOLENCE-RELATED EXHIBITS** | | |
| | **EXHIBITS RELATED TO THE MURDER OF RONALD<br>RICHARDSON AT CSP-SACRAMENTO ON 10-7-11** | | |
| 49 | CD containing wiretap call – Call No. 1744, 10-16-16<br>Clip 1: 4:47 – 7:58 | | |
| 49A | Transcript of Call No. 1744, Clip 1 | | |
| 49B | CD containing entire wiretap call – Call No. 1744 | | |
| 50 | Sketch of B Facility 3 Building Concrete SHU Yard<br>(AB_00030750) | | |
| 51 | Video of Richardson Murder<br>Clip: 1:00 – 2:56 | | |
| 52 | Photos of B Facility 3 Building Concrete Recreation Area<br>(AB_00030742) | | |
| 53 | Photos of B Facility 3 Building Concrete Recreation Area<br>(AB_00030743) | | |
| 54 | Photos of B Facility 3 Building Concrete Recreation Area<br>(AB_00030743) | | |
| 55 | Photos of B Facility 3 Building Concrete Recreation Area<br>(AB_00030744) | | |
| 56 | Photos of Richardson Murder Scene (AB_00030596) | | |
| 57 | Photos of Richardson Murder Scene (AB_00030597) | | |
| 58 | Photos of Richardson Murder Scene (AB_00030598) | | |
| 59 | Photos of Richardson Murder Scene (AB_00030598) | | |
| 60 | Photos of Richardson Murder Scene (AB_00030604) | | |
| 61 | Photos of Richardson Murder Scene  (AB_00030605) | | |
| 62 | Photos of Richardson Murder Scene (AB_00030606) | | |

| 63 | Photos of Richardson Murder Scene (AB_00030610) | | |
|---|---|---|---|
| 64 | Weapon Seized from Sylvester (Physical Exhibit) | | |
| 65 | Pre-Autopsy Photos of Richardson (AB_00030676) | | |
| 66 | Photos of Richardson Murder Scene (AB_00030590) | | |
| 67 | Pre-Autopsy Photos of Richardson (AB_00030678) | | |
| 68 | Pre-Autopsy Photos of Richardson (AB_00030679) | | |
| 69 | Pre-Autopsy Photos of Richardson (AB_00030680) | | |
| 70 | Reserved | | |
| 71 | Pre-Autopsy Photos of Richardson (AB_00030685) | | |
| 72 | Pre-Autopsy Photos of Richardson (AB_00030686) | | |
| | **EXHIBITS RELATED TO THE MURDER OF HUGO PINELL AT CSP-SACRAMENTO ON 8-12-15** | | |
| 73 | CD containing wiretap call – Call No. 86, 8-28-16 Clip 1: 12:27 – 12:52 | | |
| 73A | Transcript of Call No. 86, Clip 1 | | |
| 73B | CD containing entire wiretap call – Call No. 86 | | |
| 74 | Photos of Pinell Murder Scene (AB_00091238) | | |
| 75 | Photos of Pinell Murder Scene (AB_00091239) | | |
| 76 | CD containing wiretap call – Call No. 110, 8-28-16 Clip 5: 47:18 to 49:08 | | |
| 76A | Transcript of Call No. 110, Clip 5 | | |
| 77 | Photos of Pinell Murder Suspects (AB_00090270) | | |
| 78 | Photos of Pinell Murder Suspects (AB_00090271) | | |
| 79 | Photos of Pinell Murder Suspects (AB_00090272) | | |
| 80 | Photos of Pinell Murder Suspects (AB_00090272) | | |
| 81 | Photos of Pinell Murder Suspects (AB_00090275) | | |
| 82 | Photos of Pinell Murder Suspects (AB_00090277) | | |
| 83 | Photos of Weapons (AB_00091231) | | |
| 84 | Photos of Weapons (AB_00091234) | | |
| 85 | Photos of Weapons (AB_00091236) | | |

| 86 | Reserved | | |
|---|---|---|---|
| 87 | Pinell Pre-Autopsy Photos (AB_00091223) | | |
| 88 | Reserved | | |
| 89 | Pinell Pre-Autopsy Photos (AB_00091231) | | |
| 90 | Pinell Pre-Autopsy Photos (AB_00089610) | | |
| 91 | Reserved | | |
| 92 | Pinell Pre-Autopsy Photos (AB_00089636) | | |
| 93 | Pinell Pre-Autopsy Photos (AB_00089637) | | |
| 94 | Reserved | | |
| 95 | Pinell Pre-Autopsy Photos (AB_00089651) | | |
| 96 | Pinell Pre-Autopsy Photos (AB_00089654) | | |
| 97 | Reserved | | |
| 98 | Video of Riot (AB_00098869) | | |
| 99 | Video of Cleanup (AB_00098870) | | |
| | **EXHIBITS RELATED TO THE STABBING OF DOUG MAYNARD AT CSP-SACRAMENTO ON 6-1-16** | | |
| 100 | CD containing wiretap call – Call No. 1744, 10-16-16 Clip 2: 1:38 – 3:32 | | |
| 100A | Transcript of Call No. 1744, Clip 2 | | |
| 101 | Photos of Scene of Maynard Stabbing (AB_00031785) | | |
| 102 | Photos of Scene of Maynard Stabbing (AB_00031785) | | |
| 103 | Photos of Scene of Maynard Stabbing (AB_00031786) | | |
| 104 | Photos of Scene of Maynard Stabbing (AB_00031786) | | |
| 105 | Photos of Scene of Maynard Stabbing (AB_00031787) | | |
| 106 | Photos of Scene of Maynard Stabbing (AB_00031792) | | |
| 107 | Photos of Scene of Maynard Stabbing (AB_00031796) | | |
| 108 | Photos of Scene of Maynard Stabbing (AB_00031802) | | |
| 109 | Photos of Scene of Maynard Stabbing (AB_00031802) | | |
| 110 | Photos of Scene of Maynard Stabbing (AB_00031804) | | |

| 111 | Photos of Scene of Maynard Stabbing (AB_00031811) | | |
|---|---|---|---|
| 112 | Photos of Scene of Maynard Stabbing (AB_00031811) | | |
| | **EXHIBITS RELATED TO CONSPIRACY TO KILL KENNETH JOHNSON – 8-11-16 to 10-1-16** | | |
| 113 | CD containing wiretap call – Call No. 8, 8-26-16 Clip 1: 2:42 – 3:28 | | |
| 113A | Transcript of Call No. 8, Clip 1 | | |
| 114 | CD containing wiretap call – Call No. 8, 8-26-16 Clip 2: 7:08 – 8:02 | | |
| 114A | Transcript of Call No. 8, Clip 2 | | |
| 115 | CD containing wiretap call – Call No. 193, 8-31-16 Clip 1: 0:00 – 2:54 | | |
| 115A | Transcript of Call No. 193, Clip 1 | | |
| 115B | CD containing entire wiretap call – Call No. 193 | | |
| 116 | CD containing wiretap call – Call No. 977, 9-30-16 Clip 1: 0:00 – 2:11 | | |
| 116A | Transcript of Call No. 977, Clip 1 | | |
| 116B | CD containing entire wiretap call – Call No. 977 | | |
| 117 | CD containing wiretap call – Call No. 260, 8-11-16 Clip 3: 49:43–50:59 | | |
| 117A | Transcript of Call No. 260, Clip 3 | | |
| 117.1 | CD containing wiretap call – Call No. 260, 8-11-16 Clip 4: 52:20–52:44 | | |
| 117.1A | Transcript of Call No. 260, Clip 4 | | |
| 117.2 | CD containing wiretap call – Call No. 260, 8-11-16 Clip 5: 1:13:17–1:14:04 | | |
| 117.2A | Transcript of Call No. 260, Clip 5 | | |
| | **EXHIBITS RELATED TO CONSPIRACY TO KILL JAMES MICKEY – 8-20 to 8-22-16** | | |
| 118 | CD containing wiretap call – Call No. 859, 8-20-16 Clip 1: 5:13 – 11:52 | | |
| 118A | Transcript of Call No. 859, Clip 1 | | |
| 118B | CD containing entire wiretap call – Call No. 859 | | |
| 119 | CD containing wiretap call – Call No. 859, 8-20-16 Clip 2: 18:20 – 19:48 | | |
| 119A | Transcript of Call No. 859, Clip 2 | | |
| 119.1 | CD containing wiretap call – Call No. 859, Clip 3: 22:24-23.23 | | |

| | | | |
|---|---|---|---|
| 119.1A | Transcript of Call No. 859, Clip 3: 22:24-23.23 | | |
| 120 | CD containing wiretap call – Call No. 871, 8-21-16 Clip 1: 6:24 – 10:10 | | |
| 120A | Transcript of Call No. 871, Clip 1 | | |
| 120B | CD containing entire wiretap call – Call No. 871 | | |
| 121 | CD containing wiretap call – Call No. 938, 8-22-16 Clip 1: Beginning – 4:13 | | |
| 121A | Transcript of Call No. 938, Clip 1 | | |
| 121B | CD containing entire wiretap call – Call No. 938 | | |
| 122 | CD containing wiretap call – Call No. 938, 8-22-16 Clip 2: 10:56 – End of call | | |
| 122A | Transcript of Call No. 938, Clip 2 | | |
| | **EXHIBITS RELATED TO CONSPIRACY TO KILL PAUL DIAZ – 8-21-16** | | |
| 123 | CD containing wiretap call – Call No. 897, 8-21-16 Clip 1: 0:00 to 0:37 | | |
| 123A | Transcript of Call No. 897, Clip 1 | | |
| 123B | CD containing entire wiretap call, Call No. 897 | | |
| 124 | CD containing wiretap call – Call No. 897, 8-21-16 Clip 2: 5:06 – 8:17 | | |
| 124A | Transcript of Call No. 897, Clip 2 | | |
| 125 | Text Messages from Sessions 872 – 896, 8-22-16 | | |
| | **EXHIBITS RELATED TO CONSPIRACY TO KILL MICHAEL TRIPPE – 9-16 to 10-16** | | |
| 126 | CD containing wiretap call – Call No. 772, 8-19-16 Clip 1: 10:46 – 11:32 | | |
| 126A | Transcript of Call No. 772, Clip 1 | | |
| 126B | CD containing entire wiretap call – Call No. 772 | | |
| 127 | CD containing wiretap call – Call No. 110, 8-28-16 Clip 1: 10:02 –22:25 | | |
| 127A | Transcript of Call No. 110, Clip 1 | | |
| 128 | CD containing entire wiretap call – Call No. 193, 8-31-16 | | |
| 128A | Transcript of Call No. 193 | | |
| 129 | Reserved | | |
| 130 | CD containing wiretap call – Call No. 698, 9-23-16 Clip 1: 6:51 – 9:03 | | |
| 130A | [Reserved for Transcript of Call No. 698, Clip 1] | | |

| | | | |
|---|---|---|---|
| 130B | CD containing entire wiretap call, Call No. 698 | | |
| 131 | CD containing wiretap call – Call No. 1066, 10-1-16<br>Clip 1: 24:33 – 25:22 | | |
| 131A | Transcript of Call No. 1066, Clip 1 | | |
| 131B | CD containing entire wiretap call – Call No. 1066 | | |
| 132 | CD containing wiretap call – Call No. 1327, 10-9-16<br>Clip 1: 7:40 – 8:52 | | |
| 132A | Transcript of Call No. 1327, Clip 1 | | |
| 132B | CD containing entire wiretap call, Call No. 1327 | | |
| | **EXHIBITS RELATED TO THE MURDER OF DOUG MAYNARD AT HIGH DESERT PRISON ON 10-15-16** | | |
| 133 | Photos of Maynard Murder Scene (AB_00031852) | | |
| 134 | Photos of Maynard Murder Scene (AB_00031853) | | |
| 135 | Photos of Maynard Murder Scene (AB_00031866) | | |
| 136 | Photos of Maynard Murder Scene (AB_00031867) | | |
| 137 | Photos of Maynard at Murder Scene (AB_00032411) | | |
| 138 | Photos of Maynard at Murder Scene (AB_00032831) | | |
| 139 | Photos of Bobby Stockton (AB_00031879) | | |
| 140 | Photos of Bobby Stockton (AB_00031887) | | |
| 141 | Photos of Bobby Stockton (AB_00031890) | | |
| 142 | Autopsy Photos of Maynard (AB_00032621) | | |
| 143 | Autopsy Photos of Maynard (AB_00032754) | | |
| 143.1 | CD containing wiretap call – Call No. 1917, 10-17-16<br>Clip 1: 6:12 to 9:58 | | |
| 143.1A | Transcript of Call No. 1917, Clip 1 | | |
| 143.1B | CD Containing entire wiretap call – Call No. 1917 | | |
| | **EXHIBITS RELATED TO THE SHOOTING OF LEONARD BRADRICH AT 3811 EDISON AVENUE, SACRAMENTO ON 1-10-17** | | |
| 144 | Photos of Location of Bradrich Shooting (AB_00034294) | | |
| 145 | Photos of Location of Bradrich Shooting (AB_00034294) | | |
| 146 | Photos of Location of Bradrich Shooting (AB_00034294) | | |

| | | | |
|---|---|---|---|
| 147 | Photos of Location of Bradrich Shooting (AB_00034294) | | |
| 148 | Photos of Location of Bradrich Shooting (AB_00034294) | | |
| 149 | Photos of Location of Bradrich Shooting (AB_00034294) | | |
| 150 | Photos of Location of Bradrich Shooting (AB_00034294) | | |
| 151 | Photos of Location of Bradrich Shooting (AB_00034294) | | |
| 152 | Photos of Location of Bradrich Shooting (AB_00034294) | | |
| 153 | Photos of Bradrich in Hospital (AB_00034295) | | |
| 154 | Photos of Bradrich in Hospital (AB_00034295) | | |
| 155 | Photos of Bradrich in Hospital (AB_00034295) | | |
| 156 | Photos of Bradrich in Hospital (AB_00034295) | | |
| 157 | Photos of Intended Victim (AB_00034296) | | |
| 158 | Photos of Intended Victim (AB_00034296) | | |
| 159 | Photo of Kenneth May | | |
| | **EXHIBITS RELATED TO THE MURDER OF DONALD PEQUEEN AT HIGH DESERT PRISON ON 7-20-18** | | |
| 160 | CD containing wiretap call – Call No. 110, 8-28-16 Clip 3: 1:30 –2:13 | | |
| 160A | Transcript of Call No. 110, Clip 3 | | |
| 161 | CD containing wiretap call – Call No. 110, 8-28-16 Clip 4: 51:54–53:15 | | |
| 161A | Transcript of Call No. 110, Clip 4 | | |
| 162 | Video of Pequeen Murder, Camera Angle 1 Clip from 2:15:38 p.m. to 2:17:57 (AB_00101436) | | |
| 162A | Video of Pequeen Murder, Camera Angle 2 Clip from 2:15:50 p.m. to 2:17:15 (AB_00101437) | | |
| 162B | Still Photos from Video of Pequeen Murder (AB_00101436) | | |
| 162C | Still Photos from Video of Pequeen Murder (AB_00101436) | | |
| 162D | Still Photos from Video of Pequeen Murder (AB_00101436) | | |
| 162E | Still Photos from Video of Pequeen Murder (AB_00101436) | | |
| 162F | Still Photos from Video of Pequeen Murder (AB_00101436) | | |
| 162G | Still Photos from Video of Pequeen Murder (AB_00101436) | | |
| 162H | Still Photos from Video of Pequeen Murder (AB_00101436) | | |

| 162I | Still Photos from Video of Pequeen Murder (AB_00101436) | | |
| 162J | Still Photos from Video of Pequeen Murder (AB_00101436) | | |
| 163 | Photos of Scene of Pequeen Murder (AB_00102510) | | |
| 164 | Photos of Scene of Pequeen Murder (AB_00102587) | | |
| 165 | Photos of Scene of Pequeen Murder (AB_00102588) | | |
| 166 | Reserved | | |
| 167 | Reserved | | |
| 168 | Photos of Scene of Pequeen Murder (AB_00102593) | | |
| 169 | Photos of Corbett and Brady  (AB_00102622) | | |
| 170 | Photos of Corbett and Brady  (AB_00102626) | | |
| 171 | Photos of Corbett and Brady  (AB_00102662) | | |
| 172 | Photos of Corbett and Brady (AB_00102667) | | |
| 173 | Photos of Weapons (AB_00102603) | | |
| 174 | Photos of Weapons (AB_00102604) | | |
| 175 | Photos of Weapons (AB_00102605) | | |
| 176 | Photos of Weapons (AB_00102610) | | |
| 177 | Photos of Weapons (AB_00102611) | | |
| 178 | Photos of Weapons (AB_00102612) | | |
| 179 | Pre-Autopsy Photos of Pequeen (AB_00102367) | | |
| 180 | Pre-Autopsy Photos of Pequeen (AB_00102384) | | |
| 181 | Reserved | | |
| 182 | Reserved | | |
| 183 | Pre-Autopsy Photos of Pequeen (AB_00102394) | | |
| 184 | Reserved | | |
| 185 | Reserved | | |
| 186 | Pre-Autopsy Photos of Pequeen (AB_00102411) | | |
| 187 | Reserved | | |

| | | | | |
|---|---|---|---|---|
| 188 | Reserved | | | |
| 189 | Reserved | | | |
| | **DRUG-RELATED AND WIRETAP-RELATED EXHIBITS** | | | |
| | **EXHIBITS RELATED TO METHAMPHETAMINE SEIZURE FROM NICKOLAS PEREZ IN MISSOURI ON 5-27-16** | | | |
| 190 | Color photograph of car stopped with trunk opened (AB_00027533) | | | |
| 191 | Color photograph of rear of car with trunk opened and spare tire removed (AB_00027519) | | | |
| 192 | Color photograph of spare tire removed (AB_00027521) | | | |
| 193 | Color photograph of bindles of cash and three cell phones (AB_00027534) | | | |
| 194 | Color photograph of Perez's hotel room (AB_00027541) | | | |
| 195 | Color photograph of Perez's hotel room (AB_00027543) | | | |
| 196 | Color photograph of safe in Perez's hotel room (AB_00027546) | | | |
| 197 | Color photograph of safe in Perez's hotel room (AB_00027547) | | | |
| 198 | Color photograph of black box within safe in Perez's hotel room (AB_00027549) | | | |
| 199 | Color photograph of black box removed from safe in Perez's hotel room (AB_00027550) | | | |
| 200 | Color photograph of methamphetamine contained within black box (AB_00027551) | | | |
| 201 | Color photograph of methamphetamine seized from within black box (AB_00027569) | | | |
| 202 | Super 8 Motel receipt, Washington, Missouri, in the name of Nickolas Perez, dated 3-6-16 to 3-10-16 (AB_00027581) | | | |
| 203 | Super 8 Motel receipt, Washington, Missouri, in the name of Nickolas Perez, dated 4-28-16 to 4-28-16 (AB_00027582) | | | |
| 204 | Super 8 Motel receipt, Washington, Missouri, in the name of Nickolas Perez, dated 5-4-16 to 5-6-16 (AB_00027583) | | | |
| 205 | Super 8 Motel receipt, Washington, Missouri, in the name of Nickolas Perez, dated 5-25-16 to 5-29-16 (AB_00027584-AB_00027586) | | | |
| | **EXHIBITS RELATED TO UNDERCOVER BUY OF HEROIN FROM QUESENBERRY ON 7-11-16** | | | |
| 206 | Surveillance photograph of 320 Los Animas Circle, Sacramento, on 7-11-16 (AB_00001536) | | | |
| 207 | Surveillance photograph of Keeton during the drug deal on 7-11-16 (AB_00001574) | | | |
| 208 | Color photograph of heroin purchased from Quesenberry on 7-11-16 (AB_00001530) | | | |
| 209 | Color photograph of heroin purchased from Quesenberry on 7-11-16 (AB_00001531) | | | |
| 210 | Color photograph of heroin purchased from Quesenberry on 7-11-16 (AB_00001532) | | | |

| # | Description | | |
|---|---|---|---|
| 211 | Color photograph of heroin purchased from Quesenberry on 7-11-16 (AB_00001533) | | |
| 212 | Color photograph of heroin purchased from Quesenberry on 7-11-16 (AB_00001534) | | |
| 213 | Heroin purchased from Quesenberry on 7-11-16 (DEA Ex. 31) (physical object) | | |
| | **EXHIBITS RELATED TO UNDERCOVER BUY OF HEROIN FROM QUESENBERRY ON 7-24-16** | | |
| 214 | CD containing wiretap call – Call No. 251, 7-21-16 Clip 1: 1:48 – 3:08 | | |
| 214A | Transcript of Call No. 214, Clip 1 | | |
| 214B | CD containing entire wiretap call, Call No. 251 | | |
| 215 | Color photograph of heroin purchased from Quesenberry on 7-24-16 (AB_00001585) | | |
| 216 | Color photograph of heroin purchased from Quesenberry on 7-24-16 (AB_00001586) | | |
| 217 | Video of Matt Hall from Chevron gas station on 7-24-16 Clip: 22:47:18 – 22:47:32 (DEA Ex. N-109) (camera 1) (AB_00108291) | | |
| 218 | Still image of Matt Hall from Chevron gas station on 7-24-16 (DEA Ex. N-109) (camera 2) (AB_00108291) | | |
| 219 | Photo of 1084 Millet Way, Sacramento (AB_00094299) | | |
| 220 | Heroin purchased from Quesenberry on 7-24-16 (DEA Ex. 32) (physical object) | | |
| | **EXHIBITS RELATED TO PLOT TO SMUGGLE PHONES, METHAMPHETAMINE, AND TOBBACO INTO SYLVESTER AT CSP-SACRAMENTO ON 8-11-16** | | |
| 221 | CD containing wiretap call – Call No. 120, 8-11-16 Clip 1: 00:00 – 02:38 | | |
| 221A | Transcript of Call No. 120, Clip 1 | | |
| 221B | CD containing entire wiretap call, Call No. 120 | | |
| 222 | CD Containing wiretap call – Call No. 120, 8-11-16 Clip 2: 09:49 – 11:22 | | |
| 222A | Transcript of Call No. 120, Clip 2 | | |
| 223 | CD Containing wiretap call – Call No. 123, 8-11-16 Clip 1: 00:00 – 02:40 | | |
| 223A | Transcript of Call No. 123, Clip 1 | | |
| 223B | CD containing entire wiretap call, Call No. 123 | | |
| 224 | CD containing wiretap call – Call No. 123, 8-11-16 Clip 2: 05:07 – 06:38 | | |
| 224A | Transcript of Call No. 123, Clip 2 | | |

| | | | |
|---|---|---|---|
| 225 | CD containing wiretap call – Call No. 123, 8-11-16<br>Clip 3: 08:14 – 09:20 | | |
| 225A | Transcript of Call No. 123, Clip 3 | | |
| 226 | CD containing wiretap call – Call No. 124, 8-11-16<br>Clip: 02:24 – 05:03 | | |
| 226A | Transcript of Call No. 124, Clip | | |
| 226B | CD containing entire wiretap call, Call No.-124 | | |
| 227 | CD containing wiretap call – 8-11-16<br>Entire call | | |
| 227A | Transcript of Ex. 227 | | |
| 228 | CD containing wiretap call – Call No. 141, 8-11-16<br>Clip: 00:00 – 3:17 | | |
| 228A | Transcript of Call No. 141, Clip | | |
| 228B | CD containing entire wiretap call, Call No. 141 | | |
| 229 | CD containing wiretap call – Call No. 320, 8-12-16<br>Entire call | | |
| 229A | Transcript of Call No. 320 | | |
| 230 | CD containing wiretap call – Call No. 469, 8-14-16<br>Clip 1: 00:32 – 02:43 | | |
| 230A | Transcript of Call No. 469, Clip 1 | | |
| 230B | CD containing entire wiretap call, Call No. 469 | | |
| 231 | CD containing wiretap call – Call No. 469, 8-14-16<br>Clip 2: 07:05 – 12:10 | | |
| 231A | Transcript of Call No. 469, Clip 2 | | |
| 232 | CD containing wiretap call – Call No. 469, 8-14-16<br>Clip 3: 12:44 – 13:41 | | |
| 232A | Transcript of Call No. 469, Clip 3 | | |
| 233 | CD containing wiretap call – Call No. 544, 8-16-16<br>Clip 1: 00:00 – 02:16 | | |
| 233A | Transcript of Call No. 544, Clip 1 | | |
| 233B | CD containing entire wiretap call, Call No. 544 | | |
| 234 | CD containing wiretap call – Call No. 544, 8-16-16<br>Clip 2: 05:45 – 06:54 | | |
| 234A | Transcript of Call No. 544, Clip 2 | | |
| 235 | CD containing wiretap call – Call No. 544, 8-16-16<br>Clip 3: 07:31 – 08:07 | | |
| 235A | Transcript of Call No. 544, Clip 3 | | |
| 236 | CD containing wiretap call – Call No. 544, 8-16-16<br>Clip 4: 09:56 – 12:00 | | |

| | | | |
|---|---|---|---|
| 236A | Transcript of Call No. 544, Clip 4 | | |
| 237 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 1: 11:31:03 – 11:32:21 (AB_00029004) | | |
| 238 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 2: 12:13:05 – 12:14:53 (AB_00029007) | | |
| 239 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 3: 12:31:04 – 12:34:56 (AB_00029008) | | |
| 240 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 4: 12:35:31 – 12:37:03 (AB_00029009) | | |
| 241 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 5: 12:39:56 – 12:40:24 (AB_00029009) | | |
| 242 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 6: 12:40:44 – 12:40:54 (AB_00029009) | | |
| 243 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 7: 12:42:41 – 12:45:52 (AB_00029009) | | |
| 244 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 8: 12:50:01 – 12:50:10 (AB_00029010) | | |
| 245 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 9: 12:51:09 – 12:51:24 (AB_00029010) | | |
| 246 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 10: 13:58:08 – 13:59:08 (AB_00029014) | | |
| 247 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 11: 13:59:31 – 13:59:56 (AB_00029014) | | |
| 248 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 12: 14:01:16 – 14:01:29 (AB_00029014) | | |
| 249 | Color photograph of Sylvester after receiving contraband from Demar on 8-11-16 (AB_00029038) | | |
| 250 | Color photograph of Sylvester after receiving contraband from Demar on 8-11-16 (AB_00029038) | | |
| 251 | Color photograph showing where Sylvester hid the cellphones in his clothing on 8-11-16 (AB_00029039) | | |
| 252 | Color photograph showing where Sylvester hid the cellphones in his clothing on 8-11-16 (AB_00029039) | | |
| 253 | Color photographs of contraband seized from Sylvester's person on 8-11-16 (AB_00029032) | | |
| 254 | Color photograph of positive methamphetamine result from contraband seized from Sylvester's person on 8-11-16 (AB_00029034) | | |
| 255 | Color photograph of Kevin MacNamara's wheelchair after smuggling contraband to Sylvester on 8-11-16 (AB_00029041) | | |

| | | | |
|---|---|---|---|
| 256 | Color photographs of phone chargers and packaging from contraband smuggled to Sylvester on 8-11-16 (AB_00029042) | | |
| 257 | CDCR record of Demar's "legal" visits with Sylvester between 2/11/16 and 8/11/16 (AB_0029079) | | |
| 258 | Surveillance photo of Sienna in connection with CSP-Sacramento visit with Sylvester on 8-11-16 (AB_00001590) | | |
| 259 | Surveillance photo of Sienna van parked at CSP-Sacramento in connection with visit to Sylvester on 8-11-16 (AB_00001591) | | |
| 260 | Surveillance photo of Demar and MacNamara at CSP-Sacramento on 8-11-16 (AB_00001593) | | |
| 261 | Surveillance of Demar and MacNamara at CSP-Sacramento on 8-11-16 (AB_00001596) | | |
| 262 | Surveillance of Demar and MacNamara at CSP-Sacramento on 8-11-16 (AB_00001597) | | |
| 263 | Reserved | | |
| 264 | Reserved | | |
| | **EXHIBITS RELATED TO THE OVERALL DRUG TRAFFICKING CONSPIRACY** | | |
| 265 | CD containing wiretap call – Call No. 573, 8-16-16 Clip 1: 00:00 to 2:15 | | |
| 265A | Transcript of Call No. 573, Clip | | |
| 265B | CD containing entire wiretap call, Call No. 573 | | |
| 266 | CD containing wiretap call – Call No. 1533, 10-12-16 Clip 1: 0:15 to 2:40 | | |
| 266A | Transcript of Call No. 1533, Clip 1 | | |
| 266B | CD containing entire wiretap call, Call No. 1533 | | |
| 267 | CD containing wiretap call – Call No. 1789, 10-17-16 Clip 1: 0:15 to 2:40 | | |
| 267A | Transcript of Call No. 1789, Clip 1 | | |
| 267B | CD containing entire wiretap call, Call No. 1789 | | |
| 268 | Reserved | | |
| 269 | Reserved | | |
| | **EXHIBITS RELATED TO UNDERCOVER BUY OF HEROIN FROM QUESENBERRY ON 8-12-16** | | |
| 270 | Color photograph of donut box used to conceal heroin sold by Quesenberry on 8-12-16 (AB_00001626) | | |
| 271 | Color photograph of donut box used to conceal heroin sold by Quesenberry on 8-12-16 (AB_00001628) | | |
| 272 | Color photograph of baggies containing heroin purchased from Quesenberry on 8-12-16 (AB_00001629) | | |
| 273 | Color photograph of heroin purchased from Quesenberry on 8-12-16 (AB_00001631) | | |

| | | | |
|---|---|---|---|
| 274 | Color photograph of heroin purchased from Quesenberry on 8-12-16 (AB_00001635) | | |
| 275 | Color photograph of heroin purchased from Quesenberry on 8-12-16 (AB_00001585) | | |
| 276 | Heroin purchased from Quesenberry on 8-12-16 (DEA Ex. 33) (physical object) | | |
| 277 | Heroin purchased from Quesenberry on 8-12-16 (DEA Ex. 34) (physical object) | | |
| 278 | Reserved | | |
| 279 | Reserved | | |
| | **EXHIBITS RELATED TO PLOT TO SMUGGLE CONTRABAND INTO YANDELL AT CSP-SACRAMENTO ON 9-2-16** | | |
| 280 | CD containing wiretap call – Call No. 232, 8-11-16 Clip 1: 01:04 – 02:09 | | |
| 280A | Transcript of Call No. 232, Clip 1 | | |
| 280B | CD containing entire wiretap call, Call No. 232 | | |
| 281 | CD containing wiretap call – Call No. 232, 8-11-16 Clip 2: 05:30 – 07:55 | | |
| 281A | Transcript of Call No. 232, Clip 2 | | |
| 282 | CD Containing wiretap call – Call No. 232, 8-11-16 Clip 3: 08:43 – 10:23 | | |
| 282A | Transcript of Call No. 232, Clip 3 | | |
| 283 | CD Containing wiretap call – Call No. 232, 8-11-16 Clip 4: 12:27 – 13:12 | | |
| 283A | Transcript of Call No. 232, Clip 4 | | |
| 284 | CD containing wiretap call – Call No. 544, 8-16-16 Clip 5: 12:20 – 17:38 | | |
| 284A | Transcript of Call No. 544, Clip 5 | | |
| 285 | CD containing wiretap call – Call No. 736, 8-18-16 Clip 1: 00:00 – 06:41 | | |
| 285A | Transcript of Call No. 736, Clip 1 | | |
| 285B | CD containing entire wiretap call, Call No. 736 | | |
| 286 | CD containing wiretap call – Call No. 771, 8-19-16 Clip: 1: 00:52 – END | | |
| 286A | Transcript of Call No. 771, Clip 1 | | |
| 286B | CD containing entire wiretap call, Call No. 771 | | |
| 287 | CD containing wiretap call – 8-29-16 Clip 1: 02:05 – 03:34 | | |
| 287A | Transcript of Ex. 287 | | |

Case 2:19-cr-00107-KJM   Document 2073   Filed 03/28/24   Page 18 of 26

| | | | |
|---|---|---|---|
| 287B | CD containing entire wiretap call, Call No. | | |
| 288 | CD containing wiretap call – 8-30-16<br>Clip 1: 02:11 – END | | |
| 288A | Transcript of Ex. 288 | | |
| 288B | CD containing entire wiretap call Ex. 288. | | |
| 289 | CD containing wiretap call – 8-30-16<br>Clip 1: 00:00 – 03:33 | | |
| 289A | Transcript of Ex. 289 | | |
| 289B | CD containing entire wiretap call of Ex. 289 | | |
| 290 | CD containing wiretap call – 9-2-16<br>Entire call | | |
| 290A | Transcript of Ex. 290 | | |
| 291 | CD containing wiretap call – 9-2-16<br>Entire call | | |
| 291A | Transcript of Ex. 291 | | |
| 292 | Color photograph of box containing contraband sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029154) | | |
| 293 | Color photograph of box containing contraband sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029157) | | |
| 294 | Color photograph showing contents of box containing contraband sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029158) | | |
| 295 | Color photograph showing Oatmeal Creme Pies box within box containing contraband sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029161) | | |
| 296 | Color photograph showing contents of Oatmeal Creme Pies box within box containing contraband sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029162) | | |
| 297 | Color photograph showing contraband recovered box sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029168) | | |
| 298 | Heroin seized from CSP-Sac package on 9-2-16 (DEA Ex. 35) (physical object) | | |
| 299 | Methamphetamine seized from CSP-Sac package on 9-2-16 (DEA Ex. 36) (physical object) | | |
| | **EXHIBITS RELATED TO PLOT TO SMUGGLE CONTRABAND INTO CORBETT AT HIGH DESERT STATE PRISON SACRAMENTO ON 9-6-16** | | |
| 300 | CD containing wiretap call – 10-6-16<br>Entire call | | |
| 300A | Transcript of Ex. 300 | | |
| 301 | CD containing wiretap call – 10-6-16<br>Entire call | | |
| 301A | Transcript of Ex. 301 | | |
| 302 | CD containing wiretap call – 10-10-16<br>Entire call | | |

GOVERNMENT'S FIRST AMENDED EXHIBIT LIST                     18

| | | | |
|---|---|---|---|
| 302A | Transcript of Ex. 302 | | |
| 303 | Color photograph of box containing contraband sent to High Desert for Corbett on 9-6-16 (AB_00029177) | | |
| 304 | Color photograph of box containing contraband opened up (AB_00029185) | | |
| 305 | Color photograph showing box containing contraband with Brownies, Honey Buns, Folgers, and Ramen (AB_00029186) | | |
| 306 | Color photograph showing box's contents removed (AB_00029187) | | |
| 307 | Color photograph showing contraband removed from Fudge Brownies box (AB_00029194) | | |
| 308 | Color photograph showing close up of cell phone removed from box (AB_00029197) | | |
| 309 | Color photograph showing functioning cell phone removed from box (AB_00029198) | | |
| 310 | Color photograph showing contraband removed from Oatmeal Creme Pies box (AB_00029223) | | |
| 311 | Color photograph showing contraband removed from Oatmeal Creme Pies box (AB_00029224) | | |
| 312 | Color photograph showing heroin removed from Oatmeal Creme Pies box (AB_00029226) | | |
| 313 | Color photograph showing cell phone removed from Oatmeal Creme Pies box (AB_00029233) | | |
| 314A | Heroin seized from High Desert package on 9-6-16 (DEA Ex. 53) (physical object) | | |
| 314B | Methamphetamine seized from High Desert package on 9-6-16 (DEA Ex. 54) (physical object) | | |
| | **ADDITIONAL EXHIBITS RELATED TO THE RICO CONSPIRACY** | | |
| 315 | CD containing wiretap call – Call No. 770, 8-19-16 Entire call | | |
| 315A | Transcript of Call No. 770 | | |
| 316 | Reserved | | |
| 317 | CD containing wiretap call – 8-27-16 Clip 1: 02:05 – 03:28 | | |
| 317A | Transcript of Ex. 317 | | |
| 317B | CD containing entire wiretap call in Ex. 317 | | |
| 318 | CD containing wiretap call – 8-27-16 Clip 2: 15:42 – 16:33 | | |
| 318A | Transcript of Call Ex. 318 | | |
| 319 | CD containing wiretap call – 8-27-16 Clip 3: 17:24 – 22:42 | | |
| 319A | Transcript of Ex. 319 | | |
| 320 | CD containing wiretap call – 8-27-16 Clip 4: 25:53 – 27:44 | | |
| 320A | Transcript of Ex. 320 | | |

| | | | |
|---|---|---|---|
| 321 | CD containing wiretap call – 8-27-16<br>Clip 5: 31:47 – 35:30 | | |
| 321A | Transcript of Ex. 321 | | |
| 322 | CD containing wiretap call – 8-27-16<br>Clip 6: 45:13 – 47:55 | | |
| 322A | Transcript of Ex. 322 | | |
| 323 | CD containing wiretap call – 8-27-16<br>Clip 7: 48:30 – 57:20 | | |
| 323A | Transcript of Ex. 323 | | |
| 324 | CD containing wiretap call – Call No. 86, 8-28-16 (Diaz murder conspiracy)<br>Clip 1: 06:33 to 07:41 | | |
| 324A | Transcript of Call No. 86, Clip 1 | | |
| 324B | CD containing entire wiretap call, Call No. 86 | | |
| 325 | CD containing wiretap call – 8-27-16<br>Clip 8: 1:34:55 – 1:36:40 | | |
| 325A | Transcript of Ex. 325 | | |
| | **EXHIBITS RELATED TO SEIZURE OF METHAMPHETAMINE FROM NICKOLAS PEREZ IN LAS VEGAS ON 10-21-16** | | |
| 326 | Methamphetamine seized from Perez in Vegas on 10-21-16 (DEA Ex. 48) (physical item) | | |
| 326A | Original Packaging of the Methamphetamine seized from Perez in Vegas on 10-21-16 (DEA Ex. 48) (physical item) | | |
| 327 | Methamphetamine seized from Perez in Vegas on 10-21-16 (DEA Ex. 49) (physical item) | | |
| | **EXHIBITS RELATED TO SEIZURE OF DRUGS FROM STASH PAD IN FONTANA ON 10-24-16** | | |
| 328 | Color photograph showing front of residence at 7960 Ferndale Drive, Fontana (AB_00108301) | | |
| 329 | Methamphetamine seized from 7960 Ferndale Drive, Fontana, on 10-24-16 (DEA Ex. 42 – Case No. R7-15-0040) (physical item) | | |
| 330 | Methamphetamine seized from 7960 Ferndale Drive, Fontana, on 10-24-16 (DEA Ex. 43 – Case No. R7-15-0040) (physical item) | | |
| 331 | Heroin seized from 7960 Ferndale Drive, Fontana, on 10-24-16 (DEA Ex. 44 – Case No. R7-15-0040) (physical item) | | |
| 332 | Cocaine seized from 7960 Ferndale Drive, Fontana, on 10-24-16 (DEA Ex. 46 – Case No. R7-15-0040) (physical item) | | |
| | **EXHIBITS RELATED TO UNDERCOVER BUY OF HEROIN FROM QUESENBERRY ON 10-18-16 (1st drug deal that day)** | | |
| 333 | Hotel registration record from Hawthorne Suites showing room rented in the name of "Jeanna Smith" (physical item) (AB_00108305) | | |
| 334 | Surveillance photograph of Nickolas Perez's Suzuki Equator prior first drug deal on 10-18-16 (AB_00001760) | | |

| | | | |
|---|---|---|---|
| 335 | Surveillance photograph of first heroin deal at Chevron, 201 Bercut, Sacramento on 10-18-16 (AB_00001766) | | |
| 336 | Color photograph of brown bag containing heroin purchased from Quesenberry during first deal on 10-18-16 (AB_00001728) | | |
| 337 | Color photograph of white heroin and tar heroin purchased from Quesenberry during first deal on 10-18-16 (AB_00001729) | | |
| 338 | Heroin purchased during first heroin deal on 10-18-16 (DEA Ex. 39) (physical object) | | |
| 339 | Heroin purchased during first heroin deal on 10-18-16 (DEA Ex. 40) (physical object) | | |
| | **EXHIBITS RELATED TO UNDERCOVER BUY OF HEROIN FROM QUESENBERRY ON 10-18-16 (2nd drug deal that day)** | | |
| 340 | Color photograph of brown bag containing heroin purchased from Quesenberry during second deal on 10-18-16 (AB_00001735) | | |
| 341 | Color photograph of heroin purchased from Quesenberry during second deal on 10-18-16 (AB_00001736) | | |
| 342 | Color photograph of heroin purchased from Quesenberry during second deal on 10-18-16 (AB_00001741) | | |
| 343 | Heroin purchased during second heroin deal on 10-18-16 (DEA Ex. 41) (physical object) | | |
| 344 | Color photograph of Hawthorn Suites with Chevron in background | | |
| | **MISCELLANEOUS EXHIBITS RELATED TO YANDELL** | | |
| 345 | Color photographs showing shamrocks on back of Yandell's head (AB_00104085) | | |
| | **MISCELLANEOUS EXHIBITS RELATED TO SYLVESTER** | | |
| 346 | Color photograph showing Sylvester's right thigh without shamrock tattoo in 2009 (AB_00104023) | | |
| 347 | Color photographs showing two large shamrocks on Sylvester's thighs (AB_00104000) | | |
| 348 | Color photographs showing two large shamrocks on Sylvester's thighs (AB_00104000) | | |
| 349 | Color photographs showing shamrock displayed outside of cell for Sylvester and Yandell (AB_00104009) | | |
| | **MISCELLANEOUS EXHIBITS RELATED TO TROXELL** | | |
| 350 | Color photograph showing Troxell's right arm with shamrock tattoo | | |
| 351 | Reserved | | |
| | **MISCELLANEOUS EXHIBITS RELATED TO BRADY** | | |
| 352 | Color photograph showing "SS" lightning bolts tattooed on Brady calf (AB_00103767– page 12 of pdf, box 14) | | |
| 353 | Reserved | | |

| | | | | |
|---|---|---|---|---|
| | | **MISCELLANEOUS EXHIBITS RELATED TO CORBETT** | | |
| | 354 | Color photographs showing Nazi swastika tattooed on Corbett's neck area (AB_00103908) | | |
| | 355 | Color photograph showing "White Power" tattooed on Corbett's back (AB_00103909) | | |
| | 356 | Color photograph showing two shamrock items (beanie and necklace) seized from Corbett's cell in 2018 (AB_00103920) | | |
| | 357 | Reserved | | |
| | | **MISCELLANEOUS EXHIBITS RELATED TO DANIEL** | | |
| | 358 | Color photographs showing "Two Scoops" tattooed on Daniel's neck (AB_00103957) | | |
| | 359 | Color photographs showing shamrock tattooed on Daniel's forearm (AB_00103971) | | |
| | | **EXHIBITS RELATED TO SEARCH OF MATT HALL'S RESIDENCE IN LOS ANGELES COUNTY ON 9-30-16** | | |
| | 360 | Black and white photograph of Nazi flag discovered at Matt Hall's residence on 9-30-16 (AB_00029334) | | |
| | 361 | Black and white photograph of front of Matt Hall's jacket at his residence on 9-30-16 (AB_00029336) | | |
| | 362 | Black and white photograph showing "SS" bolts on left arm of Matt Hall's jacket (AB_00029338) | | |
| | 363 | Black and white photograph showing back of Matt Hall's jacket reading "Peni Death Squad CYCO" (AB_00029339) | | |
| | 364 | Black and white photograph showing bullet-proof vest found at Matt Hall's residence on 9-30-16 (AB_00029341) | | |
| | 365 | Black and white photograph of firearm and magazines discovered at Matt Hall's residence on 9-30-16 (AB_00029343) | | |
| | 366 | Black and white photograph of handgun discovered at Matt Hall's residence on 9-30-16 (AB_00029344) | | |
| | 367 | Black and white photograph of gun case and handgun discovered at Matt Hall's residence on 9-30-16 (AB_00029347) | | |
| | 368 | Black and white photograph of long rifle discovered in yellow duffle at Matt Hall's residence on 9-30-16 (AB_00029348) | | |
| | 369 | Reserved | | |
| | | **EXHIBITS RELATED TO TROXELL** | | |
| | 370 | Picture of Troxell with wife (AB_00108306) | | |
| | 371 | Reserved | | |
| | 372 | Reserved | | |
| | 373 | Reserved | | |
| | 374 | Reserved | | |

| | **EXHIBITS RELATED TO THE MURDER OF ZACHARY SCOTT AT SALINAS VALLEY PRISON ON 10-28-16** | | |
|---|---|---|---|
| 375 | Photos of Scott Murder | | |
| 376 | Photos of Scott Murder | | |
| 377 | Photos of Scott Murder | | |
| 378 | Photos of Scott Murder | | |
| 379 | Photos of Scott Murder | | |
| 380 | Photos of Scott Murder | | |
| 381 | Photos of Scott Murder | | |
| 382 | Reserved | | |
| 383 | Photos of Scott Murder | | |
| 384 | Photos of Scott Murder | | |
| 385 | Photos of Scott Murder | | |
| 386 | Reserved | | |
| 387 | Reserved | | |
| 388 | Photos of Scott Murder | | |
| 389 | Photos of Scott Murder | | |
| 390 | Reserved | | |
| | **TROXELL CALL WITH YANDELL AND SYLVESTER** | | |
| 391 | CD containing wiretap call – Call No. 1351, 10-9-2016 Clip 1: 7:15 to 8:08 | | |
| 391A | Transcript of Call No. 1351, Clip 1 | | |
| 391B | CD containing entire wiretap call – Call No. 1351 | | |
| 392 | CD containing wiretap call – Call No. 1351, 10-9-2016 Clip 2: 9:49 to 13:54 | | |
| 392A | Transcript of Call No. 1351, Clip 2 | | |
| 393 | CD containing wiretap call – Call No. 1351, 10-9-2016 Clip 3: 27:00 to End | | |
| 393A | Transcript of Call No. 1351, Clip 3 | | |
| 394 | Reserved | | |

| 395 | Reserved | | |
| 396 | Reserved | | |
| 397 | Reserved | | |
| 398 | Reserved | | |
| 399 | Reserved | | |
| | **EXHIBITS RELATED TO THE ASSAULT ON SACRAMENTO COUNTY SHERIFF'S DEPUTIES ON 7-11-20** | | |
| 400 | Video clip of Yandell assault on 7-11-20 Clip: 00:00–02:10 (AB_00087406) | | |
| | **EXHIBITS RELATED TO MURDER OF DEVLIN STRINGFELLOW AT CSP-SACRAMENTO ON 1-10-2018** | | |
| 401 | Photo of Stringfellow Murder Scene | | |
| 402 | Photo of Stringfellow Murder Scene | | |
| 403 | Photo of Stringfellow Murder Scene | | |
| 404 | Photo of Stringfellow Murder Scene | | |
| 405 | Photo of Stringfellow Murder Scene | | |
| 406 | Photo of Stringfellow Murder Scene | | |
| 407 | Photo of Stringfellow Murder Scene | | |
| 408 | Video of Stringfellow Murder (2:21:34 to 2:23:10) | | |
| | **MISCELLANEOUS EXHIBITS** | | |
| 409 | [Reserved] | | |
| 410 | Portions of JPay Records from Jonathan Suggs | | |
| 410A | Full JPay Records from Jonathan Suggs | | |
| 411 | Color photograph of Ronald Richardson | | |
| 412 | Murders and Murder Plots Timeline | | |
| 413 | Wiretap Seizures Timeline | | |
| 414 | Color photograph of shamrock tattoo on government witness | | |
| 415 | Color photograph of Kenneth May (related to the Leonard Bradrich shooting) | | |

| | | | |
|---|---|---|---|
| 416 | Stipulation of testimony for Dr. Venus Azar – pathologist for victim Zachary Scott | | |
| | **CALLS RELATING TO JAYSON WEAVER** | | |
| 417 | CD containing wiretap call – Call No. 1449, 10-11-16 Clip 1: 17:52 to 18:06 | | |
| 417A | Transcript of Call No. 1499, Clip 1 | | |
| 417B | CD containing entire wiretap call – Call No. 1499 | | |
| 418 | Text Messages from Sessions 909 and 910, 9-27-16 | | |
| | **ADDITIONAL EXHIBITS** | | |
| 419 | Color photograph of 8 West within Sacramento County Jail | | |
| 420 | Yandell handwriting exemplar | | |
| 421 | CD containing wiretap call – Call No. 234, 9-2-16 Clip 1: 0:00 to 1:48 | | |
| 421A | Transcript of Call No. 234, Clip 1 | | |
| 421B | CD containing entire wiretap call – Call No. 234 | | |
| 422 | Photo of Yandell and Cisneros from January 2019 Cisneros Cell Search | | |
| 423 | Burhop Autobiography, page 26 (AB_JENCKS_00004214) | | |
| 424 | DEA Exhibits – Timeline of Seizures | | |
| 425A | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Front Desk (AB_00094825) | | |
| 425B | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Front Desk (AB_00094825) | | |
| 426A | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Parking Lot (AB_00094826) | | |
| 426B | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Parking Lot (AB_00094826) | | |
| 426C | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Parking Lot (AB_00094826) | | |
| 426D | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Parking Lot (AB_00094826) | | |
| 426E | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Parking Lot (AB_00094826) | | |
| 427 | Stipulation regarding Zachary Scott photos | | |
| 428 | Stipulation regarding Patel Super 8 Motel Testimony | | |
| 429 | Yandell inmate movement records | | |
| 430 | Sylvester inmate movement records | | |
| 431 | Drug Exhibits Chart – Timeline of Seizures | | |

| 432 | Richardson 969 packet | | |
|-----|------------------------|---|---|
| 432A | Richardson abstract of judgment | | |
| 433 | Drug Exhibits Chart – Timeline of Seizures (revised) | | |
| 434 | Stipulation regarding Yandell tattoo photo | | |
| 435 | Stipulation re Sylvester Photos | | |
| 436 | Portion of Criminal Complaint Affidavit summarizing Maynard murder | | |
| 437 | Stipulation regarding Troxell tattoo photo | | |

PHILLIP A. TALBERT
United States Attorney

Dated:  March 28, 2024

By:  /s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney