**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: March 28, 2024 |
| RONALD YANDELL, ET AL., | Deputy Clerk: C. Schultz |
| Defendants. | Court Reporter: Abby Torres |

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL** (Day 21):

| | |
|---|---|
| 8:40 a.m. | Court in session. Attorneys present as noted above. Defendants not present, appearances waived for this morning session subject to trial proceedings reaching a critical stage that would be appropriate for the Defendants to be present. Also present, Lucas Hennes, on behalf of the California Department of Corrections and Rehabilitation, and U.S. Marshal's Office Supervisory Deputy, P. Joe McKeough. Outside the presence of the witness and Jury, the court and counsel discussed matters related to trial. |
| 8:50 a.m. | The court found trial proceedings are at a critical stage that would make it appropriate to have applicable Defendants present for the next topics to be covered. The Government and Mr. Leras (and their support staff) were excused from the courtroom. The court took a short recess to allow for the arrival of Defendant Ronald Yandell and William Sylvester. |
| 9:00 a.m. | Court back in session *ex parte in camera* with Mr. Kalar, Mr. Pugh, Mr. McClelland, Mr. Johnson, Ms. Vasquez, and Mr. Hennes. Defendants Yandell and Sylvester present, in custody. Outside the presence of the Government, Mr. Leras, Defendant Troxell, the witness and the Jury, the court and counsel discussed matters related to trial. |
| 9:20 a.m. | Court in recess to allow the arrival of the Government, Mr. Leras, Defendant Troxell, the witness, and the Jury. |
| 9:30 a.m. | Court back in session with all parties present. (Defendant Troxell present, in custody.) The Government's case agent, James Bonanno, present. Witness present. Outside the presence of the Jury, the court and counsel briefly discussed housekeeping matters. |

| | |
|---|---|
| 9:33 a.m. | Jury present. The court advised the Jury that Exhibit DT-12.1 has been admitted; that there would not be a limiting instruction related to the audio used by Mr. Leras during his examination with Mr. McClure as indicated yesterday, so they can consider it fully admitted; and lastly that the parties have agreed that Defendants may call another one of their witnesses before the Government concludes its case-in-chief. The court also updated the Jury as to the trial schedule, confirming that trial proceedings will be dark on Fridays moving forward. |
| 9:37 a.m. | Direct examination of the Government's previously sworn witness, Nickolas Perez, continued. Examination conducted by Mr. Spencer. |
| 10:10 a.m. | Mr. Spencer completed cross examination. Mr. McClelland advised the court that the parties have agreed that Defense Counsel will conduct their cross examination of Mr. Perez on a later date. Witness excused until next week. The court excused the Jury for a short break to allow Mr. Perez to be excused from the courtroom. Outside the presence of the Jury and the witness, the court and counsel briefly discussed housekeeping matters. |
| 10:13 a.m. | The court excused all parties for a short break. |
| 10:20 a.m. | Court back in session. All parties present. Jury present. Government's witness, Suk Fullbright, sworn and testified on direct. Examination conducted by Mr. Spencer. After brief testimony, the Government offered Ms. Fullbright as an expert in the field of controlled substance analysis. Without objection, the Government's request was granted. Mr. Spencer continued his direct examination of Ms. Fullbright. |
| 10:27 a.m. | Witness excused. Government's witness, Maxim Lashchuk, sworn and testified on direct. Examination conducted by Mr. Pearson. |
| 10:55 a.m. | Cross examination began. Examination conducted by Mr. McClelland. |

| | |
|---|---|
| 10:58 a.m. | Witness excused. Mr. Hitt read into the record Exhibit 434, Stipulation of Facts (Related to Exhibit 345); Exhibit 435, Stipulation of Facts (Related to Exhibit 346); and Exhibit 437 Stipulation of Facts (Related to Exhibit 350). |
| 11:00 a.m. | The court admonished and excused the jury for a morning break. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 11:03 a.m. | The court excused all parties for a morning break. |
| 11:30 a.m. | Court back in session. All parties present. Jury present. Government's witness, Jerami Quillen, sworn and testified on direct. Examination conducted by Mr. Hitt. |
| 11:55 a.m. | Cross examination began. Examination conducted by Mr. Kalar. |
| 12:05 p.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 12:06 p.m. | Redirect examination began. Examination conducted by Mr. Hitt. |
| 12:07 p.m. | Witness excused. The Government rested subject to further testimony from Nickolas Perez and reconciling exhibits with the Courtroom Deputy. All Defense Counsel made Rule 29 Motions. |
| 12:09 p.m. | Defense witness, Martin Fong, sworn and testified on direct. Examination conducted by Mr. Pugh. |
| 12:14 p.m. | Cross examination began. Examination conducted by Mr. Pearson. |

| | |
|---|---|
| 12:15 p.m. | Witness excused. The court admonished and excused the jury until 1:00 p.m. on April 1, 2024. Outside the presence of the jury, Defense Counsel clarified that the Rule 29 Motions were made, out of an abundance of caution, and those Motions will be renewed when the Government completely concludes its case-in-chief.  Mr. Johnson renewed Defendant Sylvester's Motion to Sever which was joined by Defendant Yandell and Defendant Troxell. The court denied the Renewed Motion to Sever for the reasons as stated on record. The court and counsel discussed housekeeping matters related to identification of Defense witness for the Government and logistics related to presentation of evidence by defense counsel. |
| 12:20 p.m. | The court excused the Defendants, the Government, Mr. Pugh, Mr. McClelland, Mr. Johnson, Ms. Vasquez, and Mr. Leras until 1:00 p.m. on April 1, 2024, with the understanding that Mr. Kalar, will be specially appearing for Mr. Sylvester during the afternoon *in camera ex parte* session. |
| 2:45 p.m. | Court back in session *in camera ex parte* with Mr. Hennes and Mr. Kalar, and with Mr. Kalar specially appearing on behalf of Mr. Johnson and Ms. Vasquez for Defendant Sylvester. Defendants Yandell and Sylvester, not present having waived their appearance for this afternoon session. Outside the presence of the Government, Mr. Leras, Defendant Troxell, and the Jury, the court and counsel discussed matters related to trial. |
| 3:10 p.m. | All parties excused for evening recess. Jury Trial (Day 22) set for April 1, 2024 at 1:00 p.m. |

**ADMITTED EXHIBITS**:

207, 334, 345, 346, 350, 400, 426A, 426B, 426E, 434, 435, 437, RY-101, and DT-12.1

**TIME IN COURT**: 3 Hours, 10 Minutes