UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD YANDELL, et al.,<br><br>    Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**[PROPOSED] MODIFICATION TO PROTECTIVE ORDER**<br><br>Chief Judge Kimberly J. Mueller,<br>United States District Court |

The below parties stipulate and agree that the Protective Order regarding materials produced by the CDCR, at ECF 1625, shall be modified as follows:

Counsel for Ronald Yandell are permitted to provide documents produced by the CDCR pursuant to defense subpoena to AUSA Jason Hitt.

AUSA Hitt may provide these documents to:

1. Attorney(s) of record for the United States;

2. Paralegal, clerical, and secretarial staff employed by Attorney(s) of record for the United States who are assisting in the prosecution of this case;

3. A person retained by counsel of record for the United States to assist in this case, such as an investigator, expert witness, or other consultant, who has agreed in writing that he or she has read this order, understands and agrees to be bound by its provisions, and consents to be subject to this Court's jurisdiction to enforce this order's terms.

All government counsel, agents or staff receiving these confidential documents must sign the Protective Order at ECF 1625.

All limitations of the Protective Order at ECF 1625 shall apply to all Attorney(s) of the United States, and to any staff member or agent who receives these confidential documents.

IT IS SO STIPULATED

ROB BONTA Attorney General of California
JULIE A. MALONE Supervising Deputy Attorney General
/s/ *Lucas Hennes*
Lucas Hennes
Deputy Attorney General Counsel for CDCR

RENE L. VALLADARES
Federal Public Defender
/s/ *Brian Pugh*
BRIAN PUGH
Assistant Federal Public Defender

STEVEN KALAR
/s/ *Steven Kalar*
KALAR LAW OFFICE
Counsel for Ronald Yandell

Office of the United States Attorney
Eastern District of California
/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

IT IS SO ORDERED:

DATED: _____
Kimberly J. Meuller
Chief District Judge
Eastern District of California

4