

# MEMORANDUM

DATE:   March 29, 2024

TO:   Casey Schultz, Courtroom Deputy
   The Honorable Kimberly J. Mueller

FROM:   Candice L. Fields
   Attorney for Defendant Kristen Demar

RE:   United States v. Demar: 2:19-CR-107 KJM


The parties mutually agree to continue the sentencing hearing in the above-referenced matter for Defendant Demar from April 8, 2024, to May 13, 2024. The selected date appears to be available.

All disclosure deadlines have already been met.

Thank you.

>   */s/ Candice L. Fields*
>   CANDICE L. FIELDS
>   Attorney for defendant Kristen Demar


cc: AUSA Jason Hitt

---

Candice Fields Law, PC
400 Capitol Mall, Suite 1620, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com