Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org

Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL,<br><br>　　　　Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**NOTICE OF FILING *EX PARTE* AND UNDER SEAL – LOCAL RULE 141**<br><br>Chief Judge Kimberly J. Mueller,<br>United States District Court |

Defendant Ronald Yandell, through his attorneys of record, provides notice that a proposed stipulated modification to a Protective Order has been filed under seal.

Such privileges include, but are not limited to, the work product and attorney-client privilege.

In addition, public exposure of the order and supporting documents may in appropriately reveal the identity of debriefing inmates.

The Application to Seal and Proposed Order will be electronically mailed to the Court for consideration as prescribed by Local Rule 141(b).

Dated March 31, 2024.

                                                                        Respectfully submitted,

                                                                         Rene L. Valladares
Federal Public Defender

*/s/ Brian D. Pugh*
BRIAN D. PUGH
Assistant Federal Public Defender

*/s/ Sean A. McClelland*
SEAN A. McCLELLAND
Assistant Federal Public Defender

Kalar Law Office

*/s/ Steven G. Kalar*
STEVEN G. KALAR