**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: April 2, 2024 |
| RONALD YANDELL, ET AL., | Deputy Clerk: C. Schultz |
| Defendants. | Court Reporter: Abby Torres |

**Counsel for the United States:**
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell:**
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)

**Counsel for Defendant William Sylvester:**
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel

**Counsel for Defendant Daniel Troxell:**
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL (Day 23):**

| | |
|---|---|
| 9:05 a.m. | Attorneys present, as noted above. All Defendants present, in custody. The Government's case agent, Deonica Reid, present. Outside the presence of the jury, the court and counsel discussed housekeeping matters. The United States' Motion *in Limine* to Preclude Introduction of Hearsay Statements by Gary Littrell, filed at ECF No. 2093, was GRANTED for the reasons as stated on the record and with a written order to issue. The court and counsel also discussed the Defense Motion to Compel Unredacted *Jencks* Material and Produce *Brady* Materials Concerning Un-Produced CDCR Documents, filed at ECF No. 2104, and the Motion filed in connection with the Notice of Filing Under Seal, filed at ECF No. 2125. The court and counsel discussed the United States' oral motion to recess the trial for the reasons as discussed on the record. |
| 9:35 a.m. | Jury present. Defense Witness, Joseph Stewart, sworn and testified on direct.  Examination conducted by Mr. Pugh. |
| 10:00 a.m. | Cross examination began. Examination conducted by Mr. Hitt. |
| 10:02 a.m. | Cross examination began. Examination conducted by Mr. Johnson. |
| 10:05 a.m. | Witness excused. Defense Witness, Jeff Reed, sworn and testified on direct.  Examination conducted by Mr. Pugh. |
| 10:14 a.m. | Cross examination began. Examination conducted by Mr. Spencer. |
| 10:15 a.m. | Cross examination began. Examination conducted by Mr. Leras. |
| 10:16 a.m. | Witness excused subject to recall. The court admonished and excused the jury for a morning break. Outside the presence of the jury, the court and counsel discussed housekeeping matters. After discussion with the parties, the court confirmed that witness Kevin Lee is excused from this trial. |
| 10:35 a.m. | The court excused all parties for a morning break. |

| | |
|---|---|
| 11:00 a.m. | Court back in session. All parties present. Jury present. The court updated the Jury as to the status of the case. |
| 11:05 a.m. | Witness excused. Defense Witness, Jeff Macomber, sworn and testified on direct. Examination conducted by Mr. Kalar. |
| 11:40 a.m. | Cross examination began. Examination conducted by Mr. Hitt. |
| 11:42 a.m. | Cross examination began. Examination conducted by Mr. Leras. |
| 11:47 a.m. | Witness excused. Defendant Sylvester began his case-in-chief.  Mr. Johnson read a Stipulation of Facts and Exhibit WS-0007 into the record. |
| 11:55 a.m. | The court admonished and excused the jury until 10:00 a.m. on April 3, 2024. Outside the presence of the jury, the court and counsel briefly discussed housekeeping matters. |
| 11:56 a.m. | The court excused all parties for a mid-morning/afternoon break. |
| 12:30 p.m. | Court back in session. All parties present (except the Government's case agent). Also present, Attorney Karen McConville, for potential witness Danny Jones. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 1:05 p.m. | All parties excused for evening recess. Jury Trial (Day 24) set for April 3, 2024 at 9:00 a.m. |

**ADMITTED EXHIBITS**:

WS-0007

**TIME IN COURT**: 3 Hours