```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER


UNITED STATES OF AMERICA,      No. 2:19-CR-00107-KJM

             Plaintiff,        MINUTES

    v.                         Date: April 4, 2024

RONALD YANDELL, ET AL.,        Deputy Clerk: M. Francel

             Defendants.       Court Reporter: Maryann Valenoti

_____/
```

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)


**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel
Sean McClelland, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)


**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel


**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL (Day 25):**

| | |
|---|---|
| 9:06 a.m. | Attorneys present, as noted above. All Defendants present, in custody. The Government's case agent, Deonica Reid, present. Outside the presence of the jury, the court and counsel discussed housekeeping matters, the status of Motions, as stated on the record. Orders to issue. |
| | In Camera hearing regarding potential at 3:00 pm today's date is CONFIRMED. Government is GRANTED permission to attend. |
| | Motion to Quash Witness Subpoena filed by attorney Kellan Patterson is SET for 11:00 am today. |
| | The Court took up the issue of the Pending Requests to Seal: 2094, 2096, 2097, 2099, 2100, 2105, 2125, 2131, 2133, 2135. Parties will be directed to meet and confer regarding which documents may be unsealed. |
| 9:40 a.m. | Jury present. Defense Witness, Officer Ramirez, sworn and testified on direct. Examination conducted by Mr. Pugh. |
| 9:47 a.m. | Cross examination began. Examination conducted by Mr. Hitt. |
| 9:57 a.m. | Redirect examination began. Examination conducted by Mr. Pugh. |
| 10:00 a.m. | Witness excused. |
| 10:01 a.m. | The court admonished and excused the jury until 1:00 p.m. on April 8, 2024. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 10:15 a.m. | Court in Recess |
| 11:02 a.m. | *In Camera* Proceedings. Defendant's counsel, Steven Kalar and Sean McClelland, present. Attorney Kallen Patterson, present. Attorney Todd Leras, observing. |
| 11:25 a.m. | Court in Recess |

| | |
|---|---|
| 3:00 p.m. | *In Camera* Proceedings. Defendant's counsel, Steven Kalar and Sean McClelland, present. Attorneys for Government, Jason Hitt and David Spencer, present, and Ross Pearson, via Zoom. Potential Defendant's witness did not appear. Attorney Kathryn Ross, present via Zoom. |
| 3:17 p.m. | Attorney Kathryn Ross excused. The Court took up housekeeping matters regarding stipulations regarding defense witnesses. |
| 3:31 p.m. | Counsel for Government is excused. The Court took up housekeeping matters regarding defense witnesses with defense counsel. |
| 3:33 p.m. | Court in Recess |
| 4:00 p.m. | *In Camera* Proceedings. Defendant's counsel, Steven Kalar and Sean McClelland, present. Attorneys for Government, Jason Hitt and David Spencer, present, and Ross Pearson, via Zoom. Attorney Karen Goldstein, present via Teleconference. |
| 4:13 p.m. | Attorney Karen Goldstein is excused. The Court took up housekeeping matters regarding defense witnesses with defense counsel. |
| 4:15 p.m. | All parties excused for evening recess. Jury Trial (Day 26) set for April 8, 2024 at 1:00 p.m. |

**ADMITTED EXHIBITS**:

None

**TIME IN COURT**: 2 Hours, 30 Minutes