**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: April 8, 2024 |
| RONALD YANDELL, ET AL., | Deputy Clerk: C. Schultz |
| Defendants. | Court Reporter: Maryann Valenoti |

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)


**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Sean McClelland, Appointed Counsel
Brian Pugh, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)


**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel


**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL (Day 26):**

| | |
|---|---|
| 10:15 a.m. | Attorneys present, as noted above. (The Government's Paralegal nor Case Agent were present for this session.) Defendants not present, appearances waived for this session. The court and counsel discussed housekeeping matters, proposed jury instructions, and other matters related to trial. The court directed the Courtroom Deputy notify the Jury that they are to report on Wednesday, April 10, 2024 at 9:00 AM (opposed to Tuesday, April 9, 2024). |
| 12:05 p.m. | The court excused all parties for a lunch recess. |
| 1:05 p.m. | Court back in session for an *in camera* hearing. Attorneys present, as noted above (now including both the Government's Paralegal, Ms. Osborn, and Case Agent, James Bonanno). Defendants not present, appearances waived for this session. Also present, U.S. Marshal Deputy Scott Feigelson; Defense Investigator, Chris Mouzis; Attorneys, Karen McConville (via videoconference for potential defense witness); and Lucas Hennes (via videoconference for California Department of Corrections and Rehabilitation). The court allowed Deputy Feigelson to make a record of the U.S. Marshal's efforts related to transportation of the potential defense witness. |
| 1:15 p.m. | The court excused U.S. Marshal Deputy Scott Feigelson, Attorney Lucas Hennes, and the United States (including their Paralegal and Case Agent). The court and counsel discussed issues related to the potential defense witness. |
| 1:40 p.m. | The court excused all parties for an afternoon recess. |

| | |
|---|---|
| 2:10 p.m. | Court back in session for an *in camera* Rule 104 hearing. Attorneys present, as noted above (including the Government, the Government's Paralegal and Case Agent). Defendants not present, appearances waived for this session. Also present, Defense Investigator, Chris Mouzis; Attorneys, Kathryn Ross (via videoconference for potential defense witness). Two defense witnesses were sworn and testified. Direct/redirect examinations conducted by Mr. Pugh. Cross examination conducted by Mr. Spencer. |
| 3:03 p.m. | Witness excused. The court directed the parties meet and confer regarding the Rule 104 hearing and submit either a stipulation or competing briefs no later than 12:00 PM (Noon) on Tuesday, April 9, 2024. The court and counsel discussed housekeeping matters. |
| 3:20 p.m. | All parties excused for evening recess. Jury Trial (Day 27) set for April 9, 2024, at 10:30 a.m. |

**ADMITTED EXHIBITS**: None

**TIME IN COURT**: 3 Hours, 35 Minutes