PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL,<br>DANNY TROXELL, AND<br>WILLIAM SYLVESTER,<br><br>Defendants. | CASE NO. 2:19-CR-00107-KJM<br><br>REQUEST TO PROVISIONALLY SEAL GOVERNMENT'S BRIEF IN OPPOSITION |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorneys Jason Hitt, Ross Pearson, David Spencerhereby requests provision sealing, until further Order of the Court, of its Brief in Opposition to Defendant Yandell's Request to Admit Purported Inmate Witness Statements. Provision sealing is requested because the brief identifies the inmate witnesses and discusses testimony from an *in camera* hearing.

/ / /

/ / /

/ / /

/ / /

REQUEST TO SEAL DOCUMENTS         1

The aforementioned Brief will be electronically transmitted to the Court and counsel for defendant Yandell.

Dated: April 9, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ DAVID SPENCER
DAVID SPENCER
Assistant United States Attorney