```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,      No. 2:19-CR-00107-KJM

        Plaintiff,     **MINUTES**

  v.                           Date: April 9, 2024

RONALD YANDELL, ET AL.,        Deputy Clerk: C. Schultz

        Defendants.    Court Reporter: Maryann Valenoti

_____/

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)


**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Sean McClelland, Appointed Counsel
Brian Pugh, Appointed Counsel


**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel


**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel

**JURY TRIAL (Day 27):**

10:35 a.m.   Attorneys present, as noted above. (The Government's Paralegal nor the Government's Case Agent were present for this session.) Defendants not present, appearances waived for this session. The court and counsel discussed proposed final jury instructions, the proposed verdict form, Defendants Renewed Rule 29 Motions, and housekeeping matters. For the reasons as stated on the record, the Renewed Rule 29 Motions were denied without prejudice. The court directed the Courtroom Deputy notify the Jury that they are to report on Thursday, April 11, 2024 at 9:00 AM (opposed to Wednesday, April 10, 2024).

12:20 p.m.   The court excused all parties for a lunch recess.

2:30 p.m.    Court back in session for an *in camera* Rule 104 hearing. Attorneys present, as noted above (including the Government's Paralegal and the Government's case agent, James Bonanno). Defendants not present, appearances waived for this session. Also present, Attorney Karen McConville (via videoconference) for a potential defense witness. One defense witness was sworn and testified (via videoconference). Direct examinations conducted by Mr. Pugh. Cross examination conducted by Mr. Pearson.

3:07 p.m.    Witness excused. The court heard oral arguments as to Defendant Yandell's motion to admit a statement as provided by Federal Rules of Evdience 803(5) and 807.

3:25 p.m.    The court excused all parties for a short afternoon break.

| | |
|---|---|
| 3:30 p.m. | Court back in session for further *in camera* Rule 104 proceedings. After careful consideration of the parties' arguments, the court denied Defendant Yandell's request to admit a statement as provided by Federal Rules of Evdience 803(5) and 807 for the reasons as stated on the record. Mr. McClelland, on behalf of Defendant Yandell, requested the potential defense witness represented by Ms. McConville be granted immunity.  Mr. Hitt, on behalf of the Government, denied the immunity request. After hearing oral argument as to Defendant Yandell's request for compelled immunity. The court took the matter under submission. |
| 3:55 p.m. | The court excused Ms. McConville.  The court and counsel discussed recently provided discovery and additional housekeeping matters. Mr. Kalar, on behalf of Defendant Yandell, requested a continuance for the reasons as outlined on the record. The court continued further discussion on this matter until April 10, 2024 at 10:00 a.m. |
| 4:20 p.m. | All parties excused for evening recess. Jury Trial (Day 28) set for April 10, 2024, at 10:00 a.m. |

**ADMITTED EXHIBITS**: None

**TIME IN COURT**: 3 Hours, 30 Minutes