

# Extraction Report
ZTE Z222

## Summary

| Connection Type | Cable No. 100 |
|---|---|
| Extraction start date/time | 1/28/2016 11:43:16 AM |
| Extraction end date/time | 1/28/2016 11:46:15 AM |
| Extraction Type | File system |
| Extraction ID | 4FF10289-8D11-478A-B306-23835503C81D |
| Internal Version | 4.2.11.307 |
| Selected Manufacturer | ZTE GSM |
| Selected Device Name | Z222 |
| Unit Identifier | UFED S/N 5911965 |
| UFED Version | 4.5.0.307 |
| UFED Physical Analyzer version | 4.5.1.13 |
| Version type | |
| Time zone settings (UTC) | Original UTC value |
| Examiner name | DPG |

## Image Hash Details (1)

No reference hash information is available for this project.

| # | Name | Info | |
|---|---|---|---|
| 1 | FileDump | Path | ZTE GSM_Z222.zip |
| | | Size (bytes) | 16986943 |

## Plugins

| # | Name | Author | Version |
|---|---|---|---|
| 1 | **ZTE SMS**<br>Decodes SMS and MMS of ZTE phones | Cellebrite | 2.0 |
| 2 | **Garbage Cleaner** | | |
| 3 | **DataFilesHandler**<br>Tags data files according to extensions and file signatures | Cellebrite | 2.0 |
| 4 | **ContactsCrossReference**<br>Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |

GOVERNMENT EXHIBIT

| # | Name | Author | Version |
|---|------|--------|---------|
| 5 | Analytics<br>Generates the Analytics section information | Cellebrite | 2.0 |

## Contents

| Type | Included in report | Total |
|------|-------------------|-------|
| Data Files | 160 | 160 |
|     Applications | 3 | 3 |
|     Audio | 65 | 65 |
|     Configurations | 1 | 1 |
|     Images | 58 | 58 |
|     Text | 33 | 33 |

## Data Files (160)

### Applications (3)

| # | File Info | Additional file info | Deleted |
|---|-----------|---------------------|---------|
| 1 | Name: 00000001.jar<br>Path: /mod/java/appdb/00000001.jar<br>SHA256: 613FA465504988D056CED40812F201AA89D28E48D27BC0005E6B9C5065552B46 | Size (bytes): 373642<br>Modified: 11/9/2012 10:39:40 PM(UTC+0) | |
| 2 | Name: 00000002.jar<br>Path: /mod/java/appdb/00000002.jar<br>SHA256: 5727ADEBC74DE26C60F04BB57330E9688C36718BFDAB3E791ACC31B0072BF0E9 | Size (bytes): 825301<br>Modified: 11/27/2012 5:20:06 PM(UTC+0) | |
| 3 | Name: 00000003.jar<br>Path: /mod/java/appdb/00000003.jar<br>SHA256: 669D34CFB6D56E6B59E123D8DF823DE4173D6E5F6FA296B892F7732EB0A55104 | Size (bytes): 140520<br>Modified: 11/9/2012 10:39:30 PM(UTC+0) | |

### Audio (65)

| # | File Info | Additional file info | Deleted |
|---|-----------|---------------------|---------|
| 1 | Name: Appearance.mp3<br>Path: /fm/audio/ring/Appearance.mp3<br>SHA256: 0EB28601FE1601773895455A014D287B0E08215A7B795492C5FC16E004DEA652 | Size (bytes): 28466<br>Modified: 3/23/2011 10:23:54 PM(UTC+0) | |
| 2 | Name: AT&#38;T CatchMe.mp3<br>Path: /fm/audio/ring/AT&#38;T CatchMe.mp3<br>SHA256: DA693625B39B7DF2174D90F73130F60DAD96076503592F8E018A2D70B7544CC6 | Size (bytes): 252157<br>Modified: 3/23/2011 10:23:54 PM(UTC+0) | |
| 3 | Name: AT&#38;T Firefly.mp3<br>Path: /fm/audio/ring/AT&#38;T Firefly.mp3<br>SHA256: 6F753C274B49F29815F838C5E20033FED38760B5009AFD5BB3570ABAA2ACC9E4 | Size (bytes): 301074<br>Modified: 3/23/2011 10:23:56 PM(UTC+0) | |
| 4 | Name: AT&#38;T PlayOn.mp3<br>Path: /fm/audio/ring/AT&#38;T PlayOn.mp3<br>SHA256: 918A33552CFEDB90CD840C99907F1B39E1A77AD3F2224EBB22A3D150A002254A | Size (bytes): 254038<br>Modified: 3/23/2011 10:23:58 PM(UTC+0) | |

| # | File Info | | Additional file info | | Deleted |
|---|---|---|---|---|---|
| 5 | Name:<br>Path:<br>SHA256: | AT&#38;T StarGazer.mp3<br>/fm/audio/ring/AT&#38;T StarGazer.mp3<br>6606026F9952AC88CD9FFD1BDB438980<br>DB3C451C553412C338EA78A34E07F579 | Size (bytes):<br>Modified: | 253725<br>3/23/2011 10:24:00 PM(UTC+0) | |
| 6 | Name:<br>Path:<br>SHA256: | Beauty.mp3<br>/fm/audio/ring/Beauty.mp3<br>5B7C3A300A686F7E4C6B3DC8567491F0<br>81A1468F3D7D05174214F12DE1219D52 | Size (bytes):<br>Modified: | 262815<br>3/23/2011 10:24:02 PM(UTC+0) | |
| 7 | Name:<br>Path:<br>SHA256: | Beep.mid<br>/fm/audio/ring/Beep.mid<br>171792E3C96DA7DADD1341A0AFBD5E19<br>7A88D9BF3461EDDA6DEE803665051DC6 | Size (bytes):<br>Modified: | 124<br>3/23/2011 10:24:04 PM(UTC+0) | |
| 8 | Name:<br>Path:<br>SHA256: | Breeze.mp3<br>/fm/audio/ring/Breeze.mp3<br>625E43173018190AAD460C72F4459E10<br>F53943842FA3264A947FAF0477E19D9F | Size (bytes):<br>Modified: | 17599<br>3/23/2011 10:24:04 PM(UTC+0) | |
| 9 | Name:<br>Path:<br>SHA256: | carkitoff.mid<br>/fm/audio/ring/keypad/carkitoff.mid<br>70E429DCD71691775D76211974875F5E<br>AE21846F41DFE15EABF048AA5CFF3C36 | Size (bytes):<br>Modified: | 310<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 10 | Name:<br>Path:<br>SHA256: | carkiton.mid<br>/fm/audio/ring/keypad/carkiton.mid<br>EC532D144C6223F3F3980B86A858952F<br>842C07AFE5A697AD52FC0D59456B5D11 | Size (bytes):<br>Modified: | 182<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 11 | Name:<br>Path:<br>SHA256: | Cartoon.mp3<br>/fm/audio/ring/Cartoon.mp3<br>71C22E7234943E557DF64E5257F7BB4E<br>FE414447428ED1009FA76CA27CD6FD56 | Size (bytes):<br>Modified: | 28988<br>3/23/2011 10:24:04 PM(UTC+0) | |
| 12 | Name:<br>Path:<br>SHA256: | Classical.mp3<br>/fm/audio/ring/Classical.mp3<br>7F8C996715F4CEC9DCA3AB418FF583DE<br>29AEDF29C9BF7CC0F51716BC43499E05 | Size (bytes):<br>Modified: | 240872<br>3/23/2011 10:24:04 PM(UTC+0) | |
| 13 | Name:<br>Path:<br>SHA256: | Decorative Pattern.mp3<br>/fm/audio/ring/Decorative Pattern.mp3<br>81C7A8CF3C78157F8A35BFDC5FB7D730<br>8E73C880195E40509490B46FA9275ED8 | Size (bytes):<br>Modified: | 290526<br>3/23/2011 10:24:06 PM(UTC+0) | |
| 14 | Name:<br>Path:<br>SHA256: | Drip.mid<br>/fm/audio/ring/Drip.mid<br>1E99A902C6AA549BF5A717704EBC2B03<br>2458963EAEDACD46866591FB41611C57 | Size (bytes):<br>Modified: | 216<br>3/23/2011 10:24:08 PM(UTC+0) | |
| 15 | Name:<br>Path:<br>SHA256: | Fast.mp3<br>/fm/audio/ring/Fast.mp3<br>E76135DCC6F4FCBAE53C391EF2592D3E<br>C432305B9980337676E8CEAF650F093C | Size (bytes):<br>Modified: | 37243<br>3/23/2011 10:24:08 PM(UTC+0) | |
| 16 | Name:<br>Path:<br>SHA256: | Fly to the sky.mp3<br>/fm/audio/ring/Fly to the sky.mp3<br>78C377FBE45E158CF3E80DEC1F5950D1<br>A4C896230A5BD95AD26B5F86A349F85F | Size (bytes):<br>Modified: | 268771<br>3/23/2011 10:24:08 PM(UTC+0) | |
| 17 | Name:<br>Path:<br>SHA256: | Folk song.mp3<br>/fm/audio/ring/Folk song.mp3<br>CA5ADD5ABD56AA4F4019ED5FADE49938<br>FBD100C3816913651F3EB16F4858D18A | Size (bytes):<br>Modified: | 274309<br>3/23/2011 10:24:10 PM(UTC+0) | |
| 18 | Name:<br>Path:<br>SHA256: | Fresh.mp3<br>/fm/audio/ring/Fresh.mp3<br>AE2EED0D3D3AC6F346D6EC583841D73B<br>BD998EF94DBDB5AF29DDC04E82D9E727 | Size (bytes):<br>Modified: | 90742<br>3/23/2011 10:24:12 PM(UTC+0) | |

| # | File Info | | Additional file info | | Deleted |
|---|---|---|---|---|---|
| 19 | Name:<br>Path:<br>SHA256: | Humorous.mp3<br>/fm/audio/ring/Humorous.mp3<br>34E94DC3B2FAC6D1B1D8D141521FEA77<br>3E5CF415BA422F7D63A1939337B0564B | Size (bytes):<br>Modified: | 268928<br>3/23/2011 10:24:14 PM(UTC+0) | |
| 20 | Name:<br>Path:<br>SHA256: | Infatuation.mp3<br>/fm/audio/ring/Infatuation.mp3<br>978233081BC01BADB4E160D26E988B44<br>8FC617D70CB0E44DDAAD60C1985CDE1C | Size (bytes):<br>Modified: | 272846<br>3/23/2011 10:24:16 PM(UTC+0) | |
| 21 | Name:<br>Path:<br>SHA256: | Innervation.mp3<br>/fm/audio/ring/Innervation.mp3<br>BB8FF4200B1C31947BB57CE572427586<br>47E34018B3F3000C52254AFBA0C1D0ED | Size (bytes):<br>Modified: | 201083<br>3/23/2011 10:24:18 PM(UTC+0) | |
| 22 | Name:<br>Path:<br>SHA256: | Jingle Bell.mp3<br>/fm/audio/ring/Jingle Bell.mp3<br>2B87B6BD2FCD7BEA9845D65AA364FD95<br>25DE6D580DE038069B49B981A6D62E11 | Size (bytes):<br>Modified: | 280579<br>3/23/2011 10:23:42 PM(UTC+0) | |
| 23 | Name:<br>Path:<br>SHA256: | key0.mid<br>/fm/audio/ring/keypad/key0.mid<br>CD9BB6154F9B165E96478D06E25FF8D8<br>CB81E455E3996CF3E923A4127611DB76 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 24 | Name:<br>Path:<br>SHA256: | key1.mid<br>/fm/audio/ring/keypad/key1.mid<br>B548EC0EC2DB4776BC1D551A6B81F4E4<br>29DB782341423A5CEE79664316FBCB52 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 25 | Name:<br>Path:<br>SHA256: | key2.mid<br>/fm/audio/ring/keypad/key2.mid<br>ABF41B60DB67BC824359EEB11156F2B0<br>B1907CFB6DFE865C8D4692612270CA8E | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 26 | Name:<br>Path:<br>SHA256: | key3.mid<br>/fm/audio/ring/keypad/key3.mid<br>474A4EB955B0E68D57F1285AF2E7B204<br>F64221758D069214F781A6647A570E6D | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 27 | Name:<br>Path:<br>SHA256: | key4.mid<br>/fm/audio/ring/keypad/key4.mid<br>C59268B3B233EF088EA9EB062CE08F71<br>A292ABB549663503E9A07B7D7AEEF83A | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 28 | Name:<br>Path:<br>SHA256: | key5.mid<br>/fm/audio/ring/keypad/key5.mid<br>3182BB7026F37DB0F67A8FACE224E0DF<br>CB3BA2D17688CF7A365C64A6EA9E8DC4 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 29 | Name:<br>Path:<br>SHA256: | key6.mid<br>/fm/audio/ring/keypad/key6.mid<br>0B62FA8353FB986E1EBC8B293798FAB3<br>DF03DBFB1ED780119C114B23FEFBBBF0 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 30 | Name:<br>Path:<br>SHA256: | key7.mid<br>/fm/audio/ring/keypad/key7.mid<br>1C183799DB269D01A7ABF0761F84DE8C<br>28A4522C2886A911777FE557DB373491 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 31 | Name:<br>Path:<br>SHA256: | key8.mid<br>/fm/audio/ring/keypad/key8.mid<br>15F8FDDD41521C4E9CA745D1E4D5780C<br>82105EC8FA882999BEDF0C1A546E7109 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 32 | Name:<br>Path:<br>SHA256: | key9.mid<br>/fm/audio/ring/keypad/key9.mid<br>F72ED2615A2D8F7554B397CFBCB02512<br>D1E8938BE05043547C45652FAD80C051 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |

| # | File Info | | Additional file info | | Deleted |
|---|---|---|---|---|---|
| 33 | Name:<br>Path:<br>SHA256: | keyclear.mid<br>/fm/audio/ring/keypad/keyclear.mid<br>D335DE34645770AE0D7BF18604A28445<br>3BA9B361DDA34D26E321D58A9248D0B1 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 34 | Name:<br>Path:<br>SHA256: | keyend.mid<br>/fm/audio/ring/keypad/keyend.mid<br>EBFB5283CB6EADD0B2CA5CF6FEE31558<br>F2D9058966001FF3C548BB54C2D36860 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 35 | Name:<br>Path:<br>SHA256: | keyleftright.mid<br>/fm/audio/ring/keypad/keyleftright.mid<br>ECA1E651D1C509BD1B727A3058461484<br>73D51062DD77BF6F3936405E2FF2209D | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 36 | Name:<br>Path:<br>SHA256: | keyok.mid<br>/fm/audio/ring/keypad/keyok.mid<br>4C954A55FFEAFC65F28D4348EF70564F<br>F04B3BDE756100954362EC16B1076B70 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 37 | Name:<br>Path:<br>SHA256: | keyother.mid<br>/fm/audio/ring/keypad/keyother.mid<br>4C954A55FFEAFC65F28D4348EF70564F<br>F04B3BDE756100954362EC16B1076B70 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 38 | Name:<br>Path:<br>SHA256: | keysend.mid<br>/fm/audio/ring/keypad/keysend.mid<br>F0BBC9CED136C7B048D7B370C5F36CB2<br>AAC1370C55EAFEC805CDDED0492ADD1D | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 39 | Name:<br>Path:<br>SHA256: | keysidefunc.mid<br>/fm/audio/ring/keypad/keysidefunc.mid<br>FDD53A363A670B1046FFF8939F61BB18<br>A7773BDE9995193AC6BD3FA69A3808EE | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 40 | Name:<br>Path:<br>SHA256: | keysideupdown.mid<br>/fm/audio/ring/keypad/keysideupdown.mid<br>4C954A55FFEAFC65F28D4348EF70564F<br>F04B3BDE756100954362EC16B1076B70 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 41 | Name:<br>Path:<br>SHA256: | keysoft.mid<br>/fm/audio/ring/keypad/keysoft.mid<br>4C954A55FFEAFC65F28D4348EF70564F<br>F04B3BDE756100954362EC16B1076B70 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 42 | Name:<br>Path:<br>SHA256: | keystarpound.mid<br>/fm/audio/ring/keypad/keystarpound.mid<br>C5511ED9F1F94B0061E541BF5B695FBB<br>E81CFD8CAE382E384A05F25A341E1C33 | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 43 | Name:<br>Path:<br>SHA256: | keyupdown.mid<br>/fm/audio/ring/keypad/keyupdown.mid<br>ECA1E651D1C509BD1B727A3058461484<br>73D51062DD77BF6F3936405E2FF2209D | Size (bytes):<br>Modified: | 61<br>1/1/2012 12:04:30 AM(UTC+0) | |
| 44 | Name:<br>Path:<br>SHA256: | Lightness.mp3<br>/fm/audio/ring/Lightness.mp3<br>5D40606400F3EE29A95E96B5B14DE196<br>ACEB90C3F8F80AD1EF9492F6B55C6DD2 | Size (bytes):<br>Modified: | 115485<br>3/23/2011 10:23:44 PM(UTC+0) | |
| 45 | Name:<br>Path:<br>SHA256: | listen.mp3<br>/fm/audio/ring/listen.mp3<br>91BD9E1EB6A3C4FD2A0E96E1F8C846D8<br>7A7B327BAE4B871719ADBE4961D01733 | Size (bytes):<br>Modified: | 33983<br>3/23/2011 10:23:46 PM(UTC+0) | |
| 46 | Name:<br>Path:<br>SHA256: | lowerbattery.mid<br>/fm/audio/ring/func/lowerbattery.mid<br>3C9BA9B8EDFCAF8D9B8F10AA1D40ACBD<br>61D373D9E9D9AD52E5F05BC5F359F289 | Size (bytes):<br>Modified: | 167<br>1/1/2012 12:04:14 AM(UTC+0) | |

| # | File Info | | Additional file info | | Deleted |
|---|---|---|---|---|---|
| 47 | Name:<br>Path:<br>SHA256: | lowpower.mid<br>/fm/audio/ring/func/lowpower.mid<br>E10E051879B0820B18C27B391386E0D2<br>9D590DDB917453B3E2196A5B9AAAFC55 | Size (bytes):<br>Modified: | 1372<br>1/1/2012 12:04:14 AM(UTC+0) | |
| 48 | Name:<br>Path:<br>SHA256: | Marimba.mp3<br>/fm/audio/ring/Marimba.mp3<br>ACC6E67B0AD64837ECA6A344313A16ED<br>5DB6282BEC046F1992551267C7D1C2E0 | Size (bytes):<br>Modified: | 249148<br>3/23/2011 10:23:46 PM(UTC+0) | |
| 49 | Name:<br>Path:<br>SHA256: | Paddling .mid<br>/fm/audio/ring/Paddling .mid<br>9B937BAF906E12E7DA73DA9F5FAB0D22<br>F514BBA65DBDBDCFA7362B17B599E0A5 | Size (bytes):<br>Modified: | 236<br>3/23/2011 10:23:48 PM(UTC+0) | |
| 50 | Name:<br>Path:<br>SHA256: | power off.mp3<br>/fm/audio/ring/power/power off.mp3<br>5A7BB246B5694B45579762DE1EF1C96C<br>C1345B01B9F5A3DF67D092DE8AD1CB51 | Size (bytes):<br>Modified: | 9920<br>1/1/2012 12:04:38 AM(UTC+0) | |
| 51 | Name:<br>Path:<br>SHA256: | power on.mp3<br>/fm/audio/ring/power/power on.mp3<br>5A7BB246B5694B45579762DE1EF1C96C<br>C1345B01B9F5A3DF67D092DE8AD1CB51 | Size (bytes):<br>Modified: | 9920<br>1/1/2012 12:04:40 AM(UTC+0) | |
| 52 | Name:<br>Path:<br>SHA256: | Resound.mid<br>/fm/audio/ring/Resound.mid<br>0DC8C077E3AFFFDD2E95AB95F30C6C93<br>244941E3CF4269443927D13E19940413 | Size (bytes):<br>Modified: | 362<br>3/23/2011 10:23:48 PM(UTC+0) | |
| 53 | Name:<br>Path:<br>SHA256: | Short pop-m.mp3<br>/fm/audio/ring/Short pop-m.mp3<br>A2D1FA0E3C0B5395D957EA165812E438<br>8C52BE04976FAFE989523B7F9430E045 | Size (bytes):<br>Modified: | 70680<br>3/23/2011 10:23:48 PM(UTC+0) | |
| 54 | Name:<br>Path:<br>SHA256: | shutter1.wav<br>/fm/audio/ring/func/shutter1.wav<br>414EF5BDC124B8EEE3D9D7CCD513E176<br>EAEDD9BA743969364341563634557FD4 | Size (bytes):<br>Modified: | 12848<br>1/1/2012 12:04:14 AM(UTC+0) | |
| 55 | Name:<br>Path:<br>SHA256: | shutter2.wav<br>/fm/audio/ring/func/shutter2.wav<br>21A57DF183FBF907812D94D62A289C96<br>BBCCC08E4B4D8849B38C5703228B63B9 | Size (bytes):<br>Modified: | 403320<br>1/1/2012 12:04:14 AM(UTC+0) | |
| 56 | Name:<br>Path:<br>SHA256: | shutter3.wav<br>/fm/audio/ring/func/shutter3.wav<br>79D0392DDBB539C04ED169D66EDD4E7B<br>7FE84E18F424DDCD7C1F3995DA0D7567 | Size (bytes):<br>Modified: | 259964<br>1/1/2012 12:04:18 AM(UTC+0) | |
| 57 | Name:<br>Path:<br>SHA256: | Softly.mid<br>/fm/audio/ring/Softly.mid<br>D8A32AC54939A1DD0AE8D86E44265395<br>C5490AB6ABAFA23FBB4F4A225B15A6A1 | Size (bytes):<br>Modified: | 191<br>3/23/2011 10:23:48 PM(UTC+0) | |
| 58 | Name:<br>Path:<br>SHA256: | space.mp3<br>/fm/audio/ring/space.mp3<br>C754246993BD5ABE733F8A5DE06273AB<br>C873D3FE21E1B16453173872D4A51D2E | Size (bytes):<br>Modified: | 49865<br>3/23/2011 10:23:48 PM(UTC+0) | |
| 59 | Name:<br>Path:<br>SHA256: | Spring.mp3<br>/fm/audio/ring/Spring.mp3<br>425A66C52D0FCD56E26755D8147BB750<br>D335F801AEB84FD54C0A3CD52307774A | Size (bytes):<br>Modified: | 53125<br>3/23/2011 10:23:48 PM(UTC+0) | |
| 60 | Name:<br>Path:<br>SHA256: | Standard.mp3<br>/fm/audio/ring/Standard.mp3<br>794F093D99458B46094551A2451E5DEC<br>1DE5F198F438CF29FB959F97E1E9E385 | Size (bytes):<br>Modified: | 53125<br>3/23/2011 10:23:50 PM(UTC+0) | |

| # | File Info | | Additional file info | | Deleted |
|---|---|---|---|---|---|
| 61 | Name:<br>Path:<br>SHA256: | starshine.mp3<br>/fm/audio/ring/starshine.mp3<br>9FBFD4C0CE38CBB633385860A1234953<br>E12604AE8CB9883E1A0C0AFDDAD01A9C | Size (bytes):<br>Modified: | 286430<br>3/23/2011 10:23:50 PM(UTC+0) | |
| 62 | Name:<br>Path:<br>SHA256: | Swoosh.mid<br>/fm/audio/ring/Swoosh.mid<br>8667C32072E286FDCE9E576122313F47<br>C40A874FC8A1834531FEFEB29D3756C4 | Size (bytes):<br>Modified: | 253<br>3/23/2011 10:23:52 PM(UTC+0) | |
| 63 | Name:<br>Path:<br>SHA256: | Thanksgiving Parade.mp3<br>/fm/audio/ring/Thanksgiving Parade.mp3<br>0B1EB47AA9D15EA25A04CB5C16A5ADD0<br>8AD2B54D310B777A67E8B019FDA07EE5 | Size (bytes):<br>Modified: | 236191<br>3/23/2011 10:23:52 PM(UTC+0) | |
| 64 | Name:<br>Path:<br>SHA256: | video_end.wav<br>/fm/audio/ring/func/video_end.wav<br>9EB4F164061A13A4169BA08FA4D51A3E<br>A8B21EB5B70553A18EDC1BC36C54D6B5 | Size (bytes):<br>Modified: | 4180<br>1/1/2012 12:04:20 AM(UTC+0) | |
| 65 | Name:<br>Path:<br>SHA256: | video_start.wav<br>/fm/audio/ring/func/video_start.wav<br>67F8BFD6BD6781FA65FDE2F60484F606<br>AD35BDD7F5A7CAD893C1012023291F79 | Size (bytes):<br>Modified: | 3852<br>1/1/2012 12:04:20 AM(UTC+0) | |

Configurations (1)

| # | File Info | | Additional file info | | Deleted |
|---|---|---|---|---|---|
| 1 | Name:<br>Path:<br>SHA256: | hsusb.conf<br>/nv/item_files/conf/hsusb.conf<br>0E81DFCA34F3DBA2CA086F4A4232525D<br>BD54BAA32590B2A680C15BE145841238 | Size (bytes):<br>Modified: | 162<br>2/8/1980 6:50:58 AM(UTC+0) | |

Images (58)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name:<br>Path:<br>SHA256: | 00000001.png<br>/mod/java/appdb/00000001.png<br>A175B29989D9F10F780EF3C1B3D39<br>172<br>FA122806EDB17280A85A5CF413F69<br>CE2 | Size (bytes):<br>Modified: | 227<br>11/9/2012 10:39:42<br>PM(UTC+0) | [icon] | |
| 2 | Name:<br>Path:<br>SHA256: | 00000002.png<br>/mod/java/appdb/00000002.png<br>865A34D460ACDBFFB208778A3B152<br>77A<br>0E48BC15692CE746FD9AB77EE10A8<br>7FF | Size (bytes):<br>Modified: | 871<br>11/27/2012 5:20:30<br>PM(UTC+0) | [icon] | |
| 3 | Name:<br>Path:<br>SHA256: | 00000003.png<br>/mod/java/appdb/00000003.png<br>136BCD9FC1E662924E7037E190370<br>D4E<br>7BC2C8A63DE0ECCFEA9F12E892A0A<br>244 | Size (bytes):<br>Modified: | 192<br>11/9/2012 10:39:32<br>PM(UTC+0) | [icon] | |
| 4 | Name:<br>Path:<br>SHA256: | 00001079.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001079.<br>dcf/00001079.dcf_embedded_1.jpg<br>708E0E0CD64D32DD7040B3BAB5E7<br>95BF<br>52851595E5E33717FE818113D624D<br>817 | Size (bytes): | 7588 | [PERFECT GIRLS mobile] | |

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 5 | Name:<br>Path:<br>SHA256: | 00001081.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001081.dcf/00001081.dcf_embedded_1.jpg<br>5A310AA33A4E467D76A7DB6B605C51C4<br>5D14A23FE71B6814C60B3F2A6C7CDB7E | Size (bytes): | 326 | | |
| 6 | Name:<br>Path:<br>SHA256: | 00001086.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001086.dcf/00001086.dcf_embedded_1.jpg<br>F2422F3CFFEC9F8260F6D3CD024D08FF<br>2810F070F6EDDA27B1CD29C2F19B2B6E | Size (bytes): | 380 | | |
| 7 | Name:<br>Path:<br>SHA256: | 00001091.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001091.dcf/00001091.dcf_embedded_1.jpg<br>4988742EB20B7BB7441F711CEF056235<br>363BC8EC567412153A237C5586CDCDC2 | Size (bytes): | 7732 | | |
| 8 | Name:<br>Path:<br>SHA256: | 00001092.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001092.dcf/00001092.dcf_embedded_1.jpg<br>B411DF335A5C9EE1C3BC2816BC3D4579<br>786E75B1AD58F3F3779D733D1E2671D0 | Size (bytes): | 13361 | | |
| 9 | Name:<br>Path:<br>SHA256: | 00001093.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001093.dcf/00001093.dcf_embedded_1.jpg<br>36CBF99AD2486021B93A227D24AAF4CA<br>823E1C9A8B7F06EDD884FB2A581057D3 | Size (bytes): | 12393 | | |
| 10 | Name:<br>Path:<br>SHA256: | 00001094.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001094.dcf/00001094.dcf_embedded_1.jpg<br>8E14CCB9AD31490E125028774E90137F<br>D1D74D6EDACD997228A1401EF367C864 | Size (bytes): | 9457 | | |
| 11 | Name:<br>Path:<br>SHA256: | 00001095.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001095.dcf/00001095.dcf_embedded_1.jpg<br>0FC2E1BAAA1F22DE3993D6F6A55835A8<br>E956C1D1BD901D8AC0BB1B678496149B | Size (bytes): | 1152 | | |
| 12 | Name:<br>Path:<br>SHA256: | 00001096.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001096.dcf/00001096.dcf_embedded_1.jpg<br>B8C05FCBCD80EC361CA844913BAD2291<br>DE4D21234576DC34FED673535CF9B061 | Size (bytes): | 13612 | | |

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 13 | Name:<br>Path:<br>SHA256: | 00001112.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001112.dcf/00001112.dcf_embedded_1.jpg<br>D5663608E67F15F73B68482D2F620AC5<br>2F22296BD0EFAAE0500F80323FA7B1A6 | Size (bytes): | 10254 | | |
| 14 | Name:<br>Path:<br>SHA256: | 00001114.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001114.dcf/00001114.dcf_embedded_1.jpg<br>1D5EF69B8A16D5149B1B30C6E958C0D1<br>47D3B7B0162433CDABB307C8A00B3A94 | Size (bytes): | 9792 | | |
| 15 | Name:<br>Path:<br>SHA256: | 00001115.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001115.dcf/00001115.dcf_embedded_1.jpg<br>C89E70D5FB4CF1BC568BB32A591EB5DC<br>A1BD4C5A1272AF963863741F794A6C40 | Size (bytes): | 7854 | | |
| 16 | Name:<br>Path:<br>SHA256: | 00001116.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001116.dcf/00001116.dcf_embedded_1.jpg<br>E68D5C767AAECD622324E72D33E5BDE3<br>57989E22CB6FD114B64BF8E33CBBB229 | Size (bytes): | 12115 | | |
| 17 | Name:<br>Path:<br>SHA256: | 00001117.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001117.dcf/00001117.dcf_embedded_1.jpg<br>281B212F46243F549758F1D68F8F370B<br>13F0416F60DBF76DBC2C98C9CA590A09 | Size (bytes): | 15942 | | |
| 18 | Name:<br>Path:<br>SHA256: | 00001118.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001118.dcf/00001118.dcf_embedded_1.jpg<br>DD0536BE08C97F46116BBAE6B7D27129<br>D99D157231039DE97EE0A968FE6254DB | Size (bytes): | 17587 | | |
| 19 | Name:<br>Path:<br>SHA256: | 00001121.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001121.dcf/00001121.dcf_embedded_1.jpg<br>E07EF3B6293ACFD507D140770F7118A2<br>7843E2C3F906733046055596F0FEE05C | Size (bytes): | 17453 | | |
| 20 | Name:<br>Path:<br>SHA256: | 00001122.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001122.dcf/00001122.dcf_embedded_1.jpg<br>64CFAEBE22D06946994BBA2B002435F4<br>0238EF425E1FC1D86379FB1529CA2155 | Size (bytes): | 9101 | | |

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 21 | Name:<br>Path:<br>SHA256: | 00001123.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001123.dcf/00001123.dcf_embedded_1.jpg<br>74FCCD1A2A448D1756B884E641564AB4<br>3DD69395E110F6AA07C48B42AD44F7FF | Size (bytes): | 12815 | | |
| 22 | Name:<br>Path:<br>SHA256: | 00001124.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001124.dcf/00001124.dcf_embedded_1.jpg<br>FC4CF82684CD3F6383B57635CE50627D<br>6F8B8CA5A552A20C2FB1DD1F990622E2 | Size (bytes): | 12963 | | |
| 23 | Name:<br>Path:<br>SHA256: | 00001125.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001125.dcf/00001125.dcf_embedded_1.jpg<br>B411DF335A5C9EE1C3BC2816BC3D4579<br>786E75B1AD58F3F3779D733D1E2671D0 | Size (bytes): | 13361 | | |
| 24 | Name:<br>Path:<br>SHA256: | 00001126.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001126.dcf/00001126.dcf_embedded_1.jpg<br>BD9D1F7AA12D0645D13C9F507096804E<br>B1DED105E15C482FCBF27F190981F581 | Size (bytes): | 13066 | | |
| 25 | Name:<br>Path:<br>SHA256: | 00001127.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001127.dcf/00001127.dcf_embedded_1.jpg<br>2EE4ED3675FC9FB9BAD69A50AFE2EADC<br>52B18782EE060479F26A77552495A08F | Size (bytes): | 16047 | | |
| 26 | Name:<br>Path:<br>SHA256: | 00001128.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001128.dcf/00001128.dcf_embedded_1.jpg<br>DDA67F2E8C610D568D40BDFF703C2B1F<br>16376784BD3085BB097740E2EB37001C | Size (bytes): | 12727 | | |
| 27 | Name:<br>Path:<br>SHA256: | 00001129.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001129.dcf/00001129.dcf_embedded_1.jpg<br>DD3243D971873D38309E39BBC7D41B31<br>28BAFDF60805AB6F820FAF78DD756132 | Size (bytes): | 13235 | | |
| 28 | Name:<br>Path:<br>SHA256: | 00001132.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001132.dcf/00001132.dcf_embedded_1.jpg<br>8141AD227DCCC040CEABC0C056EAC59B<br>B3078621D917E0B924D65A974C2AF912 | Size (bytes): | 2546 | | |

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 29 | Name:<br>Path:<br>SHA256: | 00001133.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001133.dcf/00001133.dcf_embedded_1.jpg<br>2BAA96B2D70B8ADD72F0ED1FE693DDF6<br>EC60B69A01F3A6B24EEC2BC79D20177F | Size (bytes): | 1160 | | |
| 30 | Name:<br>Path:<br>SHA256: | 00001136.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001136.dcf/00001136.dcf_embedded_1.jpg<br>413A3A336BF33A212CADCC4AC5DD6ADD<br>4E09BB3F3946C41EC9F3D38EDC6AFFA0 | Size (bytes): | 930 | | |
| 31 | Name:<br>Path:<br>SHA256: | 00001137.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001137.dcf/00001137.dcf_embedded_1.jpg<br>3CFE3F51D0310D6D741F11DA375B76A9<br>0169409DEC501642258C545CDD8BE8E8 | Size (bytes): | 1467 | | |
| 32 | Name:<br>Path:<br>SHA256: | 00001138.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001138.dcf/00001138.dcf_embedded_1.jpg<br>A4A291374A2908C558A1B432662F82E7<br>F2A3EAD6D840AD33CDC921E6A3FC0452 | Size (bytes): | 923 | | |
| 33 | Name:<br>Path:<br>SHA256: | 00001139.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001139.dcf/00001139.dcf_embedded_1.jpg<br>6190183C8F38222D68D84F8ACDC2557F<br>7E4E34B93885E9F570140253D70CCB3E | Size (bytes): | 1040 | | |
| 34 | Name:<br>Path:<br>SHA256: | 00001140.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001140.dcf/00001140.dcf_embedded_1.jpg<br>5FB75042F65CF48D808FC9E824DC243F<br>F6B6C7B29DD64EBE54FA3E2358769FD9 | Size (bytes): | 1052 | | |
| 35 | Name:<br>Path:<br>SHA256: | 00001141.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001141.dcf/00001141.dcf_embedded_1.jpg<br>A6AE789E3250BECC18035F645E9E2A83<br>10D1C87B90250CEEB5FB8F5C2149ABEE | Size (bytes): | 997 | | |
| 36 | Name:<br>Path:<br>SHA256: | 00001142.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001142.dcf/00001142.dcf_embedded_1.jpg<br>0E7B3323DBE68751EB57D66311DBFEBA<br>E1916A070B74CCD87BE1F88327088E72 | Size (bytes): | 1197 | | |

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 37 | Name:<br>Path:<br>SHA256: | 00001143.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001143.dcf/00001143.dcf_embedded_1.jpg<br>233BFECDA5AAC054AE6D9ED7C52568D7<br>81EE160CB9BADD45BA760928D8D0745A | Size (bytes): | 964 | | |
| 38 | Name:<br>Path:<br>SHA256: | 00001144.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001144.dcf/00001144.dcf_embedded_1.jpg<br>85FF0E21C15BE6DF30BB48773A6D11CC<br>946F62AEDFD219D2810AC1D29D1508E2 | Size (bytes): | 977 | | |
| 39 | Name:<br>Path:<br>SHA256: | 00001148.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001148.dcf/00001148.dcf_embedded_1.jpg<br>49EEA635F96EA920DB0BF1AB0BAB5FB3<br>769A2647243A7A42C273899C790CF3F9 | Size (bytes): | 631 | | |
| 40 | Name:<br>Path:<br>SHA256: | 00001150.dcf_embedded_1.jpg<br>/mod/netfront34/l2cache/00001150.dcf/00001150.dcf_embedded_1.jpg<br>CEECBB6E288947146652A33D4815A9DF<br>403B514AC4EA259D21BFECEE31FDCDED | Size (bytes): | 1121 | | |
| 41 | Name:<br>Path:<br>SHA256: | Blue sky.bmp<br>/fm/photo/wallpaper/Blue sky.bmp<br>F320A894F65A268C0C25E22BDA5F8C35<br>E7303B5680CDBA93C7C34B9D043772EE | Size (bytes):<br>Modified: | 77496<br>3/23/2011 10:24:44 PM(UTC+0) | | |
| 42 | Name:<br>Path:<br>SHA256: | Desert.bmp<br>/fm/photo/wallpaper/Desert.bmp<br>0F2CF12C8E823DC86F865A68717DD78B<br>CFAA1672086EC91C9F936B86EE4C9675 | Size (bytes):<br>Modified: | 154936<br>3/23/2011 10:24:46 PM(UTC+0) | | |
| 43 | Name:<br>Path:<br>SHA256: | Droplet.bmp<br>/fm/photo/wallpaper/Droplet.bmp<br>0588674E7DC92DF70B54C2F08F5807BC<br>F2AFCB02955DAEC1445D1506B5B69309 | Size (bytes):<br>Modified: | 116216<br>3/23/2011 10:24:46 PM(UTC+0) | | |
| 44 | Name:<br>Path:<br>SHA256: | Eiffel Tower.bmp<br>/fm/photo/wallpaper/Eiffel Tower.bmp<br>8B01FD2E331A3F0583CD70D37BA5FAB1<br>A9455E2B1C9016FD893BE72EB27B7AD2 | Size (bytes):<br>Modified: | 77496<br>3/23/2011 10:24:48 PM(UTC+0) | | |
| 45 | Name:<br>Path:<br>SHA256: | Glass.bmp<br>/fm/photo/wallpaper/Glass.bmp<br>3E129F18DBFA46DBC34CB817E8F75A6D<br>51DA845D6694B14680CB1C3F4994CD8C | Size (bytes):<br>Modified: | 116216<br>3/23/2011 10:24:48 PM(UTC+0) | | |

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 46 | **Name:**<br>**Path:**<br>**SHA256:** | Lake.bmp<br>/fm/photo/wallpaper/Lake.bmp<br>4B024034F457C5D5384F61F9010FA87A<br>8B54D0C42A4987869C5A121DC35D687B | **Size (bytes):**<br>**Modified:** | 155640<br>3/23/2011 10:24:50 PM(UTC+0) | | |
| 47 | **Name:**<br>**Path:**<br>**SHA256:** | Metal.bmp<br>/fm/photo/wallpaper/Metal.bmp<br>4D1044338CC58077742ABA4CA6B5D6FD<br>1ED098F1220D30F0E6C4E3BE525EFACD | **Size (bytes):**<br>**Modified:** | 77496<br>3/23/2011 10:24:50 PM(UTC+0) | | |
| 48 | **Name:**<br>**Path:**<br>**SHA256:** | micro.bmp<br>/mod/coreapp/micro.bmp<br>582BE741F62F44F7B48672561B627A41<br>EEC1086B267A4EB7B881CE41F2A0711B | **Size (bytes):**<br>**Modified:** | 116214<br>12/5/2015 5:16:36 PM(UTC+0) | | |
| 49 | **Name:**<br>**Path:**<br>**SHA256:** | Nightfall.bmp<br>/fm/photo/wallpaper/Nightfall.bmp<br>73839A012326F68101D80029509DBE7F<br>B705C99FC416A409EB80189EBCF969BC | **Size (bytes):**<br>**Modified:** | 154936<br>3/23/2011 10:24:50 PM(UTC+0) | | |
| 50 | **Name:**<br>**Path:**<br>**SHA256:** | Phantom.png<br>/fm/photo/wallpaper/Phantom.png<br>28C46031236DBB4AD25A798CDD59DAF8<br>651B59A727900073DBE4F4563C7AEF67 | **Size (bytes):**<br>**Modified:** | 57653<br>3/23/2011 10:24:52 PM(UTC+0) | | |
| 51 | **Name:**<br>**Path:**<br>**SHA256:** | Pic_0113_411.jpg<br>/fm/photo/album/Pic_0113_411.jpg<br>E5C0C12A75BCE20A1EB4ECB9682ACEA3<br>46AEE1CD6C7FC5745B1449DDE01AF063 | **Size (bytes):**<br>**Modified:**<br>**Meta Data:**<br>**Camera Make:**<br>**Camera Model:**<br>**Capture Time:**<br>**Pixel resolution:**<br>**Resolution:**<br>**Make:**<br>**Model:** | 69101<br>1/13/2016 8:15:46 PM(UTC+0)<br><br>ZTE<br>Z222 1.0.6<br>1/13/2016 8:15:46 PM<br>480x640<br><br>72x72 (Unit: Inch)<br>ZTE<br>Z222 1.0.6 | | |
| 52 | **Name:**<br>**Path:**<br>**SHA256:** | Pic_0113_412.jpg<br>/fm/photo/album/Pic_0113_412.jpg<br>12D4321338CB40EEF9DB4F64176702A1<br>DD35BCF6F39ADF864CA6B97861148912 | **Size (bytes):**<br>**Modified:**<br>**Meta Data:**<br>**Camera Make:**<br>**Camera Model:**<br>**Capture Time:**<br>**Pixel resolution:**<br>**Resolution:**<br>**Make:**<br>**Model:** | 67374<br>1/13/2016 8:16:14 PM(UTC+0)<br><br>ZTE<br>Z222 1.0.6<br>1/13/2016 8:16:15 PM<br>480x640<br><br>72x72 (Unit: Inch)<br>ZTE<br>Z222 1.0.6 | | |
| 53 | **Name:**<br>**Path:**<br>**SHA256:** | Ring.bmp<br>/fm/photo/wallpaper/Ring.bmp<br>EFE741CCC037D8ACCC70CB4908DCCED8<br>3BF823AAA82BE296DDC952F781231D0D | **Size (bytes):**<br>**Modified:** | 77496<br>3/23/2011 10:24:52 PM(UTC+0) | | |

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 54 | Name:<br>Path:<br>SHA256: | Setting sun.bmp<br>/fm/photo/wallpaper/Setting sun.bmp<br>456127620005E755CC54BA552106C78C70824F7BA4375872D5AA3ACAAFEAF6A3 | Size (bytes):<br>Modified: | 116216<br>3/23/2011 10:24:54 PM(UTC+0) | | |
| 55 | Name:<br>Path:<br>SHA256: | Snow mountain .bmp<br>/fm/photo/wallpaper/Snow mountain .bmp<br>EA57D1F38425CBDFCF3D77A8532232616586DAFBB5C33FD0AEC8233B3E7FAD36 | Size (bytes):<br>Modified: | 116744<br>3/23/2011 10:24:42 PM(UTC+0) | | |
| 56 | Name:<br>Path:<br>SHA256: | Sunflower.bmp<br>/fm/photo/wallpaper/Sunflower.bmp<br>C6177712CF86C292733353235958A5B62D515AFB130B5CF01E5C749FFD006B10 | Size (bytes):<br>Modified: | 77496<br>3/23/2011 10:24:42 PM(UTC+0) | | |
| 57 | Name:<br>Path:<br>SHA256: | Theatre.bmp<br>/fm/photo/wallpaper/Theatre.bmp<br>E7D038DE1C761C4DD3136EF8C88098917EDE4D09116C6759886F4712F7B08366 | Size (bytes):<br>Modified: | 77496<br>3/23/2011 10:24:44 PM(UTC+0) | | |
| 58 | Name:<br>Path:<br>SHA256: | Tomato.bmp<br>/fm/photo/wallpaper/Tomato.bmp<br>D528CE50B74AA4A9CE6B34953ABDACAD9A9582ACFA50EDCFDCC04687BB2D8257 | Size (bytes):<br>Modified: | 77496<br>3/23/2011 10:24:44 PM(UTC+0) | | |

Text (33)

| # | File Info | | Additional file info | | Deleted |
|---|---|---|---|---|---|
| 1 | Name:<br>Path:<br>SHA256: | _function_groups.txt<br>/mod/java/config/_function_groups.txt<br>4693F4284DB03427D0441CE4A85652E358A0ADF47E8DDFA145203F7B21C39051 | Size (bytes):<br>Modified: | 4678<br>3/23/2011 10:33:18 PM(UTC+0) | |
| 2 | Name:<br>Path:<br>SHA256: | _policy.txt<br>/mod/java/config/_policy.txt<br>0926C4A009ABFAD9457E3497383708BC35FCB46C7083B7E039674FFC28385887 | Size (bytes):<br>Modified: | 5036<br>3/23/2011 10:33:18 PM(UTC+0) | |
| 3 | Name:<br>Path:<br>SHA256: | 1.txt<br>/shared/template/template_en/1.txt<br>A6ADC7FE3E4E13A4B6C90F70609046FE01F98DF97979B82B755D014359C285C0 | Size (bytes):<br>Modified: | 38<br>6/21/2015 1:33:18 AM(UTC+0) | |
| 4 | Name:<br>Path:<br>SHA256: | 10.txt<br>/shared/template/template_en/10.txt<br>958D73B1A70A193DCB8409C3AF0D08528401553E4CE9DEC7E993251D4E68C949 | Size (bytes):<br>Modified: | 67<br>4/11/2015 6:50:50 PM(UTC+0) | |
| 5 | Name:<br>Path:<br>SHA256: | 2.txt<br>/shared/template/template_en/2.txt<br>451B18F44A8B538100549A910DB40519636601586CCBA2C3252DABA7213D6753 | Size (bytes):<br>Modified: | 93<br>10/13/2015 7:26:26 PM(UTC+0) | |

| # | File Info | | Additional file info | | Deleted |
|---|---|---|---|---|---|
| 6 | Name:<br>Path:<br>SHA256: | 3.txt<br>/shared/template/template_en/3.txt<br>93E8A8E2B65194A3EA193B898AEB051F<br>E5717D7208695671C39473997E5CC6BD | Size (bytes):<br>Modified: | 30<br>4/10/2015 6:20:18 PM(UTC+0) | |
| 7 | Name:<br>Path:<br>SHA256: | 4.txt<br>/shared/template/template_en/4.txt<br>F7BBC57FD1981CCD5FC5363BBBCA1572<br>63BCF21852B8734984C1274306235279 | Size (bytes):<br>Modified: | 30<br>4/10/2015 6:25:32 PM(UTC+0) | |
| 8 | Name:<br>Path:<br>SHA256: | 5.txt<br>/shared/template/template_en/5.txt<br>913B546984BA7B1D3B574419A2B5350A<br>AD81C476391F0566C14E85D707230048 | Size (bytes):<br>Modified: | 24<br>4/10/2015 6:27:36 PM(UTC+0) | |
| 9 | Name:<br>Path:<br>SHA256: | 6.txt<br>/shared/template/template_en/6.txt<br>9A4F0863CF57565651D0317C52BA1D49<br>F28C7763E32E6C67955A125ABB8D9B11 | Size (bytes):<br>Modified: | 19<br>4/10/2015 6:29:34 PM(UTC+0) | |
| 10 | Name:<br>Path:<br>SHA256: | 7.txt<br>/shared/template/template_en/7.txt<br>E3A0B7CBE0C80F081A8C9F0E045D192B<br>0229065E3DD0D0B4F4609E69A50BE08A | Size (bytes):<br>Modified: | 104<br>6/21/2015 1:41:38 AM(UTC+0) | |
| 11 | Name:<br>Path:<br>SHA256: | 8.txt<br>/shared/template/template_en/8.txt<br>3291198CBF747C2F47A30E07E35C9D5E<br>816242EFB2712AE08D6AE3A82B47917D | Size (bytes):<br>Modified: | 25<br>4/10/2015 11:17:22 PM(UTC+0) | |
| 12 | Name:<br>Path:<br>SHA256: | 9.txt<br>/shared/template/template_en/9.txt<br>9F6C8E8C7A2555C0692F190447BA13DA<br>A8290B570AA18621FBC81FA67184B95E | Size (bytes):<br>Modified: | 15<br>6/7/2015 4:43:18 PM(UTC+0) | |
| 13 | Name:<br>Path:<br>SHA256: | asylog.txt<br>/mod/drm/conf/asylog.txt<br>A573AC63D89F5072714066812BFB05AB<br>7FBA4008EF9A3947ECEEECED08436158 | Size (bytes):<br>Modified: | 148<br>1/6/1980 12:07:02 AM(UTC+0) | |
| 14 | Name:<br>Path:<br>SHA256: | core_config.txt<br>/mod/coreapp/core_config.txt<br>D0E3D12C7B80EB643E326F45D8088B4F<br>2A845A55FD6FF5BD3455236BB8B070BB | Size (bytes):<br>Modified: | 45<br>1/6/1980 12:02:44 AM(UTC+0) | |
| 15 | Name:<br>Path:<br>SHA256: | core_mc_config.txt<br>/mod/coreapp/core_mc_config.txt<br>B7DD0F43EFA0260D8E7AC1BC44D74B37<br>67E392066803828E7B67DD22F9FD815A | Size (bytes):<br>Modified: | 5<br>1/1/2012 12:00:06 AM(UTC+0) | |
| 16 | Name:<br>Path:<br>SHA256: | editlan.txt<br>/mod/ime/editlan.txt<br>6E340B9CFFB37A989CA544E6BB780A2C<br>78901D3FB33738768511A30617AFA01D | Size (bytes):<br>Modified: | 1<br>3/23/2011 12:27:46 AM(UTC+0) | |
| 17 | Name:<br>Path:<br>SHA256: | enuwdfile.txt<br>/mod/ime/enuwdfile.txt<br>585E9538D862062F49866031930737E9<br>9A151923001B0CC5625AE47EDCDDFFDA | Size (bytes):<br>Modified: | 4096<br>4/8/2015 10:52:12 PM(UTC+0) | |
| 18 | Name:<br>Path:<br>SHA256: | err_data_index00_log00.txt<br>/err/err_data_index00_log00.txt<br>5F529B46164B481736C4ACCC00D04BCB<br>09430E6DE9093AD1F33EB1BEB0E55343 | Size (bytes):<br>Modified: | 2124<br>1/6/1980 12:24:42 AM(UTC+0) | |
| 19 | Name:<br>Path:<br>SHA256: | err_index.txt<br>/err/err_index.txt<br>F1534392279BDDBF9D43DDE8701CB5BE<br>14B82F76EC6607BF8D6AD557F60F304E | Size (bytes):<br>Modified: | 2<br>1/20/1980 5:33:40 AM(UTC+0) | |

| # | File Info | | Additional file info | | Deleted |
|---|---|---|---|---|---|
| 20 | Name:<br>Path:<br>SHA256: | log.txt<br>/mod/umbapp/umb/conf/log.txt<br>42B9D67B7BA03AB9B357E42B63E7D69D<br>ACA841A1C7B30915DC4EAF8B764B376B | Size (bytes):<br>Modified: | 845122<br>4/4/2015 7:29:44 AM(UTC+0) | |
| 21 | Name:<br>Path:<br>SHA256: | micro_cfg.txt<br>/mod/coreapp/micro_cfg.txt<br>BF3AFB60EA530075C0300AB1BE81A50F<br>3E127EEF2DCA2CACB30448A193479C2D | Size (bytes):<br>Modified: | 128<br>3/23/2011 12:27:58 AM(UTC+0) | |
| 22 | Name:<br>Path:<br>SHA256: | nitz_config.txt<br>/mod/coreapp/nitz_config.txt<br>537EDB3A46ACB49330B828C9D16FED8A<br>F3073C22EB4B03FE0AED9A0C8D7A0C2B | Size (bytes):<br>Modified: | 12<br>1/6/1980 1:04:10 AM(UTC+0) | |
| 23 | Name:<br>Path:<br>SHA256: | part0.txt<br>/fm/other/part0.txt<br>433FBFF7BB0D0740CC66848B0DC46A7F<br>0F3107280ED5ECEBA6F0036AE9895F34 | Size (bytes):<br>Modified: | 2270<br>1/8/2016 6:13:28 PM(UTC+0) | |
| 24 | Name:<br>Path:<br>SHA256: | part0_1.txt<br>/fm/other/part0_1.txt<br>433FBFF7BB0D0740CC66848B0DC46A7F<br>0F3107280ED5ECEBA6F0036AE9895F34 | Size (bytes):<br>Modified: | 2270<br>1/8/2016 6:13:36 PM(UTC+0) | |
| 25 | Name:<br>Path:<br>SHA256: | part0_2.txt<br>/fm/other/part0_2.txt<br>433FBFF7BB0D0740CC66848B0DC46A7F<br>0F3107280ED5ECEBA6F0036AE9895F34 | Size (bytes):<br>Modified: | 2270<br>1/8/2016 6:13:46 PM(UTC+0) | |
| 26 | Name:<br>Path:<br>SHA256: | perso.txt<br>/mmgsdi/perso/perso.txt<br>669FAA2CD072E9201F06A61749B533B2<br>CC6E2DFDF7256A0BCD7CB13775A7C34D | Size (bytes):<br>Modified: | 271<br>1/1/2012 12:00:00 AM(UTC+0) | |
| 27 | Name:<br>Path:<br>SHA256: | pushlist.txt<br>/mod/java/appdb/pushlist.txt<br>E66AC702AB0964C0CB048223B6649400<br>64DB7E31E91D5648F27761B0D7B42E31 | Size (bytes):<br>Modified: | 68<br>4/15/2011 12:15:06 AM(UTC+0) | |
| 28 | Name:<br>Path:<br>SHA256: | pushlist.txt<br>/mod/java/bakup/pushlist.txt<br>E66AC702AB0964C0CB048223B6649400<br>64DB7E31E91D5648F27761B0D7B42E31 | Size (bytes):<br>Modified: | 68<br>11/27/2012 5:22:16 PM(UTC+0) | |
| 29 | Name:<br>Path:<br>SHA256: | tree.xml<br>/mod/dmmvaapp/tree.xml<br>B318C6850E47A57E9DC3C6206001A677<br>76A20089161463B8094BBB2F2B8C8EC6 | Size (bytes):<br>Modified: | 6953<br>1/8/2016 5:25:14 PM(UTC+0) | |
| 30 | Name:<br>Path:<br>SHA256: | tree_bak.xml<br>/mod/dmmvaapp/tree_bak.xml<br>B27AD39D63FA2293C6E69065724E7F5F<br>BE6F18E11E5940D4D556EB37A581A696 | Size (bytes):<br>Modified: | 6877<br>11/27/2012 5:29:30 PM(UTC+0) | |
| 31 | Name:<br>Path:<br>SHA256: | UimEfsAPDULog.Txt<br>/UimEfsAPDULog.Txt<br>6EC9B8C4FBB7CB6BD6C6AB122A321409<br>713A5004831D8D2C13C97E63D8B08C7B | Size (bytes):<br>Modified: | 2166<br>11/4/1980 7:35:16 PM(UTC+0) | |
| 32 | Name:<br>Path:<br>SHA256: | UimReset.Txt<br>/UimReset.Txt<br>60B505817FA431057D27ADE35D241F5F<br>FFA550C3CB45BB8E09561D8F5ED5F5C3 | Size (bytes):<br>Modified: | 935<br>1/6/1980 12:00:12 AM(UTC+0) | |
| 33 | Name:<br>Path:<br>SHA256: | wp_config.txt<br>/mod/coreapp/wp_config.txt<br>A6533DFD59FA728EA1C8C84F893FDA90<br>512CC13218842B3E23ED18BC6E6C6503 | Size (bytes):<br>Modified: | 69<br>1/6/1980 12:03:14 AM(UTC+0) | |