**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: April 12, 2024 |
| RONALD YANDELL, ET AL., | Deputy Clerk: C. Schultz |
| Defendants. | Court Reporter: Maryann Valenoti |

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Brian Pugh, Appointed Counsel (Telephonically)

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel

**JURY TRIAL (Day 29):**

| | |
|---|---|
| 1:35 p.m. | Attorneys present, as noted above. Defendants not present, appearances waived for this session. Also present (telephonically), Defense expert, Robert Beegle, III.  Outside the presence of the jury, the court and counsel discussed pending motions and other matters related to trial. The court confirmed that Defendant Sylvester is joining Defendant Yandell's Second Motion to Order the Government to Correct the Record on Special Agent Brian Nehring's Testimony, filed at ECF No. 2223. The court, counsel and defense expert discussed the status of Mr. Beegle's examination of the phone at issue. |
| 1:55 p.m. | The court excused Mr. Beegle. The court directed the parties provide the court with any *proposed* orders they feel are appropriate by 4:00 PM today, Friday, April 12, 2024. After careful consideration of the parties' comments, the Defendants' Second Motion to Order the Government to Correct the Record on Special Agent Brian Nehring's Testimony, filed at ECF No. 2223, was denied without prejudice for the reasons as stated on the record. |
| 2:04 p.m. | The court and counsel discussed scheduling, taking account of the forensic examination that still needs to be completed and presentation of additional defense evidence. |
| 2:09 p.m. | The court and counsel discussed the defense request to treat Special Agent Brian Nehring as a hostile witness. The court advised the parties it will hear more argument on this matter at the appropriate time. |
| 2:10 p.m. | The court and counsel further discussed scheduling. Mr. Leras confirmed Defendant Troxell is done with presentation of witnesses, but he (Mr. Leras) is working on a couple of stipulations to present. Mr. Kalar also provided an update related to Mr. Yandell's presentation of evidence and clarified for the court which subpoenas he still needed issued and which ones he was withdrawing. The court confirmed it would review the subpoenas following this hearing. |

| | |
|---|---|
| 2:24 p.m. | The court and counsel further discussed scheduling in relation to the defense forensic examination, and what witnesses, if any, could testify before the forensic examination is complete. The court directed the Courtroom Deputy notify the Jury that they are to report on Tuesday, April 16, 2024 at 9:00 AM (opposed to Monday, April 15, 2024). The court advised the parties that it will reconvene with the parties, outside the presence of the Jury, on Monday, April 15, 2024 at 2:00 p.m. so the court can get a full update after Mr. Beegle speaks with the persons that conducted the Government's forensic analysis. No later than 12:00 PM (Noon) on Monday, April 15, 2024. the parties shall file a status report updating the court as to the outcome of Mr. Beegle's meeting, and a *proposed* statement, as discussed on the record, to be read to the jury. |
| 2:30 p.m. | All parties excused for evening recess. Jury Trial (Day 30) set for April 15, 2024, at 2:00 p.m. |

**ADMITTED EXHIBITS**: None

**TIME IN COURT**: 55 Minutes