**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

UNITED STATES OF AMERICA,   No. 2:19-CR-00107-KJM

        Plaintiff,   **MINUTES**

  v.   Date: April 23, 2024

RONALD YANDELL, ET AL.,   Deputy Clerk: C. Schultz

        Defendants.   Court Reporter: Maryann Valenoti

_____/

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Sean McClelland, Appointed Counsel
Brian Pugh, Appointed Counsel
(Assisted by Paralegal, Richard Salinas)

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL (Day 33):**

| | |
|---|---|
| 9:10 a.m. | Attorneys present, as noted above. Defendants present, in custody. Jury present. Mr. Kalar presented Defendant Yandell's closing arguments. |
| 10:10 a.m. | Mr. Kalar concluded presentation of Defendant Yandell's closing arguments. The court admonished and excused the jury for a morning break. The court excused all parties for a morning break. |
| 10:35 a.m. | Court back in session. All parties present. Jury present. Mr. Leras presented Defendant Troxell's closing arguments. |
| 11:50 a.m. | Mr. Leras concluded presentation of Defendant Troxell's closing arguments. The court admonished and excused the jury for another morning break. Outside the presence of the jury, the court and counsel discussed matters related to trial. |
| 11:55 a.m. | The court excused all parties for another morning break. |
| 12:20 p.m. | Court back in session. All parties present. Jury present. Mr. Pearson presented the Government's rebuttal closing arguments. |
| 1:20 p.m. | Mr. Pearson concluded the Government's rebuttal closing arguments. The court admonished and excused the jury until 9:00 a.m. on April 24, 2024. Outside the presence of the jury, the court and counsel discussed matters related to trial. |
| 1:30 p.m. | All parties excused for evening recess. Jury Trial (Day 34) set for April 24, 2024, at 9:00 a.m. |

**ADMITTED EXHIBITS:** None

**TIME IN COURT:** 3 Hours, 30 Minutes