```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

```
UNITED STATES OF AMERICA,      No. 2:19-CR-00107-KJM

           Plaintiff,          MINUTES

    v.                         Date: April 25, 2024

RONALD YANDELL, ET AL.,        Deputy Clerk: C. Schultz

           Defendants.         Court Reporter: Maryann Valenoti

_____/
```

**Counsel for the United States**:
Jason Hitt, Assistant U.S. Attorney
Ross Pearson, Assistant U.S. Attorney
David Spencer, Assistant U.S. Attorney
(Assisted by Paralegal, Kisa Osborn)

**Counsel for Defendant Ronald Yandell**:
Steven Kalar, Appointed Counsel
Sean McClelland, Appointed Counsel
Brian Pugh, Appointed Counsel

**Counsel for Defendant William Sylvester**:
Knut Johnson, Appointed Counsel
Ashley Vasquez, Appointed Counsel

**Counsel for Defendant Daniel Troxell**:
Todd Leras, Appointed Counsel
(Assisted by Defense Investigator Peter Santos)

**JURY TRIAL (Day 35)**:
  9:00 a.m.    Deliberations continued.
  9:10 a.m.    Jury Note received.

| | |
|---|---|
| 9:42 a.m. | Attorneys present, as noted above. Defendants Yandell and Troxell present (in custody). Defendant Sylvester, not present (appearance waived). Outside the presence of the Jury, the court and counsel discussed the Jury Note received at 9:10 a.m. and the court's proposed response. |
| 9:45 a.m. | All parties excused pending deliberations. |
| 9:49 a.m. | The court delivered a written response to the Jury Note received at 9:10 a.m. |
| 9:50 a.m. | Jury Note received. |
| 10:10 a.m. | Court back in session. Parties present as noted above. Outside the presence of the Jury, the court and counsel discussed the Jury Note received at 9:50 a.m. and the court's proposed response. |
| 10:25 a.m. | The court took a short recess to draft a response and allow a member of the court's IT staff to assist the Jury as discussed on the record. |
| 10:30 a.m. | The court delivered a written response to the Jury Note received at 9:50 a.m. and a member of the court's IT staff provided assistance to the Jury as discussed on the record. |
| 10:38 a.m. | Court back in session. Parties present as noted above. Outside the presence of the Jury, the court and counsel further discussed the Jury Note received at 9:50 a.m. |
| 10:39 a.m. | All parties excused pending deliberations. |
| 1:35 p.m. | Deliberations concluded for the day. Jury Trial (Day 36) set for April 29, 2024, at 9:00 a.m. |

**ADMITTED EXHIBITS**: None

**TIME IN COURT**: 20 Minutes