UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE KIMBERLY J. MUELLER



FILED
APR 2 5 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD YANDELL, ET AL.,

    Defendants.
_____/

No. 2:19-CR-00107-KJM

**JURY NOTE**

FOR COURT USE ONLY
DATE: 4-25-24
TIME: 9:10 AM

DATE: 4/25/24
TIME: 9:05 AM

The jury has reached a unanimous verdict:  YES ____  NO ____

The jury has the following question(s) and/or following request(s):

12 copies of the verdict form packet.

Juror 5
Juror/Foreperson Number