

APR 2 5 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, WILLIAM SYLVESTER, and DANIEL TROXELL,<br><br>Defendants. | No. 2:19-cr-00107-KJM<br><br>JURY COMMUNICATION |

**REPLY FROM COURT TO NOTE RECEIVED ON APRIL 25, 2024 at 9:10 AM**

Date sent to jury: April 25, 2024

Time sent to jury: 9:49 a.m.

    The court is providing copies of the verdict form as you have requested, with each page stamped "Copy" to clarify that these are copies only. The original verdict form provided to you is the official verdict form and is the form that should be used by the jury.

DATED: April 25, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1