UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE KIMBERLY J. MUELLER



FILED
APR 25 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD YANDELL, ET AL.,

    Defendants.
_____/

No. 2:19-CR-00107-KJM

JURY NOTE

FOR COURT USE ONLY
DATE: 4-25-24
TIME: 9:50 a.m.

DATE: 4/25/2024
TIME: 9:30

The jury has reached a unanimous verdict:   YES ____   NO ____

The jury has the following question(s) and/or following request(s):

Clear instructions how to operate the computer to play audio evidence

4
_____
Juror/Foreperson Number