FILED

APR 25 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, WILLIAM SYLVESTER, and DANIEL TROXELL,<br><br>Defendants. | No. 2:19-cr-00107-KJM<br><br>JURY COMMUNICATION |

**REPLY FROM COURT TO NOTE RECEIVED ON APRIL 25, 2024 at 9:50 AM**

Date sent to jury: April 25, 2024

Time sent to jury: 10:30 a.m.

In response to your request for clear instructions for operating the computer to play audio evidence, the court is arranging for a member of its IT staff to demonstrate for you how to play the audio evidence. That staff person is instructed to discuss nothing else with you except how to play that evidence. You are instructed not to discuss with that staff person anything other than how to play the audio evidence.

DATED: April 25, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1