

# MEMORANDUM

DATE:      May 7, 2024

TO:        Casey Schultz, Courtroom Deputy
           The Honorable Kimberly J. Mueller

FROM:      Candice L. Fields
           Attorney for Defendant Kristen Demar

RE:        United States v. Demar: 2:19-CR-107 KJM


The parties mutually agree to continue the sentencing hearing in the above-referenced matter for Defendant Demar from May 13, 2024, to May 8, 2024.

All briefing has been submitted.

Thank you.

>           /s/ Candice L. Fields
>           CANDICE L. FIELDS
>           Attorney for defendant Kristen Demar


cc: AUSA Jason Hitt

---

Candice Fields Law, PC
400 Capitol Mall, Suite 1620, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com