# REBUTTAL

✓ (1) Danny is a violent leader of the AB, who agreed to murder Mickey

✓ (2) Overt acts can be calls from a prison phone to accomplish a murder.

✗ (3) Ronnie ordered Yogi's murder b/c he confessed on wiretap

✓ (4) Murder conspiracies just take two to agree

✓ (5) Travis's testimony is verified by other evidence

✓ (6) Billy murdered Richardson to climb the ranks as an AB associate

(7) Common sense tells you Billy keestered meth

(8) Proof beyond a reasonable doubt = firmly convinced of defendant's guilt, considering all the evidence

1

<28 Filed 05/16/24 Page 2 of 5" />

AB ENTERPRISE

AB Brothers
Up for the Tip

AB Associates
x

| TRAVIS'S TESTIMONY | DETAILS VERIFIED BY OTHER EVIDENCE? |
|---|---|
| (1) A few months before Yogi's murder, Beaver called Travis to collect $ for Ronnie + Billy in CSP-Sac SHU | ✓ |
| (2) Ronnie + Billy were collecting $ to send to other Brothers in the SHU | ✓ |
| (3) Beaver told Travis that Ronnie + Billy gave him a <u>mission</u> to kill Yogi. | ✓ |
| (4) Before the murder, Beaver erased his phone + told Travis to do the same | ✓ |
| (5) Beaver murdered Yogi at the canteen line while Waylon stood guard. | ✓ |
| (6) Beaver became a brother for killing Yogi. | ✓ |
| (7) When Beaver went to the SHU in 2015, Travis started talking directly to Ronnie + Billy | ✓ |

| THINGS THAT MATTER (EVIDENCE OF CRIMES) | THINGS THAT DON'T MATTER (NOT LEGAL DEFENSES) |
|---|---|
| (1) Danny ran the AB as commish. for over a decade | Danny took part in a hunger strike |
| (2) Danny wanted to murder all Brothers who walked | After charges in this case, Pat Brady wanted to kill Danny (b/c Danny was politicking) |
| (3) Danny continued to run the AB after he left the Bay | Danny joined his cellmate's lawsuit to get out of the Bay |
| (4) Danny agreed to MURDER James Mickey | Danny didn't also agree with Ronnie to murder Kenwood |
| (5) Danny had someone BUTCHERED at his prison | Danny was cordial to people in Sac County Jail |
| (6) Danny's wiretapped convos show he was running AB | Ronnie also talked about running the AB on the wire |
| (7) | |

MURDER CONSPIRACY = (1) AGREEMENT TO MURDER + (2) ACT TO ACCOMPLISH THE MURDER (OVERT ACT)

How Does the AB Murder its Victims?

(1) AB members agree to kill a victim

(2) Once the plan is formed, AB members take steps to accomplish the murder:

- Giving specific instructions on how to accomplish the murder
- Spreading rumors about the victim
- Finding an attacker
- Promising a reward to the attacker
- Erasing phones

} OVERT ACT

(3) The attackers build a knife, hide the knife, go to the yard, + wait to strike

(4) The attackers repeatedly stab the victim until he's dead (and then some)