LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DANNY TROXELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD YANDELL, WILLIAM SYLVESTER, and DANNY TROXELL,<br><br>    Defendants. | Case No.: 2:19-cr-0107 KJM<br><br>DEFENDANT DANNY TROXELL'S RESPONSE TO ORDER REGARDING MOTION TO COMPLETE RECORD (ECF ENTRY 2347) |

  Defendant Danny Troxell submits the attached PowerPoint slide presentation used by his counsel during closing argument in response to the Court's Order at ECF Entry 2347 in the above-entitled action.

POWERPOINT PRESENTATION
USED DURING CLOSING ARGUMENT

# UNITED STATES OF AMERICA

# V.

# DANNY TROXELL

# Spaghetti Approach



# DISTORTION OF EVIDENCE



# GOVERNMENT REPEATEDLY OFFERS WEAK EVIDENCE  OF OTHER UNCHARGED OFFENSES AGAINST DANNY TROXELL.



# Examples

- Unsupported claim about smuggling heroin into CSP-Lancaster through visits with his wife at some point in 2016 and/or 2017.

- Problem between William "Shoo" Shoop and Kris Troxell over social media.

- Matt Hall claimed that Danny Troxell requested Shoo be assaulted.

- Donald Mazza claims that he, along with Matt Hall, set up a beating of Shoo.

- Unsupported claim of a homicide of an unnamed victim at some unspecified prison somewhere in California at some time – perhaps in the last twenty years or so.

- Similar unsubstantiated claim of authorizing or approving a homicide by some unnamed perpetrator with an unidentified victim on an uncertain date at some point in the last twenty years or so.

# ACTIVITIES NOT CHARGED

You are here to determine only whether a Defendant is guilty or not guilty of the charges in the indictment.  Defendants are not on trial for any conduct or offense not charged in the indictment.

# Two Charges

- Count One – Conspiracy to Participate in a Rackateer Influenced Corrupt Organization

- Count Three – Conspiracy to Commit Murder in Aid of Rackateering.

# Uncharged Conduct

- Murder of unidentified victim on unspecified date at unknown location discussed in a call between Yandell and Brady on August 27, 2016.

- Mere rumor.  No evidence of it all.

- August 28, 2016, call between Brady and Yandell.  Yandell says that one of his brothers in the feds passed on information that Thumper was a "rat."   Yandell says Danny also talked about Thumper being an informant.

- No evidence of any call between Yandell and Danny Troxell about Trippe.  Troxell did not even have a phone on August 28th and there was no discussion about Trippe in the August 21st call between Yandell and Troxell.

# Uncharged conduct - continued

- Call between Pat Brady and Ronald Yandell on August 28, 2016

- Who, what, when, where, how, and why?

- RY:  Yeah, I talk to 'em when he's down with one of our partners that are fuckin' running the line down there that Griff really likes, you know, for that, another one of, another dude that Billy fuckin' uh put in that spot who's proven to be true.  And that Danny fuckin' loved.

- PB:  Yeah

- RY:  He was actually with Danny for a little bit and fuckin' went to, Danny sent him over to the line.  And Danny loves the fuck out of him.  Those dudes that Billy co-signed and had runnin' that yard.  When Danny got there, he said, turn the yard over to that dude, he told Danny, and you can just kick back and let these dudes fuckin' run shit.

# August 28, 2016 Phone call continued

- RY:  They know what the fuck they're doin'.  And some shit popped up and fuckin' Danny had one of 'em butcher someone and Danny put them in the car, right.

- PB:  Yeah.

- RY:  I forgot his name now.  Yeah, I'm –

- PB:  Well, Danny, Danny fuckin', uh, made 'em?

- RY: Yeah, Danny made 'em a brother, yeah.  But this was through (UI) this was when we were only in contact with Danny.  This is before Kenwood was in the picture or anyone else.

# RICO CONSPIRACY

COUNT ONE OF THE INDICTMENT

BETWEEN OCTOBER 2011 AND JUNE 2019

# AGREEMENT ABOUT CONDUCTING OR PARTICIPATING IN THE AFFAIRS OF THE ENTERPRISE

## FIRST ELEMENT

Between October 2011 and June 2019 there was an agreement between two or more persons to conduct or participate in the affairs of the enterprise through a pattern of racketeering activity (Defined in a separate instruction).

# Reason for joining

- Defendant became a member of the conspiracy, knowing of its object, and agreed to help further or facilitate the objectives of the conspiracy.

- Defendant knew or contemplated that one or more members of the conspiracy would commit at least two acts of racketeering in furtherance of the conspiracy.

# Objectives and Two or More Acts

- The extraordinarily weak evidence about heroin smuggling into Lancaster Prison and the Homicide/Approval of Homicide is offered to cover up the weakness in the government's case.

- Troxell is not involved in two or more acts of racketeering.

- The government elected to proceed only with the Mickey murder plot and then needed to dirty up Danny Troxell with other matters to force him into the charged conspiracy and prove the required two racketeering acts.

- Interstate Commerce Element is not at issue.

## MULTIPLE CONSPIRACIES

## YOU MUST DECIDE WHETHER THE CONSPIRACY CHARGED IN THE INDICTMENT EXISTED, AND, IF IT DID, WHO AT LEAST SOME OF ITS MEMBERS WERE.  IF YOU FIND THAT THE CONSPIRACY DID NOT EXIST, YOU MUST RETURN A NOT GUILTY VERDICT, EVEN THOUGH YOU FIND SOME OTHER CONSPIRACY EXISTED.

Similarly, if you find that any Defendant was not a member of the charged conspiracy, then you must find the Defendant NOT GUILTY, even though the Defendant may have been a member of some other conspiracy.

# Donald Mazza & Jeremy Beasley

Split in Aryan Brotherhood starts way back in the early 2000s.

Beasley on the losing end.  Danny Troxell wanted to abolish the Commission.

Mazza describes two groups.



The Split

Those who want to build things up.

Those who want to tear things down.

# Your Decision

- You must decide, from the evidence, does a Defendant belong to the faction that wants to build up or tear down?

- This definition of the division was described by the government's own witnesses.

- You are not bound by the government's definition of the enterprise.

- You are free to decide, based on the evidence presented, whether two distinct and separate groups were operating during the relevant period.

- These groups may have different goals, different tactics, and can be considered by you to be separate enterprises.

# Danny Troxell



# Ashker/Troxell Lawsuit

- Legal Means Used to End Indefinite Detention of Prisoners (Of All Races) in Security Housing Units.

  Previous ways out

    Death

    Done with Sentence

    Debrief – but only to the satisfaction of CDCR officials

# Agreement to End Hostilities

Peaceful tactic of using Pelican Bay Short Corridor Inmates to end inter-racial violence.

Agreement means an increase of peace/decrease in violence between racial groups.

Serves to unite the groups behind the common goal of achieving positive change for inmates within California's prisons.

# Hunger Strikes

- Peaceful use of non-violent protest to publicize to the outside world the cruelty of indefinite isolation in Security Housing Units.

# What if the purpose and conduct decrease the risk of violence?

- Either as intent (Count One) or for the "substantial purpose" element (Count Three), no crime has been committed.

- All crimes require some form of criminal act combined with criminal intent.

# Intent

- Defendant must have been aware of the essential nature and scope of the enterprise and intended to participate in it.

# WHAT IF A MEMBER/LEADER IS WORKING TO CHANGE THE ESSENTIAL SCOPE AND NATURE OF THE ENTERPRISE?

PASSIVE APPROACH = DAVID CHANCE

ACTIVE APPROACH – YOUR DECISION ABOUT MEANING AND CONSEQUENCE.  WHAT IF WORK IS ACTIVELY IMPROVING CONDITIONS IN PRISON AND REDUCING THE POSSIBLITY OF VIOLENCE?   NOT GUILTY

# August 11, 2016 – First day of interception

- Call between Matt Hall and Ronald Yandell.
- Yandell says, "I'm the Commissioner."
- Yandell says, "We're building an army.

- Sylvester tipped off that Yandell's phone is tapped on Day One.

# October 9, 2016 – Call Between Danny Troxell and Billy Sylvester

- Troxell tells Sylvester that he cannot just kill Kenneth Kenwood Johnson.
- Government tries to characterize that as Troxell "educating" Sylvester.
- Sylvester describes himself as part of the "New Generation."
- Sylvester is cellmates with Ronald Yandell – another commissioner.
- Sylvester would have an education about the way things are supposed to work from his cellmate.
- Call is one of defiance.  Government tries to play it off as deference to Troxell.
- Sylvester says, "I answer to no one."
- He also says, "I won't take orders from a bunch of morons."

# GANG MEMBERSHIP

Gang membership is not itself a crime and gang membership does not by itself prove that someone has entered a criminal agreement.  As a result, you must not infer from alleged gang membership alone that any defendant committed the crimes charged in the indictment.

# CONSPIRACY TO COMMIT MURDER

- Defendant intended to agree and did agree to with one or more person to intentionally and unlawfully kill.

- At the time of the agreement, the defendant and one or more persons in the conspiracy intended that one or more of them would intentionally and unlawfully kill.

- One or more person committed at least one overt act to accomplish the killing.

- The overt act occurred in California.

# Count Three – Plot to Kill AB Member James Mickey

- Plot occurred on August 20 and 21, 2016.

- Participants are alleged to be Travis Burhop, Ronnie Yandell and Danny Troxell.

- Call between Burhop and Yandell on August 20,2016.
  - Burhop says he talked to Danny Troxell that morning – August 20, 2016.
  - No evidence that call took place.
  - Burhop lied about it on the stand.
  - Call between Yandell and Troxell on August 21, 2016.
  - No mention of Mickey.
  - No agreement.

# Travis Burhop Under Oath
# Would I lie to you?



# August 20, 2016 Call Between Burhop and Yandell

TB:     I talked to him, I talked to him this morning about it.

RY:     Oh, to Danny?

TB:     Yeah, I told him I think that these things are like kind of the same thing I seen in (UI).  He said pretty much that he thinks we need to whack him as soon as possible, you know.

# No corroboration

- No tolls or records to show call occurred
- Government had both of Burhop's numbers.
- It had DannyTroxell's number.
- No evidence call ever took place.
- In fact, there is a complete absence of evidence.

# Importance

- Burhop had biggest incentive to have Mickey killed.

- Mickey's offense was stealing money from the Aryan Brotherhood.

- Burhop was pulling in close to $300,000 a year and was not paying tax.

- Mickey couldn't pay because he wasn't getting money from Burhop.

- Remember Keeton said he was paying tax to Mickey (The Jew may continue to gather gold.)

- Burhop paid nothing and wanted to make sure Mickey remained quiet forever.

- Hence Burhop's lie about being broken up about Jeff Smith's death.

# No agreement between Yandell and Troxell on August 21, 2016
# Nothing is "Crystal Clear" About The Call.

DT:     Yeah, exactly.  That's how I'm seeing it because we are (UI) a complaint.

RY:     Yeah.

DT:     So, when a punk kid, a liability, is mingling –-

RY:     Yep.

DT:     He cannot afford to not be dealt with, you know, ASAP, because we don't

        want another little Ronnie.

RY:     Right.

DT:     You know what I'm saying?



# JAMES MICKEY – IS THIS A "PUNK KID?" PHOTO FROM OCTOBER 2017.

# August 21, 2016 Call

- James Mickey is never mentioned.

- Danny Troxell says they don't want another "Little Ronnie"

- Little Ronnie is Ronnie Irwin.

- Irwin arrived at Calipatria Prison and went overboard with drugs (mingling).

- Irwin's paranoia led him to attack a Southern Mexican inmate with a sock filled with soap.

- This attack posed a danger to the peace existing between the white and Southern Mexican inmates.

- Burhop lied on the stand about whether he had talked to Danny Troxell (Burhop's Poker Tell)

# Overt Act

- The overt act must happen after the defendant has agreed to commit the crime. The overt act must be more than the act of agreeing to or planning to commit the crime, but it does not have to be a criminal act itself.

# No Overt Act Occurred

- Burhop sat on his hands.  He testified that he took no action about trying to get Mickey.  He sat back and did nothing.  He lied about setting things in motion.

- There was no overt act at any point.

# PRESUMPTION OF INNOCENCE

• The indictment is not evidence.  Defendants have pleaded not guilty to the charges.  Each Defendant is presumed innocent unless and until the government proves him guilty beyond a reasonable doubt.

• Defendants do not have to testify or produce any evidence.

• Defendants do not have to prove innocence; the government has the burden of proving every element of the charges beyond a reasonable doubt.

# Reasonable Doubt

- If after careful and impartial consideration of all the evidence, you are not convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find him not guilty.

- A reasonable doubt is a doubt based upon reason and common sense and is not based purely on speculation.

- It may arise from a careful and impartial consideration of all the evidence, or a lack of evidence.

# Special Rule for Cooperating Defendants

- You should examine the testimony of Donald Mazza, Travis Burhop, Samuel Keeton, Nickolas Perez, and Kristin DeMar with greater caution than the testimony of other witnesses.

- REASON – Their testimony was given in exchange for favored treatment by the government in connection with the case.

- Burhop also received immunity – a promise that his testimony will not be used against him.

# Nickolas "Show Me State" Perez



# Burhop's Runner

- Caught in Washington, Missouri.

- Leaves town without permission and resumes drug dealing.

- Twice returns to Missouri from California in a drug-fueled haze to search for drugs and money the police have seized.

- Caught again while Leaving Las Vegas.

- Talks to Brian Nehring following arrest but skips out once Burhop helps him make bail.  Resumes drug trafficking.

- Government still uses him.

# Alleged Smuggling into Lancaster

- No phone records even though Perez's phone seized in Las Vegas.

- No effort to match up visit logs with potential smuggling dates.

- No effort to determine if there is video footage of alleged smuggling.

- No effort made to find out where Perez may have gone while on his ankle monitor after he made bail.

- No photos shown until the week before testimony.

- Only one photo shown.

# Plot to Kill Brant Daniel – January 2019



# Kite claims unanimous Commission

- Silent and elusive Dave Chance mentioned.

- Simply not credible as to Chance or Troxell.

- Reason for change in Yandell's attitude toward Brant Daniel?

- Contrast with friendly tone in DT-11.1 and 12.1
  - November 2018 events
  - Recording that induced Mazza, Keeton, and Burhop to cooperate.

# September 6, 2016

- Danny's not trying to get into the mix.  He doesn't want to get caught up in violent type shit.


- Danny protected Todd Ashker.

- Discussion of Danny protecting Kenneth Kenwood Johnson.

- (not just failing to join plot, but actively working to prevent Johnson from being harmed).

- Government will still try to twist calls into a pretzel to support its theory.  Example, the plot against Mickey mentioned by Yandell to Brant Daniel on September 6, 2016.

# Charged Murder Plots



# Charged Conspiracies to Commit Murders



# Pat Brady 2023 Plot

- Brady had Danny Troxell moved so that Edward Bergman could be killed.

- Danny Troxell had been protecting Bergman in general population.

- Danny Troxell did not approve, and would not have approved, the hit on Danny Troxell.
  - Yet government tries to characterize this as "politicking." No evidence of politicking from Mazza, Burhop, or Keeton while at the Sacramento County Main Jail.
  - Obvious corroboration and confirmationof split mentioned by Mazza and Beasley.

# Evaluation of All Evidence

COUNT ONE – RICO CONSPIRACY

COUNT THREE – CONSPIRACY TO COMMIT MURDER

FAIR AND JUST VERDICT AS TO BOTH COUNTS IS:

NOT GUILTY

1      Respectfully submitted,

2 DATED:  May 16, 2024

3                        By    */s/ Todd D. Leras*

4                           TODD D. LERAS

5                           Attorney for Defendant

                           DANNY TROXELL