# United States
## v.
# Yandell, Troxell, and Sylvester









RY:     So they know who we are bro. So, okay, go over the Aryan Brotherhood members too. And they fuckin' probably got our phones tapped.

BD:     Yep.

RY:     Went back to the judge and say, hey these dudes, we had these dudes wiretapped and they were talkin' about killin' someone and that's all they need. Fuckin' --

BD:     Hey Ronnie, Ronnie let me ask you this though, the phone you got now, was that the same one you had back then?

RY:     Yep, yep.

BD:     Okay, okay now, if that's yours then they got me now because I had a different one back then.

RY:     Yeah, absolutely. That's what I'm sayin'. That's why I didn't want you to call me on the fuckin' regular phone.

BD:     Right.

RY:     Like you're doin' now. But I mean, they know now. But listen to me brother, it doesn't matter whether, whatever they say we are, it doesn't matter. You still have to commit crimes.







# Structure of the Charges - 4 Categories of Crimes

I.  RICO Conspiracy

II.  Murders

III.  Conspiracies to Murder

IV.  Drug Trafficking Crimes



# Charges by defendant

Yandell – 15 counts

Troxell – 2 counts

Sylvester – 4 counts

# Charges – violence



Count 1 – RICO conspiracy

Count 2 – Conspiracy to murder Kenwood Johnson

Count 3 – Conspiracy to murder James Mickey

Count 4 – Conspiracy to murder Paul Diaz

Count 5 – Conspiracy to murder Michael Trippe

Count 6 – Conspiracy to murder Doug Maynard

Count 16 – Murder of Hugo Pinell

# Charges – drugs



Count 7 – Drug trafficking conspiracy (streets)

Counts 8, 9, 11, 13, 14 – Distribution of heroin

Count 10 – Distribution of methamphetamine

Count 12 – Drug Trafficking conspiracy (prison plot)

# Charges

Count 1 – RICO conspiracy

Count 3 – Conspiracy to murder James Mickey



# Charges



Count 1 – RICO conspiracy

Count 7 – Drug trafficking conspiracy (streets)

Count 10 – Distribution of methamphetamine

Count 15 – Murder of Ronald Richardson

# Structure of the Charges - 4 Categories of Crimes

I.   RICO Conspiracy

II.  Murders

III. Conspiracies to Murder

IV. Drug Trafficking Crimes



# elements

# elements

- **checklist of requirements to prove a crime**

- once element met, check it off, then move to next one

# elements

- **checklist of requirements to prove a crime**

- once element met, check it off, then move to next one

# elements

- **checklist of requirements to prove a crime**

- once element met, check it off, then move to next one

- after each element of crime is met, find defendant guilty of crime and move to next crime

# reasonable doubt

- deciding elements

- firmly convinced

- common sense approach



# Structure of the Charges - 4 Categories of Crimes

I.   RICO Conspiracy

II.  Murders

III. Conspiracies to Murder

IV. Drug Trafficking Crimes

# conspiracy

- criminal partnership

- agreement to do something unlawful

- guilty of conspiracy even if crime didn't happen



# instructions

- **court instructions**:  control

  - this presentation:  simplify concepts



# RICO Conspiracy

Four elements

- First, "criminal enterprise"

# RICO Conspiracy

## Four elements

- First, "criminal enterprise"

- Second, interstate commerce

# RICO Conspiracy

## Four elements

- First, "criminal enterprise"

- Second, interstate commerce

- Third, knowing involvement

# RICO Conspiracy

## Four elements

- First, "criminal enterprise"

- Second, interstate commerce

- Third, knowing involvement

- Fourth,  a **pattern of racketeering activity**

# RICO Conspiracy

Four elements

- First, "criminal enterprise"  ⬅

- Second, interstate commerce

- Third, knowing involvement

- Fourth, **pattern of racketeering activity**

# RICO Conspiracy

First Element – "enterprise"

- group of people committing crimes over time

# RICO Conspiracy

First Element – "enterprise"

- enterprise: **Aryan Brotherhood**

  - Troxell, Yandell, Sylvester: long-time members

  - Troxell and Yandell: commissioners

    - also includes non-members working for gang

# RICO Conspiracy

## First Element – "enterprise"



- Former members and associates testified:

  - **Jeremy Beasley**



  - **Donald Mazza**

  - **Travis Burhop**



  - **Samuel Keeton**

  - **Nickolas Perez**



  - **Kristin Demar**



# RICO Conspiracy

First Element – "enterprise"

- Enterprise evidence includes wiretapped conversations:

  - **Yandell** ⟷ **Troxell**
  - **Yandell** ⟷ AB members – Brady, Corbett, Daniel
  - **Yandell** ⟷ AB members – Mazza, Burhop
  - **Yandell** ⟷ Keeton
  - **Sylvester** ⟷ Nick Perez

# corroboration

- wiretapped calls <u>verified</u> insider testimony



# RICO Conspiracy

First Element – "enterprise"

- Aryan Brotherhood:  criminal prison gang

  - **purpose**:  control white inmates

  - **structure**:  three-man commission

  - **rules**

    - enforced by violence



# RICO Conspiracy

First Element – "enterprise"

- **symbol**:  shamrock

- **shared lingo**:

  - "the Brand"
  - "the Rock"
  - "up for the tip"
  - "make the rock shine"
  - "in the hat"



# RICO Conspiracy

## Four elements

 • First, "criminal enterprise"

• Second, interstate commerce

• Third, knowing involvement

• Fourth, **pattern of racketeering activity**

# RICO Conspiracy

## Four elements

 • First, "criminal enterprise"

- Second, interstate commerce ⬅

- Third, knowing involvement

- Fourth, **pattern of racketeering activity**

# RICO Conspiracy

Second Element – "interstate" commerce

- gang's activities affected interstate commerce

# RICO Conspiracy

Second Element – "interstate" commerce

- only a slight effect

# RICO Conspiracy

Second Element – "interstate" commerce

- drug trafficking affects interstate commerce

# RICO Conspiracy

Second Element – "interstate" commerce

- Quesenberry:  sold heroin for gang

- drugs sourced by Sylvester and Yandell

 

# RICO Conspiracy

Second Element – "interstate" commerce

- Keeton:  picked up drugs for Sylvester and Yandell

- transported from Southern California

- delivered to Sacramento



# RICO Conspiracy

Second Element – "interstate" commerce

- each drug deal, alone, satisfies this element

# RICO Conspiracy

## Four elements

 • First, "criminal enterprise"

 • Second, interstate commerce

• Third, knowing involvement.

• Fourth, **pattern of racketeering activity**

# RICO Conspiracy

## Four elements

 • First, "criminal enterprise"

 • Second, interstate commerce

• Third, knowing involvement  ⟵

• Fourth, **pattern of racketeering activity**

# RICO Conspiracy

Third Element – "knowing involvement"

- each defendant **knowingly agreed**

  - that he or someone else

- would commit two or more **racketeering acts**

# RICO Conspiracy

Third Element – "knowing involvement"

- each defendant was aware of:

  - the **essential nature and scope of gang**

  - **intended to participate in it**

# RICO Conspiracy

Third Element – "knowing involvement"

- each defendant had **knowing involvement**

# RICO Conspiracy

Third Element – "knowing involvement"

- each defendant had **knowing involvement**

  - committed crimes for gang

# RICO Conspiracy

Third Element – "knowing involvement"

- each defendant had **knowing involvement**

    - committed crimes for gang

    - talked about past crimes for gang

# RICO Conspiracy

Third Element – "knowing involvement"

- each defendant had **knowing involvement**

    - committed crimes for gang

    - talked about past crimes for gang

    - plotted new crimes for gang

# RICO Conspiracy

Third Element – "knowing involvement"

- defendants' knowledge

  - **the way they talked**

# RICO Conspiracy

Third Element – "knowing involvement"

- defendants' knowledge

  - **the way they talked**

    - people to kill for violating gang's rules

# RICO Conspiracy

Third Element – "knowing involvement"

- defendants' knowledge

  - **the way they talked**

    - people to kill for violating gang's rules

    - gang business

# RICO Conspiracy

Third Element – "knowing involvement"

- defendants' knowledge

  - **the way they talked**

    - people to kill for violating gang's rules

    - gang business

    - drug deals/smuggling plots

# RICO Conspiracy

# Aryan Brotherhood resumés

# RICO Conspiracy



Third Element – "knowing involvement"

- AB member for decades

- Commissioner

- Ordered murder of disgraced AB member Mickey

# RICO Conspiracy

## Third Element – "knowing involvement"



- Perez delivered heroin to Troxell's wife

- heroin balled up in white balloons

# RICO Conspiracy

## Third Element – "knowing involvement"

RY:  Hey, brother, that something dude -- so Danny called you and that was the first he found out about it was with you, right?

TB:  Yeah.

RY:  Okay.  So maybe -- oh, so that was this morning?

TB:  Yeah, I just talked to him this morning because I was going to give him some of that other shit and I wanted to let him know that, that I had it. And I went ahead and just balled it all up the way he wanted it that way.

# RICO Conspiracy

## Third Element – "knowing involvement"







| 11/26/2018 04:34 PM | B76578 | Danny Troxell | Jonathan Suggs | $200.00 |
|---|---|---|---|---|
| 12/01/2018 11:30 AM | H71192 | William Sylvester | Jonathan Suggs | $200.00 |
| 12/07/2018 11:23 PM | V27927 | Ronald Yandell | Jonathan Suggs | $200.00 |
| 12/23/2018 06:32 PM | H71192 | William Sylvester | Jonathan Suggs | $150.00 |
| 12/23/2018 06:32 PM | V27927 | Ronald Yandell | Jonathan Suggs | $150.00 |
| 01/06/2019 12:59 PM | B76578 | Danny Troxell | Jonathan Suggs | $150.00 |
| 01/27/2019 12:06 AM | H71192 | William Sylvester | Jonathan Suggs | $120.00 |
| 01/27/2019 12:07 AM | B76578 | Danny Troxell | Jonathan Suggs | $120.00 |
| 02/27/2019 06:59 PM | C40154 | John Stinson | Jonathan Suggs | $140.00 |
| 02/27/2019 07:00 PM | H71192 | William Sylvester | Jonathan Suggs | $140.00 |
| 03/10/2019 10:04 PM | V27927 | Ronald Yandell | Jonathan Suggs | $140.00 |
| 03/10/2019 10:05 PM | B76578 | Danny Troxell | Jonathan Suggs | $140.00 |

# RICO Conspiracy

## Third Element – "knowing involvement"



- Commissioner

- Ordered Pinell murder

- Plotted multiple murders

- Drug trafficking

# RICO Conspiracy

**Third Element – "knowing involvement"**



- Long-time AB member

- Killed AB rival – USAS skinhead

- Ordered Stringfellow murder

- Drug trafficking

# RICO Conspiracy

Third Element – "knowing involvement"

- direct evidence of knowledge

  - **discussions with other gang members**

# RICO Conspiracy



## Third Element – "knowing involvement"



BS:    That's between me and him.  That's between me and him, man.  That's all.

DT:    Yeah.  But hey, all I'm telling you right now, just listen to what I'm saying.  You just can't go fucking off the cuff and do shit like that to another brother, you know what I mean.

# RICO Conspiracy

## Third Element – "knowing involvement"



| | |
|---|---|
| BS: | Yeah, I know. |
| DT: | That's just not how it works, you know. |
| BS: | All right. |
| DT: | You can't do that without the consent of, you know what I mean. |
| BS: | Of what? |
| DT: | Huh? |
| BS: | Do I answer to somebody? Who am I answering to? |
| DT: | You want to answer to the tip. I guarantee you, man, I'm not making no caps or nothing. |

# RICO Conspiracy

## Third Element – "knowing involvement"

BS:   I don't know everything.  I take advice from anybody, man.

DT:   Right.

BS:   As long as it's good.

DT:   Telling you that if you put a hand on another brother, regardless of what it

is, then you answer with the tip.  That's all.  It's simple.

# RICO Conspiracy

Third Element – "knowing involvement"



- Testimony

  - Beasley, Mazza, Burhop

- Wiretap

  - Troxell intercepts



# RICO Conspiracy

## Third Element – "knowing involvement"



RY:   Yeah.  So that dude Kenwood, man, I said I didn't want him fucking hating on fucking Travis because he ain't got it coming, bro.  I said, that dude don't work for us, he works for the Brand, he knows that.  I said, he's there for all the brothers too, (UI).  The dude's smart.  He's been doing this shit for a long time and he didn't get where he's at on that motherfucker's claim.  So, you know, if a motherfucker don't like him, you know, fuck him.  I mean, just|because it happens, I said, doesn't mean that he -- that fucking they can turn around and say he can't be a brother because I'm not buying that shit.

# RICO Conspiracy



## Third Element – "knowing involvement"



RY: So when that shit happened I told them Woods, I said, hey, check this out, me and Billy will kill your ass, dudes. I've got bodies on my hands, I ain't afraid to kill you. I said, you seen those (UI) out here? Dude, I'm going to drive your ass to the ground and run a bone crusher right through your eye socket. I mean, I'm going to smother you. I'll come over with a garrote and just put you to sleep and kill you. I'm not going to (UI) you on the yard, dude, uh-uh. I said, I know how to do this thing, man. I go, so, don't think (UI). Me and Billy will, I said, me and Billy we'll be nice and coming out here and start killing you motherfuckers ourselves.

TB: Yeah.

# RICO Conspiracy

## Third Element – "knowing involvement"

RY:    I said just check it.  You think I'm playing?  Test us.  (UI) Billy was just

sitting there on the table.  I said, brother, I'm telling you, I finally

threatened them motherfuckers, you know.  (OV).  When's the last time

someone's been butchered on your, on your line?

TB:    We had someone (UI), it's been about four months probably.

RY:    See, I heard (UI) discipline.  I heard, I mean, even though that dude lived I

heard that they scared the shit out of everybody because fucking Joker had

a bone crusher, it looked like a sword.  They said they all seen it.  The

# RICO Conspiracy

Third Element – "knowing involvement"



- Testimony

  - Beasley, Mazza, Burhop, Keeton

- Wiretap

  - Yandell intercepts



# RICO Conspiracy



## Third Element – "knowing involvement"



BS:    Hey, Bill.  I don't think there's a whole lot to worry about because we have good brothers, a new generation.

UM:    (UI).

BS:    You've got Ronnie, you've got me, you've got Beaver, you've got Cowboy.

UM:    Listen.

BS:    We're going to make sure that shit gets fixed.

# RICO Conspiracy

Third Element – "knowing involvement"



- Testimony

    - Beasley, Mazza, Burhop, Keeton

- Wiretap

    - Sylvester intercepts



# RICO Conspiracy

## Third Element – "knowing involvement"



Troxell

# RICO Conspiracy

## Third Element – "knowing involvement"



Yandell

# RICO Conspiracy

## First Element – "knowing involvement"

 

## Sylvester

# RICO Conspiracy

## Four elements

 • First, "criminal enterprise"

 • Second, interstate commerce

 • **Third, knowing involvement**

• Fourth, **pattern of racketeering activity**

# RICO Conspiracy

## Four elements

 • First, "criminal enterprise"

 • Second, interstate commerce.

 • Third, knowing involvement

• Fourth, **pattern of racketeering activity**

# RICO Conspiracy

Fourth Element – agreement to participate in enterprise

- each defendant knew

  - **he or other people**

    - would **commit crimes** for the gang

# RICO Conspiracy

Fourth Element – agreement to participate in enterprise

- crimes committed for gang

  - "**pattern of racketeering activity**"

# RICO Conspiracy

Fourth Element – "racketeering activity"

- **murder**

- **conspiracies to murder**

- **drug trafficking**

# RICO Conspiracy

Fourth Element – "pattern" of racketeering activity

- at least two racketeering acts

# RICO Conspiracy

Fourth Element – "pattern" of racketeering activity

- at least two racketeering acts

  - *many more than two proven*

# RICO Conspiracy

Fourth Element – "pattern" of racketeering activity

- **pattern of racketeering**

    - 6 murders

    - 5 conspiracies to murder

    - drug trafficking

# RICO Conspiracy

## Fourth Element – "pattern" of racketeering activity



# RICO Conspiracy

## Fourth Element – "pattern" of racketeering activity



# RICO Conspiracy

## Fourth Element – "pattern" of racketeering activity



# RICO Conspiracy

## Fourth Element – "pattern" of racketeering activity



# RICO Conspiracy

Fourth Element – "pattern" of racketeering activity

- **gang's long reach**

  - prisons throughout the state



# RICO Conspiracy

Fourth Element – "pattern" of racketeering activity

- **gang's long reach**

  - not confined to prison walls

# Pattern of Racketeering
# Drug Trafficking/Smuggling Crimes



Jake Corbett

Pat Brady

Ronnie Yandell

Billy Sylvester

Danny Troxell

Travis Burhop

**Out of Prison**

Justin Petty

Nick Perez

Matt Hall ("Cyco")

Sammy Keeton

Jeanna Quesenberry

Kristin Demar

# RICO Conspiracy

## Fourth Element – "pattern" of racketeering activity



## RICO Conspiracy – Pattern of Racketeering

Murder of Ronald Richardson

October 7, 2011

CSP-Sacramento



# RICO Conspiracy

## Fourth Element – "pattern" of racketeering activity









RICO CONSPIRACY –
PATTERN OF RACKETEERING

Murder of Hugo Pinell

August 12, 2015

CSP-Sacramento

# RICO Conspiracy

## Fourth Element – "pattern" of racketeering activity





## RICO Conspiracy – Pattern of Racketeering



Conspiracy to Murder Doug Maynard

June 1 - October 15, 2016

CSP-Sacramento

# Pattern of Racketeering

## Conspiracy to murder Maynard

RY:   Keep it real.  Hey, I'm going to tell you something, brother.  I'm going to tell you how dumb motherfuckers truly are.  We had this dude, we had a $200 limit on the line here.  This dude, me and Billy kind of liked him.  He's one of my homeboys from CoCo County.  He had been in prison, been in prison years.  Put in work from -- he gets in a $1200 debt.

MV:   Yeah.

$1200 that me and Billy paid for, paid for it, right, paid the debt.  So, you know, we want to set a little fucking -- Mikey, we want to set an example.  We don't want -- hey, look.  We don't need to kill any more people unless we fully have to, so we're just like, okay, we just need to let these motherfuckers see what time it is, so we're gonna stab him.





# Pattern of Racketeering

## Conspiracy to murder Maynard

RY:   Well what he did was he went to, he was on the line with our brother Pat.

And Pat's all, hey, look, man, when he drove over,  He goes, hey, look,

man your brothers had you stabbed in fucking Folsom – but it's all good.

Because we did.  We told him it was all good after we had his ass

butchered.  Told him, hey look -- after he'd been stabbed, we were about

five feet from him, I told him, that's what you get for burning me and a

brother.  I said we're even now.  Wherever you go I ain't going to have

my people kill you.  He said, all right, thank you, started walking away

and started doing a tune and they started a riot.

## Pattern of Racketeering

## Conspiracy to murder Maynard

RY:   Well what he did was he went to, he was on the line with our brother Pat.

And Pat's all, hey, look, man, when he drove over, he goes, hey, look,

man your brothers had you stabbed in fucking Folsom – but it's all good.

Because we did. We told him it was all good after we had his ass

butchered.  Told him, hey look -- after he'd been stabbed, we were about

five feet from him, I told him, that's what you get for burning me and a

brother.  I said we're even now.  Wherever you go I ain't going to have

my people kill you.  He said, all right, thank you, started walking away

and started doing a tune and they started a riot.









## RICO Conspiracy – Pattern of Racketeering

Conspiracy to Murder Doug Maynard

June 1 - October 15, 2016

High Desert

# Pattern of Racketeering
## Maynard murder was AB hit

RY:  Hey, man.  There was gaping, four-inch holes in his stomach because it
was a little, short, fat knife right and the, fucking, black blood was coming
out cause they mighta hit his fucking colon or organs.  So, check this out,
dude, they take his ass off in a gurney fucking going into shock.  This
dude gets out of the hole two months later, goes up to fucking High
Desert, tells our brother up there, Pat.  Hey, man, your people had me
stabbed at Folsom Prison over a debt but they said it's all clear.  Pat calls
me up and asks me if it's true.  I told him, yeah, man, we just fucking
wanted to teach his ass a lesson and show these dudes on this line, that's
what's going to happen to you.  But after that shit too, you know, we just
told them, the next time you motherfuckers do that we're going to kill you.

MV:  Yeah.





# Pattern of Racketeering

## Maynard murder was AB hit

them know that this is what's going to happen.  You see this.  We don't want to kill.  But you do this to us again, we're going to kill you.  So, this dude goes, and the brother goes, hey, man, I just got here.  The Woods owe about $4,000 in debt so far that I know of.  I want no woods using dope until I straighten all this shit out and get everybody on the same page.  Dude tells him, okay, they went on lockdown.  That dude goes straight up to the cellblock and starts buying dope and getting dope from the Blacks.

MV:   God damn.

RY:   The shit comes back to the brother that this dude is owing all kinds of money.  He calls me up on the phone and I tell him, you got to do what you got to do.  Not only that, while he's with other dudes over there, he's so stupid, he starts talking shit about me and Billy.

MV:   Yeah.

# Pattern of Racketeering

## Maynard murder was AB hit

RY: The shit comes back to the brother that this dude is owing all kinds of money. He calls me up on the phone and I tell him, you got to do what you got to do. Not only that, while he's with other dudes over there, he's so stupid, he starts talking shit about me and Billy.

MV: Yeah.

# Pattern of Racketeering

# Maynard murder was AB hit









# Pattern of Racketeering

## Maynard murder was AB hit





RY:   Remember I told you about three months ago we had that fucking punk, Doug Maynard, he's a homeboy of mine from the Bay Area, right?

BD:   Right.

RY:   Me and Billy had his ass stabbed up here, right?  You'd think that motherfucker -- what does the motherfucker -- he (UI) talking smack. Saying oh, yeah, Billy and Ronnie had a motherfucker move on me-- had a sheath and a knife.  Stabbed me two times with a sheath and a knife.

BS:   Still butchered his ass.

RY:   And it still butchered his ass.  Hey (UI), my homeboy Bobby Stockton from (UI) told me, is that right?  As soon as it came off motherfucking lockdown, killed his bitch ass yesterday.

BD:   Wow.  Ho, ho, ho, ho, ho.  That's what he gets for talking shit, huh?

RY:   He was talking shit about my homeboy.  Why, man, as soon as they came off lockdown, they smoked his bitch ass.





# Pattern of Racketeering

## Maynard murder was AB hit

RY:   Remember I told you about three months ago we had that fucking punk, Doug Maynard, he's a homeboy of mine from the Bay Area, right?

BD:   Right.

RY:   Me and Billy had his ass stabbed up here, right?  You'd think that motherfucker -- what does the motherfucker -- he (UI) talking smack. Saying oh, yeah, Billy and Ronnie had a motherfucker move on me-- had a sheath and a knife.  Stabbed me two times with a sheath and a knife.

BS:   Still butchered his ass.

RY:   And it still butchered his ass.  Hey (UI), my homeboy Bobby Stockton from (UI) told me, is that right?  As soon as it came off motherfucking lockdown, killed his bitch ass yesterday.

BD:   Wow.  Ho, ho, ho, ho, ho.  That's what he gets for talking shit, huh?

RY:   He was talking shit about my homeboy.  Why, man, as soon as they came off lockdown, they smoked his bitch ass.





RY:     That's when Pat told him, hey man, there's no using drugs here until I straighten all this shit out. That mother went straight over to the block started using drugs. Buying dope from the niggers. And then he got transferred to the line over there with Jake. Jake had his ass, Jake had my homeboy Bobby Stockton smoke his bitch ass.

BD:     Ooh-whee.

RY:     Yesterday as soon as they came off lockdown after a month they killed his bitch ass. Hit him with a 14, a 14 inch bone crusher.

BD:     (Laughing).

RY:     Hey, but anyway.

BD:     He shouldn't, he should be careful running his fucking mouth, huh? Yeah, we're going to get rid of our phones too, man, because I think they're probably -- that's just – hey look, you had the Brand hit a motherfucker on one line. As soon as he came out of the line on the other line he got killed. They'll be coming for them.

# RICO Conspiracy

## Fourth Element – "pattern" of racketeering activity







## RICO Conspiracy – Pattern of racketeering

Murder of Zachary Scott

October 29, 2016

Salinas Valley



# Pattern of Racketeering

## Scott killed for violating AB rules







## Pattern of Racketeering

- kite – Daniel killed Scott because:

  - **lost drugs**

  - **refused to kill AB target**

# RICO Conspiracy

## Fourth Element – "pattern" of racketeering activity



RICO CONSPIRACY –
PATTERN OF RACKETEERING

Murder of Devlin Stringfellow

January 10, 2018

CSP-Sacramento





# Pattern of Racketeering

## Stringfellow murder was AB hit




## Pattern of Racketeering

Stringfellow murder was AB hit

Mazza testimony

- Billy said hit him in head with heavy object

- **"push it through his eyeball into his brain"**

# Pattern of Racketeering

Stringfellow murder was AB hit

Burhop testimony

- Billy said two youngsters come from behind

  - hit Stringfellow in head with concrete

  - knock him out and stab to death

## Pattern of Racketeering

Stringfellow murder was AB hit

Keeton testimony

- Billy said stab Stringfellow in eye

- **"move it around like a -- like a mixing bowl to make sure"** Stringfellow killed

# Pattern of Racketeering

## Stringfellow murder was AB hit






# Pattern of Racketeering

## Stringfellow murder was AB hit




# RICO Conspiracy

## Fourth Element – "pattern" of racketeering activity







## RICO Conspiracy – Pattern of Racketeering

Murder of Donald Pequeen

July 20, 2018

High Desert

# Pattern of Racketeering

## Pequeen killed for violating AB rules



# Pattern of Racketeering

## Pequeen killed for violating AB rules

### Yandell put "Joker" up for the tip

RY: We gotta have, these dudes that have these qualities, they ain't, and even these dudes that sell drugs on the line, you know, with Danny Boy and Joker. All right, you dudes are up for the tip up. Your sellin' drugs for us ain't got nothin' to do with fuckin' you being up for the tip. And they (UI) and they, they had a personal relationship with (UI) and Billy and they thought that they could get away with these moves that we ended up finding about they were doin' and yet when we get around and found out about it and they're like, ah man, fuckin' you, it was you guys or, you know, you guys, bro, we told 'em we're brothers man. I mean, so, uh, you

# Pattern of Racketeering

## Pequeen killed for violating AB rules

if you runnin' this shit.  I go, I couldn't live with myself dude.  So don't get it twisted.  (UI) any of that fuckin' (UI) shit, hey sure enough bro, they just fuckin', show their fuckin' hands.  And, man, hey, Billy had motherfucking tears was comin' out of his eye. It killed him.  He goes, , you ain't ever gonna be AB.  Now, go shoot your fuckin' dope.  You, you just like the rest of these fuckin' dope fiends.



# Pattern of Racketeering

Pequeen killed for violating AB rules

- Mazza testimony

    - **disrespected** Pat Brady at Pelican Bay

    - unpaid drug debts

    - **disrespected** Pat Brady at High Desert

# Pattern of Racketeering

## Pequeen killed for violating AB rules



# RICO Conspiracy

## Four elements

 • First, "criminal enterprise"

 • Second, interstate commerce

 • Third, knowing involvement

 • Fourth, **pattern of racketeering activity**

# RICO Conspiracy

# Fourth Element – "pattern" of racketeering activity









# Structure of the Charges - 4 Categories of Crimes

I.   RICO Conspiracy

II.  Murders

III. Conspiracies to Murder

IV. Drug Trafficking Crimes

# Murder in aid of racketeering



# Murder in aid of racketeering

Four elements

- First, "criminal enterprise"

# Murder in aid of racketeering

Four elements

- First, "criminal enterprise"

- Second, racketeering activity

# Murder in aid of racketeering

Four elements

- First, "criminal enterprise"

- Second, racketeering activity

- Third, defendant committed murder

# Murder in aid of racketeering

Four elements

- First, "criminal enterprise"

- Second, racketeering activity

- Third, defendant committed murder

- Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood

# Murder in aid of racketeering

## Four elements

- First, "criminal enterprise"

- Second, racketeering activity

- Third, defendant committed murder

- Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood

# Murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

- Third, defendant committed murder

- Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood

# Murder in aid of racketeering

## Four elements

 - First, "criminal enterprise"

 - Second, racketeering activity

- Third, defendant committed murder

- Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood

# Murder in aid of racketeering

Third Element – "murder"

- Murder

    - killing a person with "malice aforethought"

# Murder in aid of racketeering

Third Element – "murder"

- Murder

    - killing a person with "malice aforethought"

        - "malice aforethought"

            - **killed a person on purpose**

# Murder in aid of racketeering

## Count 15



## MURDER IN AID OF RACKETEERING COUNT 15

Murder of Ronald Richardson

October 7, 2011

CSP-Sacramento





# Murder in aid of racketeering

Third Element – "murder" – Count 15

- Sylvester **intentionally killed** Ronald Richardson





# Murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendant committed murder

• Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood

# Murder in aid of racketeering – Count 15

Fourth element – reason for the murder

- purpose in committing murder:

  - **increase status with enterprise**

# Murder in aid of racketeering – Count 15

Fourth element – reason for the murder

- purpose in committing murder:

  - **increase status with enterprise**

  - **enter gang**

# Murder in aid of racketeering – Count 15

Fourth element – reason for the murder

- **background**

  - Aryan Brotherhood had a problem

  - United Society of Aryan Skinheads ("USAS") disobeyed

## Murder in aid of racketeering – Count 15

Fourth element – reason for the murder

- **AB order:**

    - kill USAS skinheads – early 2000's

- **reason**:

    - USAS defied gang's authority

# Murder in aid of racketeering – Count 15

Fourth element – reason for the murder

- before 2011, Sylvester not AB member

  - kill USAS skinhead = **increase status with gang**

# Murder in aid of racketeering – Count 15

## Fourth element – reason for the murder





## Murder in aid of racketeering – Count 15

Fourth element – reason for the murder

- **Sylvester admitted to Mazza:**

  - "**stabbed and killed**" Richardson to "**earn his rock**"

## Murder in aid of racketeering – Count 15

Fourth element – reason for the murder

- **Sylvester bragged to Keeton:**

  - killed "Rock Steady" (Richardson) to earn AB membership

  - kept stabbing "**just to make a point**"

# Murder in aid of racketeering – Count 15

Fourth element – reason for the murder



# Murder in aid of racketeering – Count 15

## Fourth element – reason for the murder



# Murder in aid of racketeering – Count 15

## Fourth element – reason for the murder



# Murder in aid of racketeering – Count 15

## Fourth element – reason for the murder



RY:    What skinheads have that alliance against the Brand?

BS:    Listen to is, listen to is, USAS.

RY:    USAS.

BS:    And Wolfpack went in with them.

RY:    Wolf Pack joined forces with them.

BS:    And Golden State Skins.

RY:    Golden State Skins.

BS:    And American Front.

RY:    And American Front.

# Murder in aid of racketeering – Count 15

## Fourth element – reason for the murder

RY:     Okay.  We're gonna kill all of them but you tell us you deal with -- the

        word is -- because there's a book that -- after we found out from High

        Desert that these dudes had this secret pact, right?

BD:     Yeah.

RY:     To, to cause separation with us.  They fucking -- if they join forces they

        would be stronger than the Brand.  So the guy that Billy -- (UI) guy Billy

        over there told him about their little secret deal.  So Billy told them you

        guys gotta to start killing -- denounce the fucking Wolf Pack.  To the Wolf

        Pack dudes.  Tell them, you denounce the Wolf Pack, and you start

        moving on these motherfuckers.  They said they were in a secret alliance

# Murder in aid of racketeering – Count 15

## Fourth element – reason for the murder



RY:    Okay. We're gonna kill all of them but you tell us you deal with -- the

word is -- because there's a book that -- after we found out from High

Desert that these dudes had this secret pact, right?

BD:    Yeah.

RY:    To, to cause separation with us. They fucking -- if they join forces they

would be stronger than the Brand. So the guy that Billy -- (UI) guy Billy

over there told him about their little secret deal. So Billy told them you

guys gotta to start killing -- denounce the fucking Wolf Pack. To the Wolf

Pack dudes. Tell them, you denounce the Wolf Pack, and you start

moving on these motherfuckers. They said they were in a secret alliance

# Murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendant committed murder

 • Fourth, purpose: gain entrance, maintain, or increase position in the Aryan Brotherhood

# Murder in aid of racketeering

## Count 16



# Murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

- **Third, defendant committed murder**

- Fourth, purpose: gain, maintain, or increase position in the Aryan Brotherhood

# Murder in aid of racketeering

Third Element – "murder" – Count 16

- Jayson Weaver and Waylon Pitchford

    - **intentionally killed Hugo Pinell**

# Murder in aid of racketeering

## Third Element – "murder" – Count 16

  

# Murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendant committed murder

• Fourth, purpose: gain, maintain, increase position in Aryan Brotherhood 

# Murder in aid of racketeering – Count 16

Fourth element – reason for the murder

- **purpose** in committing murder:

    - Weaver – **gain entrance** to gang

# Murder in aid of racketeering – Count 16

Fourth element – reason for the murder

- **background**

    - AB: long-time hatred of Hugo Pinell

    - openly disrespected brothers

Murder in aid of racketeering – Count 16

Fourth element – reason for the murder

- *before the murder* Weaver told Burhop:

  - **going on a mission**

    - **for Yandell and Sylvester**

  - **kill a "BGF guy" to earn his rock**

# Murder in aid of racketeering – Count 16

## Fourth element – reason for the murder




# Murder in aid of racketeering – Count 16

## Fourth element – reason for the murder



RY:   Think of it, bro.  But, you know, we had that fucking dude, uh, Beaver

fucking kill that nigger Yogi who's been in -- the Brothers been trying to

kill for years and he smoked that motherfucker.  And he was put, he was

doing shit for the Brothers on the money tip selling drugs for the Brothers

for years so we made him a brother. And um.

PB:   Yeah, that's what I heard.  There's a couple dudes here that were in

fucking riot.  I read all the fucking crime scene, seen fucking Yogi's dead

ass, all that shit.



# Murder in aid of racketeering – Count 16

## Fourth element – reason for the murder

RY: Think of it, bro.  But, you know, we had that fucking dude, uh, Beaver fucking kill that nigger Yogi who's been in -- the Brothers been trying to kill for years and he smoked that motherfucker.  And he was put, he was doing shit for the Brothers on the money tip selling drugs for the Brothers for years so we made him a brother. And um.

PB: Yeah, that's what I heard.  There's a couple dudes here that were in fucking riot.  I read all the fucking crime scene, seen fucking Yogi's dead ass, all that shit.

# Murder in aid of racketeering – Count 16

## Fourth element – reason for the murder

RY:    Think of it, bro.  But, you know, we had that fucking dude, uh, Beaver

fucking kill that nigger Yogi who's been in -- the Brothers been trying to

kill for years and he smoked that motherfucker.  And he was put, he was

doing shit for the Brothers on the money tip selling drugs for the Brothers

for years so we made him a brother.  And um.

PB:    Yeah, that's what I heard.  There's a couple dudes here that were in

fucking riot.  I read all the fucking crime scene, seen fucking Yogi's dead

ass, all that shit.





# Murder in aid of racketeering – Count 16

## Fourth element – reason for the murder



too, I think. I think he's too young but, hey, you know, Danny did his list. There's no problem with that now. But that was before we're all in contact and to get everybody's opinion. So, and we did the same thing with Beaver that killed that nigger Yogi for us. (UI) –

PB:    Yeah.

RY:    We're in the SHU going, "kill that motherfucker." So he goes, "I'll kill 'em the next day." Killed 'em. So, we do the same thing and we hope everybody trusts us because we did it for, for The Brand and that dude knows that he's for the brothers and not for Billy or me or none that shit, dude. But when that dude gets around you he'll love you and be loyal to you as anybody else. So that's something I appreciate.

# Murder in aid of racketeering – Count 16

## Fourth element – reason for the murder

# Murder in aid of racketeering – Count 16

## Fourth element – reason for the murder



TB:   Okay.

RY:   But I don't want to -- I don't -- only when I really need him in that area to do something.  You know, in Clyde County (OV).  So anyway, when DJ was on -- after the killing when we had that nigger Yogi killed, uh, DJ was on his phone at 9 o'clock in the morning when IGI busted him with the phone.  And he stomped on it, right.  Hey, brother, I seen enough YouTube videos to know, they can still get the information out of a phone.

# Murder in aid of racketeering – Count 16

## Fourth element – reason for the murder



| SENDER | DATE & TIME | SESSION NUMBER | MESSAGE |
|---|---|---|---|
| Ronald Yandell (916) 836-6149 | 9/27/2016 4:29:15 p.m. (Pacific) | 909 | Hi sister. Got word from B. Again. Said he could be out this Thursday because of overcrowding but he'll be for by the following Thursday. He asked if u w |
| Ronald Yandell (916) 836-6149 | 9/27/2016 4:29:17 p.m. (Pacific) | 910 | ould put some $ on Wayland and Beaver's books. Sends u his love. Take care sister. |

# Murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendant committed murder

 • Fourth, purpose: gain, maintain, increase position in the Aryan Brotherhood

# Count 16

Yandell is responsible for Pinell murder

## Count 16

Yandell is responsible for Pinell murder

- **two ways to find Yandell guilty**

# Count 16

Yandell is responsible for Pinell murder

- **two ways to find Yandell guilty**

  - first – co-conspirator

# Count 16

Yandell is responsible for Pinell murder

- **two ways to find Yandell guilty**

  - first – co-conspirator

  - second – aider and abettor

# Count 16

Yandell is responsible for Pinell murder

- **two ways to find Yandell guilty**

  - first – co-conspirator

  - second – aider and abettor

    - either theory works

# Count 16

Yandell is responsible for Pinell murder

- **two ways to find Yandell guilty**

  - first – co-conspirator

  - second – aider and abettor

# Count 16

Yandell is guilty as co-conspirator

- **criminal plan**

  - Weaver *kills* Pinell & *earns* his rock

# Count 16

Yandell is guilty as co-conspirator

- **criminal plan**

  - Weaver *kills* Pinell & *earns* his rock

- **outcome**

  - Weaver *killed* Pinell & *earned* his rock

# Count 16

Yandell is guilty as co-conspirator

 • **members of RICO** = Yandell-Weaver-Pitchford

# Count 16

Yandell is guilty as co-conspirator

 • **members of RICO** = Yandell-Weaver-Pitchford

 • **within scope of criminal plan** = kill Pinell is the point

## Count 16

Yandell is guilty as co-conspirator

- ☑ • **members of RICO** = Yandell-Weaver-Pitchford

- ☑ • **within scope of criminal plan** = kill Pinell is the point

- ☑ • **foreseeable** = Pinell's murder is only desired outcome

# Count 16

Yandell is guilty of Count 16:

- **because he ordered it as part of RICO conspiracy**



# Count 16

Yandell is responsible for Pinell murder

- **two ways to find Yandell guilty**

  - first – co-conspirator

  - second – aider and abettor

# Count 16

- Yandell **aided and abetted** Weaver in killing of Pinell

 - **commanded** murder by ordering it

# Count 16

- Yandell **aided and abetted** Weaver in killing of Pinell

  ☑ • **commanded** murder by ordering it

  ☑ • **induced** Weaver by **offering entrance** into gang

# Count 16

- Yandell **aided and abetted** Weaver in killing of Pinell

  ☑ • **commanded** murder by ordering it

  ☑ • **induced** Weaver by **offering entrance** into gang

  ☑ • **procured** Weaver by **offering entrance** into gang

## Count 16

Yandell is guilty of Count 16:

- **because he aided and abetted Pinell's murder by offering Weaver membership in gang**

# Murder in aid of racketeering – Count 16





# Murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendant committed murder

 • Fourth, purpose:" gain, maintain, increase position in the Aryan Brotherhood

break

# Structure of the Charges - 4 Categories of Crimes

I.   RICO Conspiracy

II.  Murders

III. Conspiracies to Murder

IV. Drug Trafficking Crimes

# Conspiracies to commit murder in aid of racketeering



## Conspiracy to commit murder in aid of racketeering

Four elements

- First, "criminal enterprise"

# Conspiracy to commit murder in aid of racketeering

Four elements

- First, "criminal enterprise"

- Second, racketeering activity

# Conspiracy to commit murder in aid of racketeering

Four elements

- First, "criminal enterprise"

- Second, racketeering activity

- Third, defendant conspired to murder people

# Conspiracy to commit murder in aid of racketeering

Four elements

- First, "criminal enterprise"

- Second, racketeering activity

- Third, defendant conspired to murder people

- Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood

# Conspiracy to commit murder in aid of racketeering

Four elements

- First, "criminal enterprise" ⬅

- Second, racketeering activity ⬅

- Third, defendant conspired to murder people

- Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

- Third, defendant conspired to murder people

- Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood

# Conspiracies to commit murder in aid of racketeering

## Count 2





COUNT 2

Conspiracy to Murder Kenneth Johnson

August 11 - October 1, 2016

Kern Valley

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

- Third, defendant conspired to murder Kenneth Johnson

- Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood

# overt act

- something done to further the plot to kill

# Conspiracy to murder in aid of racketeering – Count 2

Third element – agreement to kill

# Conspiracy to murder in aid of racketeering – Count 2

Third element – agreement to kill

- Yandell told Burhop

  - **"he wanted to kill Kenwood"**

# Conspiracy to murder in aid of racketeering – Count 2

Third element – agreement to kill

- Yandell told Burhop

    - **"he wanted to kill Kenwood"**

- Sylvester told Burhop

    - **"if he was on the yard with him he'd kill him in a heartbeat"**

# Conspiracy to murder in aid of racketeering – Count 2

## Third element – agreement to kill

 

buy our own shit right.  So we ran all that shit down with Danny I said, this is exactly what we have planned.  And I told 'em, what a fuckin', what a fuckin' good brother you were and I said, hey man, that dude Kenwood is a straight asshole.  We told him we're gonna kill Kenwood. Okay so, I said call Cyco and talk to him.  And so, (UI) he, see, Danny thinks that fuckin' Kenwood, okay so, let me, let me, I know we're you're headed.  So I told him what we had planned.  I said, look man, we're tryin' to build a fuckin' army next.  We're not tryin' to use motherfuckers up. We want people to be with us man and on an equal footing man.  Not using nobody.  That ain't our style.

# Conspiracy to murder in aid of racketeering – Count 2

## Third element – agreement to kill

RY:   It's so simple bro.  This dude is an asshole, you know he is.  And, so he,

I'm gonna call, I'm gonna, I'm not even gonna involve you.  I'm gonna

call motherfucking Danny's and to get, to get, you got Kenwood's

number.  I want you to text me his number right after we get off the phone,

I gotta put this fuckin' thing on the charger.  Just send me his phone

number.  I'm gonna fix this shit.  But listen to what I'm gonna say.  If this

dude, now, we already told the fucker he's dead and we're gonna kill his

bitch ass cause he's a talker.  So, so, so, and Danny goes, hey I got all this

shit fixed.  I put 'em on a shelf.  But all those dudes on the street are under

you and uh, you guys, you guys get this shit rollin'.  And I said, that's

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendant conspired to murder Kenneth Johnson

• Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood

## Conspiracy to murder in aid of racketeering – Count 2

Fourth element – reason for the murder

- plan to kill arose out of an **intra-gang dispute**

- fight to control **out-of-custody asset**

    - Matt Hall

# Conspiracy to murder in aid of racketeering – Count 2

Fourth element – reason for the murder

- did not want Hall working for Kenwood

- Yandell wanted Hall working for him and Sylvester



# Conspiracy to murder in aid of racketeering – Count 2

## Fourth element – reason for the murder

RY:   And Danny said, I hear you brother.  That's what we gotta do.

Kenwood… So he goes, I'm gonna talk to Kenwood.  Well he called me

the other night and said, hey I finally had that talk, he said Kenwood was

(UI) but he goes, he understands now that the, those people on the street

are under you and Billy.  He knows that now.  I told him to kick back --







# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendant conspired to murder Kenneth Johnson

 • Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood






COUNT 3

Conspiracy to Murder James Mickey

August 20 - 21, 2016

Calipatria

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity.

- Third, defendants conspired to murder James Mickey

- Fourth, purpose: to gain entrance to, or maintain or increase position in the Aryan Brotherhood

# Conspiracy to murder in aid of racketeering – Count 3

Third element – agreement to kill



# Conspiracy to murder in aid of racketeering – Count 3

Third element – agreement to kill

- Burhop testified that Troxell:

  - called Burhop

  - passed along order to kill Mickey

  - "**Yeah, that dude needs to go.  He needs to be hit ASAP.  Killed**."

# Conspiracy to murder in aid of racketeering – Count 3

Third element – agreement to kill

- to further the plot

    - Burhop reached out to Sam on A yard

        - find out who could do the murder

        - two assassins identified

# Conspiracy to murder in aid of racketeering – Count 3

## Third element – agreement to kill

| | |
|---|---|
| RY: | Yeah.  Yeah, I know exactly who you are talking about. |
| DT: | Okay.  And you know where he's at now, right? |
| RY: | Yep. |
| DT: | Okay.  What he's saying, I already put it in motion, getting that handled as soon as uh he hits uh the fresh air. |
| RY: | He's already, he's already got fresh air. |
| DT: | Okay.  Uh — |
| RY: | Yeah, he's out there. |
| DT: | Yeah, yeah, but is he mingling? |
| RY: | Yeah, he's mingling. |

# Conspiracy to murder in aid of racketeering – Count 3

## Third element – agreement to kill

| RY: | Okay. |
|---|---|
| DT: | And it doesn't matter if it's The Rock that does it. |
| RY: | Yeah, we gotta be flexible on this one. |
| DT: | Huh? |
| RY: | We gotta be flexible, man. |
| DT: | Yeah, exactly. That's how I'm seeing it because we are (UI) a complaint. |
| RY: | Yeah. |
| DT: | So, when a punk kid, a liability, is mingling — |
| RY: | Yep. |
| DT: | He cannot afford to not be dealt with, you know, ASAP. |
|   | want another little Ronnie. |
| RY: | Right. |





# Conspiracy to murder in aid of racketeering – Count 3

## Third element – agreement to kill

DT: Yeah. I want to keep, I want to keep him where he's at right now.

RY: Oh yeah, but see that dude is on a whole different line, brother.

DT: Right. Yeah but, you know how shit goes, you know. As soon as -- I just want to keep his name I want to keep him, you know, under the radar.

RY: Yeah, but he said he can handle the project. Absolutely very important. So, I told him that. Can you take care n                n n of this without names being brought into it?

DT: Right.

RY: And he said, yeah. He said he can.

DT: Okay. Yeah, he told me the same thing so that's great. That's excellent.

# Conspiracy to commit murder in aid of racketeering

## Four elements

- ☑  First, "criminal enterprise"

- ☑  Second, racketeering activity

- ☑ Third, defendants conspired to murder James Mickey

- **Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood** ⬅

# Conspiracy to murder in aid of racketeering – Count 3

## Fourth element – reason for the murder

TB:   Yeah.  What did he do?  He was stealing all the money, huh?

RY:   He was stealing all the money, he didn't come up to the Bay when he was ordered to come up there.  And he actually when Chuck got speared by a fucking mobster, had him a spear gun down in fucking LA County Jail over some dope debt.  Which, you know, which is a scumbag too, brother and both fucking -- the one, the Mexican that got real involved in it came back up to Corcoran and Mickey was on the yard with him and never did nothing to him.

TB:   Oh wow.

# Conspiracy to murder in aid of racketeering – Count 3

Fourth element – reason for the murder

- Yandell sweetened pot

    - intercept:  kill Mickey and earn rock

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendants conspired to murder James Mickey

 • Fourth, purpose: to gain maintain, or increase position in Aryan Brotherhood

# Conspiracies to commit murder in aid of racketeering

## Count 4







## COUNT 4

Conspiracy to Murder Paul Diaz

August 20 - 21, 2016

High Desert



# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

• **Third, defendants conspired to murder Paul Diaz**

• Fourth, purpose: to gain entrance to, or maintain or increase position in the Aryan Brotherhood

# Conspiracy to murder in aid of racketeering – Count 4



## Third element – agreement to kill

(Ringing)

JC:   Hello.

RY:   Hey, Jake.

JC:   What's up, brother?

RY:   Hey, how you doing, man?

JC:   Hey [UI], how you doing?

RY:   Boy, you got me fired up with this fucking dude.  This dude must be --

JC:   I'm fired up too, man.

RY:   He must be a fucking moron, man.

JC:   He's got a death wish.  I'm telling you, this fucking dude, I seen it in his eyes over there, he wouldn't fucking listen to reason, he's on a straight death wish.  I pray, I'm praying this motherfucker comes over here because we're going to just fucking smoke his ass.



# Conspiracy to murder in aid of racketeering – Count 4

## Third element – agreement to kill

RY:   If that brother, if that dude Dreamer comes over there, brother, smoke his

fucking punk ass, man.

JC:   I'm going to do it, yeah.

RY:   And you'll have a motherfucking rock, right in the back pocket (UI).

JC:   Yeah, I'm gonna nail -- I hope he does because he -- I talked to Bobby

Stockton and he said that was their plan over there, there was like five of

them, and Dreamer's the one pushing everything.  And – cause we have

the C-Status building over here in Four Block.

# Conspiracy to commit murder in aid of racketeering

## Four elements

- First, "criminal enterprise"

- Second, racketeering activity

- Third, defendant conspired to murder Paul Diaz

- Fourth, purpose: gain, maintain, or increase position in Aryan Brotherhood

# Conspiracy to murder in aid of racketeering – Count 4

## Fourth element – reason for the murder

RY:   Yeah he was, hey brother. That motherfucker went over there and disrespected fucking Jake on that fucking mac-rep (phonetic) shit.  Hey, brother, if you won't pass a message from a brother you just say the word. You don't raise your voice to nobody, you just tell them.  Whoever told you to say, you say it. You don't threaten motherfuckers like that shit, like, you know.

PB:   Who did he do that to?

RY:   Jake.

# Conspiracy to murder in aid of racketeering – Count 4

## Fourth element – reason for the murder



RY:  If that brother, if that dude Dreamer comes over there, brother, smoke his fucking punk ass, man.

JC:  I'm going to do it, yeah.

RY:  And you'll have a motherfucking rock, right in the back pocket (UI).

JC:  Yeah, I'm gonna nail -- I hope he does because he -- I talked to Bobby Stockton and he said that was their plan over there, there was like five of them, and Dreamer's the one pushing everything.  And – cause we have the C-Status building over here in Four Block.

# Conspiracy to murder in aid of racketeering – Count 4

## Fourth element – reason for the murder

| SENDER | DATE & TIME | SESSION NUMBER | MESSAGE |
|---|---|---|---|
| Ronald Yandell (916) 805-3817 | 8/21/2016 7:46:27 p.m. (Pacific) | 872 | What's up brother? Hope ur doing okay. Just wanted u to know I just got done talking to DT . Told him I put u up so it's official. I know you'll make the |
| Ronald Yandell (916) 805-3817 | 8/21/2016 7:46:27 p.m. (Pacific) | 873 | Rock shine. Take care. Brotherly love |
| Jake Corbett (928) 637-4364 | 8/21/2016 8:03:28 p.m. (Pacific) | 876 | All my love and respects to you! Best news i ever got, please know my appreciaton is huge. My heart is swelled up right now. Thank you brother, yes i wi |

# Conspiracy to murder in aid of racketeering – Count 4

## Fourth element – reason for the murder

| | | | |
|---|---|---|---|
| Ronald Yandell (916) 805-3817 | 8/21/2016 8:36:31 p.m. (Pacific) | 893 | Yeah Dreamer's finished?? |
| Jake Corbett (928) 637-4364 | 8/21/2016 8:40:20 p.m. (Pacific) | 894 | He's getting write ups to come over here too, my wish in life is fo |
| Jake Corbett (928) 637-4364 | 8/21/2016 8:40:26 p.m. (Pacific) | 895 | r him to land here, hes gettin smoked first yard!?? |
| Ronald Yandell (916) 805-3817 | 8/21/2016 9:01:32 p.m. (Pacific) | 896 | Had u take his.life and I'll make u a brother |

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendant conspired to murder Paul Diaz

 • Fourth, purpose: gain, maintain, increase position in the Aryan Brotherhood

# Conspiracies to commit murder in aid of racketeering



Count 5





## Count 5





Conspiracy to Murder Michael Trippe

August 29 - October 9, 2016

San Diego

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

• Third, defendant conspired to murder Michael Trippe 

• Fourth, purpose: gain entrance, maintain, increase position in Aryan Brotherhood

# Conspiracy to murder in aid of racketeering – Count 5

## Third element – agreement to kill





RY: Yeah, so then they told, yeah, so hey brother they sent, remember when fuckin' Rascal was huntin' Thumper down, he called me on the phone.  And he fuckin' said some fuckin' compromising shit on there about his old lady. He shown up with kids and old lady.

BD: Yeah.

RY: I told 'em, dude, what I, what should I do if he keeps showin' up with his old lady?  I was like, if, if, if, if, if you don't do nothin' in front of the kids or if they're there, you can't do nothin'.  But if he just shows up with his old lady fuck it, she can go with his bitch ass then.

BD: Yeah.

# Conspiracy to murder in aid of racketeering – Count 5

Third element – agreement to kill

- Mazza testified:

    - Yandell sent repeated messages through Hall and Keeton

    - Mazza obligated to kill Trippe

# Conspiracy to murder in aid of racketeering – Count 5

Third element – agreement to kill

- Mazza testified:

    - Matt Hall

        - Yandell's "**chief communicator**" on killing Trippe

# Conspiracy to murder in aid of racketeering – Count 5

## Third element – agreement to kill

DM: And I mean, it, I'm, the only violence I'm committing is if we decide, you know what I mean? That's it for (UI) then quietly that's gonna go down bro, you know what I mean? If you tell me like we want to make a decision on San Diego, you let me know and that will happen --

RY: Let me say this, bro. This is what I was gonna have this conversation about. We don't need to be talkin' on the phone. If you dudes are brothers, then fucking, (UI) when you guys are out there man, we need to start trusting each other and if motherfuckers ain't down for the kit, man, you know, why would I got to tell you or Matt or anybody that you guys should be taking care of it on your own or you ain't compromisin' and do it at your own pace or do it your own, do the (UI). That dude fired on fuckin' Thumper, they're garbage man. That's all there is to it.





# Conspiracy to murder in aid of racketeering – Count 5



Third element – agreement to kill

- **mandatory meeting** at Mazza's house



- Mazza testified Hall spoke on behalf of Yandell

  - **"there is no retirement plan"**

  - **"you got to kill Trippe"**

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

• Third, defendant conspired to murder Michael Trippe

• Fourth, purpose: gain entrance, maintain, or increase position in  Aryan Brotherhood

# Conspiracy to murder in aid of racketeering – Count 5

## Fourth element – reason for the murder

got a phone immediately. Danny calls me cause we had a connection, right? He goes, hey brother you been talkin' to fuckin', who are you talkin' with? I told him about something, he goes, hey man, he goes, you know, you talk to Thumper, I said, yeah. I said, yeah I talked to that dude. He goes, that dude is a fuckin' FBI informant. And I went, what?

PB:	Who said that?

RY:	Danny Troxell.

PB:	He said, Thumper is an FBI informant?

RY:	FBI informant. So when Rascal gets out of fuckin' prison he keeps in contact with those two. He goes, dude, the new era has started. You want motherfuckers --

PB:	Yeah.

RY:	-- we can start mowin' motherfuckers down, just give me their names, Imma start killin' 'em. I said, take it easy dude. Just kick back and we're

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendant conspired to murder Michael Trippe

 • Fourth, purpose: gain entrance, maintain, or increase position in the Aryan Brotherhood

# Conspiracies to commit murder in aid of racketeering









COUNT 6

Conspiracy to Murder Doug Maynard

June 1 – October 15, 2016

CSP-Sacramento

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

- **Third, defendant conspired to murder Doug Maynard**

- Fourth, purpose: gain entrance, maintain, or increase position in the Aryan Brotherhood

# Conspiracy to murder in aid of racketeering – Count 6

## Third element – agreement to kill

RY:    Hey, man.  There was gaping, four-inch holes in his stomach because it was a little, short, fat knife right and the, fucking, black blood was coming out cause they mighta hit his fucking colon or organs.  So, check this out, dude, they take his ass off in a gurney fucking going into shock.  This dude gets out of the hole two months later, goes up to fucking High Desert, tells our brother up there, Pat.  Hey, man, your people had me stabbed at Folsom Prison over a debt but they said it's all clear.  Pat calls me up and asks me if it's true.  I told him, yeah, man, we just fucking wanted to teach his ass a lesson and show these dudes on this line, that's what's going to happen to you.  But after that shit too, you know, we just told them, the next time you motherfuckers do that we're going to kill you.

MV:    Yeah.

## Pattern of Racketeering

## Maynard murder was AB hit

RY: The shit comes back to the brother that this dude is owing all kinds of money. He calls me up on the phone and I tell him, you got to do what you got to do. Not only that, while he's with other dudes over there, he's so stupid, he starts talking shit about me and Billy.

MV: Yeah.

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendant conspired to murder Doug Maynard

• Fourth, purpose: gain entrance, maintain, or increase position in the  Aryan Brotherhood

# Conspiracy to murder in aid of racketeering – Count 6

## Fourth element – reason for the murder



them know that this is what's going to happen. You see this. We don't want to kill. But you do this to us again, we're going to kill you. So, this dude goes, and the brother goes, hey, man, I just got here. The Woods owe about $4,000 in debt so far that I know of. I want no woods using dope until I straighten all this shit out and get everybody on the same page. Dude tells him, okay, they went on lockdown. That dude goes straight up to the cellblock and starts buying dope and getting dope from the Blacks.

MV:   God damn.

RY:   The shit comes back to the brother that this dude is owing all kinds of money. He calls me up on the phone and I tell him, you got to do what you got to do. Not only that, while he's with other dudes over there, he's so stupid, he starts talking shit about me and Billy.

MV:   Yeah.

# Conspiracy to commit murder in aid of racketeering

## Four elements

 • First, "criminal enterprise"

 • Second, racketeering activity

 • Third, defendant conspired to murder Doug Maynard

 • Fourth, purpose: gain entrance to, maintain, or increase position in the Aryan Brotherhood

# Structure of the Charges - 4 Categories of Crimes

I.   RICO Conspiracy

II.  Murders

III. Conspiracies to Murder

IV. Drug Trafficking Crimes

# Drug Trafficking Conspiracy





# Drug Trafficking Conspiracy – Count 7

## Two elements

- First, agreement to distribute drugs

    (1) at least 50 grams of methamphetamine

    (2) at least 1,000 grams of heroin

# Drug Trafficking Conspiracy – Count 7

## Two elements

- First, agreement to distribute drugs

   (1) at least 50 grams of methamphetamine

   (2) at least 1,000 grams of heroin

- Second, the defendant joined agreement to distribute drugs

# Drug Trafficking Conspiracy – Count 7

## Two elements

- First, agreement to distribute drugs ⬅

    (1) at least 50 grams of methamphetamine or

    (2) at least 1,000 grams of heroin

- Second, the defendant joined agreement to distribute drugs

# Drug Trafficking Conspiracy – Count 7

## Two elements

- **First, agreement to distribute drugs**

  (1) at least 50 grams of methamphetamine or 

  (2) at least 1,000 grams of heroin

- Second, the defendant joined agreement to distribute drugs

# Drug Trafficking Conspiracy
## Count 7



Drug Trafficking Conspiracy
Count 7



# Drug Trafficking Conspiracy – Count 7

## First element – knowing agreement to distribute drugs

- Travis Burhop

- Samuel Keeton

- Nickolas Perez

- Agent Nehring

- Wiretapped calls

- DEA surveillance







# Drug Trafficking Conspiracy – Count 7

## Two elements

 • First, agreement to distribute drugs

(1) at least 50 grams of methamphetamine or

(2) at least 1,000 grams of heroin

• Second, the defendant joined agreement to distribute drugs

# Drug Trafficking Conspiracy – Count 7

## Two elements

 • First, agreement to distribute drugs

  (1) at least 50 grams of methamphetamine or

  (2) at least 1,000 grams of heroin

• Second, the defendant joined agreement to distribute drugs

# Drug Trafficking Conspiracy – Count 7

## Second element – joined agreement to distribute drugs

SK: Oh yeah, Jeanna, hasn't gotten me a time frame. She just said in the morning, she hasn't got a hold of dude, he's at work.

RY: Okay. Yeah. I just want you to give her a fucking hey brother -- right now give her $1500 of that money. I want you to just give her $1500. If she gets $1500 then I want her to give you two.

SK: Okay.

RY: Because we're all pitching in equally to pay you for coming up. So tell her that Ronnie told me to give you 15 but 2 was supposed to go back to me for driving up.

SK: Okay.

RY: And hold on to the rest. Just hold on to the rest of it. So I'm going to have my girl come up and pick up the rest from ya.

SK: Okay.

RY: Okay, I'll -- but?

SK: So tell Jeanna to keep 1500?

RY: When she comes over with the money you give all the money and then you count it, it should be uh, like 9,000.



# Drug Trafficking Conspiracy – Count 7

## Second element – joined agreement to distribute drugs

What I need from you is six of the China, and seven of the black. And to come up here.

NP:   Okay.

BS:   You know Gigi, right? The one you met.

NP:   Yeah, I know Gigi. (UI)

BS:   Okay. You'd be coming up here and doing something with her.

NP:   Okay.

BS:   And did he explain to you about what we're going to be doing this weekend?

NP:   Um, no he didn't. Not yet.

BS:   Okay. I'm gonna plug you in with something, but if you can get a hold of Travis, I'll talk to Travis.

NP:   Okay.

BS:   And explain everything to him. You know the trip when you come up here, you come up here and you do the thing with her, and you go back with the money?

NP:   Yeah.

BS:   Okay.



# Drug Trafficking Conspiracy – Count 7

## Two elements

 • First, agreement to distribute drugs

(1) at least 50 grams of methamphetamine or

(2) at least 1,000 grams of heroin

 • Second, the defendant joined agreement to distribute drugs

# Drug Trafficking Conspiracy – Count 7

## Two elements

 • First, agreement to distribute drugs

(1) at least 50 grams of methamphetamine or

(2) at least 1,000 grams of heroin

 • Second, the defendant joined agreement to distribute drugs

# Counts 8, 9, 11, 13, 14

Yandell is guilty of Quesenberry's drug deals as co-conspirator

# Counts 8, 9, 11, 13, 14

## Yandell is guilty of Quesenberry's drug deals as co-conspirator

 • **members of drug conspiracy** = Yandell-Quesenberry

# Counts 8, 9, 11, 13, 14

Yandell is guilty of Quesenberry's drug deals as co-conspirator

 • **members of drug conspiracy** = Yandell-Quesenberry

 • **within scope of criminal plan** = distributing drugs

# Counts 8, 9, 11, 13, 14

Yandell is guilty of Quesenberry's drug deals as co-conspirator

☑ • **members of drug conspiracy** = Yandell-Quesenberry

☑ • **within scope of criminal plan** = distributing drugs

☑ • **foreseeable** = drugs sold to Agent Nehring

# Counts 8, 9, 11, 13, 14

Yandell is guilty of Counts 8, 9, 11, 13, 14:

- because Quesenberry sold drugs for Yandell

# Drug Distributions





# Count 8
## Distribution of heroin
## July 11, 2016



**124.7 grams of heroin**



# Drug Distributions

## Count 9



# Count 9
## Distribution of heroin
## July 24, 2016





**133.7 grams of heroin**



# Drug Distributions

## Count 11





# Count 11
# Distribution of heroin
# August 12, 2016



**231.7 grams of heroin**





# Drug Distributions





# Count 13
## Distribution of heroin
## October 18, 2016, at 1:40 p.m.



**248.8 grams of heroin**





# Drug Distributions

## Count 14





# Count 14
## Distribution of heroin
### October 18, 2016, at 3:03 p.m.



**99.3 grams of heroin**





# Drug Trafficking Conspiracy – Count 7

## Two elements

 • First, agreement to distribute drugs

(1) at least 50 grams of methamphetamine or

(2) at least 1,000 grams of heroin

 • Second, the defendant joined agreement to distribute drugs

# Count 7
## Drug amount from undercover buys

Count 8 ➡️ 124.7 grams of heroin (more than 100 grams)

Count 9 ➡️ 133.7 grams of heroin (more than 100 grams)

Count 11 ➡️ 231.7 grams of heroin (more than 100 grams)

Count 13 ➡️ 248.8 grams of heroin (more than 100 grams)

Count 14 ➡️ 99.3 grams of heroin (no quantity needed)

Count 7 ➡️ **838.2 grams of heroin**

# Count 7
# Drug quantities from wiretap seizures



# Count 7
# Drug quantities from wiretap seizures

2,140.8 grams of methamphetamine (actual)



# Count 7
## Drug quantities from wiretap seizures

719 grams of heroin

2,076 grams of methamphetamine (actual)



# Count 7
## Drug Trafficking Conspiracy Totals

Undercover buys ➡ 838.2 grams of heroin

Wiretap seizures ➡ 719 grams of heroin (Fontana)

Count 7 ➡ **1,557.2 grams of heroin total** (more than 1,000 grams)

Wiretap seizures ➡ 2,140.8 grams of methamphetamine (actual) (Vegas)

Wiretap seizures ➡ 2,076 grams of methamphetamine (actual) (Fontana)

Count 7 ➡ **4,216.8 grams of methamphetamine (actual)**

(more than 50 grams of meth (actual))



# Distribution of methamphetamine
# CSP-Sacramento

Count 10



# Distribution of methamphetamine
## Count 10



# Distribution of methamphetamine -  Count 10

- **to "distribute"**

  - deliver drugs to another person

  - does not matter if you make money from delivery

# Distribution of methamphetamine - Count 10



# Distribution of methamphetamine - Count 10




# Distribution of methamphetamine -  Count 10

 • to "**distribute**"

- deliver drugs to another person

- does not matter if you make money from delivery



# Drug Trafficking Conspiracy
## (prison packages plot)

### Count 12



# Drug Trafficking Conspiracy
## Count 12



Yandell



Justin Petty





# Count 12 – drug quantities

24.5 grams of methamphetamine
15.2 grams of heroin



# Drug Trafficking Conspiracy
## Count 12





Justin Petty





Yandell



Corbett

# Count 12 – drug quantities

41 grams of methamphetamine
140 grams of heroin



# Drug Trafficking Conspiracy
## Drug quantities for Count 12

CSP-Sacramento ➡ 15.2 grams of heroin

High Desert ➡ 140 grams of heroin

Count 12 ➡ **155.2 grams of heroin** (more than 100 grams)

CSP-Sacramento ➡ 24.5 grams of methamphetamine

High Desert ➡ 40.8 grams of methamphetamine

Count 12 ➡ 65.3 **grams of methamphetamine**

(more than 50 grams)





