Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org
Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL,<br><br>　　　　Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT RONALD YANDELL'S RULE 29 MOTION AND UNDER-SEAL MOTION**<br><br>Date & Time: August 21, 2024 at 9am<br><br>Chief Judge Kimberly J. Mueller, United States District Court |

**STIPULATION**

The defendant Ronald Yandell, by and through Assistant Federal Defender Sean McClelland, and Steven Kalar, Esq., and counsel for the United States, Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer, hereby stipulate and agree to a continue the due date of the Defendant's post-trial Reply briefs. Docket No. 2314.

The Reply briefs are currently due on July 29, 2024. The proposed revised due date is Monday, August 5, 2024.

IT IS SO STIPULATED.

RENE L. VALLADATES
Federal Public Defender

Dated:  July 26, 2024

/s/ *Sean McClelland*
SEAN MCCLELLAND
Assistant Federal Public Defender

Counsel for Defendant
RONALD YANDELL

PHILLIP A. TALBERT
United States Attorney

Dated:  June 26, 2024

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

**[PROPOSED] FINDINGS AND ORDER**

The Court accepts the stipulation of the parties regarding the motions filed by defendant Ronald Yandell.  Docket No. 2314.  Accordingly, the Court orders that the Defendant's Reply Briefs shall be filed on August 5, 2024.

**IT IS SO ORDERED**.


Dated:_____

THE HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE