KNUT S. JOHNSON (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
655 West Broadway, Suite 900
San Diego, California 92101
(619) 232-7080 (Phone)
knut@knutjohnson.com

ASHLEY VASQUEZ (CSB 32588)
901 H Street, Suite 504
Sacramento, California 95814
(916)347-0822
Ashley@AshleyVasquezLaw.com

Attorneys for WILLIAM SYLVESTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| vs. | |
| WILLIAM SYLVESTER (3), | |
| Defendant. | |

## STIPULATION

1. By previous order, this case was set for sentencing on September 11, 2024.

2. Although counsel for Mr. Sylvester and the Office of U.S. Probation have diligently worked to schedule the presentence interview in this case, the CDCR did not set a date for the interview until this week. That interview is now set for September 12, 2024.

3. By this stipulation, Mr. Sylvester asks this Court to continue sentencing to November 19, 2024. The government and U.S. Probation do not object.

4. The parties agree and stipulate, and request that the Court adopt the following schedule:

- 1 -

- 2:19-CR-00107-KJM

| | |
|---|---|
| Draft PSR Disclosed | September 24, 2024 |
| Informal Objections | October 8, 2024 |
| Final PSR Disclosed | October 22, 2024 |
| Formal Objections | November 5, 2024 |
| Sentencing Memorandum | November 12, 2024 |
| Judgment and Sentencing | November 19, 2024 |

Dated: August 30, 2024

Respectfully submitted,
*/s/ Knut S. Johnson*
Knut S. Johnson
*/s/ Ashley Vasquez*
Ashley Vasquez
*Attorneys for William Sylvester*

Dated: August 30, 2024

Respectfully submitted,
*/s/ Knut S. Johnson for*
JASON HITT
ASSISTANT U.S. ATTORNEY

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING** upon the stipulation of the parties, it is ordered:

The sentencing hearing set for September 11, 2024, is vacated. Sentencing is reset for November 19, 2024. The following briefing schedule is adopted:

| | |
|---|---|
| Draft PSR Disclosed | September 24, 2024 |
| Informal Objections | October 8, 2024 |
| Final PSR Disclosed | October 22, 2024 |
| Formal Objections | November 5, 2024 |
| Sentencing Memorandum | November 12, 2024 |
| Judgment and Sentencing | November 19, 2024 |

**IT IS SO ORDERED.**

Dated _____

_____
HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT JUDGE