BETTY J. WILLIAMS, SBN 224793
LAW OFFICE OF WILLIAMS & ASSOCIATES, P.C.
3600 American River Drive, Suite 135
Sacramento, CA 95864
Telephone:  (916) 488 8501
Facsimile: (916) 488-8196
Email: betty@williamstaxlaw.com

Attorney for Defendant
KEVIN MACNAMARA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN MACNAMARA, <br><br> Defendant. | Case No.: 2:19-CR-00107-KJM <br><br> **STATUS MEMO** <br><br> Hearing Date:  September 24, 2024 <br> Time:  2:00 P.M. <br> Judge: Honorable Kimberly J. Mueller |

**STATUS MEMO**

  The parties are scheduled to appear before the Court on September 24, 2024, for a hearing on a Motion to Suppress evidence. ECF 2399.

  Mr. Macnamara has been nonresponsive to counsel since August 11, 2024. Mr. Macnamara is a quadriplegic living in Orange County, California, self-described as suffering from various significant health issues with a short life expectancy.

  Mr. Macnamara's brother, Sean Macnamara, has confirmed that Mr. Macnamara entered long-term care which is being transitioned to hospice care at Kindred Hospital Westminster, 200 Hospital Circle, Westminster, California 92683, (714) 893-4541.

  Kevin Macnamara is not expected to survive. He will not be present in Court on September 24, 2024.

1  DATED: September 23, 2024              Respectfully submitted,

2                                         /s/ Betty J. Williams
                                          BETTY J. WILLIAMS
3                                         Attorney for Defendant
                                          KEVIN MACNAMARA
4