1  BETTY J. WILLIAMS, SBN 224793
   LAW OFFICE OF WILLIAMS AND ASSOCIATES, PC
2  3600 American River Drive, Suite 135
   Sacramento, California 95864
3  Telephone: (916) 488-8501
   Facsimile: (916) 488-8196
4  Email: betty@williamstaxlaw.com

5  Attorney for Defendant
    KEVIN MACNAMARA

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          Case No.: 2:19-CR-00107-KJM

11            Plaintiff,               **DECLARATION**

12     v.                              Hearing Date:  October 8, 2024
                                       Time:  10:00 a.m.
13  KEVIN MACNAMARA,                   Judge: Honorable Kimberly J. Mueller

14            Defendant.

15

16                         **DECLARATION**

17        The parties were scheduled to appear before the Court on September 24, 2024, for a hearing on a

18  Motion to Suppress evidence. ECF 2399. Defendant Kevin Macnamara was unable to appear due to

19  medical reasons.

20        At the September 24, 2024, hearing, Judge Mueller reset the matter to October 8, 2024, and

21  instructed the defense to file a Declaration addressing Defendant's current location and condition. ECF

22  2450.

23        On September 25, 2024, undersigned counsel spoke with Roxan Domingo, Director of

24  Quality Management, at Kindred Hospital Westminster, 200 Hospital Circle, Westminster, California

25  92683, (657) 666-7708.

26        After providing evidence of my representation of the Defendant, and this court's order to provide

27  a Declaration concerning the Defendant's current location and condition, and confirming his identity

28  with his birthdate and home mailing address, Ms. Domingo confirmed that the Defendant is in the care

DECLARATION                                              2:19-CR-00107-KJM

of Kindred Hospital Westminster, and that he is on a ventilator and has a tracheostomy.

Ms. Domingo was unwilling to provide confirmation about whether the Defendant will recover or ever be released and requested that she not be required to provide written confirmation stating she did not want to be involved in a criminal matter. She confirmed that I may check in periodically to confirm the Defendant's status with their facility.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


DATED: September 26, 2024                    /s/ Betty J. Williams
                                             BETTY J. WILLIAMS
                                             Attorney for Defendant
                                             KEVIN MACNAMARA

DECLARATION                                                      2:19-CR-00107-KJM