JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
john@balazslaw.com

Attorney for Defendant,
BRANT DANIEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRANT DANIEL,<br><br>    Defendant. | Case No. 2:19-CR-0107-KJM<br><br>DEFENDANT BRANT DANIEL'S REQUEST TO PERSONALLY APPEAR AT HEARING<br><br>**Hearing**<br>Date:  November 12, 2024<br>Time:  10:00 a.m.<br>Hon. Kimberly J. Mueller |

Defendant Brant Daniel has moved to vacate his conviction under 28 U.S.C. § 2255 on the ground that the government has breached its plea agreement in failing to take appropriate action to have him transferred to federal prison.  ECF No. 2391.  After briefing, the Court set a hearing for November 12, 2024.  ECF No. 2465.  Mr. Daniel hereby requests to be personally present at the November 12 hearing.

**Status Update**

Because he is in non-disciplinary status and is not being transferred to federal prison, the CDCR held a Department of Review Board (DRB) hearing on October 11, 2024 to determine where Mr. Daniel should be placed within the CDCR prison system.  Mr. Daniel was informed at the hearing that he will be

transferred, over his objection, to the Corcoran state prison Protective Housing Unit (PHU).

Corcoran state prison is about a four-hour drive from Sacramento. Corcoran state prison is the prison where Mr. Daniel first developed a heart condition and started atrial fibrillation before his transfer to CSP-Sacramento. There are also security concerns with staff at Corcoran state prison. *See* Declaration of Timothy Warriner, dated October 17, 2024 (under seal). Mr. Daniel agreed to a plea bargain in this case largely so he wouldn't be sent back to Corcoran state prison and instead would be transferred to federal prison. Given the assurances made to him in the plea agreement and orally at his change of plea hearing, *see* ECF No. 2643, at 3-5, Mr. Daniel reasonably believed he would be promptly transferred to federal prison.

Mr. Daniel requests that he personally appear at the November 12 hearing on his motion to vacate.[1]

                                        Respectfully submitted,

Dated: October 17, 2024

                                        /s/ John Balazs
                                        JOHN BALAZS

                                        Attorneys for Defendant
                                        BRANT DANIEL

---

[1] In the conclusion of the reply brief, counsel mistakenly requested that the Court vacate the judgment and reinstate Mr. Daniel's *guilty* plea. ECF No. 2463, at 7. That was a typo and should read reinstate his "not guilty" plea.