JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorney for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRANT DANIEL,<br><br>    Defendant. | No. 2:19-CR-0107-KJM<br><br>ORDER TO SEAL DOCUMENTS |

Upon application of defendant Brant Daniel, through counsel, and good cause being shown,

IT IS HEREBY ORDERED that the declaration of Timothy Warriner dated October 17, 2024 in support of Mr. Daniel's filing at ECF No. 2467 be SEALED until ordered unsealed by the Court.

Dated: 11/12/24

Hon. Kimberly J. Mueller
U.S. District Judge