BETTY J. WILLIAMS, SBN 224793
LAW OFFICE OF WILLIAMS AND ASSOCIATES, PC
3600 American River Drive, Suite 135
Sacramento, California 95864
Telephone: (916) 488-8501
Facsimile: (916) 488-8196
Email: betty@williamstaxlaw.com

Attorney for Defendant
 KEVIN MACNAMARA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN MACNAMARA,<br><br>　　　　Defendant. | Case No.: 2:19-CR-00107-KJM<br><br>**STATUS MEMO AND DECLARATION**<br><br>Hearing Date: November 19, 2024<br>Time: 10:00 a.m.<br>Judge: Honorable Kimberly J. Mueller |

**STATUS MEMO**

The parties are scheduled to appear before the Court on November 19, 2024, for a further status conference as to defendant Kevin Macnamara. ECF 2464.

On November 13, 2024, the parties filed a Stipulation excluding time under the Speedy Trial Act requesting to continue the November 19, 2024 status conference to January 14, 2025. ECF 2479.

The Court denied the parties' stipulation on November 19, 2024, without prejudice, stating counsel could renew the request with the filing of a detailed Declaration as to the defendant's current medical status and how that information was obtained. ECF 2482.

On November 4, 2024, undersigned counsel spoke by telephone with Roxan Domingo, Director of Quality Management, at Kindred Hospital Westminster, 200 Hospital Circle, Westminster, California 92683, (657) 666-7708.

Ms. Domingo confirmed that the defendant is still in the care of Kindred Hospital Westminster, and that he remains on a ventilator and has a tracheostomy. Ms. Domingo stated that although the

defendant seems alert at times, he also experiences periods of confusion.

Ms. Domingo stated that the defendant's medical care plan is to eventually transfer him to a sub-acute room, but that they have no plans to release him at this time.

Ms. Domingo confirmed that I may check in periodically to confirm his status with their facility.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 14, 2024        /s/ Betty J. Williams
                                BETTY J. WILLIAMS
                                Attorney for Defendant
                                KEVIN MACNAMARA