DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Samuel Keeton

Attorney for Defendant
SAMUEL KEETON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:19-CR-00107-10 |
| Plaintiff, | ) **SEALING ORDER** |
| vs. | ) JUDGE: Hon. Kimberly J. Mueller |
| SAMUEL KEETON, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Request to Seal the defendant's November 17, 2024 motion be granted so that personal information is not available on the public docket. The Request and the filing are to be provided to the Court.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: November 20, 2024

Kimberly J. Mueller
United States District Judge

Proposed Sealing Order