BETTY J. WILLIAMS, SBN 224793
LAW OFFICE OF WILLIAMS AND ASSOCIATES, PC
3600 American River Drive, Suite 135
Sacramento, California 95864
Telephone: (916) 488-8501
Facsimile: (916) 488-8196
Email: betty@williamstaxlaw.com

Attorney for Defendant
 KEVIN MACNAMARA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN MACNAMARA,<br><br>Defendant. | Case No.: 2:19-CR-00107-KJM<br><br>**STATUS MEMO AND DECLARATION**<br><br>Hearing Date:  January 14, 2025<br>Time:  10:00 a.m.<br>Judge: Honorable Kimberly J. Mueller |

**STATUS MEMO**

The parties are scheduled to appear before the Court on January 14, 2025, for a further status conference as to defendant Kevin Macnamara.  ECF 2486.

On November 13, 2024, the parties filed a Stipulation excluding time under the Speedy Trial Act requesting to continue the November 19, 2024 status conference to January 14, 2025. ECF 2479.

The Court denied the parties' stipulation on November 19, 2024, without prejudice, stating counsel could renew the request with the filing of a detailed Declaration as to the defendant's current medical status and how that information was obtained.  ECF 2482.

On November 4, 2024, undersigned counsel spoke by telephone with Roxan Domingo, Director of Quality Management, at Kindred Hospital Westminster, 200 Hospital Circle, Westminster, California 92683, (657) 666-7708.

Ms. Domingo confirmed that the defendant was still in the care of Kindred Hospital Westminster, and that he remained on a ventilator and had a tracheostomy.  Ms. Domingo stated that

although the defendant seemed alert at times, he also experiences periods of confusion.

Ms. Domingo stated that the defendant's medical care plan is to eventually transfer him to a sub-acute room, but that they have no plans to release him at this time.

The Court granted the parties' Stipulation excluding time under the Speedy Trial Act requesting to continue the November 19, 2024 status conference to January 14, 2025. ECF 2486.

On January 3, 2024, undersigned counsel connected by telephone and email with Ms. Domingo, and learned that Mr. Macnamara's condition had not improved, and that while he could repeat some words, he was unable to express himself. Ms. Domingo relayed that on December 31, 2024, Mr. Macnamara was transferred to Park Anaheim Healthcare Center.

Also on January 3, 2025, undersigned counsel spoke with Tyrine Degoma of Park Anaheim Healthcare Center who confirmed that Mr. Macnamara was admitted on December 31, 2024, for his long-term care. He remains on a ventilator and is given respiratory care including suctioning, mouth care, and breathing treatments; Mr. Macnamara requires a feeding tube. If he becomes able, he will receive physical therapy, occupational therapy, and speech therapy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 3, 2025                    /s/ Betty J. Williams
                                          BETTY J. WILLIAMS
                                          Attorney for Defendant
                                          KEVIN MACNAMARA