PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0107-KJM |
| Plaintiff, | STIPULATION REGARDING HEARING DATE ON PENDING § 2255 MOTION FILED BY DEFENDANT BRANT DANIEL [ECF 2391] |
| v. | |
| BRANT DANIEL, | |
| Defendant. | |

**STIPULATION**

The United States, by and through Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer and counsel for defendant Brant Daniel, John Balazs, Esq., and Timothy Warriner, Esq., hereby stipulate and agree to moving the currently-set hearing date on the stayed motion filed under 28 U.S.C. § 2255 ("motion") filed by defendant Brant Daniel ("defendant").  ECF 2391.

1. On November 12, 2024, the United States and the defendant and his counsel appeared before the Court on defendant's pending motion.  At the hearing, the Court issued a stay on the deciding the merits of defendant's motion based upon the representations and request of the parties.  ECF 2478.

2. Since that time, the United States represents that relevant decisionmakers within the Department of Justice are deliberating on the placement of the defendant within the

Bureau of Prisons.

3. The parties have met and conferred over the current status of the defendant's motion and the need for additional time for a final decision to be rendered in the defendant's custodial placement.

4. In light of the additional time needed, the parties respectfully request that the current hearing date on defendant's motion, January 14, 2025, be moved to February 4, 2025.

IT IS SO STIPULATED.

Dated:  January 10, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated:  January 10, 2025

/s/ *John Balazs*
JOHN BALAZS, Esq.
TIMOTHY WARRINER, Esq.
Counsel for Defendant
BRANT DANIEL
Authorized to sign by email on 1-8-25

**[PROPOSED] FINDINGS AND ORDER**

The Court accepts the stipulation of the parties regarding a hearing date on the stayed motion filed under 28 U.S.C. § 2255 by defendant Brant Daniel. ECF 2391. Accordingly, the Court vacates the current hearing date of January 14, 2025, and sets a new hearing date on defendant's motion for February 4, 2025, at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE