TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEANNA QUESENBERRY,<br><br>Defendant | CASE NO. 2:19-CR-00107 KJM<br>           2:19-CR-00081 KJM<br><br>**SUPPLEMENTAL DECLARATION RELATING TO STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER; REQUEST FOR RECONSIDERATION** |

Defendant JEANNA QUESENBERRY submitted a stipulation and proposed order requesting that sentencing be continued until March 11, 2025. (ECF # 2530 in 2:19-CR-00107 KJM; ECF # 444 in 2:19-CR-00081 KJM) because more time is needed to obtain records and mitigation in preparation for sentencing. The Court denied this motion without prejudice and allowed for defense counsel to file a supplemental declaration in support of the request. A supplemental declaration regarding records is being filed under a request to seal given that the records relate to matters of medical records and privacy. Ms. Quensenberry submits these documents in support of her request that the Court reconsider and grant the continuance.

//
//
//
//
//

1

1  //
   //
2
3
4  Dated: January 31, 2025          RESPECTFULLY SUBMITTED:
5
6                                   By:    */s/ Toni White*
                                    TONI WHITE
7                                   Attorney at Law
                                    For Defendant Jeanna Quesenberry
8

2