1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
   Sacramento, California 95814
3  (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  DANNY TROXELL

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11                                          Case No.: 2:19-cr-0107 KJM

12 UNITED STATES OF AMERICA,

13        Plaintiff,                        STIPULATION AND [PROPOSED] ORDER
                                            TO CONTINUE STATUS AS TO
14 vs.                                      RESCHEDULING POST-TRIAL MOTION
                                            AND SENTENCING HEARING
15 DANNY TROXELL,

16        Defendant.                        Court:   Hon. Kimberly J. Mueller
                                            Date:    February 18, 2025
17                                          Time:    10:00 a.m.

18

19

20

21

22

23        This matter is presently set for a Status Hearing as to rescheduling of a Motion for

24 Judgment of Acquittal Pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure (ECF

25 Document 2378; hereafter the "Acquittal Motion") and potential selection of a Sentencing

26 Hearing date.  By this Stipulation, Defendant Danny Troxell requests to continue the Status

27 ORDER CONTINUING STATUS
   HEARING AS TO RESCHEDULING
28 POST-TRIAL MOTION AND
   SENTENCING HEARING

Hearing as to Scheduling of the Acquittal Motion and the Sentencing Hearing to March 25, 2025, at 10:00 a.m.

Defendant Troxell, as represented in previous stipulations continuing this matter (ECF Entries 2425, 2437, and 2507), anticipates that supplemental discovery materials exclusive to him, which are presently unavailable for release because they are the subject of an ongoing investigation, may provide the basis for supplemental grounds in support of his Acquittal Motion and/or a potential New Trial Motion based on newly discovered evidence. New developments as to this ongoing investigation, which have been disclosed to defense counsel, provide a reasonable basis to believe that the supplemental discovery materials may soon be released. Defendant therefore requires additional time to review and research the potential impact of any supplemental discovery before proceeding on both the Acquittal Motion and setting the Sentencing Hearing. The government does not oppose the request.

This request follows a guilty verdict following a jury trial so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Jason Hitt has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: February 11, 2025

By   */s/ Todd D. Leras for*
         JASON HITT
         Assistant United States Attorney

DATED:  February 11, 2025

By   */s/ Todd D. Leras*
         TODD D. LERAS
         Attorney for Defendant
         DANNY TROXELL

ORDER CONTINUING STATUS
HEARING AS TO RESCHEDULING
POST-TRIAL MOTION AND
SENTENCING HEARING

**ORDER**

BASED ON THE STIPULATION BETWEEN THE PARTIES, the Status Hearing, currently set for February 18, 2025, as to rescheduling Defendant Troxell's Motion for Judgment of Acquittal Pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure (ECF Document 2378) and setting of a Sentencing Hearing is vacated. A Status Hearing as to potential rescheduling of the post-trial motion and the Sentencing Hearing is continued to March 25, 2025, at 10:00 a.m.

IT IS SO ORDERED.

DATED: _____, 2025

KIMBERLY J. MUELLER
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS HEARING AS TO RESCHEDULING POST-TRIAL MOTION AND SENTENCING HEARING