**SEALED**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 19-CR-00107 KJM |
| Plaintiff, | ORDER |
| v. | **SEALED** |
| Ronald Yandell, William Sylvester and Daniel Troxell, | |
| Defendants. | |

The court previously directed the parties to state whether they objected to the unsealing of several filings related to the trial on the charges against defendants Ronald Yandell, William Sylvester and Daniel Troxell. The government and defendant Yandell have submitted memoranda. *See generally* Yandell Mem., ECF No. 2379; Gov't Resp., ECF No. 2395; Yandell Reply, ECF No. 2412. The court also heard from the government and defendants Yandell, Sylvester and Troxell at a hearing on August 21, 2024. Hr'g Mins., ECF No. 2429. The court has not yet received responses from several others who may have an interest in the public disclosure or continued sealing of these filings, such as the California Department of Corrections and Rehabilitation (CDCR); defendants in this action other than Yandell, Sylvester and Troxell; and the recipients of subpoenas for trial testimony, among others. In addition, the parties'

memoranda and comments at the hearing did not address some trial-related documents that currently remain under seal.

Having considered the parties' positions and the potential interests of others who have not yet had an opportunity to be heard, the court orders as follows.

- The clerk's office is instructed to serve a copy of this order on counsel for the United States and defendants Yandell, Sylvester and Troxell only.
- The following filings and each of their respective attachments will **remain under seal**, unless otherwise ordered by the court, in order to protect defense theories and strategies from improper disclosure under *United States v. Sleugh*, 896 F.3d 1007 (9th Cir. 2018): ECF Nos. 1820, 1932, 1971, 1979, 2008, 2010, 2020, 2027, 2029, 2030, 2031, 2033, 2034, 2035, 2050, 2051, 2061, 2074, 2106, 2302, 2246.  But these filings "must be released when the danger of prejudice has passed." *Sleugh*, 896 F.3d at 1017 (quoting *Phoenix Newspapers, Inc. v. United States Dist. Ct.*, 156 F.3d 940, 948 (9th Cir. 1998)).  Defense counsel shall notify the court promptly once it believes the danger of prejudice has passed.
- The following filings will remain under seal unless otherwise ordered by the court so as to protect the jurors' and potential jurors' privacy: ECF No. 1934 and its attachments and ECF No. 2302.
- The filing at ECF No. 1993 will remain under seal to protect defendant Brant Daniel's attorney-client privilege, unless otherwise ordered by the court.
- The United States is **ordered to show cause within thirty days** why the filings at ECF Nos. 1983, 2039, 2057 and their respective attachments should not be unsealed.
- Defendants Yandell, Sylvester and Troxell are **ordered to show cause within thirty days** why the filing at ECF No. 2001 should not be unsealed.
- Defendant Sylvester is **ordered to show cause within thirty days** why the filing at ECF No. 2002 and its attachments should not be unsealed.

- The thirty-day deadlines above will not be continued absent a showing of good cause.
- Any requests to file responses to this order under seal must comply with this district's local rules and this court's standing orders for criminal cases.

IT IS SO ORDERED.

DATED: March 14, 2025.

UNITED STATES DISTRICT JUDGE