UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 19-CR-00107 KJM |
| Plaintiff, | ORDER |
| v. | **SEALED** |
| Ronald Yandell, William Sylvester and Daniel Troxell, | |
| Defendants. | |

The court previously directed the parties to state whether they objected to the unsealing of several filings related to the trial on the charges against defendants Ronald Yandell, William Sylvester and Daniel Troxell. The government and defendant Yandell have submitted memoranda. *See generally* Yandell Mem., ECF No. 2379; Gov't Resp., ECF No. 2395; Yandell Reply, ECF No. 2412. The court also heard from the government and defendants Yandell, Sylvester and Troxell at a hearing on August 21, 2024. Hr'g Mins., ECF No. 2429. The court has not yet received responses from several others who may have an interest in the public disclosure or continued sealing of these filings, such as the California Department of Corrections and Rehabilitation (CDCR); defendants in this action other than Yandell, Sylvester and Troxell; and the recipients of subpoenas for trial testimony, among others. In addition, the parties'

1

1  memoranda and comments at the hearing did not address some trial-related documents that
2  currently remain under seal.
3      Having considered the parties' positions and the potential interests of others who have not
4  yet had an opportunity to be heard, **the court orders Nickolas Perez to show cause within**
5  **thirty days** why the filing at ECF No. 2076 and its attachments should not be unsealed.
6      The clerk's office is instructed to serve a copy of this order and ECF No. 2076 and its
7  attachments on counsel representing Perez in Case No. 2:19-cr-00071-KJM-1, Dennis Waks
8  (denniswaks@gmail.com). The clerk's office also is instructed to serve a copy of only this
9  order—but not the separate files listed above—on counsel for the United States and defendants
10 Yandell, Troxell and Sylvester.
11     The thirty-day deadlines above will not be continued absent a showing of good cause.
12 Any requests to file responses to this order under seal must comply with this district's local rules
13 and this court's standing orders for criminal cases.
14     IT IS SO ORDERED.
15 DATED: March 14, 2025.
16

UNITED STATES DISTRICT JUDGE