**SEALED**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 19-CR-00107 KJM |
| Plaintiff, | ORDER |
| v. | **SEALED** |
| Ronald Yandell, William Sylvester and Daniel Troxell, | |
| Defendants. | |

The court previously directed the parties to state whether they objected to the unsealing of several filings related to the trial on the charges against defendants Ronald Yandell, William Sylvester and Daniel Troxell. The government and defendant Yandell have submitted memoranda. *See generally* Yandell Mem., ECF No. 2379; Gov't Resp., ECF No. 2395; Yandell Reply, ECF No. 2412. The court also heard from the government and defendants Yandell, Sylvester and Troxell at a hearing on August 21, 2024. Hr'g Mins., ECF No. 2429. The court has not yet received responses from several others who may have an interest in the public disclosure or continued sealing of these filings, such as the California Department of Corrections and Rehabilitation (CDCR); defendants in this action other than Yandell, Sylvester and Troxell; and the recipients of subpoenas for trial testimony, among others. In addition, the parties'

1   memoranda and comments at the hearing did not address some trial-related documents that
2   currently remain under seal.
3       Having considered the parties' positions and the potential interests of others who have not
4   yet had an opportunity to be heard, the court **orders CDCR to show cause within thirty days**
5   why the filings at ECF Nos. 1939, 1940, 1943, 1975, 1990, 1998, 2087, 2089, 2102, 2108, 2114,
6   2115, 2116, 2117, 2166, 2168, 2174 and their respective attachments should not be unsealed.
7       The clerk's office is instructed to serve a copy of this order and the filings listed in the
8   previous sentence on Heather Heckler (heather.heckler@doj.ca.gov) and Lucas Hennes
9   (lucas.hennes@doj.ca.gov).  The clerk's office also is instructed to serve a copy of only this
10  order—but not the separate files listed above—on counsel for the United States and defendants
11  Yandell, Troxell and Sylvester.
12      The thirty-day deadline above will not be continued absent a showing of good cause.  Any
13  requests to file responses to this order under seal must comply with this district's local rules and
14  this court's standing orders for criminal cases.
15      IT IS SO ORDERED.
16  DATED: March 14, 2025.

_____
UNITED STATES DISTRICT JUDGE