**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
TRAVIS BURHOP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS BURHOP, <br><br> Defendant. | CASE NO. 2:19-CR-00107-KJM-4 <br><br> **JOINT STATEMENT AND STIPULATION RE PROPOSED REDACTIONS TO TRANSCRIPT OF SENTENCING ON OCTOBER 2, 2024** |

The United States, by and through its attorney of record, Jason Hitt, and defendant Travis Burhop, by and through his attorney of record, Erin J. Radekin, respectfully submit this joint statement and stipulation regarding proposed redactions to defendant's transcript of sentencing on October 2, 2024.

Having met and conferred, the parties agree and stipulate as follows:

1. On February 13, 2025, the Court directed that the transcript of defendant's sentencing on October 2, 2024 be filed under seal. ECF No. 2546. It was filed under seal as ECF No. 2547.

2. On February 19, 2025, the Court issued a minute order, directing the parties to meet and confer regarding proposed redactions to the sentencing transcript.

3. On March 13, 2025, the Court contacted Ms. Radekin by email requesting clarification on whether some items were unintentionally not redacted. Thereafter, Ms. Radekin made additional

redactions and emailed the transcript with the new redactions to Mr. Hitt. By email dated March 18, 2025, Mr. Hitt agreed to these additional redactions.

    4. Having met and conferred, the parties agree and stipulate that the redacted transcript filed simultaneously with this statement and stipulation under seal to allow for the Court's review, may be filed on the docket.

IT IS SO STIPULATED.

Dated: March 18, 2025                         PHILLIP A. TALBERT
                                               United States Attorney

                                               /s/ Jason Hitt
                                               JASON HITT
                                               Assistant United States Attorney

Dated: March 18, 2025                         /s/ Erin J. Radekin
                                               ERIN J. RADEKIN
                                               Counsel for Defendant
                                               TRAVIS BURHOP