Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org
Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL,<br><br>Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**RESPONSE RE: ECF No. 2664**<br><br>Chief Judge Kimberly J. Mueller,<br>United States District Court |

  The Court has directed Mr. Yandell, Mr. Sylvester, and Mr. Troxell to show cause why the filing at ECF No. 2001 should not be unsealed. *See* ECF No. 2664 (so ordering).

  Mr. Yandell has no objection to unsealing that filing.

Dated April 10, 2025.

 Respectfully submitted,

 Rene L. Valladares
 Federal Public Defender

 */s/ Brian D. Pugh*
 BRIAN D. PUGH
 Assistant Federal Public Defender

 */s/ Sean A. McClelland*
 SEAN A. McCLELLAND
 Assistant Federal Public Defender


 Law Office of Steven G. Kalar

 */s/ Steven G. Kalar*
 STEVEN G. KALAR

3