DANICA MAZENKO
California Bar No. 330710
D Mazenko Law
2443 Fair Oaks Bl, #486
Sacramento, CA 95825669-5693
DMazenkoLaw@gmail.com

Attorney for Defendant
SAMUEL KEETON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(HON. KIMBERLY J. MUELLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-107-KJM |
| Plaintiff, | DEFENDANT KEETON'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING THE SEALING STATUS OF ECF 2058 |
| v. | |
| SAMUEL KEETON, | |
| Defendant. | |

Samuel Keeton, by and through his attorney, Danica Mazenko, submits this filing in response to the Court's directive in docket 2670 to show cause why the filing at ECF 2058 should not be unsealed.

//

//

//

//

1

After reviewing ECF 2058, taking into consideration that the cooperators in this case were publicly identified, any privacy interests appear to be protected by the redactions in the attached exhibits. Mr. Keeton has no objection to unsealing that filing.

DATED: April 11, 2025    Respectfully submitted,
                         */s/ Danica Mazenko*
                         DANICA MAZENKO
                         Attorney for Samuel Keeton

2