1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   United States of America,                      No. 2:19-cr-00107-KJM

12                    Plaintiff,                     ORDER

13          v.

14   Ronald Yandell, William Sylvester and Daniel
     Troxell,
15

16                    Defendants.

17

18          Having reviewed the response to the court's order to show cause at ECF No. 2672,[1] the

19   court directs the Clerk's Office to **unseal** ECF No. 2076, its attachments and the order at ECF

20   No. 2672.

21          The Clerk's Office is directed to serve a copy of this order on counsel for the United

22   States and counsel for defendants Yandell, Sylvester, Troxell and Perez

23   (denniswaks@gmail.com).

24          IT IS SO ORDERED.

25    DATED: April 24, 2025.

26
                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

     _____
         [1] The response was docketed in Case No. 2:19-cr-00071-KJM at ECF No. 66.

1