1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    United States of America,                    No. 2:19-cr-00107-KJM

12                      Plaintiff,                  ORDER

13            v.

14    Ronald Yandell, William Sylvester and Daniel
      Troxell,
15
16                      Defendants.

17

18           On March 17, 2025, the court ordered defendant Quesenberry to show cause why the

19    filing at ECF No. 2022 and its attachments should not be unsealed.  Order to Show Cause, ECF

20    No. 2666.  The court received no response.  Having reviewed that document and its attachments,

21    and finding no reason to justify the continued sealing of ECF No. 2022, the court orders as

22    follows:

23              •   The document at ECF Nos. 2022 and its attachments are **unsealed**.

24              •   The order to show cause at ECF No. 2666 is **unsealed**.

25              •   The Clerk's Office is directed to serve a copy of this order on counsel for the

26                  United States and for defendants Yandell, Sylvester, Troxell and Quesenberry.

27           IT IS SO ORDERED.

28    DATED:  April 24, 2025.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE