UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, William Sylvester and Daniel Troxell, | |
| Defendants. | |

Having reviewed the responses at ECF Nos. 2726 and 2728, and having received no other responses to the order at ECF No. 2664, the court orders as follows:

- The Clerk's Office is directed to **unseal** the documents at ECF Nos. 2001, 2002 and its attachments, and the order to show cause at 2664.
- The documents at ECF Nos. 1983, 2039 and 2057 will **remain under seal** pending a further order of this court.
- The Clerk's Office is instructed to serve a copy of this order on counsel for the United States and for defendants Yandell, Troxell and Sylvester.

IT IS SO ORDERED.

DATED: April 24, 2025.

UNITED STATES DISTRICT JUDGE