**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
TRAVIS BURHOP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00107-KJM-4 |
| Plaintiff, | |
| v. | **DEFENDANT BURHOP'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE REGARDING THE SEALING STATUS OF ECF NO. 2025** |
| TRAVIS BURHOP, | |
| Defendant. | |

      Defendant, Travis Burhop, by and through his attorney of record, Erin J. Radekin, submits this response to the Court's order to show cause dated March 14, 2025 regarding the sealing status of ECF No. 2025 and its attachments.

      The undersigned has reviewed ECF No. 2025 and its attachments. Mr. Burhop objects to unsealing ECF No. 2025 or any of its attachments on the ground they contain facts regarding the scope of his cooperation with the government as well as particular facts disclosed by him during such cooperation. While counsel acknowledges that Mr. Burhop's status as a cooperating witness was disclosed during trial, because she was not present at the trial, she is unaware whether any of the facts stated in ECF No. 2025 and its attachments have been publicly disclosed. While the attachments are presumably in the possession of Mr. Yandell's attorneys given that they filed ECF No. 2025, the undersigned has no way to verify whether in fact the facts set forth in these documents were publicly

1

disclosed.

Mr. Burhop remains at risk of suffering from retaliation by his codefendants or others based on his cooperation in this case. He thus respectfully requests ECF No. 2025 and the attachments remain under seal.

Dated: April 14, 2025                                                                 Respectfully submitted,


                                                   /s/ Erin J. Radekin
                                                ERIN J. RADEKIN
                                                Counsel for Defendant
                                                TRAVIS BURHOP