TONI WHITE (SBN 210119)
PO Box 1068
Placerville, CA 95667
Tel:    (530) 885-6244

Attorney for defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEANNA QUESENBERRY ) <br> ) <br> Defendant. ) <br> ) <br>_____ ) | NO. 2:19-CR-00081 KJM; 2:19-CR-00107 KJM <br><br> REQUEST FOR EXTENSION OF VOLUNTARY SURRENDER DATE; REQUEST TO VACATE SURRENDER DATE PENDING DISPOSITION OF THIS REQUEST |

  Ms. Quesenberry was sentenced to 120 months of imprisonment on March 11, 2025 and is currently ordered to voluntarily surrender to the Bureau of Prisons on June 2, 2025 "with the court retaining jurisdiction to modify the self-surrender date upon showing of good cause by either side." ECF No. 461 (19CR81) and ECF No. 2648 (19CR107).

  Ms. Quesenberry has a host of medical issues, which have been set forth multiple times in the filings in these cases. She currently needs knee surgery. Her orthopedic surgeon is not recommending surgery, at this time, because she will not be able to receive the necessary frequency and quality of post-surgery physical therapy in a prison environment. The medical plan is to manage the condition, for as long as possible, with steroid injections. The doctor wishes to provide enough injections, prior to Ms. Quesenberry's voluntary surrender, so that she can withstand the delay that will be inherent in getting her medical care established in BOP. She has two more appointments for injections. The injections need to be spaced out, as they are, for medical reasons.

Attached, under a request to seal, is a letter from her orthopedic surgeon and medical records in support of her request.

Ms. Quesenberry has not previously requested an extension of her surrender date and is not anticipating requesting any additional extensions. She was recently classified and has been making arrangements with her family to surrender. She is requesting an extension of her surrender date until July 7, 2025.

Ms. Quesenberry continues to be in touch with her pretrial supervision officer and is doing well as she prepares to surrender. The undersigned advised the Government of this request. AUSA David Spencer advised that AUSA Jason Hitt was finishing a trial and deferred to him regarding the Government's position on this request. No further contact has been received. The Government's position remains unknown.

As such, at this time, Ms. Quesenberry respectfully requests that the Court stay extend her voluntary surrender date until July 7, 2025. Additionally, she requests that the Court stay her surrender date pending the outcome of this request.

Dated: May 15, 2025                                    /S/ TONI WHITE

                                                       Toni White
                                                       Attorney for Defendant
                                                       Jeanna Quesenberry