CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME Wendi Overmyer | 2. EMAIL Wendi_Overmyer@fd.org | 3. PHONE NUMBER 702-388-6577 | 4. DATE 5/14/2025 |
| --- | --- | --- | --- |

| 5. MAILING ADDRESS 411 E. Bonneville Ave., Suite 250 | 6. CITY Las Vegas | 7. STATE NV | 8. ZIP CODE 89101 |
| --- | --- | --- | --- |

| 9. CASE NUMBER 2:19-cr-00107-KJM | 10. JUDGE Senior District Judge Kimberly J. Mueller | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 11. FROM 3/12/2025 | 12. TO 3/12/2025 |

| 13. CASE NAME USA v. Yandell, et al. | LOCATION OF PROCEEDINGS | |
| --- | --- | --- |
| | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**

☑ APPEAL No.     25-431   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY

☐ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
| --- | --- | --- | --- | --- | --- |
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Sentencing (Quesenberry) | 3/12/2025 (#2648) | J. Coulthard |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| 30-Day | ☑ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-HOUR | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

| ESTIMATE TOTAL | |
| --- | --- |

| 19. SIGNATURE /s/ Wendi L. Overmyer | PROCESSED BY |
| --- | --- |
| 20. DATE 5/15/2025 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
| --- | --- |

| | DATE | BY |
| --- | --- | --- |
| ORDER RECEIVED | | |

| | |
| --- | --- |
| DEPOSIT PAID | DEPOSIT PAID |
| TRANSCRIPT ORDERED | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE |