John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
balazslaw@gmail.com

Attorney for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:19-CR-0107-KJM |
|---|---|
| Plaintiff, | **Withdrawal of Motion to Vacate Under 28 U.S.C. § 2255** |
| v. | |
| BRANT DANIEL, | |
| Defendant. | |

Defendant Brant Daniel, through counsel, hereby withdraws his motion to vacate under 28 U.S.C. § 2255 at ECF No. 2391. Mr. Daniel was transferred to USP Victorville on or about May 8, 2025. His motion to vacate, which was based on the government's failure to transfer him to the custody of the Bureau of Prisons, is thus moot.

Respectfully submitted,

Dated: May 21, 2025

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
BRANT DANIEL