1  TONI WHITE (SBN 210119)
2  PO Box 1081
   El Dorado, CA 95623
3  Tel:    (530) 885-6244

4  Attorney for defendant
5  JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | NO. 2:19-CR-00081 KJM; 2:19-CR-00107 KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER EXTENDING VACATING CURRENT SURRENDER DATE AND SETTING NEW SURRENDER DATE |
| JEANNA QUESENBERRY | ) | |
| Defendant. | ) | |

Based on the Request for Extension of Voluntary Surrender Date filed with this Court on May 15, 2025, the voluntary surrender date for Jeanna Quesenberry is extended until July 7, 2025.

IT IS SO ORDERED this ____ day of _____, 2025.


_____
HON. KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE

-1-