LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
DANNY TROXELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DANNY TROXELL,<br><br>        Defendant. | Case No.: 2:19-cr-0107 KJM<br><br>STIPULATION AND ORDER TO MODIFY POST-TRIAL BRIEFING SCHEDULE<br><br>Court:    Hon. Kimberly J. Mueller<br>Date:     October 14, 2025<br>Time:     10:00 a.m. |

      This matter is presently set for Hearing, originally scheduled for September 30, 2025, and later re-set for October 14, 2025, on Defendant Danny Troxell's Motion for Judgment of Acquittal Pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure (ECF Document 2378) and filing of a New Trial Motion Pursuant to Rule 33(a) of the Federal Rules of Criminal Procedure (hereafter collectively referred to as "Defendant's Post-Trial Motions"). By this

ORDER MODIFYING POST-TRIAL MOTION BRIEFING SCHEDULE

Stipulation, Defendant Danny Troxell requests to modify the briefing schedule for the Post Trial Motions.

The reason for briefing deadline modification request is that Defendant Troxell's Post-Trial Motions address ongoing investigations by law enforcement officials. Defense counsel therefore requests additional time to confer with government counsel to ensure that the security and integrity of the investigations are not compromised by any public filings related to Defendant Troxell's Post-Trial Motions.

Defendant proposes the following modification to the briefing schedule:

1) Defendant's Supplemental Brief/Motion Due: September 9, 2025

2) Government's Opposition Brief Due: September 23, 2025

3) Optional Reply Brief Due: September 30, 2025

The government does not oppose the request. The previously set Hearing Date, October 14, 2025, remains the same. Assistant U.S. Attorney Jason Hitt has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: August 29, 2025

By     /s/ Todd D. Leras for
       JASON HITT
       Assistant United States Attorney


DATED:  August 29, 2025

By     /s/ Todd D. Leras
       TODD D. LERAS
       Attorney for Defendant
       DANNY TROXELL

ORDER MODIFYING POST-TRIAL MOTION BRIEFING SCHEDULE

**ORDER**

The Court adopts the modified Briefing Schedule proposed by the parties. The Scheduled Hearing on Defendant Danny Troxell's Post-Trial Motions remains scheduled for October 14, 2025.

IT IS SO ORDERED.

DATED: September 4, 2025.

_____
UNITED STATES DISTRICT JUDGE

ORDER MODIFYING POST-TRIAL MOTION BRIEFING SCHEDULE