Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Sean A. McClelland
Wendi L. Overmyer
Cristen C. Thayer
Assistant Federal Public Defenders
sean_mcclelland@fd.org
wendi_overmyer@fd.org
cristen_thayer@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Attorneys for Ronald Yandell

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ronald Yandell,<br><br>　　　　Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**Notice of Status of Copies of Sealed Sentencing Transcripts to Defense Counsel** |

　　　　Defendant Ronald Yandell provides this notice to the Court concerning the status of the sealed sentencing transcripts for codefendants Travis Burhop and Jeanna Quesenberry. On June 18, 2025, undersigned counsel filed a motion requesting the Court provide copies of those sentencing transcripts to undersigned counsel under seal. ECF No. 2778. Undersigned counsel noted the government's partial opposition and that counsel for Burhop and Quesenberry opposed. ECF No. 2778, at 2.

　　　　Neither the government nor counsel for Burhop and Quesenberry filed oppositions. Therefore, on July 29, 2025, the Court granted Yandell's motion,

1 instructing that defense counsel must not provide a copy of the transcripts to
2 Yandell, must file the transcripts under seal if necessary for the appeal, and must
3 redact and portion of the briefing referring to the transcripts. ECF No. 2789.
4 Undersigned counsel has since received copies of the transcripts and has complied
5 with this Court's order.

6 On September 16, 2025, the Court issued an order directing the government
7 and counsel for Burhop and Quesenberry to respond to Yandell's motion. ECF No.
8 2789. Given the Court's prior order and that undersigned counsel has been provided
9 copies of the transcripts of the sentencings, undersigned counsel provides this notice
10 on the status of the matter.

11 Dated: September 17, 2025.              Respectfully submitted,

12                                         RENE L. VALLADARES
13                                         Federal Public Defender

14                                         *s/Sean A. McClelland*
                                           Sean A. McClelland
15                                         Assistant Federal Public Defender

16                                         *s/ Wendi L. Overmyer*
17                                         Wendi L. Overmyer
                                           Assistant Federal Public Defender
18
19                                         *s/Cristen C. Thayer*
                                           Cristen C. Thayer
20                                         Assistant Federal Public Defender
                                           Attorneys for Ronald Yandell

2