# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Person Under Supervision

**Name of Person Under Supervision:**  Kristen Demar  **Docket Number:**  0972 2:19CR00107-014

**Name of Judicial Officer**:  Senior United States District Judge Kimberly J. Mueller

**Date of Original Sentence:**  5/8/2024

**Original Offense:** Count 1: 18 USC 1962(d) – Conspiracy to Participate in a Racketeering Enterprise (CLASS A FELONY); Count 7: 21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin (CLASS A FELONY)

**Original Sentence:** Time Served; 36-month term of Supervised Release; Mandatory testing; DNA collection; $200 special assessment.

**Special Conditions:**

1. Warrantless Search
2. Drug/Alcohol Treatment
3. Substance Abuse Testing
4. Financial Disclosure
5. No Gang Associations
6. Location Monitoring
7. Cell Phone Restrictions
8. After care co-payment

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    5/8/2024

**Date Supervision recommenced:**    03/18/2025

**RE**: Kristen Demar                                                    Docket Number: 0972 2:19CR00107- 14

**Other Court Actions:**

**11/25/2024:**   PROB12C Petition for Warrant alleging Charge 1) Unlawful use of a Controlled Substance; Charge 2) Failure to Answer Truthfully; 3) Failure to Participate in Drug Testing as Directed.

**03/18/2025:**   <u>Revocation Sentence</u>: Time Served followed by 24 months Supervised Release. Special conditions include search; substance abuse treatment; drug/alcohol testing; financial disclosure; no gang associations; location monitoring; cellular phone restriction; co-payment.

---

## PETITIONING THE COURT

☒   **TO ISSUE A NO BAIL WARRANT. THIS PETITION IS TO BE SEALED UNTIL FURTHER ORDER OF THE COURT.**

The probation officer alleges the Person Under Supervision has violated the following condition(s) of supervision:

**<u>Charge Number</u>**          **<u>Nature of Violation</u>**

**<u>Charge 1:</u>**    **<u>UNLAWFUL USE OF A CONTROLLED SUBSTANCE</u>**

On October 7, 2025, Ms. Demar admitted to me that she used methamphetamine on three separate occasions the week prior. This is in violation of the Mandatory Condition which states, *"you must refrain from any unlawful use of a controlled substance."*

**<u>Charge 2:</u>**    **<u>POSSESSION OF A CONTROLLED SUBSTANCE</u>**

During a probation search of Ms. Demar's residence on September 4, 2025, a small clear bag containing methamphetamine was found in her bedroom. This is in violation of the Mandatory Condition which states, *"You must not unlawfully possess a controlled substance."*

**Justification:**   Ms. Demar's second term of supervised release began on March 18, 2025. Since her release from custody, she has completed her time on location monitoring, has attended most of her counseling appointments and has communicated with me when directed. She tested positive for methamphetamines on two occasions between April and July of this year, with the matter being addressed by the prior probation officer and her therapist in an attempt to curb her addiction.

On August 8, 2025, a probation search of her residence was conducted and two cell phones, unknown to the probation office, were confiscated. A second search of her residence was conducted on September 4,

**RE**: Kristen Demar                                        Docket Number: 0972 2:19CR00107- 14

2025, and a small clear bag of suspected methamphetamine was located in her bedroom. Ms. Demar admitted the substance was methamphetamine but said she was not aware the drugs were in her room. Following the seizure of the methamphetamine, Ms. Demar submitted to several drug tests over the following three weeks, with all urinalysis samples returning void of illegal substances. On October 3, 2025, Ms. Demar was directed to submit a urinalysis sample but did not provide a sample prior to leaving the probation office. During a subsequent conversation, she admitted using methamphetamine three times over the past week and admitted her addiction and family stress had driven her to use drugs.

**Detention:** Ms. Demar has a significant substance abuse problem and over the past several months, she has admitted methamphetamine use, while also testing positive for, and being in possession of methamphetamine. Despite attempts by the probation office and her therapist, she continues to use drugs and place herself and the community at risk. As such, it is respectfully requested a warrant be issued for her arrest and she remain detained throughout violation proceedings.

                        I declare under penalty of perjury that the following is true and correct.

**EXECUTED ON:**    October 8, 2025
                              Sacramento, California

Respectfully submitted,

/s/ Garey White

**Garey White**
**Senior United States Probation Officer**
Telephone: (916) 930-4315

**DATED:**    10/8/2025

Reviewed by,

/s/ Lisa Hage

**Lisa Hage**
**Supervising United States Probation Officer**

RE: Kristen Demar                                  Docket Number: 0972 2:19CR00107- 14

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The issuance of a no bail warrant. This Petition is sealed until further order of the court.

☐ The issuance of a summons.

☐ Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

DATED: October 15, 2025.

_____
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Jason Hitt: Ross Pearson: David Spencer: Kevin Khasigian Karl Olson

United States Marshal Service

RE: Kristen Demar                                                      Docket Number: 0972 2:19CR00107- 14

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable Kimberly J. Mueller  
Senior United States District Judge  
Sacramento, California

                                   RE:    Demar, Kristen  
                                   **Docket Number:** 0972 2:19CR00107-014

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

**Charge 1:**     **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

    a. **Evidence:**

        i. None.

    b. **Witnesses:**

        i. Senior United States Probation Officer Garey White will testify to Ms. Demar's admission that she used methamphetamine.

**Charge 2:**     **POSSESSION OF A CONTROLLED SUBSTANCE**

    a. **Evidence:**

        i. Clear bag of methamphetamine seized from Ms. Demar's bedroom.

    b. **Witnesses:**

        i. Senior United States Probation Officer Garey White will testify that a clear bag with methamphetamine was discovered in Ms. Demar's room during a probation search.

RE: Kristen Demar                                            Docket Number: 0972 2:19CR00107- 14

                                                            Respectfully submitted,

                                                            **Garey White**
                                                            **Senior United States Probation Officer**
                                                            Telephone: (916) 930-4315

**DATED:**   10/8/2025
            Sacramento, California

                                                            Reviewed by,

                                                            **Lisa Hage**
                                                            **Supervising United States Probation Officer**

RE: Kristen Demar                                              Docket Number: 0972 2:19CR00107- 14

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Person Under Supervision:** Kristen Demar       **Docket Number:** 0972 2:19CR00107

**Date of Original Offense:** Count 1: 10/01/2011 - 06/04/2019; and Count 7: 12/31/2015 - 12/21/2016

**Original term of supervised release imposed:** 3 **years**

**Highest grade of violation alleged:** C

**Criminal History Category of person under supervision:** II

**Chapter 7 range of imprisonment:** 4 **to** 10 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒        **Class A felony - 5 years**

**Violation requires mandatory revocation:  YES:** ☒    **NO:** ☐

**Original offense committed on or after 04/30/2003**: Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.