ERIC GRANT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON CORBETT,<br><br>    Defendant. | CASE NO. 2:19CR00107-008-KJM<br><br>**RELEASE OF LIEN FOR FINE/RESTITUTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    Release of the judgment lien obtained herein is hereby acknowledged, and you are requested to enter a Release of Lien for Fine/Restitution. A Notice of Lien for Fine/Restitution was entered by the Recorder of Butte County, Document # 2024-0031162 on December 04, 2024. The Notice of Lien for Fine/Restitution is hereby acknowledged as released as to Defendant Jason Corbett.

DATED: January 2, 2026
                                            ERIC GRANT
                                            United States Attorney

                                        BY: /s/ Robin Tubesing
                                            ROBIN TUBESING
                                            Assistant United States Attorney

RELEASE OF LIEN FOR FINE/RESTITUTION