ERIC GRANT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON CORBETT,<br><br>　　　　　Defendant. | CASE NO. 2:19CR00107-008-KJM<br><br>**RELEASE OF LIEN FOR FINE/RESTITUTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　　Release of the judgment lien obtained herein is hereby acknowledged, and you are requested to enter a Release of Lien for Fine/Restitution. A Notice of Lien for Fine/Restitution was entered by the Recorder of Sonoma County, Document # 2024059649, on December 04, 2024. The Notice of Lien for Fine/Restitution is hereby acknowledged as released as to Defendant Jason Corbett.

DATED: January 2, 2026　　　　　　　　　　ERIC GRANT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　BY: /s/ Robin Tubesing
　　　　　　　　　　　　　　　　　　　　　ROBIN TUBESING
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney