UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 15, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>KRISTEN DEMAR,<br><br>　　　　Defendant. | Case No. 2:19-CR-00107-14-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release **KRISTEN DEMAR,** Case No. 2:19-CR-00107-14-TLN Charge <u>18 U.S.C. § 3606</u>, from custody for the following reasons:

　　　　_____　Release on Personal Recognizance

　　　　_____　Bail Posted in the Sum of $ _____

　　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　_____　Appearance Bond with Surety

　　　　　　_____　Corporate Surety Bail Bond

　　　　　　__X__　(Other): **TIME SERVED.**

Issued at Sacramento, California on January 15, 2026.

_____
Troy L. Nunley
Chief United States District Judge